✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA _____

C&J ASSOCIATES PEST CONTROL; ET AL

### SUMMONS IN A CIVIL ACTION

V.

RAYBURN HORNSBY; ET AL

CASE NUMBER: 2:05cv557

TO: (Name and address of Defendant)

Ray Hornsby, Office Manager
Alabama Department of Transportation
First Division
PO Box 550
Guntersville, AL  35976

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Curtis Duncan  pro se
PO Box 8186
Montgomery, AL  36110
334-201-5203

an answer to the complaint which is served on you with this summons, within _____ Twenty (20) _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_ _____          6/16/05 _____

CLERK                                                                             DATE

_____
(By) DEPUTY CLERK

%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

C&J ASSOCIATES PEST CONTROL; ET AL

**SUMMONS IN A CIVIL ACTION**

V.
RAYBURN HORNSBY; ET AL

CASE NUMBER:  2:05cv557

TO: (Name and address of Defendant)

Johnny Harris
Alabama Department of Transportation
First Division
PO Box 550
Guntersville, AL  35976

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY *pro se* (name and address)

Curtis Duncan
PO Box 8186
Montgomery, AL  36110
334-201-5203

an answer to the complaint which is served on you with this summons, within _____Twenty (20)_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_ _____        _6/16/05_ _____
CLERK                                                    DATE

(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

C&J ASSOCIATES PEST CONTROL; ET AL

**SUMMONS IN A CIVIL ACTION**

V.
RAYBURN HORNSBY; ET AL

CASE NUMBER: 2:05 cv 557

TO: (Name and address of Defendant)

Stan Carlton
Procurement Officer
1409 Coliseum Boulevard
Montgomery, AL  36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Curtis Duncan
PO Box 8186
Montgomery, AL  36110
334-201-5203

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

6/16/05

DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____   District of   _____ALABAMA_____

C&J ASSOCIATES PEST CONTROL; ET AL

V.

RAYBURN HORNSBY; ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  2:05cv 557

TO: (Name and address of Defendant)

Issac Kervin
Finance Purchasing Director
RSA Union Building
135 South Union
Montgomery, AL  36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Curtis Duncan
PO Box 8186
Montgomery, AL  36110
334-201-5203

an answer to the complaint which is served on you with this summons, within _____Twenty (20)_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

6/16/05

DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of _____ ALABAMA _____

C&J ASSOCIATES PEST CONTROL; ET AL

**SUMMONS IN A CIVIL ACTION**

V.

RAYBURN HORNSBY; ET AL

CASE NUMBER: 2:05cv557

TO: (Name and address of Defendant)

> Pat Antle
> Buyer State Purchasing
> RSA Union Building
> 135 South Union
> Montgomery, AL  36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Curtis Duncan
> PO Box 8186
> Montgomery, AL  36110
> 334-201-5203

an answer to the complaint which is served on you with this summons, within _____ Twenty (20) _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

6/16/05

_____    _____
CLERK                                                          DATE

_____
(By) DEPUTY CLERK