**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Stan Carlton
   Procurement Officer
   1409 Coliseum Blvd.
   Montgomery, AL. 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Rickey Gray_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:    ☐ No

   SAC 05-557

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0006 8053 2151

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Venice Stewart*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Venice Stewart   C. Date of Delivery: 6-17-05 |
| 1. Article Addressed to:<br>Rayburn Hornsby-Manager Office<br>ALS Dept of Transportation<br>First Division<br>23445 U.S/HWY 431<br>P.O Box 550<br>Guntersville, AL 35976 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>SDC 05-557 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0000 5264 0074 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Venice Stewart*   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>*Venice Stewart*   6-17-05 |
| 1. Article Addressed to:<br>Johnny Harris - Engineer Division<br>ALA. Dept of Transportation<br>First Division<br>23445 U.S/ HWY 431<br>P.O. Box 550<br>Guntersville, AL 35976 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>S4C<br>05-557<br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 0390 0000 5264 0067 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540