IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FOR ALABAMA

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al., <br><br> Plaintiff(s), <br> v. <br><br> RAYBURN HORNSBY, et al., <br><br> Defendant(s). | 2:05CV557-WHA-DRB |

### MOTION FOR AN EXTENSION OF TIME

Come now the defendants, Pat Antel and Issac Kervin, by and through the Attorney General for the State of Alabama, the Honorable Troy King, and move this Court for a fourteen day extension of time in which to file a responsive pleading and for grounds states as follows:

1. The Defendants calculate that a responsive pleading is due July 11, 2005.

2. The Plaintiff alleges multiple complex issues against the defendants and more time is needed for adequate response.

3. The Plaintiff will not be prejudiced by such an extension of time.

Respectfully Submitted,
Troy King
Attorney General

/s/ Jeffery H. Long
Jeffery H. Long (LON015)
Assistant Attorney General

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 11th day of July, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, and that I served a copy of the foregoing document on the Plaintiff by placing a copy of the same in the United States Mail, First Class postage prepaid:

C&J Associates Pest Control
Curtis Duncan
PO Box 8186
Montgomery, AL 36110

                                          /s/ Jeffery H. Long
                                          Jeffery H. Long

Address of Counsel:
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax