IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 2:05cv557-A |
| RAYBURN HORNSBY, et al., ) ) | |
| Defendants. ) | |

## **ORDER**

This case is hereby referred to Magistrate Judge Delores R. Boyd for action or recommendation on all pretrial matters.

DONE this 12th day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE