IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FOR ALABAMA

| | |
|---|---|
| **C&J ASSOCIATES PEST CONTROL, et al.,** ) ) ) ) | |
| **Plaintiff(s),** ) | 2:05CV557-WHA-DRB |
| v. ) ) | |
| **RAYBURN HORNSBY, et al.,** ) ) | |
| **Defendant(s).** ) ) | |

**MOTION FOR AN EXTENSION OF TIME ON
BEHALF OF DEFENDANTS HORNSBY, HARRIS, AND CARLTON**

Come now the defendants, Rayburn Hornsby, Johnny Harris, and Stan Carlton by and through the undersigned counsel, and move this Court for a fourteen day extension of time in which to file a responsive pleading and for grounds states as follows:

1. These Defendants adopt and incorporate the reasons and rationale set forth in the *Motion For An Extension of Time* filed by the office of the Attorney General, on behalf of Defendants Antel and Kervin, as if fully set forth herein.

2. Additional time is necessary to fully respond to the allegations set forth in the Plaintiff's *Complaint*.

3. The Plaintiff will not be prejudiced by such an extension of time.

RESPECTFULLY SUBMITTED

s/ Harry A. Lyles
Jim R. Ippolito, Jr. (IPP001)

        Assistant Attorney General
        Chief Counsel

        Harry A. Lyles (LYL001)
        Assistant Attorney General
        Assistant Counsel
        Alabama Dept. of Transportation
        Legal Bureau
        1409 Coliseum Blvd.
        Montgomery, Alabama 36110
        Phone (334) 242-6350
        Fax (334) 264-4359
        E-Mail: lylesh@dot.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jeffery H. Long.

Additionally, I have served a copy of the foregoing document on the Plaintiff by placing a copy of the same in the United States Mail, First Class postage prepaid:

C&J Associates
Curtis Duncan
PO Box 8186
Montgomery, AL 36110

        s/ Harry A. Lyles
        Harry A. Lyles (LYL001)
        Assistant Attorney General
        Assistant Counsel
        Alabama Dept. of Transportation
        Legal Bureau
        1409 Coliseum Blvd.
        Montgomery, Alabama 36110
        Phone (334) 242-6350
        Fax (334) 264-4359
        E-Mail: lylesh@dot.state.al.us