IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:05-CV-0557-A |
| ) | |
| RAYBURN HORNSBY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTIONS**

For good cause shown, it is

**ORDERED** that the *Motion for an Extension of Time* filed by defendants Pat Antel and Isaac Kervin (Doc. 5, July 11, 2005), and the *Motion for an Extension of Time on Behalf of Defendants Hornsby, Harris and Carlton* (Doc. 7, July 12, 2005), are both **GRANTED** with the result that these defendants' deadline to file their responsive pleading is extended to July 29, 2005.

Done this 18TH day of July, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE