IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FOR ALABAMA

| | |
|---|---|
| **C&J ASSOCIATES PEST CONTROL, et al.,** ) | |
| ) | |
| **Plaintiff(s),** ) | 2:05CV557-WHA-DRB |
| v. ) | |
| ) | |
| **RAYBURN HORNSBY, et al.,** ) | |
| ) | |
| **Defendant(s).** ) | |

## ANSWER FOR DEFENDANTS ISSAC KERVIN AND PAT ANTLE

Defendants Issac Kervin and Pat Antle answer the correspondingly numbered paragraphs as follows:

1. Jurisdiction of the Court is admitted.

2. Jurisdiction of the Court is admitted.

3. These defendants are without knowledge or information sufficient to form a belief as to the truth of this paragraph.

4. These defendants are without knowledge or information sufficient to form a belief as to the truth of this paragraph.

5. These defendants are without knowledge or information sufficient to form a belief as to the truth of this paragraph.

6. These defendants are without knowledge or information sufficient to form a belief as to the truth of this paragraph.

7. Admitted.

8. Admitted.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Admitted.

14. Denied.

15. These defendants are without knowledge or information sufficient to form a belief as to the truth of this paragraph.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Defendants reallege and incorporate by reference their answers to paragraphs 1-40 and the remainder of paragraph 41 is denied.

42. Denied.

43. Denied.

44. Defendants reallege and incorporate by reference their answers to paragraphs 1-43 and the remainder of paragraph 44 is denied.

45. Denied.

46. Denied.

47. Defendants reallege and incorporate by reference their answers to paragraphs 1-46 and the remainder of paragraph 47 is denied.

48. Denied.

49. Denied.

## AFFIRMATIVE DEFENSES

1. These defendants plead the statute of limitations.

2. These defendants plead qualified immunity.

3. Plaintiff lacks standing as a non-bidder to contest the awarding of contracts on which he did not bid.

4. These defendants plead advice of attorney.

## PRAYER FOR RELIEF

Defendants deny plaintiff is entitled to any relief

Respectfully Submitted,
Troy King, Attorney General

/s/ Jeffery H. Long
Jeffery H. Long
Assistant Attorney General

# CERTIFICATE OF SERVICE

I certify that I have on this the 28th day of July, 2005, electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served a copy of the same by the United States Mail, postage prepaid, and properly addressed as follows:

C&J Associates Pest Control
Curtis Duncan
PO Box 8186
Montgomery, AL 36110

/s/ Jeffery H. Long
Of Counsel

Address of Counsel:
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax