**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **C&J PEST CONTROL,** *et al.,*  )  )  Plaintiffs *pro se*,  )  )  v.  )  )  **RAYBURN HORNSBY, JOHNNY HARRIS,** )  **STAN CARLTON,** *etc., et al.*,  )  )  Defendants.  ) | No. 2:05-cv-557-WHA-DRB |

**ANSWER OF DEFENDANTS HORNSBY, HARRIS, AND CARLTON**

COME NOW Defendants Rayburn Hornsby, Johnny Harris, and Stan Carlton, only, by and through their undersigned counsel, and answer Plaintiffs' Complaint (Doc. No. 1) as follows:

1. Jurisdiction of the Court is admitted.

2. Jurisdiction of the Court is admitted.

3. These Defendants are without sufficient knowledge or information to form a belief as to the veracity of the allegations contained in Paragraph 3 of Plaintiffs' Complaint and therefore deny those allegations and demand strict proof thereof.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Admitted.

14. Denied.

15. These Defendants are without sufficient knowledge or information to form a belief as to the veracity of the allegations contained in Paragraph 15 of Plaintiffs' Complaint and therefore deny those allegations and demand strict proof thereof.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. These Defendants re-allege and incorporate by reference their answers to paragraphs 1 through 40.  The remainder of paragraph 41 is denied.

42. Denied.

43. Denied.

44. These Defendants re-allege and incorporate by reference their answers to paragraphs 1 through 43.  The remainder of paragraph 44 is denied.

45. Denied.

46. Denied.

47. These Defendants re-allege and incorporate by reference their answers to paragraphs 1 through 46.  The remainder of paragraph 47 is denied.

48. Denied.

49. Denied.

## AFFIRMATIVE DEFENSES

1. These Defendants plead the statute of limitations.

2. These Defendants plead qualified immunity.

3. Plaintiffs lack standing as non-bidders to contest the awarding of contracts on which they did not bid.

4. These Defendants plead advice of attorney.

## **PRAYER FOR RELIEF**

These Defendants deny that Plaintiffs are entitled to any relief.

                              RESPECTFULLY SUBMITTED
                              TROY KING (KIN001)
                              ATTORNEY GENERAL

                              s/ Harry A. Lyles
                              Jim R. Ippolito, Jr. (IPP001)
                              Assistant Attorney General
                              Chief Counsel

                              Harry A. Lyles (LYL001)
                              Assistant Attorney General
                              Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
lylesh@dot.state.al.us

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **C&J PEST CONTROL,** *et al.,*            ) | |
|       **Plaintiffs** *pro se*,            ) | |
| v.            ) | No. 2:05-cv-557-WHA-DRB |
| **RAYBURN HORNSBY, JOHNNY HARRIS,** ) **STAN CARLTON,** *etc., et al.*,            ) | |
|       **Defendants.**            ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on **July 29, 2005**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send copies thereof to the following

**Jeffrey H. Long, Esq., Assistant Attorney General, Office of the Attorney General, P.O. Box 300152, Montgomery, Alabama  36130-0152**

I also certify that on this same date I have served a copy of the foregoing on the following by United States Mail, First Class postage prepaid, addressed as indicated:

**Mr. Curtis Duncan, C&J Pest Control, P.O. Box 8186, Montgomery, Alabama  36110.**

                                            s/ Harry A. Lyles
                                            Harry A. Lyles (LYL001)
                                            Assistant Attorney General
                                            Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
lylesh@dot.state.al.us