IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:05-CV-0557-A |
| ) | |
| RAYBURN HORNSBY, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

For good cause, in accordance with the Order filed July 12, 2005 (Doc. 6), it is

**ORDERED** that, pursuant to the provisions of FED. R.CIV.P.16, this case be and is hereby **set for a scheduling conference** before Magistrate Judge Delores R. Boyd at **10:00 a.m. on September 8, 2005,** in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**THE PARTIES ARE FURTHER DIRECTED to be mindful of the requirements of this District's civil practice rules as well as the Federal Rules of Civil Procedure, including the following:**

**1.  Rule 26(f) Conference and Report**

Rule 26(f) of the Federal Rules of Civil Procedure *requires* that the parties confer, as soon as practicable, "to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan." The attorneys of record and all unrepresented parties are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court a written report outlining the plan. The

Rule 26(f) report containing the discovery plan should comply with Form 35 in the Appendix of Forms to the Federal Rules of Civil Procedure, and it shall be filed as soon as practicable but not later than **September 1, 2005.**

### 2. Dispositive Motions

The longstanding practice in this district is that any dispositive motions (i.e., motions to dismiss or motions for summary judgment) shall be filed no later than 90 days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in their Rule 26(f) discovery plan, specific case-related reasons for the requested variance.

### 3. Scheduling for trial

This case will be set for trial before the assigned judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section. The scheduling order will follow the form of the Uniform Scheduling Order which is also available on the court's website.

DONE this 18th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE