IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FOR ALABAMA

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al., | ) ) ) ) |
| Plaintiffs, v. | ) )   2:05CV557-WHA-DRB ) ) |
| RAYBURN HORNSBY, et al., | ) ) ) |
| Defendants. | ) |

### AFFIDAVIT OF PAT ANTLE

State of Alabama        )

County of Montgomery    )

Before me, the undersigned Notary Public, in and for said State and County, personally appeared Pat Antle, who after being duly sworn, deposed and said as follows:

"My name is Pat Antle and I am a Buyer for the State of Alabama. As Buyer, I am a subordinate employee of Isaac Kervin, my supervisor, who, as Purchasing Agent for the State of Alabama, makes all decisions regarding public contracts. As Buyer I lack the legal capacity to award any contracts publicly bid, as the ultimate decision belongs to Mr. Kervin.

I have personally read Mr. Kervin's affidavit and attest that it is true and accurate to the best of my knowledge."

_____
Pat Antle

Sworn to and subscribed before me on the 3rd day of August, 2005.

_____
Notary Public
My Commission Expires: 1/25/07


EXHIBIT 2