IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FOR ALABAMA

| | | |
|---|---|---|
| **C&J ASSOCIATES PEST CONTROL, et al.,** | ) ) ) ) | |
| Plaintiff(s), | ) ) | 2:05CV557-WHA-DRB |
| v. | ) ) ) | |
| **RAYBURN HORNSBY, et al.,** | ) ) | |
| Defendant(s). | ) ) ) | |

## INITIAL DISCLOSURES

COME NOW the Defendants, Isaac Kervin and Pat Antle, by and through undersigned counsel, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, make the following disclosures:

1. The following persons are likely to have discoverable information that the Defendants may use to support their defenses:

Pat Antle
Department of Finance
100 North Union Street
Montgomery, AL 36104
(334) 242-7253

Isaac Kervin
Department of Finance
100 North Union Street
Montgomery, AL 36104
(334) 242-7253

Stan Carlton
Transportation Department
1409 Coliseum Boulevard
Montgomery, AL 36110
(334) 242-6640

Defendants reserve the right to supplement these responses as provided by Rule 26(e) of the Federal Rules of Civil Procedure.

        Respectfully Submitted,
        Troy King, Attorney General

        /s/ Jeffery H. Long
        Jeffery H. Long
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that I have on this the 1st day of September, 2005, electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served a copy of the same by the United States Mail, postage prepaid, and properly addressed as follows:

C&J Associates Pest Control
Curtis Duncan
PO Box 8186
Montgomery, AL 36110

The Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Harry A. Lyles, Esq.

/s/ Jeffery H. Long
Of Counsel

Address of Counsel:
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax