RECEIVED
2005 SEP -1 A 2:20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SECURTIS DUNCAN, d.b.a. C&J ASSOCIATES PEST CONTROL, | ) ) ) ) |
| Plaintiff, | ) ) CIVIL ACTION NUMBER |
| vs. | ) ) ) |
| Rayburn Hornsby, et al., | ) CV 05-0557-A ) ) |
| Defendants. | ) |

## PLAINTIFF REPORT PLAN FOR SCHEDULING OF CASE

1. Pursuant to Fed. R. Civ. P. 26, a meeting for a scheduling conference has been set before Magistrate Judge Delores R. Boyd for 10:00 a.m. on September 8, 2005. Plaintiff proposes the following plan.

2. **Pre-Discovery Disclosures**. The parties to exchange the information required by Local Rule 26.1(a) by September 19, 2005.

3. **Discovery Plan**. The plaintiff propose to the Court the following discovery plan:

   a. Discovery will be needed on the following subjects: Plaintiff's claims and Defendant's defenses.

   b. All discovery commenced in time to be completed by November 18, 2005.

   c. Maximum of 25 interrogatories by each party to any other party, with responses due 30 days after service.

   d. Maximum of 25 requests for production by each party to any other party, with responses due 30 days after service.

   e. Maximum of 25 requests for admission by each party to any other party, with responses due 30 days after service.

   f. Plaintiff proposes a maximum of 12 depositions by plaintiff.

   g. All reports from retained experts under Rule 26(a)(2) due By Plaintiff: November 18, 2005.

      h. Supplementation under Rule 26(e), within thirty (30) days after either party discovers the need to supplement.

## 4. Other Items.

      a. The plaintiff respectfully request a conference with the Court before entry of the Scheduling Order.

      b. Plaintiff shall be allowed to join additional parties at any point any discoverable information become known and amend the pleadings.

      d. All potentially dispositive motions should be filed 90 days prior to the pretrial date.

      c. Plaintiff proposes that settlement can be evaluated at earliest possible date.

      d. The plaintiff request a final pretrial conference within thirty (30) days before trial.

      e. Final lists of trial evidence, witnesses and exhibits under Rule 26(a)(3) by plaintiff are due thirty (30) days before trial.

      f. Plaintiff should have fourteen (14) days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

      g. The case should be ready for trial by the month of June 2006. At this time, plaintiff proposes that trial is expected to take approximately five (5) days.

Respectfully submitted on this 1st day of September, 2005.

*/s/ Curtis Duncan/*
Mr. Curtis Duncan
c/o C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110

### CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Report of Parties' Planning Meeting with the Clerk of the Court. I hereby certify that a copy of said filing has been served by United States mail, properly addressed and postage prepaid on this 1st day of September, 2005, on defendants/participants as follows:

*/s/ Curtis Duncan/*

Jefferey H. Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Al. 36130
(334) 242-7555
(334) 242-2433 Fax

Harry A. Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350
(334) 264-4359 Fax