IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:05-CV-0557-A |
| ) | |
| RAYBURN HORNSBY, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

By ORDER filed August 18, 2005, this court ordered, inter alia, that the parties comply with the requirement in Rule 26(f) of the Federal Rules of Civil Procedure for their *conference*

> "to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan." *The attorneys of record and all unrepresented parties are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court a written report outlining the plan.* The Rule 26(f) report containing the discovery plan should comply with Form 35 in the Appendix of Forms to the Federal Rules of Civil Procedure, and it shall be filed as soon as practicable but not later than September 1, 2005." *(emphasis added)*

On September 1, 2005, the Clerk docketed a pleading submitted by the *pro se* plaintiff captioned "*Plaintiff Report Plan for Scheduling of Case." (Doc. 15)*. Because this document does not reflect any conference by the parties, it is **ORDERED** that the Clerk strike it from the record. It is further **ORDERED** that if the parties have not conferred jointly as directed, **they shall convene for the Rule 26(f) meeting, to be coordinated by the represented parties, at 9:00 a.m. on September 8, 2005, in District Courtroom 4A.  The previously set scheduling conference shall follow at 10:00 a.m.**

DONE this 2nd day of September, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE