**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

September 6, 2005

# NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

Case Style:  C&J Associates Pest Control, et al. v. Rayburn Hornsby, et al.

Case Number:   2:05cv557-A

Referenced Pleading(s):  Notice of Initial Disclosures
Docket Entry Number(s): 14

The referenced pleading was electronically filed on 9/1/2005 in this case and is not in compliance with the local rules and/or administrative procedures of this court.

******This pleading is regarding discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.

The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket. Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.