IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **C&J PEST CONTROL**, *et al.*, | ) |
| | ) |
|     Plaintiffs *pro se*, | ) |
| | ) |
| v. | )   No. 2:05-cv-557-WHA-DRB |
| | ) |
| **RAYBURN HORNSBY, JOHNNY HARRIS,** | ) |
| **STAN CARLTON**, *etc., et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

**REPORT OF PARTIES' PLANNING MEETING
PURSUANT TO RULE 26(f) Fed.R.Civ.P.**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, a meeting was held on September 6, 2005, at 10:00 a.m., in the Legal Bureau offices at the Alabama Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama, and was attended by the following: Curtis Duncan, Plaintiff *pro se*; Jeffery H. Long, Assistant Attorney General, counsel for Defendants Pat Antel and Issac Kervin; and Harry Lyles, Assistant Attorney General, counsel for Defendants Rayburn Hornsby, Johnny Harris, and Stan Carlton.

    1.    **PRE-DISCOVERY DISCLOSURES**: The parties will exchange by September 12, 2005, the information required by Fed.R. Civ. P. 26(a)(1).

    2.    **DISCOVERY PLAN:** The parties jointly propose to the Court the following discovery plan:

    (a)    Discovery will be needed on the following subjects: (1) Defendants will need to do discovery regarding Plaintiff's claims pursuant to 42 U.S.C. §§1981, 1983, 1985, 1986, and the 1991 Civil Rights Act. In particular, Defendants will need discovery as to the conspiracy alleged pursuant to §1985. (2) Plaintiff seeks discovery as to any defenses claimed by the Defendants.

(b)     All discovery will be commenced in time to be completed by June 15, 2006.

(c)     Maximum of 25 interrogatories by each party to any other party. Responses due in accordance with the time frames set forth in the Federal Rules of Civil Procedure.

(d)     Maximum of 25 requests for admission by each party to any other party. Responses due in accordance with the time frames set forth in the Federal Rules of Civil Procedure.

(e)     Maximum of 10 depositions by Plaintiff(s) and 10 by Defendants. Each deposition limited to maximum of seven hours unless extended by agreement of the parties.

(f)     Reports from retained experts under Rule 26(a)(2) due: from Plaintiff(s) by October 6, 2005, and from Defendants by November 6, 2005.

(g)     Supplementations under Rule 26(e) due within fourteen (14) days of a party learning that, in some material respect, the information disclosed is incomplete or incorrect and if the additional or corrective information has not otherwise been made known to the other parties (See Rule 26(e) of the Federal Rules of Civil Procedure.

3.     **OTHER ITEMS:**

(a)     The Court, pursuant to its Order of August 18, 2005 (DOC. NO. 12), has **set this cause for a scheduling conference** before Magistrate Judge Delores R. Boyd **at 10:00 a.m. on September 8, 2005**, in District Courtroom 4A of the Frank M. Johnson, Jr., United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(b)     The parties request a pretrial conference on or about June 30, 2006.

(c)     Plaintiff should be allowed until September 30, 2005, to join additional parties and until September 30, 2005, to amend the pleadings.

(d) Defendants should be allowed until October 15, 2005, to join additional parties and until October 15, 2005, to amend the pleadings.

(e) All potentially dispositive motions should be filed by March 30, 2006.

(f) Settlement cannot be evaluated prior to discovery, *i.e.*, the deposition of Plaintiff and further investigation by Defendants. The parties at this point in time are unable to ascertain which form of alternative dispute resolution would be helpful.

(g) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the parties by May 30, 2006, separately identifying those whom the party expects to present and those whom the party may call if the need arises. The witness list should include the names of **ANY** persons who may be used at trial to present evidence under Rules 702, 703, or 705, of the Federal Rules of Evidence, as well as providing the reports of retained experts or witnesses whose duties as employees of the party regularly involved giving expert testimony.

(h) The parties, by May 30, 2006, shall, pursuant to the provisions of Rule 26 (a)(3) of the Federal Rules of Civil Procedure, furnish opposing counsel for copying and inspection all exhibits or tangible evidence to be used at the trial, and proffering counsel shall have such evidence marked for identification prior to trial. Unless specifically agreed between the parties, or allowed by the Court for good cause shown, the parties shall be precluded from offering such evidence not so furnished and identified, with the exception of evidence to be used solely for the purpose of impeachment. **Except to the extent written objections are served and filed FIFTEEN (15) DAYS BEFORE TRIAL, the evidence shall be deemed genuine and admissible in evidence. The written objections shall set forth the grounds and legal authorities. All trial exhibits must be pre-marked prior to trial.**

(i) The case should be ready for trial by the beginning of the August 15, 2006, civil trial term. During the meeting on September 6, 2005, Plaintiff advised counsel for the Defendants that he anticipated that the trial would take approximately five (5) days. Counsel for Defendants estimate that the trial will take approximately three (3) days.

      RESPECTFULLY SUBMITTED,

      PLAINTIFF *PRO SE*:

      /s/ Curtis Duncan

C&J Pest Control
P.O. Box 8186
Montgomery, Alabama  36110
cj-one@msn.com

      COUNSEL FOR DEFENDANTS HORNSBY, HARRIS, AND CARLTON:

      /s/ Harry A. Lyles
      TROY KING
      Attorney General
      JIM R. IPPOLITO, JR.
      Assistant Attorney General
      Chief Counsel
      Assistant Attorney General
      Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
lylesh@dot.state.al.us

      COUNSEL FOR DEFENDANTS ISAAC KERVIN AND PAT ANTLE

      /s/ Jeffery H. Long
      Of Counsel

ADDRESS OF COUNSEL:
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152
(334) 242-7555
(334) 242-2433 – fax
jlong@ago.state.al.us