IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

HON. __Delores Boyd__ MAG. JUDGE AT __Montgomery__, ALABAMA

DATE COMMENCED __9-8-2005__ AT __10:02__ (A.M.) P.M.

DATE COMPLETED __9-8-2005__ AT __11:02__ (A.M.) P.M.

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, ET AL. | )<br>)<br>) |
| vs. | ) (Criminal)~~ |
| RAYBURN HORNSBY, ET AL. | )  Case No. 2:05cv557-A<br>) (Civil<br>)<br>) |

**PLAINTIFF**/~~GOVERNMENT~~  |  **DEFENDANT**
Curtis Duncan, pro se  |  Stacey Houston
 |  Jeff Long

**COURT OFFICIALS PRESENT**
S. Q. Long, Jr., Clerk
Michele Dearing, Law Clerk

**PROCEEDINGS**

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: __SCHEDULEING CONFERENCE__

10:02 am: Court convenes.
Oral Argument Held.
11:02 am: Court is recessed.

**SCANNED**