IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DUNCAN, D.B.A.<br>C&J ASSOCIATES PEST CONTROL,<br><br>PLAINTIFF,<br><br>VS.<br><br>RAYBURN HORNSBY, ET AL.,<br><br>DEFENDANTS, | )<br>)<br>) CIVIL ACTION NUMBER<br>)<br>)<br>)<br>)<br>) CV 05-0557-A<br>)<br>) |

RECEIVED 2005 SEP 28 P 4:18

### PLAINTIFF MOTION TO DISMISS AND STRIKE DEFENDANTS AND THEIR ATTORNEYS FRAUDULENT SUBMISSION OF REPORT OF PARTIES' PLANNING MEETING

Come now Plaintiff Curtis Duncan, C&J Associates respectfully moves the Court for its order striking Defendants and their Attorneys Jeffrey Long and Harry Lyles fraudulent submission of Report of Parties' Planning Meeting to be dismissed and struck from the court record. Plaintiff moves the Court for its order to schedule a hearing as soon as possible concerning Mr. Long and Mr. Lyles egregious conduct. Reschedule or Dismiss Plaintiff Opposition response time of September 28, 2005 to Defendants Fraudulent Motion for Summary Judgment and Affidavits. The documents they submitted to the court is a sham, pretense and false on it face as well as in it content. The document they submitted does not reflect the true conversations of the Parties' Planning Meeting, which was held at the State of Alabama Transportation Department on September 6, 2005. Pursuant to Rule 16, 37 of the Federal Rules of Civil Procedures, Mr. Long and Mr. Lyle are in violation for failing to obey two scheduling orders and have committed fraud in the process. Defendants' attorneys Jeffrey Long and Harry Lyles have intentionally,

knowingly and willfully submitted to the Court a fraudulent report of the true results of the parties planning meeting, to falsely and deceptively influence the Court of the true nature and basic issues of this case. Mr. Long and Mr. Lyles have fraudulently induced the Court to make an order based on false information. Mr. Long and Mr. Lyles submitted a fraudulent Report of Parties' Planning Meeting without my approval or signature and fraudulently typed my name on this document without my permission or knowledge. This entire document does not reflect the true discussions of the Court ordered Parties' Scheduling Meeting of September 6, 2005.

This motion is based on the records, papers, pleadings and files of this action and on the affidavit of Curtis Duncan, and is made pursuant to Rule 11, 16, 37, 56 of the Federal Rules of Civil Procedures.

Respectfully,

*Curtis Duncan*
Curtis Duncan
Plaintiff
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110
Phone 334 -201-5203
cj_one@msn.com

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2005, a copy of the foregoing was mailed first class, postage pre-paid, to:

Jeffery Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Phone 334-242-7555
Fax 334-242-2433

Henry Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Phone 334-242-6350
Fax 334-264-4359

*/s/ Carter Duncan*