# Outpost-TBR

## Termite Bait Response

For Professional Use Only by Individuals Licensed by the State to Apply Termiticides.

**ACTIVE INGREDIENT:**

Diflubenzuron .................................... 0.25%

OTHER INGREDIENTS .................... 99.75%

                                              100.00%

Contains 0.25 grams of diflubenzuron per 100 grams of formulation.

EPA Reg. No. 499-488-3125      Net Wt 7.05 oz (200 g)

**STOP – Read the label before use.**

**Keep out of reach of children.**

## CAUTION

### PRECAUTIONARY STATEMENTS

### ENVIRONMENTAL HAZARDS

CAUTION: This product is highly toxic to aquatic invertebrates. Do not place OUTPOST Termite Bait Response in any area where, because of the movement of water, it could be washed into a body of water containing aquatic life, such as ponds or streams.

Important: Before buying or using this product, read the entire label including the Warranty section of this label. If terms are not acceptable, return the unopened product container at once. Use this product only according to label directions.

## WARRANTY

WARRANTY DISCLAIMER: BAYER WARRANTS THAT THIS PRODUCT CONFORMS TO THE CHEMICAL DESCRIPTION ON THE LABEL AND IS REASONABLY FIT FOR THE PURPOSE STATED ON THE LABEL WHEN USED IN STRICT ACCORDANCE WITH THE DIRECTIONS, SUBJECT TO THE CONDITIONS FOR SALE SET FORTH BELOW. BAYER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER EXPRESS OR IMPLIED WARRANTY.

CONDITIONS OF SALE: THE DIRECTIONS ON THIS LABEL WERE DETERMINED THROUGH RESEARCH TO BE APPROPRIATE FOR THE CORRECT USE OF THIS PRODUCT. THIS PRODUCT HAS BEEN TESTED UNDER DIFFERENT ENVIRONMENTAL CONDITIONS BOTH INDOORS AND OUTDOORS UNDER CONDITIONS SIMILAR TO THOSE THAT ARE ORDINARY AND CUSTOMARY WHERE THE PRODUCT IS TO BE USED. INSUFFICIENT CONTROL OF PESTS MAY RESULT FROM THE OCCURRENCE OF EXTRAORDINARY OR UNUSUAL CONDITIONS, OR FROM FAILURE TO FOLLOW LABEL DIRECTIONS. IN ADDITION, FAILURE TO FOLLOW LABEL DIRECTIONS MAY CAUSE INJURY TO ANIMALS, MAN, AND DAMAGE TO THE ENVIRONMENT. BAYER OFFERS, AND THE BUYER ACCEPTS AND USES, THIS PRODUCT SUBJECT TO THE CONDITIONS THAT EXTRAORDINARY OR UNUSUAL ENVIRONMENTAL CONDITIONS, OR FAILURE TO FOLLOW LABEL DIRECTIONS ARE BEYOND THE CONTROL OF BAYER AND ARE, THEREFORE, THE RESPONSIBILITY OF THE BUYER.

# Outpost™ TBR

## DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

Read the GENERAL INFORMATION and GENERAL USE DIRECTIONS carefully before using OUTPOST Termite Bait Response as part of a termite bait system. It is intended for use only in OUTPOST Termite Detection System. Use of OUTPOST Termite Bait Response in any other type of station or system not designed for termites is prohibited. Contact the Product Information Center at 1-(800) 852-8020 for assistance in using OUTPOST Termite Bait Response or any other components of the termite baiting system.

## GENERAL INFORMATION

OUTPOST Termite Bait Response is intended for use in an ongoing program of management and control of subterranean termite colonies in the ground, around and under any type of building or other object (structure). OUTPOST Termite Bait Response does not exclude termites from a structure in the same way as a subterranean termite colony. Sufficient consumption of OUTPOST Termite Bait Response by all subterranean termite colonies that present an existing or potential hazard to the structure may, subject to the limitations stated herein, protect the structure against subterranean termite attack.

The active ingredient in OUTPOST Termite Bait Response, diflubenzuron, is an insect development inhibitor. When consumed by a termite, diflubenzuron impairs the ability of a termite to molt. Molting is the process by which termites, at certain points in their development, shed their existing exoskeleton and form a replacement exoskeleton. Termites that attempt to molt after ingesting an amount of OUTPOST Termite Bait Response sufficient to impair their molting process either die or are incapacitated by their inability to complete the molting process. Insect development inhibitors such as diflubenzuron are characterized as slow acting toxicants, however their action is slow only to the extent that they affect a termite only at the points in its life cycle when it molts. Because all the termites in a colony do not molt at the same time, the effect of diflubenzuron on the colony as a whole is progressive. This progressive effect is one of the key attributes of diflubenzuron as a termite colony toxicant.

Sufficient consumption of OUTPOST Termite Bait Response by a termite colony can cause a decline in the number of members of the colony. Such a decline, if sustained by continued consumption of OUTPOST Termite Bait Response by the colony, can significantly impair the vitality of the colony. Further, continued consumption of OUTPOST Termite Bait Response by remaining colony members may ultimately result in the total elimination of the colony. The extent of the decline of the colony, the speed of its decline and the possibility of its elimination depends upon the extent to which OUTPOST Termite Bait Response is made continuously available to a colony for consumption and the extent to which members of the colony consume it. Close adherence to the General Use Directions can increase the likelihood of colony elimination, however conditions or circumstances beyond the control of the user may prevent or substantially delay colony elimination. Such conditions may include, but are not limited to, alternate non-bait food sources that reduce the extent to which the colony depends on OUTPOST Termite Bait Response as a food source, excess moisture, low or high temperatures or abandonment of feeding on the bait by the colony.

Because termites cannot be attracted, they must instead find the bait through their normally random foraging for food. OUTPOST Termite Bait Response will affect termite colonies only if they consume it. Pre-baiting is a process by which termite activity is established at a location prior to the application of OUTPOST Termite Bait Response at that location. However, once they have consumed the pre-bait, termites can normally be induced to consume OUTPOST Termite Bait Response. These termites then guide other colony members back to the bait station where they also consume OUTPOST Termite Bait Response.

If the cycle of pre-baiting and baiting around a structure is interrupted or discontinued, new colonies occupying the territory of eliminated colonies, existing colonies that were suppressed but not eliminated, existing colonies never baited or colonies that were pre-baited may forage at points of possible entry into and infest the structure. For this reason, the cycle of pre-baiting and baiting should continue for as long as it is desirable to eliminate subterranean termites from the structure.

After termite activity has been absent from a baited station for at least 60 days, the baiting process is resumed by replacing the vacated station with a new or sanitized used station at or near the location of the station that is being replaced. In order to affect as many of the termites as possible that currently or could potentially infest a structure, every termite colony that inhabits the ground under and around the structure must be pre-baited and/or baited with OUTPOST Termite Bait Response.

If a conventional termite liquid barrier treatment is performed in conjunction with an installation of OUTPOST Termite Bait Response, care must be taken not to treat in the area of installed stations (preferably not within two feet of stations). Because the use of OUTPOST Termite Bait Response may be a multi-step process, localized treatment(s) of areas of the structure infested with active termites at the time of pre-baiting or baiting, using barrier or contact type termiticides, may provide more immediate control of termites in those parts of the structure than OUTPOST Termite Bait Response. Preventative critical area soil or wood treatments may be performed in conjunction with station installation. Do not treat in areas of installed stations during routine pesticide applications.

Pre-Baiting: Pre-baiting is a process by which termite activity is established at a location prior to the application of OUTPOST Termite Bait Response at that location. Wood, cardboard, or other cellulose containing substances which are readily consumed by subterranean termites may be used as pre-bait. The non-toxic food materials provide a pre-baiting food source for termites that, upon being fed on by termites, establishes termite activity with the station. The pre-bait should be installed in the station to form a thin lining against the inside of the perforated sidewalls of the station while leaving a vacant center cavity at the center of the station if possible. If there is termite activity at a pre-baiting site, make OUTPOST Termite Bait Response continuously available for colony consumption by placing OUTPOST Termite Bait Response in the vacant center cavity or filling the station with it. See section entitled "Inspecting a Station and Placing OUTPOST Termite Bait Response" for details.

Direct Baiting: Placing the OUTPOST Termite Bait Response bait directly into a station is permitted in areas of suspected termite activity. Follow directions for placing station and fill with OUTPOST Termite Bait Response.

## Outpost™ TBR

### GENERAL USE DIRECTIONS

**Post-construction Use:** OUTPOST Termite Bait Response can be used for remedial treatment of infested existing structures or for preventative treatment (before signs of infestation) of existing structures.

**Station preparation and location selection:** To reduce the potential for tampering with and disturbance of stations, points of station installation should be chosen that, where possible, minimize installed station visibility. Areas where barrier type termiticides may have been previously applied, such as within two feet of the foundation wall, should be avoided if possible.

Install stations at or near points of known or suspected termite entry into the structure. If a point of accessible ground is not located within ten feet of a point of known termite entry (due to an intervening hardened construction surface such as a concrete slab), it may be advisable to create an access to the ground through that surface close to the point of known entry and install a station at that access.

Install stations at, or preferably within five feet of, points of known, probable or suspected termite foraging, and at other critical areas. Such areas may include areas with concentrations of cellulose-containing debris, such as mulch or wood scraps, in contact with the ground, areas of moderate soil moisture, shaded areas, areas containing plant root systems, bath traps, visible termite foraging tubes, etc.

Install stations around a structure such that, except where sufficient access to the ground is not available, the maximum interval between any two stations does not exceed twenty feet. If the distance between two points of accessible ground around the structure exceeds thirty feet, it may be advisable to form one or more openings in the surface creating the inaccessibility to facilitate baiting between those points.

If the structure has an accessible crawl space, stations can be installed in the crawl space in lieu of or in addition to installing stations around the structure. Stations can be installed within a slab structure at existing or created openings in the slab surface through which ground is accessible and into which the station can be installed in a secure manner.

Once termite activity has occurred at a station and bait consumption has begun, it may be advisable, depending on the rate of bait consumption in that station and nearby stations, to locate one or more supplemental stations in the immediate vicinity of the infested station(s) in order that bait consumption by the colony be maximized.

If termites have not been present in the station for at least approximately sixty days, remove the station and any unconsumed OUTPOST Termite Bait Response it contains and replace it with a new or sanitized used station at or near the same point and add pre-bait or OUTPOST Termite Bait Response. If termites have abandoned the station possibly due to reductions in termite activity related to low temperatures during the period of predicted limited termite activity (see below), it may be advisable to leave the station and bait in place and recheck the station again after the period of predicted limited termite activity has elapsed before removing and replacing the station. If termites have abandoned the station possibly due to excessive moisture, it may be advisable to remove the saturated bait and re-bait the station with fresh bait at that time or after the excess moisture condition has abated.

If a station, upon repeated inspection, is found to contain excess moisture (water standing in the bottom of the station or cavity, etc.), it may be advisable to relocate the station, if possible, to a nearby area where the soil is better drained or, alternately, modify the station location to prevent water from collecting in the station by, for example, creating a sump area under the installed station below the bottom of the cavity.

**Station Installation:** To install a station, excavate or form a hole in the ground approximately the same size and dimensions as those of the station. Insert the station into the hole with the top edge of the station flush with to approximately 1/2 inch above the earth's surface, making sure that earth is in complete contact with the bottom and sides of the station. If the station is inserted into an opening created through a hardened construction surface (such as a concrete slab, asphalt, etc.), insert the station with the top edge of the station flush with the top of that surface. Replace the station cover securely.

**Inspecting a Station and Placing OUTPOST Termite Bait Response:** To inspect a station, remove the cover and visually examine the interior for the presence of termites, being careful to minimize disturbance of the termites. If live termites are present in the station, bait with OUTPOST Termite Bait Response or replenish. If termites are not present, further inspect bait or pre-bait for excessive decay or moisture saturation. Replace excessively decayed bait or pre-bait. Replace the station cover securely.

**Scheduling of Inspections:** If termite activity is known to be present in the structure at the time stations are initially installed, inspect all stations three times at approximately 30, 60 and 90 days after the date of completion of initial station installation. If no termite activity is present in the structure at the time stations are initially installed, inspect all stations for the first time within approximately 90 days after the date of completion of initial station installation. Thereafter, inspect any station that does not have termite activity within approximately 90 days after the date of the last inspection of that station. Inspect termite active stations two times at approximately 30 and 60 days after the date of initial termite activity. Thereafter, as long as the station continues to be active, inspect the station within approximately 45 days of the date of the last inspection of the station.

**Adjustments to Inspection Scheduling:** Decreases in elapsed time between inspections of a baited station may be warranted if consumption of all the bait in the station occurs during the interval between any two inspections.

Because subterranean termites are cold-blooded (poikilothermic) animals, low temperatures can substantially reduce or stop their activity close to the earth's surface during a certain period of the year. For this reason, if the temperature falls low enough, termites may cease to feed in stations or the onset of feeding in stations may be delayed until temperatures have recovered above a certain level for a long enough period of time. Reductions in termite activity that are the result of low temperatures may make inspections of stations unnecessary for as long as low temperatures prevail in the area.

The temperature at which termite activity is substantially curtailed may vary significantly between different geographic areas and with different species of termites. However, generally speaking, termite activity will be reduced in the stations during those times of the year during which the average daily mean exterior air temperature is below 50° F.

### Outpost™ TBR

For this reason, the following rule may be applied when counting the number of elapsed days between inspections unless, in the opinion of the operator, increases in the elapsed time between inspections are unwarranted based on local circumstances.

In counting the number of days between inspections, exclude from the total number of days elapsed since the last inspection any days whose date falls between the first date in the fall/winter that long term climate data predicts that the mean exterior air temperature for that date at that application site will be below 50°F (begin period of predicted limited activity) and the first date in the winter/spring that the climate data predicts that the average mean exterior air temperature for that date at that application site will be above 50°F (end period of predicted limited activity).

However, if the number of days excluded according to this rule exceed 90, then schedule the date of the first inspection after the end of the period of predicted limited activity according to the rule or within 30 days of the date of the end of the period of predicted limited activity, whichever of these two dates occurs first. However, under no circumstances should more than six months elapse between inspections of stations. Climate data used should be for the National Weather Service reporting station closest to the application site.

Allowing extra time between inspections as provided by this rule may not be advisable if stations are located in an area in or under a structure in which the average daily mean air temperature is expected to remain above 50°F and termites are actively consuming bait in the stations.

### STORAGE AND DISPOSAL

Do not contaminate water, food or feed by storage or disposal.

**Storage:** Store in original container in a dry storage area out of reach of children and animals.

**Container Disposal:** Place container in a trash can.

**Pesticide Disposal:** Product not disposed of by use according to label directions should be wrapped in paper and placed in a trash can.

B - 9543  12/15/00

Bayer Corporation
Professional Care
Box 4913
Kansas City, MO 64120-0013
(800) 842-8020
http://bayerprocentral.com
OT 0202 BPC  Printed in U.S.A.

**IMPORTANT**
Before using this product, read and carefully observe the directions, cautionary statements and other information appearing on the product packaging label. This product is sold subject to the Conditions of Sale set forth on the container label.

