IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DUNCAN, D.B.A. | ) |
| C&J ASSOCIATES PEST CONTROL, | ) |
|  | ) CIVIL ACTION NUMBER |
| PLAINTIFF, | ) |
|  | ) |
| VS. | ) |
|  | ) |
| RAYBURN HORNSBY, ET AL., | ) CV 05-0557-A |
|  | ) |
| DEFENDANTS, | ) |

RECEIVED 2005 SEP 28 P 4: 17

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now Plaintiff Curtis Duncan, C&J Associates, move this Court for leave to amend complaint in this matter, pursuant to Rule 15 of the Federal Rules of Civil Procedure for good cause, to add the 1st Amendment Rights "Freedom of Speech" to Count Five of the Complaint. The Defendants collectively violated Plaintiff "Freedom of Speech" by intentionally, knowingly, and willfully ignoring Plaintiff letters and protest letters through out the bidding process. Plaintiff letters and protest letters were concerning his rights as a vendor, and most importantly, my protest letters were written in the best interest of the Public, to ensure that the Competitive Bid Law was strictly adhered to.

Respectfully submitted,

*Curtis Duncan*
Curtis Duncan
Plaintiff

C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110
Phone 205 -251-520
cj_one@msn.com

## CERTIFICATE OF SERVICE

    I hereby certify that on September 28, 2005, a copy of the foregoing was mailed first class, postage pre-paid, to:

Jeffery Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
Phone 334-242-7555
Fax 334-242-2433

Henry Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Phone 334-242-6350
Fax 334-264-4359

*/s/ Curtis Duncan*