IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 SEP 28 P 4: 16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| CURTIS DUNCAN, D.B.A. C&J ASSOCIATES PEST CONTROL, | ) | |
| PLAINTIFF, | ) | CIVIL ACTION NUMBER |
| VS. | ) | |
| RAYBURN HORNSBY, ET AL., | ) | CV 05-0557-A |
| DEFENDANTS, | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE A MOTION IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff Curtis Duncan, C&J Associates, move this Court for a fourteen-day extension of time to file a Motion in Opposition to Defendants' Motion for Summary Judgment for grounds stated as follows:

1. Plaintiff discovered Defendants and their Attorneys fraudulent actions on September 22, 2005.
2. The Defendants fraudulent actions have deceived Plaintiff and the Court, Plaintiff need more time to adequate respond.
3. The Defendants and their Attorneys will not be prejudiced by such an extension of time, because their fraudulent actions are the reason for Plaintiff motion.

Respectfully submitted,

Curtis Duncan
Curtis Duncan
Plaintiff

C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110
Phone 205 -201-5203
cj_one@msm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2005, a copy of the foregoing was mailed first class, postage pre-paid, to:

Jeffery Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
Phone 334-242-7555
Fax 334-242-2433

Henry Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Phone 334-242-6350
Fax 334-264-4359

Curtis Duncan