IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 2:05-CV-0557-A |
| | ) | |
| RAYBURN HORNSBY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Plaintiff's *Motion For Extension of Time to File a Motion in Opposition to Defendants Motion for Summary Judgment* (Doc. 25, filed Sept. 28, 2005) requests a "fourteen-day extension." Without embracing the reasons specified, the court finds that the requested extension is reasonable given the plaintiff's pro se status and that the defendants will not be unduly prejudiced by the extension. It, is therefore,

**ORDERED** that the *Motion* (Doc. 25) is **GRANTED to the extent that the Plaintiff's** September 28, 2005 **deadline is extended to October 12, 2005, and the deadline for any reply by Defendants is extended to October 19, 2005.**

Done this 5th day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE