IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:05-CV-0557-A |
| ) | |
| RAYBURN HORNSBY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTIONS**

After carefully reviewing the *pro se* plaintiff's *Motion to Dismiss and Strike Defendants and their Attorneys Fraudulent Submission of Report of Parties' Planning Meeting* (Doc. 22, September 28, 2005), the court finds it so wholly without merit that neither a show-cause order nor any further proceeding is warranted.

Plaintiff complains that a Rule 26(f) report submitted by defense counsel on September 7, 2005 (Doc. 19) is fraudulent and due to be struck from the record. At the hour-long Scheduling Conference convened on September 9, 2005, the court considered not only the written report but any oral representations made by the parties, including the plaintiff's disagreement with matters specified in the written report. Afterwards, the court entered its Rule 16 Scheduling Order (Doc. 21) based on a full consideration of all submissions – written and oral – and the court's considered judgment of the pleadings. The matters leading up to and occurring during the parties' Planning Meeting – as specified in Plaintiff's Motion – are now secondary to the Rule 16 Order which governs discovery in this litigation; the

court discerns no factual or legal basis for the sanctions requested .

It is, therefore, **ORDERED that the Motion (Doc.22) is DENIED.**

Done this 5th day of October, 2005.

> **/s/ Delores R. Boyd**
> DELORES R. BOYD
> UNITED STATES MAGISTRATE JUDGE