IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:05-CV-0557-A |
| ) | |
| RAYBURN HORNSBY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff's *Motion For Leave To Amend Complaint* (Doc. 24, filed Sept. 28, 2005) seeks "to add the 1st Amendment Rights of 'Freedom of Speech' to Count Five of the Complaint", alleging:

> The Defendants collectively violated Plaintiff "Freedom of Speech" by intentionally, knowingly, and willfully ignoring Plaintiff letters and protest letters through out the bidding process.  Plaintiff letters and protest letters were concerning his rights as a vendor, and most importantly, my protest letters were written in the best interest of the Public, to ensure that the Competitive Bid Law was strictly adhered to.

The Complaint consists of Counts One, Two, and Three, and the court therefore presumes the plaintiff's intent to add a Count Four.  Assuming that the gist of the "Freedom of Speech" claim are the proffered allegations, the court readily finds them insufficient to state any actionable First Amendment claim against these individual defendants sued in their individual capacities.  Accordingly, it is, for good cause, **ORDERED** that the *Motion* is **DENIED.**

Done this 5th day of October, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE