

| STATE OF ALABAMA<br>DEPARTMENT OF FINANCE<br>DIVISION OF PURCHASING<br><br>INVITATION TO BID | INVITATION TO BID NO: 03-X-2130153<br>REQ. AGENCY : 012002<br>ALA DEPT OF TRANSPORTATION<br>AGENCY REQ. NO. :<br>T-NUMBER : TA464<br>DATE ISSUED : 03/13/03<br>VENDOR NO. : 63108933800<br>VENDOR PHONE NO. : (334)317-3903<br>SNAP REQ. NO. : 1268327<br>BUYER NAME : PAT ANTLE<br>BUYER PHONE NO. : (334) 242-7250-<br>PURCHASING PHONE NO: (334) 242-7250 |

**FOR:** TERMITE TREATMENT AND CONTROL

C & J ASSOCIATES
P O BOX 8186
MONTGOMERY    AL   36110-8186

BID MUST BE RECEIVED BEFORE:
DATE: 03/26/03    TIME: 5:00 PM

BIDS WILL BE PUBLICLY OPENED:
DATE: 03/27/03    TIME: 10:00 AM

## TO BE COMPLETED BY VENDOR

INFORMATION IN THIS SECTION SHOULD BE PROVIDED, AS APPROPRIATE. BID RESPONSE MUST BE IN INK OR TYPED WITH ORIGINAL SIGNATURE AND NOTARIZATION.

1. DELIVERY: CAN BE MADE __30__ DAYS OR __4__ WEEKS AFTER RECEIPT OF ORDER.
2. TERMS: _____ (DISCOUNTS ARE TAKEN WITHOUT REGARD TO DATE OF PAYMENT.)
3. PRICES VALID FOR ACCEPTANCE WITHIN __90__ DAYS.
4. VENDOR'S QUOTATION REFERENCE NUMBER, IF ANY: _____ (THIS NUMBER WILL APPEAR ON THE PURCHASE ORDER.)
5. E-MAIL ADDRESS: __cj_ANC@MSN.com__ INTERNET WEBSITE: _____

RETURN INVITATION TO BID:

**REGULAR MAIL**
STATE OF ALABAMA
DEPARTMENT OF FINANCE
DIVISION OF PURCHASING
P O BOX 302620
MONTGOMERY AL 36130-2620

**COURIER**
STATE OF ALABAMA
DIVISION OF PURCHASING
RSA UNION BUILDING
100 N. UNION ST., SUITE 192
MONTGOMERY, AL 36104

## SIGNATURE AND NOTARIZATION REQUIRED

I HAVE READ THE ENTIRE BID AND AGREE TO FURNISH EACH ITEM OFFERED AT THE PRICE QUOTED. I HEREBY AFFIRM I HAVE NOT BEEN IN ANY AGREEMENT OR COLLUSION AMONG BIDDERS IN RESTRAINT OF FREEDOM OF COMPETITION BY AGREEMENT TO BID AT A FIXED PRICE OR TO REFRAIN FROM BIDDING.

SWORN TO AND SUBSCRIBED BEFORE ME THIS

__20__ DAY OF __March, 2003__

_Stacy Conway_
NOTARY PUBLIC

__63-1089338__
FEIN OR SSN

__C & J Associates__
COMPANY NAME

__P. O. Box 8186__
MAIL ADDRESS

__Montgomery, AL 36110__
CITY, STATE, ZIP

__334-201-5203__

_Janice Duncan_
AUTHORIZED SIGNATURE (INK)

__JANICE DUNCAN__
TYPE/PRINT AUTHORIZED NAME

__Vice President__
TITLE

TOLL FREE NUMBER

__334-396-5536__

| STANDARD TERMS & CONDITIONS | VENDOR NAME : |
|---|---|
| | VENDOR NUMBER: |

| INVITATION TO BID | ITB NO. : 03-X-2130153<br>OPEN DATE : TIME:<br>T-NUMBER : TA464<br>RETURN DATE: TIME: | PAGE<br>2 |
|---|---|---|

**AUTHORITY:**
THE DEPARTMENT OF FINANCE CODE OF ADMINISTRATIVE PROCEDURE, CHAPTER 355-4-1 EFFECTIVE NOVEMBER 5, 2001 IS INCORPORATED BY REFERENCE AND MADE A PART OF THIS DOCUMENT. TO RECEIVE A COPY CALL (334)242-7250, OR OUR WEBSITE WWW.PURCHASING.STATE.AL.US.

INFORMATION AND ASSISTANCE TO MINORITY BUSINESSES IN THE TECHNICAL COMPLETION OF REQUIRED FORMS MAY BE OBTAINED FROM THE OFFICE OF MINORITY BUSINESS ENTERPRISE, 1-800-447-4191.

## BID (ITB) RESPONSE INSTRUCTIONS           REV: 09-19-97

1. TO SUBMIT A RESPONSIVE BID, READ THESE INSTRUCTIONS, ALL TERMS, CONDITIONS AND SPECIFICATIONS.

2. BID ENVELOPES/PACKAGES/BOXES MUST BE IDENTIFIED ON FRONT, PREFERABLY LOWER LEFT CORNER AND BE VISIBLE WITH THE BID NUMBER AND OPENING DATE. EACH INDIVIDUAL BID MUST BE SUBMITTED IN A SEPERATE ENVELOPE. MULTIPLE BID RESPONSES SUBMITTED IN THE SAME ENVELOPE/COURIER PACKAGE, THAT ARE NOT IN SEPARATE ENVELOPES PROPERLY IDENTIFIED, WILL BE REJECTED. THE DIVISION OF PURCHASING DOES NOT ASSUME RESPONSIBILITY FOR LATE BIDS FOR ANY REASON INCLUDING THOSE DUE TO POSTAL, OR COURIER SERVICE. BID RESPONSES MUST BE IN THE DIVISION OF PURCHASING OFFICE PRIOR TO THE "RECEIVE DATE AND TIME" INDICATED ON THE BID.

3. BID RESPONSES (PAGE 1 AND PRICE PAGES) MUST BE IN INK OR TYPED ON THIS DOCUMENT, OR EXACT FORMAT WITH SIGNATURES BEING HANDWRITTEN ORIGINALS IN INK (PERSON SIGNING BID AND NOTARY), OR THE BID WILL BE REJECTED. UNLESS INDICATED IN THE BID, RETURN ALL PRICE PAGES. IF AN ITEM IS NOT BEING BID, IDENTIFY IT AS NB (NO-BID). ALL PAGES SHOULD BE SECURED. THE DIVISION OF PURCHASING DOES NOT ASSUME RESPONSIBILITY FOR MISSING PAGES. FAXED BID RESPONSES WILL NOT BE ACCEPTED.

4. THE UNIT PRICE ALWAYS GOVERNS REGARDLESS OF THE EXTENDED AMOUNT. A UNIT PRICE CHANGE ON A LINE MUST BE INITIALED BY THE PERSON SIGNING THE BID, OR THAT LINE WILL BE REJECTED. THIS INCLUDES A CROSS-OUT, STRIKE-OVER, INK-OVER, WHITE-OUT, ERASURE, OR ANY OTHER METHOD CHANGING THE PRICE.

5. A "NO BID" MUST BE RETURNED TO REMAIN ON A CLASS/SUBCLASS. RETURN PAGE 1 MARKED "NO-BID". IDENTIFY IT ON THE ENVELOPE AS A "NO-BID". FAILING TO RESPOND TO 3 ITB'S WITHIN THE SAME CLASS/SUBCLASS WILL AUTOMATICALLY PURGE THE VENDOR FROM THAT CLASS/SUBCLASS. RESPONDING WITH 6 "NO-BIDS" WITHIN THE SAME CLASS/SUBCLASS WILL AUTOMATICALLY PURGE THE VENDOR FROM THAT CLASS/SUBCLASS. A "NO-BID" RECEIVED LATE IS CONSIDERED A NO RESPONSE.

6. THE DIVISION OF PURCHASING IS NOT RESPONSIBLE FOR MISINTERPRETATION OF DATA FAXED FROM THIS OFFICE.

## DISQUALIFIED/CANCELLED BID

BIDS THAT ARE IMPROPERLY SUBMITTED OR RECEIVED LATE WILL BE A RESPONSE FOR RECORD, BUT WILL NOT BE RETURNED OR A NOTIFICATION MAILED.

AN IMPROPERLY SUBMITTED BID, LATE BID, OR BID THAT IS CANCELLED ON OR BEFORE THE OPENING DATE WILL BE HELD FOR 15 DAYS AND THEN DESTROYED. THE BID MUST BE RETRIEVED DURING REGULAR WORK HOURS, MONDAY - FRIDAY, EXCEPT STATE HOLIDAYS. AFTER THE BID IS DESTROYED, THE DIVISION OF PURCHASING ASSUMES NO RESPONSIBILITY FOR THE DOCUMENT.

THE FOLLOWING IS A PARTIAL LIST WHEREBY A BID WILL BE DISQUALIFIED:

   BID NUMBER NOT ON FACE OF ENVELOPE/COURIER PACKAGE/BOX
   MULTIPLE BIDS IN SAME ENVELOPE NOT PROPERLY IDENTIFIED
   BID RECEIVED LATE
   BID NOT SIGNED/NOT ORIGINAL SIGNATURE
   BID NOT NOTARIZED/NOT ORIGINAL SIGNATURE OF NOTARY
   NOTARIZED OWN SIGNATURE
   REQUIRED INFORMATION NOT SUBMITTED WITH BID

| SPECIAL TERMS & CONDITIONS | VENDOR NAME : C & J ASSOCIATES | |
|---|---|---|
| | VENDOR NUMBER: 631089338-00 | |
| INVITATION TO BID | ITB NO. : 03-X-2130153<br>OPEN DATE : 03/27/03 TIME: 10:00 AM<br>T-NUMBER : TA464<br>RETURN DATE: 03/26/03 TIME: 5:00 PM | PAGE<br>3 |

## RECYCLING

WE ENCOURAGE AND SUPPORT THE PURCHASE OF AND USE OF ITEMS CONTAINING RECYCLED MATERIALS, ENERGY EFFICIENT AND ENVIRONMENTLY SAFE PRODUCTS.

## SALES TAX EXEMPTION

PURSUANT TO THE CODE OF ALABAMA, 1975, TITLE 40-23-4 (A) (11), THE STATE OF ALABAMA IS EXEMPT FROM PAYING SALES TAX. AN EXEMPTION LETTER WILL BE FURNISHED UPON REQUEST.

## INVOICES

INQUIRIES CONCERNING PAYMENT AFTER INVOICES HAVE BEEN SUBMITTED ARE TO BE DIRECTED TO THE RECEIVING AGENCY, NOT THE DIVISION OF PURCHASING

## BID RESPONSES ON THE INTERNET

INVITATION TO BID RESPONSES (NOT BID RESULTS) ARE AVAILABLE ON OUR WEBSITE, WWW.PURCHASING.STATE.AL.US.

## BID RESULTS

BID RESULTS WILL BE MADE AVAILABLE FOR REVIEW AT THE DIVISION OF PURCHASING, BUT ONLY AFTER AWARD, AND IT IS PREFERRED THEY BE REQUESTED IN WRITING WITH THE COMPLETE BID NUMBER. FAX YOUR REQUEST TO THE "BID REVEIW CLERK" 334-242-4419. IF THE VENDOR IS ATTENDING A BID OPENING OR IN MONTGOMERY ON BUSINESS, THEY MAY REVIEW A BID IF IT HAS BEEN AWARDED.

## FOREIGN CORPORATION - CERTIFICATE OF AUTHORITY

ALABAMA LAW PROVIDES THAT A FOREIGN CORPORATION (AN OUT-OF-STATE COMPANY/FIRM) MAY NOT TRANSACT BUSINESS IN THE STATE OF ALABAMA UNTIL IT OBTAINS A CERTIFICATE OF AUTHORITY FROM THE SECRETARY OF STATE. SECTION 10-2B-15.01, CODE OF ALABAMA 1975. TO OBTAIN FORMS FOR A CERTIFICATE OF AUTHORITY, CONTACT THE SECRETARY OF STATE, CORPORATIONS DIVISION, (334) 242-5324. THE CERTIFICATE OF AUTHORITY DOES NOT KEEP THE VENDOR FROM SUBMITTING A BID.

## BID IDENTIFICATION

REFERENCE PAGE 2, ITEM 2. DUE TO THE POSTAL SERVICE PUTTING BAR CODE LABELS ON ENVELOPES, IT CONCEALS THE BID NUMBER AND DATE IF THE VENDOR HAS WRITTEN THEM OTHER THAN THE LOWER LEFT CORNER, THEREFORE THE BID WOULD BE REJECTED FOR NOT BEING PROPERLY IDENTIFIED.

*************************************************************

Case 2:05-cv-00557-WHA-DRB    Document 29-2    Filed 10/12/2005    Page 4 of 12

| INVITATION TO BID | | ITB NO. : 03-X-2130153 | PA |
| --- | --- | --- | --- |
| | VENDOR NUMBER: 631000339-00 | OPEN DATE : 03/27/03  TIME: 10:00 AM | 4 |
| | | T-NUMBER : TA464 | |
| | | RETURN DATE: 03/26/03  TIME: 5:00 PM | |

**AWARD:**
AWARD WILL BE MADE "ALL OR NONE" TO THE LOWEST RESPONSIBLE BIDDER MEETING ALL SPECIFICATIONS.
THE AWARD WILL BE BASED ON THE SUM OF THE PRICES BID FOR YEARS ONE, TWO AND THREE.

**ASSIGNMENT OF CONTRACT:**
TO ASSIGN, SUBLET OR TRANSFER ANY CONTRACT RESULTING FROM THIS SOLICITATION, THE VENDOR'S WRITTEN REQUEST MUST BE APPROVED BY THE STATE PURCHASING DIRECTOR.

**CERTIFICATION OF INSPECTION:**
THIS STATEMENT CERTIFIES THE VENDOR HAS INSPECTED THE FACILITY/AREA LISTED HEREIN AND IS AWARE OF ALL REQUIREMENTS, TERMS AND CONDITIONS OUTLINED. TO VALIDATE THIS CERTIFICATION, THE VENDOR AND AGENCY MANAGEMENT (DIRECTOR, MANAGER, SUPERVISOR ETC) MUST SIGN BELOW. THIS SIGNED STATEMENT MUST BE RETURNED WITH THE BID, OR THE BID WILL BE REJECTED.

**NOTE:** VENDORS ARE DIRECTED TO CONTACT THE FOLLOWING PERSON TO SET UP A SITE VISIT:

RAYBURN HORNSBY, 1ST DIVISION OFFICE MANAGER
PHONE: 256-582-2254

VENDOR'S SIGNATURE: _Curtis Durden_    DATE: 3-26-03

AGENCY'S SIGNATURE: _Rayburn Hornsby_    DATE: 3/26/03
TITLE: _Office Manager_

**LIABILITY INSURANCE:**
VENDOR MUST HAVE A MINIMUM OF $100,000.00 LIABILITY COVERAGE WITH $50,000.00 FOR EACH OCCURANCE AND MUST BE IN EFFECT FOR THE CONTRACT PERIOD. INSURANCE CERTIFICATE, OR LETTER OF INTENT TO PROVIDE THE AMOUNT OF COVERAGE FROM THE INSURANCE COMPANY MUST BE SUBMITTED WITH THE BID, OR THE BID WILL BE REJECTED. VENDOR IS RESPONSIBLE FOR ALL LOSSES/DAMAGES CAUSED BY ITS EMPLOYEES. INSURANCE CERTIFICATE, WHEN ISSUED, MUST SHOW THE STATE OF ALABAMA AS THE CERTIFCATE HOLDER.

**CONTRACT PERIOD:**
ESTABLISH A 12 MONTH CONTRACT WITH AN OPTION TO EXTEND FOR A SECOND AND THIRD 12 MONTH PERIOD WITH THE SAME PRICING, TERMS AND CONDITIONS. THE SECOND OR THIRD 12 MONTH PERIOD, IF AGREED BY BOTH PARTIES, WOULD BEGIN THE DAY AFTER THE FIRST OR SECOND 12 MONTH PERIOD EXPIRES. ANY SUCCESSIVE EXTENSION MUST HAVE WRITTEN APPROVAL OF BOTH THE STATE AND VENDOR NO LATER THAN 30 DAYS PRIOR TO EXPIRATION OF THE PREVIOUS 12 MONTH PERIOD.

| SPECIAL TERMS & CONDITIONS | VENDOR NAME : C & J ASSOCIATES | |
|---|---|---|
| | VENDOR NUMBER: 631089338-00 | |
| INVITATION TO BID | ITB NO. : 03-X-2130153<br>OPEN DATE : 03/27/03  TIME: 10:00 AM<br>T-NUMBER : TA464<br>RETURN DATE: 03/26/03  TIME: 5:00 PM | PAGE 5 |

THE SERVICE PERIOD WILL BE FOR ONE YEAR FROM THE DATE OF AWARD WITH AN OPTION TO EXTEND FOR TWO ADDITIONAL ONE-YEAR PERIODS. EACH EXTENSION WILL BE UPON MUTUAL AGREEMENT OF BOTH PARTIES. A COPY OF THE CURRENT ALABAMA DEPARTMENT OF AGRICULTURE AND INDUSTRIES LICENSE MUST BE SUBMITTED WITH EACH CONTRACT RENEWAL.

QUALITY OF MATERIALS AND LABOR:
MATERIALS USED THAT ARE NOT OTHERWISE SPECIFIED SHALL BE THE KIND AND QUALITY CONSISTENT WITH THE TRADE PRACTICE FOR SUCH WORK AND SHALL COMPLY WITH ALL LOCAL CODES. ALL LABOR SHALL BE WELL EXPERIENCED IN THIS TYPE WORK AND IT SHALL BE COMPLETED IN A PROFESSIONAL MANNER.

BLANK LINES:
TO EVALUATE THE BID IN AN EFFICIENT MANNER, THE VENDOR SHOULD FILL-IN ALL BLANK LINES APPLICABLE TO A SPECIFIC COMMODITY DESCRIPTION.

PRICING - UNREALISTICALLY LOW
PRICES SHALL BE ACCURATE AND COMPLETE TO COVER THE PERFORMANCE OF ALL REQUIRED WORK. AN UNREALISTICALLY LOW PRICE MAY ELIMINATE A VENDOR FROM COMPETITION ON THE BASIS OF MISUNDERSTANDING THE REQUIREMENTS OR VENDOR HAS SUBMITTED AN IMPROVIDENT BID. PRICE DATA OF REQUIRED WORK IS NOT REQUIRED WITH THE BID. UPON NOTIFICATION, THIS INFORMATION IS TO BE PROVIDED WITHIN 5 DAYS, OR VENDOR WILL NOT BE CONSIDERED ON THE LOCATION WITH UNREALISTIC PRICES.

| ATTACHMENTS | VENDOR NAME : | C & J ASSOCIATES | |
|---|---|---|---|
| | VENDOR NUMBER: | 631089338-00 | |
| INVITATION TO BID | ITB NO. : 03-X-2130153<br>OPEN DATE : 03/27/03  TIME: 10:00 AM<br>T-NUMBER : TA464<br>RETURN DATE:- 03/26/03  TIME: 5:00 PM | | PAGE<br>6 |

THE VENDOR MUST BID RENEWAL PRICING FOR YEARS TWO AND THREE. FAILURE TO DO SO WILL RESULT IN BID REJECTION.

YEAR TWO (FY 2004):      $ __158.33__ /MONTH

YEAR THREE (FY 2005):    $ __158.33__ /MONTH

*handwritten annotations:*
$ 1899.96
1,900 per year
$ 1,900 per year
1899.96

| PRICE SHEET | | | VENDOR NAME : | C & J ASSOCIATES | | |
|---|---|---|---|---|---|---|
| | | | VENDOR NUMBER: | 631089338-00 | | |
| INVITATION TO BID | | | ITB NO. : 03-X-2130153<br>OPEN DATE : 03/27/03 TIME: 10:00 AM<br>T-NUMBER : TA464<br>RETURN DATE: 03/26/03 TIME: 5:00 PM | | | PAGE<br>7 |
| LINE NO. | COMMODITY/SERVICE DESCRIPTION | RECYCLE /ENERGY | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
| | UNLESS SPECIFIED OTHERWISE BELOW:<br>SHIP TO:     R1    /<br>STATEWIDE | | | | | 791.66 x 12 = 9499.92 |
| 00001 | COMMODITY CODE: 910-59-055766<br>TERMITE TREATMENT AND CONTROL | — | 1 | MO | 791.66 | 9,500.00<br>per year |
| | ELIMINATION OF SUBTERRANEAN TERMITE COLONIES INCLUDING INITIAL INSTALLATION OF AND MONITORING OF TERMITE BAIT STATIONS, COMPLETE COLONY ELIMINATION WITH AN INSECT GROWTH REGULATOR, AND SUBSEQUENT MONITORING FOR CONTINUED PROTECTION | | | | | |
| | COLONY ELIMINATION SYSTEM FOR:<br>  BUILDING A - FIRST DIVISION & LAB<br>  BUILDING B - MAINTENANCE CREWS<br>  BUILDING C - WAREHOUSE AND SHOP | | | | | |
| | INSTALLATION AND MONITORING FOR YEAR 1: | | | | | |
| | INSTALLATION:<br>  BAIT STATIONS TO BE PLACED AROUND<br>  EACH BUILDING LISTED ABOVE:<br>    SPACED 6-12 FEET APART<br>    SPACED 2-4 FEET APART<br>    PLACED 12 INCHES DEEP IN GROUND<br>(A DIAMOND BIT WILL BE USED FOR CEMENT OR ASPHALT, TO PROVIDE A SMOOTH CUT.)<br>AFTER INSTALLATION, IF ANY STATIONS ARE DESTROYED OR DAMAGED, VENDOR WILL REPLACE AT NO EXTRA COST TO ALDOT. VENDOR WILL REPAIR ANY NEW DAMAGE CAUSED BY NATIVE SUBTERRANEAN TERMITES. PROTECTION IS COVERED IN THE WARRANTY WITH VENDOR. | | | | | 9499.92<br>1899.96<br>1899.96<br>13299.84 |
| | ADD HEXAFLUMURON (OR APPROVED EQUAL) TO ALL STATIONS HAVING TERMITE ACTIVITY. | | | | | |
| | MONITORING:<br>ACTIVITY WILL BE MONITORED 30 DAYS AFTER INSTALLATION IS COMPLETED.<br>IF TERMITE ACTIVITY IS FOUND IN ONE OR MORE STATIONS, MONITORING WILL CONTINUED EVERY 30 DAYS OR MORE OFTEN IF NECESSARY.<br>WHEN TERMITES HAVE BEEN ELIMINATED, MONITORING WILL BE EVERY QUARTER.<br>IF NEW TERMITE ACTIVITY IS DISCOVERED, MONITORING WILL REVERT TO EVERY 30 DAYS OR MORE OFTEN IF NECESSARY.  AFTER TERMITES HAVE BEEN ELIMINATED, THEN MONITORING WILL DROP BACK TO EVERY QUARTER.  THIS PROCESS OF MONITORING WILL CONTINUE THROUGH THE CONTRACT PERIOD.<br>ALL STATIONS HAVE BAR CODES THAT ARE NUMBERED SO EACH STATION IS READ INTO THE COMPUTER AS ACTIVE OR NON-ACTIVE. AFTER EACH VISIT THE VENDOR WILL LEAVE A REPORT OF THE FINDINGS. | | | | | |
| | ALL PROCEDURES AND CHEMICALS MUST BE REGISTERED AND APPROVED BY THE ENVIRON-MENTAL PROTECTION AGENCY. | | | | | |
| | PAGE TOTAL | | | | | |

| | | VENDOR NAME : | C & J ASSOCIATES | | |
|---|---|---|---|---|---|
| **PRICE SHEET** | | VENDOR NUMBER: | 631089338-00 | | |
| **INVITATION TO BID** | | ITB NO. : 03-X-2130153<br>OPEN DATE : 03/27/03  TIME: 10:00 AM<br>T-NUMBER : TA464<br>RETURN DATE: 03/26/03  TIME: 5:00 PM | | | PAGE<br>8 |
| LINE NO. | COMMODITY/SERVICE DESCRIPTION | RECYCLE/ENERGY | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |

| LINE NO. | COMMODITY/SERVICE DESCRIPTION | RECYCLE/ENERGY | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| | THE VENDOR MUST BE LICENSED BY THE ALABAMA DEPARTMENT OF AGRICULTURE AND INDUSTRIES FOR TREATMENT OF WOOD-DESTROYING INSECTS IN THE STATE OF ALABAMA.<br>************ N O T E *****************<br>A COPY OF THE LICENSE SHOULD BE SUBMITTED WITH THE BID. FAILURE TO DO SO WILL DELAY THE EVALUATION AND AWARD. A COPY OF THE LICENSE MUST BE SUBMITTED BEFORE AN AWARD CAN BE MADE.<br>*****************************************<br><br>RECOMMENDED PRODUCT FOR TERMITE ELIMINATION: SENTRICON, CONTAINING HEXAFLUMURON AS THE ACTIVE INGREDIENT. ANY EQUIVALENT PRODUCT MUST BE AIMED AT COLONY ELIMINATION, NON-TOXIC, NON-POISONOUS, AND MUST NOT REQUIRE INTRUSION OF OR PENETRATION OF FLOORS, WALLS, OR ORNAMENTAL SURFACES.<br><br>BIDDER SHOULD INDICATE BELOW THE PRODUCT BEING BID AND THE ACTIVE INGREDIENT:<br><br>PRODUCT: _Out Post_<br><br>ACTIVE INGREDIENT: _Out Post - TBR_<br><br>IT WILL BE *** MANDATORY *** FOR BIDDER ***** TO SUPPLY RENEWAL PRICES. ***** PRICES MUST BE PLACED ON PAGE SIX (6) OF ITB<br><br>VENDOR: SEE PAGE FOUR (4) OF ITB FOR INFORMATION CONCERNING SITE INSPECTION AND PROOF OF LIABILITY INSURANCE | | | | | |
| | PAGE TOTAL | | | | | – 0 –<br>13,300.0 |

COMMERCIAL        APPLICATOR
PERMIT NUMBER:   51813        EXPIRES:  06/28/2005

DUNCAN, CURTIS T            HAVING BEEN DETERMINED
COMPETENT IN THE USE AND HANDLING OF PESTICIDES
IS HEREBY DESIGNATED AS A CERTIFIED PESTICIDE
APPLICATOR FOR THE CATEGORIES LISTED BELOW:
   HPC    OTPS    WDC

IT IS UNDERSTOOD AND AGREED THAT IF I VIOLATE
THE ALABAMA LAW AND REGULATIONS THIS CERTIFICATION
WILL BE CANCELLED.

*Curtis Duncan*
CERTIFIED APPLICATOR

---

STATE OF ALABAMA
DEPARTMENT OF AGRICULTURE
AND INDUSTRIES

COMMERCIAL APPLICATOR PERMIT
CHARLES BISHOP
Commissioner of
Agriculture and Industries

FOLD HERE

AA   Agricultural Animal Pest Control
AP   Agricultural Plant Pest Control
AIR  Aerial Applicator
AQ   Aquatic Pest Control
BIO  Biocides
D&R  Demonstration and Research
FCO  Forest Pest Control
FUM  Fumigation Pest Control
GRND Ground Applicator
HPC  Household Pest Control/Certified Operator
HPB  Household Pest Control/Branch Supervisor
IIHC Interior, Institutional, Household Pest Control/CUSTODIAL
OTPC Ornamental and Turf Pest Control/CUSTODIAL
OTPS Ornamental and Turf Pest Control/Supervisor
PH   Public Health
REG  Regulatory Pest Control
ROW  Right-of-Way Pest Control
ST   Seed Treatment
TBT  Tributyltin
WDC  Wood Destroying Organisms/Certified Operator
WDS  Wood Destroying Organisms/Branch Supervisor
WT   Wood Treatment

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

134251

PS-W-1791

## STATE OF ALABAMA

**ALABAMA PERMIT FOR PROFESSIONAL SERVICES**

$200.00

THIS IS TO CERTIFY THAT

C & J ASSOCIATES PEST CONTROL(M)
3485 OLD SELMA RD
PO BOX 8186
MONTGOMERY AL 36110

IS IN FULL COMPLIANCE WITH ALL APPLICABLE ALABAMA STATUTES AND IS AUTHORIZED TO ENGAGE IN THE ACTIVITIES AND PRACTICES PROVIDED FOR THEREIN.

Issued at Montgomery, Alabama 11-18-02

THIS CERTIFICATE EXPIRES 09-30-03  UNLESS PREVIOUSLY REVOKED

CURTIS DUNCAN, HPC-WDC            (334) 317-3903

JOE DEBROW, JR., UNIT MANAGER     CHARLES BISHOP
PROFESSIONAL SERVICES             Commissioner of Agriculture and Industries

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### STATE OF ALABAMA

134051

PSH-1769

$103.00    ALABAMA PERMIT FOR PROFESSIONAL SERVICES

THIS IS TO CERTIFY THAT

C & J ASSOCIATES PEST CONTROL(H)
3485 OLD SELMA RD
PO BOX 8186
MONTGOMERY AL 36110

IS IN FULL COMPLIANCE WITH ALL APPLICABLE ALABAMA STATUTES AND IS AUTHORIZED TO ENGAGE IN THE ACTIVITIES AND PRACTICES PROVIDED FOR THEREIN.

Issued at Montgomery, Alabama 11-14-02

THIS CERTIFICATE EXPIRES 09-30-03    UNLESS PREVIOUSLY REVOKED

CURTIS DUNCAN, OTPS    (334)517-3905

JOE DEBROW, JR., UNIT MANAGER
PROFESSIONAL SERVICES

**CHARLES BISHOP**
Commissioner of Agriculture and Industries

DATE ISSUED: 03-24-03

**ENDORSEMENT #1A**    **SCHEDULE OF UNDERLYING INSURANCE**

INSURED:   DBA C & J PEST ASSOCIATES
EFFECTIVE ON AND AFTER 12:01 A. M. STANDARD TIME: December 28, 2002
THIS SCHEDULE FORMS PART OF POLICY NUMBER:   CSPIE1038

| UNDERLYING INSURER, POLICY NUMBER, POLICY PERIOD | TYPE OF POLICY | LIMITS OF LIABILITY |
|---|---|---|
| COMPANY:<br>POLICY NO.:<br>EXPIRATION DATE: | Employers Liability | Coverage B - Employers Liability*<br>$ _____ Each Accident<br>$ _____ Disease Policy Limit<br>$ _____ Disease Each Employee<br><br>*In any jurisdiction, state, or province where the amount of Employers Liability Insurance provided by the underlying insurers is by law "unlimited", the underlying Employers Liability limits shown here do not apply and no coverage is provided for Employers Liability under this policy. |
| COMPANY:<br>COLONY NATIONAL<br>POLICY NO.:<br>CP3061458<br>EXPIRATION DATE:<br>December 28, 2003 | Commercial General Liability<br>[X] Occurrence<br>[ ] Claims Made Retroactive Date:<br>[X] Products-Completed Operations<br>[X] Personal & Advertising Injury | $ 1,000,000  Each Occurrence<br>$ 2,000,000  General Aggregate<br><br>$ 1,000,000  Products-Completed Operations Aggregate<br>$ 1,000,000  Personal & Advertising Injury |
| COMPANY:<br>POLICY NO.:<br>EXPIRATION DATE: | Automobile Liability<br>[ ] Owned Automobiles<br>[ ] Non-Owned Automobiles<br>[ ] Hired Automobiles | Bodily Injury Liability<br>$ _____ Each Person<br>$ _____ Each Occurrence<br>Property Damage Liability<br>$ _____ Each Occurrence<br>----------OR----------<br>Bodily Injury/Property Damage Liability - Combined Single Limit<br>$ _____ Each Occurrence |
| COMPANY:<br>POLICY NO.:<br>EXPIRATION DATE: | | |
| COMPANY:<br>POLICY NO.:<br>EXPIRATION DATE: | | |

An [X] indicates these coverages are provided in the underlying insurance.

SXA-100 (9/99)