

| STATE OF ALABAMA<br>DEPARTMENT OF FINANCE<br>DIVISION OF PURCHASING<br><br>INVITATION TO BID | INVITATION TO BID NO: 03-X-2132146 |
|---|---|

| | |
|---|---|
| | REQ. AGENCY : 012002<br>ALA DEPT OF TRANSPORTATION<br>AGENCY REQ. NO. :<br>T-NUMBER : TA464<br>DATE ISSUED : 05/19/03<br>VENDOR NO. : 63108933800<br>VENDOR PHONE NO. : (334)317-3903<br>SNAP REQ. NO. : 1271581<br>BUYER NAME : PAT ANTLE<br>BUYER PHONE NO. : (334) 242-7250<br>PURCHASING PHONE NO: (334) 242-7250 |

**FOR:** TERMITE TREATMENT AND CONTROL
DEPT OF TRANS. 1ST DIVISION

C & J ASSOCIATES

P O BOX 8186

MONTGOMERY     AL   36110-8186

**BID MUST BE RECEIVED BEFORE:**

DATE: 06/04/03   TIME: 5:00

**BIDS WILL BE PUBLICLY OPENED:**

DATE: 06/05/03   TIME: 10:00

## TO BE COMPLETED BY VENDOR

INFORMATION IN THIS SECTION SHOULD BE PROVIDED, AS APPROPRIATE. BID RESPONSE MUST BE IN INK OR TYPED WITH ORIGINAL SIGNATURE AND NOTARIZATION.

1. DELIVERY: CAN BE MADE _____ DAYS OR _____ WEEKS AFTER RECEIPT OF ORDER.
2. TERMS: _____ (DISCOUNTS ARE TAKEN WITHOUT REGARD TO DATE OF PAYMENT.)
3. PRICES VALID FOR ACCEPTANCE WITHIN _____ DAYS.
4. VENDOR'S QUOTATION REFERENCE NUMBER, IF ANY: _____ (THIS NUMBER WILL APPEAR ON THE PURCHASE ORDER.)
5. E-MAIL ADDRESS: _____ INTERNET WEBSITE: _____

COPY

*No Bid*

RETURN INVITATION TO BID:

REGULAR MAIL                                    COURIER

STATE OF ALABAMA                         STATE OF ALABAMA
DEPARTMENT OF FINANCE                    DIVISION OF PURCHASING
DIVISION OF PURCHASING                   RSA UNION BUILDING
P O BOX 302620                           100 N. UNION ST., SUITE 192
MONTGOMERY AL 36130-2620                 MONTGOMERY, AL 36104

*Protest*

### SIGNATURE AND NOTARIZATION REQUIRED

I HAVE READ THE ENTIRE BID AND AGREE TO FURNISH EACH ITEM OFFERED AT THE PRICE QUOTED. I HEREBY AFFIRM I HAVE NOT BEEN IN ANY AGREEMENT OR COLLUSION AMONG BIDDERS IN RESTRAINT OF FREEDOM OF COMPETITION BY AGREEMENT TO BID AT A FIXED PRICE OR TO REFRAIN FROM BIDDING.

FEIN OR SSN: _____

COMPANY NAME: C & J Associates Pest Control

MAIL ADDRESS: P.O. Box 8186

CITY, STATE, ZIP: Montgomery, AL

AUTHORIZED SIGNATURE (INK): *Curtis Duncan*

TYPE/PRINT AUTHORIZED NAME: Curtis Duncan

TITLE: President

TOLL FREE NUMBER: 334 201-528

SWORN TO AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____