


# ALABAMA DEPARTMENT OF TRANSPORTATION
### 1409 Coliseum Boulevard, Montgomery, Alabama 36130-3050

**Procurement Office**
**Bureau of Equipment, Procurement and Services**

Don Siegelman
Governor

Paul Bowlin
Transportation Director

January 16, 2003

TO: Buyer,
Division of Purchasing

FROM: Mr. Stan Carlton
Procurement Officer

RE: Termite Eradication Contract

    Our First Division facilities management personnel and the Division Office Manager, Mr. Rayburn Hornsby, have evaluated the most prevalent subterranean termite control programs currently offered, and have determined that the **Sentricon**© Colony Elimination System offers the best control and value for the Department's needs. The attached page details the comparison as a result of their research.

    Therefore, the attached requisition, 1264823 / 101-310431, specifies and details the **Sentricon**© system exclusively. Bids on alternative products and/or programs will not be considered. We are confident that sufficient competition exists among service providers to ensure a satisfactory level of competition while maintaining the highest possible level of termite control at a reasonable cost.

    Thank you for your attention and assistance.

| SENTRICON ADVANTAGE: | AVENTIS OR PREMISE: |
|---|---|
| 1. GUARANTEE TOTAL COLONY ELIMINATION PROVEN | 1. STATES IT MAY ELIMINATE TOTAL COLONY, BUT NOT PROVEN |
| 2. ENVIRONMENTAL FRIENDLY | 2. DOES PUT LIQUID CHEMICAL IN GROUND AND INSIDE BUILDING IF NEEDED |
| 3. LESS INTRUSIVE, DOES NOT DEFACE BUILDING | 3. WILL HAVE TO DRILL INTO BLDG. OUTSIDE AND INSIDE IF NEEDED, WALLS, FLOORS, ETC. |
| 4. LIKE A MAINTENANCE PROGRAM, WILL BE MONITORED ONE PER QUARTER OR MORE OFTEN IF NEEDED. | 4. INSPECTION IS 1 PER YEAR |
| 5. COST EACH YEAR MAY BE MORE, UNLESS YOU DO THE LIQUID PRODUCT AS LABEL RECOMMENDS | 5. LABEL REQUIRES TO BE TREATED EVERY 5 YEARS AT WHATEVER COST AT THE TIME OF TREATMENT |
| 6. PRODUCT STRENGTH/EFFECTIVENESS IS RELATIVELY CONSTANT DURING THE YEAR | 6. PRODUCT STRENGTH/EFFECTIVENESS WILL DIMINISH SOME EACH YEAR |
| 7. SENTRICON INCLUDES FORMOSAN TERMITE COVERAGE | 7. FORMOSAN MAY BE INCLUDED IN THE FUTURE AT A COST AND MODIFICATION OF CONTRACT |
| 8. MOST IMPRESSIVE, NO DRILLING INSIDE BUILDING. IF PROBLEM OCCURS, NO CHEMICALS OR ODORS. | 8. IF PROBLEM INSIDE, USING THESE PRODUCTS, VENDOR WILL HAVE TO DRILL INTO FLOORS OR WALLS, COULD LEAVE DEFACEMENT |