IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
2005 OCT 17   NORTHERN DIVISION

CURTIS DUNCAN, D.B.A.                    )
C&J ASSOCIATES PEST CONTROL              )
                                         ) CIVIL ACTION NUMBER
PLAINTIFF,                               )
                                         )
VS.                                      )
                                         )
RAYBURN HORNSBY, ET AL.,                 ) CV 05-0557-A
                                         )
DEFENDANTS,                              )


PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER REGARDING
PLAINTIFFS' MOTION FOR LEAVE TO AMEND FIRST AMENDMENT TO
THE COMPLAINT

Come now Plaintiff Curtis Duncan, C&J Associates respectfully moves the court to

reconsider its Order denying Plaintiff motion to add 1st Amendment Rights of 'Freedom

of Speech' to Count Four of my Complaint. The Court Order states that Plaintiff

"Freedom of Speech" claim is insufficient to state any actionable claim against these

individual defendants sued in their individual capacities. This Order is inconsistent with

the rulings of the United States Supreme Court. The Supreme Court has consistently

ruled that state officials, who intentionally, knowingly and willingly operate beyond the

scope of their ministerial duties and violates someone Constitutional Rights, are liable for

compensatory and or punitive monetary damages. It is settled law and Justice Sandra Day

O'Connor has written many of the majority opinions concerning this matter.

Plaintiff submits Barbara Hafer v. James Melo, Jr. 112 S. Ct. 358, Board of County

Commissioners, Wabaunsee County, Kansas, Petitioner, v. Keen A. Umbehr, O'hare

Truck Service, Incorporated, et al., Petitioners, v. City of Northlake et al., James Robb v. City of Philadelphia 733 F.2nd 286, Richard Abston v. Thomas B. Woodard 398 So.2nd 237, Belcher v. Jefferson County Board of Education 474 So.2d 1063 as settled law concerning public officials in their individual capacities and private parties being sued for monetary damages for depriving others of their constitutional rights under the color of state law.

The Defendants collectively violated Plaintiff "Freedom of Speech" by intentionally, knowingly and willfully ignoring Plaintiff letters and protest letters through out the bidding process. Plaintiff letters and protest letters were concerning his rights as a vendor, and most importantly, my protest letters were written in the best interest of the Public, to ensure that the Competitive Bid Law was strictly adhered to.

For the reasons stated above, the Plaintiff respectfully move the Court to reconsider its Order in which the court denied Plaintiff Motion to amend the First Amendment to his Complaint.

Respectfully,

Curtis Duncan

Curtis Duncan
Plaintiff
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110
Phone 205 -201-5203
cj-one@msm.com

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, a copy of the foregoing was mailed first class, postage pre-paid, to:

Jeffery Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
Phone 334-242-7555
Fax 334-242-2433

Henry Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Phone 334-242-6350
Fax 334-264-4359