RECEIVED **IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
2005 NOV -9 ⊃ 4:36      **NORTHERN DIVISION**

DEBRA P. HACKETT, CLK

| | |
|---|---|
| **Curtis Duncan, d.b.a. C&J Associates Pest Control,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **Vs.** | )   **CV. 05-557-WHA-DRB** |
| | ) |
| **Rayburn Hornsby, etc., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S MOTION TO QUASH DEPOSITIONS

Comes now Plaintiff Curtis Duncan, C & J Associates Pest Control requests that this Honorable Court quash two depositions issued by the Defendants Attorney Harry Lyles to Curtis Duncan and Janice Duncan. These two depositions are scheduled to take place on November 10, 2005. In support of this motion, the Plaintiff states the following:

1. Defendants' Attorney Harry Lyles issuing of depositions is nothing more than a witch-hunt and a fishing expedition designed to harass and intimidate the Plaintiff Curtis Duncan and his wife Janice Duncan.

2. Defendants' Attorney Harry Lyles has intentionally not responded to Plaintiffs' Motion to Dismiss and Strike Defendants and their Attorney Fraudulent Submission of Report of the Parties' Planning Meeting.

3. Defendants' Attorney Harry Lyles has intentionally not responded to Plaintiffs' Motion For Summary Judgment.

4. Defendants' Attorney Harry Lyles has intentionally not submitted to the Court any affidavits or depositions to rebut the aforementioned Motions submit by Plaintiff.

5. Defendants' Attorney Harry Lyles along with Attorney Jeffery Long has intentionally in bad faith chosen to fraudulently represent their clients merit less defense to the Plaintiff Complaint.

Wherefore, premises considered, the Plaintiff respectfully requests that this Court take the following action to quash the depositions identified in this Motion.

Respectfully submitted

*Curtis Duncan*

Curtis Duncan
Plaintiff

**Respectfully submitted**

*Curtis Duncan*

**Curtis Duncan**
**Plaintiff, Pro Se**
**C&J Associates Pest Control**
**P.O. Box 8186**
**Montgomery, Al. 36110**
**Phone 334-201-5203**

## CERTIFICATE OF SERVICE

 I hereby certify that on November 9, 2005, I have served a true and correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, or hand delivered on defendants as follows:

Jeffrey H. Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
334-242-7555 Phone Number
334-242-2433 Fax Number

Harry A. Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
334-242-6350 Phone Number
334-264-4359 Fax Number

Rec'd
Mh. Talyove
11/9/2005
4:15 PM

*Curtis Duncan*

Curtis Duncan
Plaintiff, Pro Se