IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 2:05-CV-0557-A |
| | ) | [WO] |
| RAYBURN HORNSBY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

On the day before scheduled depositions for Curtis Duncan and Janice Duncan, *Plaintiff's Motion to Quash Depositions* (Doc. 32, Nov. 9, 2005) requests that the notices be quashed as "nothing more than a witch-hunt and a fishing expedition..." and because Defendants' Attorney "has intentionally not responded to Plaintiffs' Motion for Summary Judgment, ... has intentionally not submitted to the Court any affidavits or depositions to rebut the aforementioned Motions ...[and] has intentionally in bad faith chosen to fraudulently represent their clients merit less defense (sic)...". These reasons lack any merit and to the extent that they are premised on alleged failures by Defendants' attorney, they infringe on the court's authority to decide and sanction litigation deficiencies and/or abuse. Accordingly, it is **ORDERED** that the *Motion* is **DENIED and Plaintiffs are advised that they shall be subject to any costs reasonably incurred by Defendants for their failure to attend duly and timely noticed depositions.**

Done this 10th day of November, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

Case 2:05-cv-00557-WHA-DRB    Document 33    Filed 11/10/2005    Page 2 of 2