IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

C & J ASSOCIATES PEST CONTROL, et al.,     )
                                           )
            Plaintiffs,                    )
                                           )
vs.                                        )          2:05-CV-0557-A
                                           )
RAYBURN HORNSBY, et al.,                   )
                                           )
            Defendants.                    )

## ORDER ON MOTIONS

Under submission in this 42 U.S.C. §1983 action filed *pro se* is a summary judgment motion

by two of the five defendants, Defendants Kervin and Antle (Doc. 13, Aug. 31, 2005).   Plaintiff

responded timely in opposition with a submission captioned

> *Affidavit- Supporting Plaintiffs' Response in Opposition to Defendants' Fradulent*
> *Motion for Summary Judgment and Cross-Motion to Strike Defendant's Motion for*
> *Summary Judgment and Affidavits and Cross-Motion Plaintiffs' Motion for Summary*
> *Judgment and Cross-Motion for Discovery*

(Doc. 29, filed Oct. 12, 2005).  The text of the submission is as cumbersome and confusing as its

caption; it incorporates as an "affidavit" purported  facts, argument in opposition to summary

judgment for these defendants and in support of  cross-motions for relief sought by plaintiff.  The

submission is divided into these sub-headings: Summary of Undisputed Facts; Summary Judgment

Standard and Argument; Plaintiffs' Allegations - Equal Protection Under the 14th Amendment;  The

Plaintiff Have [sic] Adequately Set Forth Claims under the 14th Amendment; The Plaintiff is Entitled

to Discovery; Conclusion.

The Clerk has docketed from this submission (Doc.29) three motions, each of which plaintiff

asserts only in the Conclusion and fails otherwise to comply with applicable Federal Rules of Civil

1

Procedure, including Rules 7 and 56.  After due consideration, it is, for good cause, **ORDERED**

1. that Plaintiff's *Motion to Strike Defendant's Motion for Summary Judgment,* asserted as a *Cross-Motion to Strike Defendants' Fraudulent Summary Judgment and Affidavits* is **DENIED;**

2. that Plaintiff's *Motion for Discovery,* asserted in the Conclusion as a *Cross-Motion for Discovery,* is **DENIED** as mooted by the September 9, 2005 Scheduling Order setting a discovery deadline of March 15, 2006.  Plaintiff is advised that dispositive motions may be filed, and are filed routinely, prior to discovery deadlines.

3. that Plaintiff's *Motion for Summary Judgment*, asserted in the Conclusion as a *"Cross-Motion for Summary Judgment*," is **DENIED without prejudice** for filing by the January 13, 2006 deadline of any dispositive motion in a form which is compliant with both Rules 7 and 56. The court is unable to discern either the factual or legal basis and support for Plaintiffs' claimed entitlement to summary judgment, and accordingly, it will consider his arguments only in opposition to the summary judgment requested by Defendants Kervin and Antle.

Done this 15th day of November, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE