IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 2:05-CV-0557-A |
| | ) | [WO] |
| RAYBURN HORNSBY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

Upon consideration of the *Plaintiffs' Motion for Reconsideration of Order Regarding Plaintiffs' Motion for Leave to Amend First Amendment to the Complaint* (Doc. 31, filed Oct. 17, 2005), it is hereby

**ORDERED** that the *Motion* (Doc. 31) is **GRANTED only to the extent that it seeks RECONSIDERATION.**

Upon consideration, the court determines that its order should not be modified as it remains supported by good cause grounded upon consideration of all submissions and the applicable law. Accordingly, it is **ORDERED** that the *Motion* (Doc. 31) is **DENIED to the extent it seeks an order granting Plaintiffs' motion to amend the complaint to add a First Amendment claim against these individual defendants sued in their individual capacities.**

Done this 15th day of November, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Delores R. Boyd**
　　　　　　　　　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE