IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:05-CV-0557-A |
| ) | [WO] |
| RAYBURN HORNSBY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ON MOTION

Upon consideration of the *Plaintiff's' Motion for Reconsideration of Order Regarding Plaintiffs' Motion to Dismiss and Strike Defendants and Their Attorney Fraudulent Submission of Report of the Parties' Planning Meeting* (Doc. 30, filed Oct. 17, 2005), it is hereby

**ORDERED** that the *Motion* (Doc. 30) is **GRANTED only to the extent that it seeks RECONSIDERATION.**

Upon consideration, the court determines that its order should not be modified as it remains supported by good cause grounded upon consideration of all submissions–written and oral– and the court's considered judgment of the pleadings. Accordingly, it is **ORDERED** that the *Motion* (Doc. 30) is **DENIED to the extent it seeks an order modifying the Scheduling Order or striking the Rule 26(f) report submitted by defense counsel**.

Done this 15th day of November, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE