IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DUNCAN, D.B.A. ) | |
| C&J ASSOCIATES PEST CONTROL, ) | |
| ) CIVIL ACTION NUMBER | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | |
| ) | |
| RAYBURN HORNSBY, ET AL., ) CV 05-0557-A | |
| ) | |
| DEFENDANTS, ) | |

RECEIVED
2005 DEC -2  P 4: 53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER REGARDING PLAINTIFFS' MOTION TO QUASH DEFENDANTS NOTICE OF DEPOSITIONS**

Come now Plaintiff Curtis Duncan, C&J Associates respectfully moves the Court to reconsider its Order not to quash Defendants Notice for Depositions of Curtis and Janice Duncan. The Defendants Notice for Depositions and Subpoena did not comply with Rule 30 by not specifying what the general requirements for the depositions would be about, what production of documents and materials will be required and what method the testimony shall be recorded.

This Order is inconsistent with Rule 30 when your Honor ruled Plaintiff's Motion Denied, "Plaintiffs are advised that they shall be subject to any costs reasonably incurred by Defendants for their failure to attend duly and timely noticed depositions." It is undisputed facts that Attorney Harry Lyles knew that his Notice for Depositions and Subpoena did not comply with Rule 30 and promptly cancelled the depositions scheduled for November 10, 2005 after Plaintiff filed his Motion to Quash Depositions on November 9, 2005. As stated in Plaintiff original Motion to Quash Defendants Notice

of Depositions Attorney Harry Lyles was on "nothing more than a witch-hunt and a fishing expedition....". See Exhibit 1 (Copy of Notice of Deposition for Curtis Duncan). See Exhibit 2 (Copy of Notice of Deposition for Janice Duncan). See Exhibit 3 (Copy of Subpoena for Janice Duncan)

For the reasons stated above, the Plaintiff respectfully move the Court to reconsider its Order in which the Court denied Plaintiff Motion to Quash Defendant Notice for Deposition.

Respectfully,

*Curtis Duncan*
Curtis Duncan
Plaintiff
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110
Phone 205-251-5203
cj-one@msm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, a copy of the foregoing was mailed first class, postage pre-paid, to:

Jeffery Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
Phone 334-242-7555
Fax 334-242-2433

Henry Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Phone 334-242-6350
Fax 334-264-4359