IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J PEST CONTROL, *et al.*, ) | |
| ) | |
| Plaintiffs *pro se*, ) | |
| ) | |
| v. ) | No. 2:05-cv-557-WHA-DRB |
| ) | |
| RAYBURN HORNSBY, JOHNNY HARRIS, ) | |
| STAN CARLTON, *etc., et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendants Hornsby, Harris, and Carlton will take the deposition of **Plaintiff Curtis Duncan** on **Thursday, November 10, 2005, at 9:00 a.m.**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, at the offices of the Alabama Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama 36110, and continuing from day to day until completed.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

JIM R. IPPOLITO, JR. (IPP001)
Assistant Attorney General
Chief Counsel
HARRY A. LYLES (LYL001)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October 2005, I have served the foregoing document on the following by placing copies of the same in the United States Mail, First Class postage prepaid, addressed to them as indicated:

C&J Associates
Curtis Duncan
PO Box 8186
Montgomery, AL 36110-8186

Jeffery H. Long, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 300152
Montgomery, Alabama 36130-0152

_____
Harry A. Lyles (LYL001)
Assistant Attorney General
Assistant Counsel
Alabama Dept. of Transportation
Legal Bureau
1409 Coliseum Blvd.
Montgomery, Alabama 36110
Phone (334) 242-6350
Fax (334) 264-4359
E-Mail: lylesh@dot.state.al.us