RECEIVED
2005 DEC -5 P 4:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curtis Duncan, d.b.a. C&J Associates Pest Control, | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) )  CV. 05-557-WHA-DRB |
| Rayburn Hornsby, etc., et al., | ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S MOTION TO QUASH DEPOSITIONS

Comes now Plaintiff Curtis Duncan, C & J Associates Pest Control requests that this Honorable Court quash two depositions issued by the Defendants Attorney Harry Lyles to Curtis Duncan and Janice Duncan. These two depositions are scheduled to take place on December 6, 2005. In support of this motion, the Plaintiff states the following:

1. Defendants' Attorney Harry Lyles issuing of re-notice of depositions are in violation to the provisions of Rule 30(b)(2). Attorney Lyles failed to state in the notices the method by which the testimony shall be recorded.

2. Defendants' Attorney Harry Lyles request for Plaintiff to provide documents a. thru i. for the purpose of copying and inspecting at the time of deposition. See Exhibit 1 (Copy of Re-Notice of Deposition). This request is in violation of Rule 34.4 and Rule 26(b), which limits party-controlled discovery to information that is "relevant to the claim or defense of any party" rather than to any matter relevant to the subject matter of the action. These depositions was issued in bad faith to invade Plaintiff privacy and highly confidential without showing of a need for this information that is relevant to any of the legal issues in this case.

   a. Tax returns for past five years reflecting the income of C&J Associates is not relevant to the issues of this case.

   b. Statement of partnership authority is not relevant because Curtis Duncan is sole proprietor of C&J Associates.

   c. Sole proprietor is not required to file documents with the Judge of Probate of Montgomery County.

   d. Sole proprietor is not required to file documents with office of the Alabama Secretary of State.

   e. Sole proprietor is not required to file articles of incorporation.

   f. Sole proprietor is not required to file articles of organization.

   g. Defendants already have C&J's current Taxpayer Identification Number and Certification.

   h. C&J does not possess any applications, documents or forms filed with the State of Alabama State Purchasing Office.

   i. C&J does not possess or documents or applications which resulted in C&J's classification or status as "women-owned small minority" partnership.

3. If Defendant's Attorney Harry Lyles did not refuse to discuss the merits and issues of the case during the Court Order Parties' Meeting, these questions would have been answered then.

4. Defendants' Attorney Harry Lyles issuing of depositions is nothing more than a witch-hunt and a fishing expedition designed to harass and intimidate the Plaintiff Curtis Duncan and his wife Janice Duncan.

5. Defendants' Attorney Harry Lyles along with Attorney Jeffery Long has intentionally in bad faith chosen to fraudulently represent their clients merit less defense to the Plaintiff Complaint.

Wherefore, premises considered, the Plaintiff respectfully requests that this Court take the following action to quash the depositions identified in this Motion.

                                                                Respectfully submitted

                                                                _/s/ Curtis Duncan_
                                                                Curtis Duncan
                                                                Plaintiff

Respectfully submitted

*Curtis Duncan* (signature)

**Curtis Duncan**
Plaintiff, Pro Se
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Al. 36110
Phone 334-201-5203

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2005, I have served a true and correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, or hand delivered on defendants as follows:

Jeffrey H. Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
334-242-7555 Phone Number
334-242-2433 Fax Number

Harry A. Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
334-242-6350 Phone Number
334-264-4359 Fax Number

*Curtis Duncan* (signature)

Curtis Duncan
Plaintiff, Pro Se