IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:05-CV-0557-A |
| ) | |
| RAYBURN HORNSBY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

*Plaintiffs' Motion for Reconsideration of Order Regarding Plaintiffs' Motion to Quash Defendants Notice of Depositions* (Doc. 37, filed Dec. 2, 2005) is **GRANTED only to the extent that it seeks RECONSIDERATION.**

After due consideration of the *Motion* – which recites that the depositions scheduled for November 10, 2005 were cancelled – it is, for good cause, **ORDERED**, that **the *Motion* is *denied as moot* to the extent of its request that the deposition notice be quashed.**

Done this 6th day of December, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE