IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curtis Duncan, d.b.a. C&J Associates Pest Control, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CV. 05-557-WHA-DRB |
| ) | |
| Rayburn Hornsby, etc., et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO SUPPLEMENT MOTION QUASH DEPOSITIONS

Comes now Plaintiff Curtis Duncan, C & J Associates Pest Control requests that this Honorable Court Supplement Plaintiff's Motion to Quash two depositions issued by the Defendant's Attorney Larry Lyles to Curtis Duncan and Janice Duncan. This motion is necessary to attach Exhibit 1 (Copy of Re-Notice of Deposition) which is already referenced in the body of the Motion to Quash but was mistakenly not filed with the original motion.

Wherefore, premises considered, the Plaintiff respectfully requests that this Court take the following action to grant the identified Motion.

Respectfully submitted

Curtis Duncan
Plaintiff, Pro Se
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Al. 36110
Phone 334-201-5203

## CERTIFICATE OF SERVICE

    I hereby certify that on December 5, 2005, I have served a true and correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, or hand delivered on defendants as follows:

Jeffrey H. Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
334-242-7555 Phone Number
334-242-2433 Fax Number

Harry A. Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
334-242-6350 Phone Number
334-264-4359 Fax Number

*/s/ Curtis Duncan*
Curtis Duncan
Plaintiff, Pro Se