IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RAYBURN HORNSBY, JOHNNY HARRIS, ) <br> STAN CARLTON, ISAAC KERVIN, and ) <br> PAT ANTLE, ) <br> ) <br> Defendants. ) | CASE NO. 2:05-cv-557-WHA-DRB |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendants Hornsby, Harris, and Carlton will take the deposition of **Plaintiff Curtis Duncan** on **Tuesday, December 6, 2005, at 9:30 a.m.**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, at the offices of the Alabama Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama 36110, and continuing from day to day until completed.

Pursuant to the provisions of Rule 30(b)(5) of the Federal Rules of Civil Procedure, Plaintiff is requested to provide the following documents for the purpose of copying and inspecting at the time and place of deposition:

a) Tax returns for the past five years reflecting the income of C & J Associates.

b) Any "statement of partnership authority" filed by C & J Associates Pest Control.

c) Any and all documents filed with the Judge of Probate of Montgomery County on behalf of C & J Pest Control.

d) Any and all documents filed with the office of the Alabama Secretary of State on behalf of C & J Pest Control.

e) Any and all articles of incorporation filed on behalf of C & J Pest Control.

f) Any and all articles of organization filed on behalf of C & J Pest Control.

g) A copy of C & J's current Form W-9, "Request for Taxpayer Identification Number and Certification."

h) Copies of any and all applications, documents, or forms filed with the State of Alabama state purchasing office.

i) Copies of documents or applications which resulted in C & J's classification or status as a "woman-owned small minority" partnership.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

/s/ Jim R. Ippolito, Jr.
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Harry A. Lyles (HAL001)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-557-WHA-DRB |
| ) | |
| RAYBURN HORNSBY, JOHNNY HARRIS, ) | |
| STAN CARLTON, ISAAC KERVIN, and ) | |
| PAT ANTLE, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I certify that, on November 15, 2005, I have served the foregoing on the following by placing copies thereof, addressed to them as indicated below, in United States mail, First Class Postage prepaid:

C&J Associates
Curtis Duncan
PO Box 8186
Montgomery, AL 36110-8186

Jeffery H. Long, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 300152
Montgomery, Alabama 36130-0152

                                                                      _____
                                                                      Harry A. Lyles (HAL001)
                                                                      Assistant Attorney General
                                                                      Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)