IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FOR ALABAMA

| | | |
|---|---|---|
| **C&J ASSOCIATES PEST CONTROL, et al,** | ) ) ) | |
| **Plaintiffs,** | ) ) | 2:05CV557-WHA-DRB |
| v. | ) ) ) | |
| **RAYBURN HORNSBY, et al,** | ) ) | |
| **Defendants.** | ) | |

## MOTION TO RESCHEDULE COURT ORDERED DEPOSITION DATE

Comes now the defendants, Pat Antle and Isaac Kervin, by and through the undersigned counsel and move this Honorable Court to reschedule the depositions of the plaintiff and his wife, Janice Duncan which are currently set for December 16, 2005, and for grounds state as follows:

1. The undersigned was previously obligated to appear in Jackson County Circuit Court and attached as Exhibit 1 is proof thereof.

2. The undersigned has consulted with counsel for the co-defendants, Harry Lyles and the preferred dates for resetting the depositions are December 20 and 21, 2005 or if necessary, we are available on December 19, 2005.

3. Harry Lyles has communicated to the undersigned that he has no objection to the resetting of the depositions.

        Respectfully Submitted,
        Troy King

        /s/ Jeffery H. Long
        Jeffery H. Long
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that I have on this the 7th day of December, 2005, electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served a copy of the same by the United States Mail, postage prepaid, and properly addressed as follows:

C&J Associates Pest Control
Curtis Duncan
PO Box 8186
Montgomery, AL 36110

The Clerk using the CM/ECF system will send notification of this filing to:

Harry Lyles, Esq.

        /s/ Jeffery H. Long
        Of Counsel

Address of Counsel:
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax