## IN THE CIRCUIT COURT OF JACKSON COUNTY, ALABAMA

Lori Elliott Tidwell,  )
    Plaintiff,  )
  )
  )
Vs.  ) Civil Action No.: CV 2005 - 224
  )
  )
Jackson County Officials, et al.,  )
    Defendants.  )

### ORDER

All pending motions in the above styled cause are hereby set for hearing by the Court in the Jackson County Courthouse at 11:00 a.m. December 16, 2005.

It is further **ORDERED** that the Circuit Clerk of Jackson County, Alabama give notice of this hearing by serving a copy of this order upon the Plaintiff and the Defendants.

                                      Thomas N. Younger
                                      **Circuit Judge, Retired**

Cc: Hon. W.W. Haralson, Presiding


EXHIBIT 1