IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

C & J ASSOCIATES PEST CONTROL, et al.,    )
    )
    Plaintiffs,    )
    )
vs.    )    2:05-CV-0557-A
    )    [wo]
RAYBURN HORNSBY, et al.,    )
    )
    Defendants.    )

## ORDER ON MOTION

Upon notice this day from defense counsel, Attorney Jeffery Long, that the conflict reported in the *Motion to Reschedule Court Ordered Deposition Date* (Doc. 42, filed Dec. 7, 2005) has been resolved, it is for good cause **ORDERED** that the pending *Motion* (Doc. 42) is **DENIED as moot**.

Done this 8th day of December, 2005.

    **/s/ Delores R. Boyd**
    DELORES R. BOYD
    UNITED STATES MAGISTRATE JUDGE