**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Curtis Duncan
   PO Box 8186
   Montgomery, AL 36110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Curtis Duncan*     ☐ Agent
                          ☒ Addressee

B. Received by (Printed Name): Curtis Duncan
C. Date of Delivery: 12-7-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   12/6/05 order

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 4088

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Janice Duncan
   c/o Curtis Duncan
   PO Box 8186
   Montgomery, AL   36110

   Order of 12/6/05

2. Article Number
   (Transfer from service label)

   7004 2510 0001 0150 4071

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Curtis Duncan*    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Curtis Duncan                  12-7-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Curtis Duncan* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Curtis Duncan*  C. Date of Delivery *12-7-05* |
| 1. Article Addressed to:<br><br>C & J Assoc. Pest Control<br>P.O. Box 8186<br>Montgomery, AL 36110<br>12/6/05 order | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 0150 4095 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540