**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **C&J ASSOCIATES PEST CONTROL**, *et al.*, )<br>)<br>    **Plaintiff,**     )<br>)<br>v.                              )   **CASE NO. 2:05-cv-557-WHA-DRB**<br>)<br>**RAYBURN HORNSBY, JOHNNY HARRIS,** )<br>**STAN CARLTON, ISAAC KERVIN, and** )<br>**PAT ANTLE,**                  )<br>)<br>    **Defendants.**            )<br>) | |

## NOTICE OF SERVICE OF DEPOSITION NOTICES

Defendants Rayburn Hornsby, Johnny Harris, and Stan Carlton hereby serve notice upon the Court of their compliance with the Court's Order (Doc. No. 41) of December 6, 2005, and state unto the Court as follows:

1.  On December 6, 2005, this Court entered an Order, directing "**Defendant to file no later than December 12, 2005, an appropriate pleading** certifying his re-notice of the deposition in controversy…" (emphasis in the original).

2.  On December 9, 2005, the undersigned served on the parties the Second Re-notice of Deposition (of Plaintiff Curtis Duncan) and the Second Re-notice of Deposition (of Janice Duncan) by United States Mail and attempted service by electronic mail as well. Copies thereof are attached hereto as "Exhibit A" and "Exhibit B," respectively.

3.  Attached hereto as "Exhibit C" is a copy of the transcript of the proceedings held on December 6, 2005, including Defendants' Exhibits 1, 2, 3, 4, 5, 7, 8, 10, and 11, but omitting the word index.

4. Attached hereto as "Exhibit D" is a copy of the invoice submitted to the Alabama Department of Transportation by Reagan Reporters, LLC, for the proceedings held on December 6, 2005.

WHEREFORE, Defendants Hornsby, Harris, and Carlton aver that they have complied with this Court's Order of December 12, 2005.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

s/ Harry A. Lyles
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Harry A. Lyles (HAL001)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359

2

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **C&J ASSOCIATES PEST CONTROL**, *et al.*, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-557-WHA-DRB |
| | ) |
| **RAYBURN HORNSBY, JOHNNY HARRIS,** | ) |
| **STAN CARLTON, ISAAC KERVIN, and** | ) |
| **PAT ANTLE,** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on December 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following: Mr. Jeffery H. Long, Esq., Attorney General's Office, 11 South Union Street, Montgomery, Alabama 36130, Attorney for Defendants Kervin and Antle.

I also certify that, on this same date, I have served the foregoing on the following by placing copies thereof, addressed to them as indicated below, in United States mail, First Class Postage prepaid:  Mr. Curtis Duncan, *pro se*, C&J Associates Pest Control, P.O. Box 8186, Montgomery, Alabama  36110.

        s/ Harry A. Lyles  
        Harry A. Lyles (HAL001)  
        Assistant Attorney General  
        Assistant Counsel

ADDRESS OF COUNSEL:  
State of Alabama Department of Transportation  
1409 Coliseum Boulevard  
Montgomery, Alabama  36110  
(334) 242-6350 (office)  
(334) 264-4359 (facsimile)