IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-557-WHA-DRB |
| RAYBURN HORNSBY, JOHNNY HARRIS, ) | |
| STAN CARLTON, ISAAC KERVIN, and ) | |
| PAT ANTLE, ) | |
| ) | |
| Defendants. ) | |

## SECOND RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to the Court's Order of December 6, 2005 (Doc. No. 41), Defendants Hornsby, Harris, and Carlton will take the deposition of **Janice Duncan** on **Friday, December 16, 2005, at 11:00 a.m.,** or immediately following the conclusion of the deposition of Plaintiff Curtis Duncan, pursuant to Rule 30 of the Federal Rules of Civil Procedure, at the offices of the Alabama Department of Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama 36110, and continuing from day to day until completed. Said deposition will be recorded by a certified shorthand reporter or other official duly authorized to administer oaths.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

_/s/ Jim R. Ippolito_
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Harry A. Lyles (HAL001)
Assistant Attorney General
Assistant Counsel

Exhibit B

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:05-cv-557-WHA-DRB |
| RAYBURN HORNSBY, JOHNNY HARRIS, STAN CARLTON, ISAAC KERVIN, and PAT ANTLE, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I certify that, on December 9, 2005, I have served the foregoing on the following by placing copies thereof, addressed to them as indicated below, in United States mail, First Class Postage prepaid, and/or by electronic mail:

C&J Associates
Curtis Duncan
PO Box 8186
Montgomery, Alabama 36110-8186
cj_one@msn.com

Jeffery H. Long, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 300152
Montgomery, Alabama 36130-0152
jlong@ago.state.al.us

_____
Harry A. Lyles (HAL001)
Assistant Attorney General
Assistant Counsel