1              IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
2                      NORTHERN DIVISION

3
     C&J ASSOCIATES
4    PEST CONTROL, et
     al.,
5    Plaintiffs,

6    vs.                        CIVIL ACTION NO.
                                2:05-CV-577-WHA-
7    RAYBURN HORNSBY,           DRB
     JOHNNY HARRIS,
8    STAN CARLTON,
     ISAAC KERVIN, and
9    PAT ANTLE,
     Defendants.
10
              *      *      *      *      *      *
11          CERTIFICATE OF NON-APPEARANCE

12            *      *      *      *      *      *

13

14                      **APPEARANCES**

15

16   FOR THE DEFENDANTS:

17              **HARRY A. LYLES, ESQ.**

18              Alabama Department of

19              Transportation

20              Assistant Attorney General

21              1409 Coliseum Boulevard

22              Montgomery, Alabama 36110

23

1          **JEFFERY H. LONG, ESQ.**

2          The Attorney General's

3          Office of Consumer Affairs

4          Assistant Attorney General

5          11 South Union Street

6          Montgomery, Alabama 36130

7      ALSO PRESENT:

8          **PAT ANTLE**

9          **JASON TRIPPE**

10

11

12                    **INDEX**

13

14      **EXHIBITS**                                    **PAGE**

15      1          (Re-notice of                  9
                   Deposition)
16      2          (Re-notice of                  9
                   Deposition)
17      3          (Subpoena Served on Mrs.       9
                   Duncan)
18      4          (Printout of Computer          8
                   Screen reflecting
19                 Company Designation as a
                   Woman-owned Partnership)
20      7          (Plaintiff's Response to       6
                   Initial Disclosures by
21                 Mr. Duncan)
        8          (Motion to Supplement/         4
22                 Motion to Quash filed by
                   Mr. Duncan)
23      10         (Motion to Quash filed         5
                   by Mr. Duncan)

1    Exhibit Nos. 5 and 11, attached

2    hereto, were marked for identification

3    but were not referred to during the

4    proceeding.

5

6                *   *   *   *   *   *   *   *   *

7                    P R O C E E D I N G S

8

9

10                On the 6th day of December,

11   2005, at the Offices of the Alabama

12   Department of Transportation, located

13   at 1409 Coliseum Boulevard,

14   Montgomery, Alabama, the following

15   proceedings were had:

16

17                MR. LYLES:  We're on the

18                    record.  I have the time,

19                    9:35.  We had noticed the

20                    depositions -- two

21                    depositions for today.

22                    One was the plaintiff,

23                    Curtis Duncan, at 9:30

```
 1                      a.m.  The other was Janice

 2                      Duncan at 11:00.

 3                           For the record, at

 4                      approximately 8:15 this

 5                      morning, Mr. Duncan

 6                      delivered to me a

 7                      pleading that we've

 8                      marked at Exhibit 8, his

 9                      motion to supplement,

10                      motion to quash

11                      depositions.

12              (The referred-to document was

13               marked for identification as

14               Defendant's Exhibit No. 8.)

15              MR. LYLES:  At that time, I

16                      asked him if either he or

17                      his wife would be present

18                      for depositions today.

19                      Mr. Duncan informed me

20                      that neither Janice

21                      Duncan would be present

22                      unless ordered by the

23                      Court.
```

```
 1                          At this time, we've

 2                  received no order from

 3                  the Court directing him

 4                  to be present, and we've

 5                  not heard from the

 6                  Duncans other than the

 7                  8:15 encounter this

 8                  morning.

 9                          In the course of

10                  this litigation, we've

11                  filed notices twice to

12                  take the depositions of

13                  Janice and Curtis Duncan.

14                          At this time, he

15                  filed a motion to quash

16                  depositions, which I've

17                  marked at Exhibit 10.

18              (The referred-to document was

19              marked for identification as

20              Defendant's Exhibit No. 10.)

21              MR. LYLES:  That motion

22                  contains a list of

23                  various objections for
```

1          documents that we asked

2          for.  We're going to get

3          into in just a moment why

4          we felt those documents

5          were pertinent.

6               And reason we issued

7          -- noticed these

8          depositions was the

9          response that Mr. Duncan

10         has filed, that I'll mark

11         as Defendant's Exhibit

12         No. 7, entitled

13         *Plaintiff's Response to*

14         *Initial Disclosures.*

15      (The referred-to document was

16      marked for identification as

17      Defendant's Exhibit No. 7.)

18        MR. LYLES:  In that response

19            he said that the only

20            people that he knew of

21            that had knowledge of

22            this case were Curtis and

23            Janice Duncan, that they

1        were most likely to have

2        discoverable information

3        relevant to the case.

4            Upon representation

5        of Mr. Duncan in this

6        court pleading, we have

7        noticed the depositions.

8            He also indicated

9        that the defendants

10       already have possession

11       of any of documents, data

12       compilations and tangible

13       things relevant to the

14       case.

15           One of the things

16       that Mr. Duncan has

17       represented thus far is

18       that he is representing

19       -- he is acting pro se as

20       a sole proprietor of the

21       business, C&J Associates

22       Pest Control.

23           According to Exhibit

```
 1                    No. 4, which we will

 2                    introduce, the business

 3                    is not a sole

 4                    proprietorship.  It is a

 5                    partnership, designated

 6                    as a woman-owned, small

 7                    minority with ethnicity

 8                    of black.  This was filed

 9                    on July the 8th, 1993.

10          (The referred-to document was

11           marked for identification as

12           Defendant's Exhibit No. 4.)

13            MR. LYLES:  The earlier

14                    depositions noticed were

15                    canceled due to my

16                    illness.  We re-noticed

17                    them.  Exhibits Nos. 1

18                    and 2 reflect the

19                    re-noticing of the

20                    depositions.

21          (The referred-to document was

22           marked for identification as

23           Defendant's Exhibit
```

1              Nos. 1 and 2.)

2                MR. LYLES:  Exhibit No. 3 is a

3                     subpoena directed to Mrs.

4                     Duncan to which a check

5                     was attached, served on

6                     her.

7           (The referred-to document was

8           marked for identification as

9           Defendant's Exhibit No. 3.)

10               MR. LYLES:  As we said,

11                    Mr. Duncan has

12                    represented to the Court,

13                    to the lawyers in the

14                    case that this is a sole

15                    proprietorship.

16                        Document No. 4 that

17                    we just talked about

18                    indicates that it is a

19                    partnership rather than a

20                    sole proprietorship.

21                        Exhibit No. 7 is an

22                    Invitation to Bid that

23                    C&J Associates had

1       submitted at an earlier

2       date.  Rather than an

3       indication that it is

4       sole proprietorship, that

5       Invitation to Bid was

6       executed by Mrs. Janice

7       Duncan who indicates she

8       is the vice president of

9       the company.

10          And, for the purpose

11      of the record, we'll note

12      that the signature was

13      notarized by Ms. Shea

14      Conway, who is an

15      employee of the

16      Department of

17      Transportation.  It was

18      apparently notarized on

19      State time by Ms. Conway.

20          Also affecting the

21      credibility of the

22      contention that this is a

23      sole proprietorship is an

1          application that Mrs.

2          Duncan filed with the

3          Department as part of her

4          -- the experience she

5          indicated to qualify her

6          to work for the

7          Department of Corrections

8          -- I mean, Transportation

9          is indication of 99

10         months total experience

11         with C&J Associates as

12         the chief accountant,

13         pest contractor, where

14         she was allegedly earning

15         $26 an hour.

16              This coincides with

17         the time that she

18         indicated she was

19         employed by other state

20         agencies, and that

21         experience was used to

22         qualify her for the

23         position she currently

```
 1                         has with the Alabama

 2                         Department of

 3                         Transportation.

 4                              Mr. Long, do you

 5                         have anything you want to

 6                         put on the record?

 7            MR. LONG:  I would like you to

 8                         tell the Court what

 9                         Exhibit 4 is.  I mean, I

10                         know it's some sort of

11                         computer screen, but --

12            MR. LYLES:  Exhibit No. 4 is a

13                         computer screen that our

14                         procurement office

15                         provided for me.  At the

16                         top of it -- off the

17                         record for just a second.

18        (Off-the-record discussion.)

19            MR. LYLES:  Exhibit No. 4 is a

20                         vendor screen that

21                         indicates how the vendor

22                         was set up in the

23                         database.  And that
```

1        apparently is based on an

2        application or some

3        information that was

4        filed on July 8, 1993.

5            As I said, this

6        indicates that this is a

7        partnership, woman-owned,

8        small minority, with

9        ethnicity of black.

10    MR. LONG:  Let's go off the

11        record a second.

12  (Off-the-record discussion.)

13    MR. LYLES:  Anything else you

14        want to put on the

15        record?

16    MR. LONG:  Just that I am

17        here.  I'm Jeff Long.  I

18        represent the Department

19        of -- no.  I represent

20        the Finance defendants,

21        Pat Antle and Isaac

22        Kervin.

23            I've been ready to

1          take these depositions

2          twice.  I've gotten ready

3          twice to take these

4          depositions and both

5          times, on the eve of the

6          depositions, he files a

7          notice to quash

8          depositions.  The best I

9          can tell, they're

10         groundless reasons.

11              The documents we've

12         requested for this

13         deposition were to

14         establish whether C&J is

15         a corporation, a sole

16         proprietorship, or what

17         type of business entity

18         it is, which he has never

19         clarified.  That's all

20         I'm going to have put in

21         the record.

22    MR. LYLES:  Relevancy of the

23         type of corporation goes

```
 1                              to the issue of whether

 2                              or not Mr. Duncan can

 3                              represent the entity pro

 4                              se and whether he can

 5                              represent his wife, Mrs.

 6                              Duncan.  That's it.


 7

 8                    (The proceeding concluded at

 9                     approximately 9:43 a.m. on

10                     December 6, 2005.)

11

12

13

14

15

16

17

18

19

20

21

22

23
```

```
1                    *   *   *   *   *   *   *   *

2                    REPORTER'S CERTIFICATE

3                    *   *   *   *   *   *   *   *

4

5        STATE OF ALABAMA

6        COUNTY OF AUTAUGA

7

8                 I, Mishan Williamson,

9        Certified Shorthand Reporter and

10       Notary Public in and for the State of

11       Alabama at Large, do hereby certify

12       that I reported the foregoing

13       proceeding in the matter of C&J

14       ASSOCIATES PEST CONTROL, et al.,

15       Plaintiffs, versus RAYBURN HORNSBY,

16       JOHNNY HARRIS, STAN CARLTON, ISAAC

17       KERVIN, and PAT ANTLE,, Defendants,

18       Civil Action No. 2:05-CV-577-WHA-DRB,

19       on the 6th of December, 2005.

20                 The foregoing 15

21       typewritten pages contain a true and

22       correct transcript of the proceedings.

23                 I further certify that I
```

1    neither kin nor of counsel to the

2    parties to said cause, nor in any

3    manner interested in the results

4    thereof.


6         This 6th day of December, 2005



9    *Mishan Williamson / MH*

10   Mishan Williamson
     Certified Shorthand Reporter
11   and Notary Public
     State of Alabama at Large

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CASE NO. 2:05-cv-557-WHA-DRB** |
| RAYBURN HORNSBY, JOHNNY HARRIS, ) | |
| STAN CARLTON, ISAAC KERVIN, and ) | |
| PAT ANTLE, ) | |
| ) | |
| **Defendants.** ) | |

**EXHIBIT**

*1*

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendants Hornsby, Harris, and Carlton will take the

deposition of **Plaintiff Curtis Duncan** on **Tuesday, December 6, 2005, at 9:30 a.m.,** pursuant

to Rule 30 of the Federal Rules of Civil Procedure, at the offices of the Alabama Department of

Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama 36110, and continuing from

day to day until completed.

Pursuant to the provisions of Rule 30(b)(5) of the Federal Rules of Civil Procedure,

Plaintiff is requested to provide the following documents for the purpose of copying and

inspecting at the time and place of deposition:

  a)    Tax returns for the past five years reflecting the income of C & J

        Associates.

  b)    Any "statement of partnership authority" filed by C & J Associates Pest

        Control.

  c)    Any and all documents filed with the Judge of Probate of Montgomery

        County on behalf of C & J Pest Control.

d)    Any and all documents filed with the office of the Alabama Secretary of

State on behalf of C & J Pest Control.

e)    Any and all articles of incorporation filed on behalf of C & J Pest Control.

f)    Any and all articles of organization filed on behalf of C & J Pest Control.

g)    A copy of C & J's current Form W-9, "Request for Taxpayer

Identification Number and Certification."

h)    Copies of any and all applications, documents, or forms filed with the

State of Alabama state purchasing office.

i)    Copies of documents or applications which resulted in C & J's

classification or status as a "woman-owned small minority" partnership.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Harry A. Lyles (HAL001)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone:  (334) 242-6350
Facsimile: (334) 264-4359

2

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

C&J ASSOCIATES PEST CONTROL, et al.,  )
)
)
**Plaintiffs,**                      )
)
v.                                   )    **CASE NO. 2:05-cv-557-WHA-DRB**
RAYBURN HORNSBY, JOHNNY HARRIS,      )
STAN CARLTON, ISAAC KERVIN, and      )
PAT ANTLE,                           )
)
**Defendants.**                      )

## CERTIFICATE OF SERVICE

I certify that, on November 15, 2005, I have served the foregoing on the following by

placing copies thereof, addressed to them as indicated below, in United States mail, First Class

Postage prepaid:

C&J Associates
Curtis Duncan
PO Box 8186
Montgomery, AL 36110-8186

Jeffery H. Long, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 300152
Montgomery, Alabama 36130-0152

Harry A. Lyles (HAL001)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)

3

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
EXHIBIT
   2
```

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-557-WHA-DRB |
| ) | |
| RAYBURN HORNSBY, JOHNNY HARRIS, ) | |
| STAN CARLTON, ISAAC KERVIN, and ) | |
| PAT ANTLE, ) | |
| ) | |
| Defendants. | |

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendants Hornsby, Harris, and Carlton will take the

deposition of **Plaintiff Janice Duncan** on **Tuesday, December 6, 2005, at 11:00 a.m.**, pursuant

to Rule 30 of the Federal Rules of Civil Procedure, at the offices of the Alabama Department of

Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama 36110, and continuing from

day to day until completed.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Harry A. Lyles (HAL001)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

C&J ASSOCIATES PEST CONTROL, et al., )
)
)
Plaintiffs, )
)
v. )   CASE NO. 2:05-cv-557-WHA-DRB
)
RAYBURN HORNSBY, JOHNNY HARRIS, )
STAN CARLTON, ISAAC KERVIN, and )
PAT ANTLE, )
)
Defendants. )

## CERTIFICATE OF SERVICE

I certify that, on November 15, 2005, I have served the foregoing on the following by

placing copies thereof, addressed to them as indicated below, in United States mail, First Class

Postage prepaid:

C&J Associates
Curtis Duncan
PO Box 8186
Montgomery, AL 36110-8186

Jeffery H. Long, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 300152
Montgomery, Alabama 36130-0152

Harry A. Lyles (HAL001)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)

%AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

C&J ASSOCIATES PEST CONTROL, et al.

**SUBPOENA IN A CIVIL CASE**

V.

RAYBURN HORNSBY, et al.

Case Number:[1] 2:05-cv-557-WHA

TO:   JANICE DUNCAN
      2224 HALCYON BOULEVARD
      MONTGOMERY, AL 36117

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| ALDOT Legal Bureau, 1409 Coliseum Blvd., K101, Montgomery, AL  36110 | Nov.10, 2005, at 10:30 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  |  |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Harry A. Lyles, ALDOT Legal Bureau, 1409 Coliseum Boulevard, Montgomery, AL  36110, (334) 242-6350
Attorney for Defendants Hornsby, Carlton, and Harris



(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.



EXHIBIT

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AO88 (Rev. 1/94) Subpoena in a Civil Case

|  | PROOF OF SERVICE | |
|---|---|---|
| | DATE | PLACE |
| SERVED | October 18, 2005 | ALDOT - 1409 Coliseum Blvd. Montgomery, AL 36110 ◼ |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| Janice Duncan | | personal service |
| SERVED BY (PRINT NAME) | | TITLE |
| Krystal Harrison McDade | | Administrative Support Assistant II |

|  |
|---|
| DECLARATION OF SERVER |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    October 18, 2005
_____
               DATE

_____
SIGNATURE OF SERVER

1409 Coliseum Blvd., Montgomery, AL  36110
_____
ADDRESS OF SERVER

ALH808

0859627

# REMITTANCE ADVICE

## STATE OF ALABAMA
Department of Finance - Office of State Comptroller
Montgomery, AL 36130-2602

| Agency | Fund | Voucher | Warrant | Date | Amount |
|--------|------|---------|---------|------|--------|
| 012 | 0319 | 60120003273 | 60024429 | 10/15/05 | $40.00 |

INVOICE NUMBERS:
100705

PLEASE DIRECT QUESTIONS TO:           TRANSPORTATION
                       (334) 242-6367   1409 COLISEUM BLVD
                                        MONTGOMERY AL    36130

JANICE DUNCAN
2224 HALCYON BLVD.
MONTGOMERY          AL      36117

---



0859627

## State of Alabama
DEPARTMENT OF FINANCE
OFFICE OF STATE COMPTROLLER
MONTGOMERY, ALABAMA 36130-2602

VOUCHER NO.   60120003273    CHARGE TO:   0319 012

PAY TO THE ORDER OF:

| WARRANT NUMBER | DATE OF ISSUE | NET AMOUNT |
|----------------|---------------|------------|
| 60024429 | 10/15/05 | $ ********40.00 |

1072

JANICE DUNCAN
2224 HALCYON BLVD.
MONTGOMERY          AL      36117

VOID AFTER 1 YEAR

Robert L Childress

PAYABLE AT: STATE TREASURER
MONTGOMERY, ALABAMA

STATE COMPTROLLER

⑆600244299⑆ ⑆062200440⑆ 000000040008⑆



```
Novation 3270 Emulator - (2nja/23)

File  Edit  Settings  Tools  Help

ENTER FUNCTION:                    VEN2      09/08/05    10:29:20 AH

VENDOR HEADER TABLE  #2 : KEY IS VENDOR NUMBER

VENDOR NUMBER......: 631069338 00
VENDOR NAME 1......: C & J ASSOCIATES
VENDOR NAME 2......:
BUSINESS TYPE......: 4    : SERVICE
ORGANIZATION TYPE..: P    : PARTNERSHIP
TYPE OF FEIN.......: 1    : FEIN
BUSINESS OWNERSHIP.: WA   : WOMAN-OWNED SMALL MINORITY
ETHNICITY..........: B    : BLACK
COUNTY CODE........: 51   : MONTGOMERY
 ATING CODE........: 0    : NONE

REMITTANCE VENDOR..:         REMITTANCE SUFFIX..:
INCORPORATION STATE:         COMPANY SIZE.......: S    GROSS REVENUE: 2
INCORPORATION DATE.:         NUMBER OF EMPLOYEES: 000002   OUT OF STATE: N
PAYMENT HOLD.......: N       IN ACCT PAYEE FILE.: N
INDEPENDENT OWNED..: N       MINIMUM QUOTATION..:      0.00
OUT OF COUNTRY IND.: N    STKHLDR DISCLOSURE.: N   DATE FILED: 07/08/93
```



EXHIBIT

4

Form 3 - Revised November 2000

# APPLICATION FOR EXAMINATION

**DO NOT WRITE IN THIS SPACE**

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

**General Instructions**

A separate application is required for each job. **Do not write in shaded areas.** Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

4 1 6 - 9 6 - 9 4 3 3

Examination For Which You Are Applying (one per application)    Opt

Senior Accountant

EXHIBIT

| Full Name | Janice | | Duncan |
|---|---|---|---|
| | First | Middle | |
| Address | 2224 Halcyon Blvd. | | |
| | House or Apartment Number | Street | |
| Montgomery | Alabama | Montgomery | 36117 |
| City | State | County | Zip Code |

Telephone Number: Home ( 334 ) 274-1169          Work ( 334 ) 242-6371
                          Area Code                                Area Code

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth   01   20   1961        Sex (check one)  1. ( ) Male   2. ( X ) Female
                   (Month) (Day) (Year)

Race (check one) 1. ( ) White   2. (X) Black   3. ( ) Hispanic  4. ( ) Asian or Pacific Islander   5. ( ) American Indian or Alaskan Native  6.( ) Other

EDUCATION:          CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.          ED

High School Diploma or GED? ( X ) Yes ( ) No    1  2  3  4  5  6  7  8  9  10  11  (12)  College 1  2  3  (4)    LC

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED.  SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Auburn University at Montgomery | 1-2001 | current | 9 | | | current | | Master of Bus. |
| Troy State University at Montgomery | 1-85 | 12-96 | | 190 | X | | Business 1996 | Accounting |
| Massey Draughon Business | 9-79 | 6-80 | | 35 | X | | Business 1980 | Acctg/Gen Bus. |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

| Principle of Acctg I & II | 08 | Intermediate Acctg I & II | 10 | Inc Tax Acctg I & II | 10 |
|---|---|---|---|---|---|
| Cost Acctg. I & II | 10 | Auditing I & Gov'l Acctg | 10 | AdvAcctg & Managerial Acctg | 09 |

## CERTIFICATION STATEMENT

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

Signature _Janice Duncan_          Date   11 - 20 - 02

During the application process, including testing and employment consideration,
your name may be removed from an employment register for any disqualifying reason.

SOCIAL SECURITY NUMBER  4  | 1  6 - 9  6 - 9  4  3  3

| | | |
|---|---|---|
| three reliable persons, not relatives or present employer, who know you well enough to give information about you. | | |
| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
| James Womack, Printing Supervisor | 2221 Thames Ln. Montgomery, AL  36106 – 244-7019 | State of Alabama Printing and Publications |
| Raymond Bell, Jr. Atty/Ethics Comm. Bd. | 157 N. Conception St., Mobile, AL  36603 – 334-432-9300 | Bell, PC |
| Hobart Reed, Retiree | 3655 Fernway Dr., Montgomery, AL  281-2002 | Supervisor, Retired from State of Alabama |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced or asked to resign from any job?    ( )  Yes   ( X ) No

If you answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

Have you ever been convicted of a misdemeanor or felony crime?    ( )  Yes   (X) No

If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions.  If necessary, you may use a separate sheet or sheets and attach to application.

_____

_____

_____

TE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY NVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB;  THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT AUTOMATICALLY RESULT IN DISQUALIFICATION.  CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) FOR VERIFICATION.  FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY
### THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment.  Each time you changed jobs or your title changed should be listed as a separate period.  Describe in detail your duties. (Attach additional sheets if needed.)

| 1. Current or Last Employer State of Alabama Dept. of Transportation | | | | | | Your Official Job Title Accountant II | | |
|---|---|---|---|---|---|---|---|---|
| Address            1409 Coliseum Blvd. Montgomery, AL  36130 | | | | | | Type of Business Road and Bridge Construction | | |
| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
| Month   Year | | Month   Year | | | | | | |
| 07      1999 | | current | | 18 | 40 | $ 1,368  Per  b/w | $   1,873.80   Per b/w | (X ) Yes   ( ) No |
| Number/Title of Employees You Supervised On a Continuing Basis              10 | | | | | | Equipment You Operated Personal computer, calculator, fax, copier | | |
| Name, Title and Telephone Number of Supervisor        Carolyn Rhodes, Accountant III 242-6367 | | | | | | Reason for Leaving                  Current | | |
| Describe Your Duties in Detail | | | | | | | | |
| *Serves as Assistant Fiscal Supervisor, audit road and bridge projects for payment to contractors, make payments to banks on behalf of contractors for escrow retainage, research and answer inquiries, audit vouchers before submission to the state comptroller's office, process fiscal forms, perform monthly reconciliation* | | | | | | | | |

| 2. Employer | | | | | Your Official Job Title |
|---|---|---|---|---|---|
| State of Alabama – Dept. of Finance | | | | | Accountant I |

| Address | | | | | Type of Business |
|---|---|---|---|---|---|
| RSA Union Bldg. Room 234 Montgomery, AL 36130 | | | | | Accounting services for the Finance Department |

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| Month 06 | Year 97 | Month 07 | Year 99 | | 40 | $ 1,299 Per b/w | $ 1,368 Per b/w | ( x ) Yes   ( ) No |

| Number/Title of Employees You Supervised On a Continuing Basis | Equipment You Operated |
|---|---|
| | Personal computer, calculator, fax, copier |

| Name, Title and Telephone Number of Supervisor   April Richardson, Accountant II 353-3215 | Reason for Leaving   Promotion |
|---|---|

Describe Your Duties in Detail

Prepare financial statements, CAFR preparation, reports, prepare journal vouchers, reconcile expenditures & receipts between LGFS and GFS for all funds of the Finance Department, assist in budget preparation, work on special accounting projects, reconcile fixed assets reports, ensure accuracy of accounting systems/reports.

| 3. Employer | | | | | Your Official Job Title |
|---|---|---|---|---|---|
| State of Alabama – Finance Dept. - Printing and Publications | | | | | Accountant I |

| Address | | | | | Type of Business |
|---|---|---|---|---|---|
| 660 Chisholm Street, Montgomery, AL 36110 | | | | | Printing services for the State of Alabama |

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| Month 6 | Year 96 | Month 6 | Year 97 | 12 | 40 | $ 1,178 Per b/w | $ 1,299 Per b/w | ( X ) Yes   ( ) No |

| Number/Title of Employees You Supervised On a Continuing Basis   2 -Account Clerks | Equipment You Operated   Personal computer, calculator, fax, copier |
|---|---|

| Name, Title and Telephone Number of Supervisor   Hoby Reed, Accountant III, 281-2002 | Reason for Leaving   Prtg & Pub. Acctg was consolidated to Finance Acctg. |
|---|---|

Describe Your Duties in Detail

Supervise & coordinate pricing of printing and auditing work orders, bill customers for graphic arts services, calculate firm bids and/or estimates for customers, prepare financial statements, cost reports, prepare journal vouchers, reconcile expenditures & receipts, assist in budget preparation, prepare executive budgets, operation plans, quarterly performance reports, prepare reports for budget hearing meetings, compose letters and memoranda for division director and/or division controller, participate in employees performance appraisal evaluation, participate in the hiring process of new accounting personnel, served as assistant Printing & Publications' Systems Administrator of LOGIC, a costing system made for the printing industry, crossed trained in accounts payable/purchasing, train new accounting employees, develop/revise policies and procedures.

| 4. Employer | | | | | Your Official Job Title |
|---|---|---|---|---|---|
| State of Alabama – Fin Dept. - Printing and Publications | | | | | Accounting Technician I |

| Address | | | | | Type of Business |
|---|---|---|---|---|---|
| 660 Chisholm Street, Montgomery, AL 36110 | | | | | Printing Services for the State of Alabama |

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| Month 11 | Year 91 | Month 06 | Year 96 | 55 | 40 | $ 964.90 Per b/w | $ 1,178 Per b/w | ( X ) Yes   ( ) No |

| Number/Title of Employees You Supervised On a Continuing Basis   2 Account Clerks – 1-Clerk Typist I | Equipment You Operated   Personal computer, calculator, fax, copier |
|---|---|

| Name, Title and Telephone Number of Supervisor   Hoby Reed, Accountant III, 281-2002 | Reason for Leaving   Promotion |
|---|---|

Describe Your Duties in Detail

Supervise & coordinate pricing and auditing of printing work orders, prepare financial statements, reports, prepare journal vouchers, reconcile expenditures & receipts between LGFS and GFS for all funds of the Finance Department, assist in budget preparation, bill customers for graphic arts services, calculate firm bids and/or estimates for customers, prepare executive budgets, operation plans, quarterly performance reports, compose letters and memoranda for division director and/or division controller, participate in employees performance appraisal evaluation, participate in the hiring process of new accounting personnel, served as assistant Printing & Publications' Systems Administrator of LOGIC, a costing system made for the printing industry, crossed trained in accounts payable/purchasing, train new accounting employees, develop/revise policies and procedures.

SOCIAL SECURITY NUMBER

**5. Employer**
C & J Associates

Your Official Job Title
Chief Accountant

Address
P. O. Box 8186, Montgomery, AL 36110

Type of Business
Pest Control Contractor

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| ath 10 | Year 92 | Month Current-part time | Year | 99 | 15 - 20 | $ 15.00 Per hr. | $ 26.00 Per hr. | ( X ) Yes  ( ) No |

Number/Title of Employees You Supervised
On a Continuing Basis

Equipment You Operated
Personal computer, calculator, fax, copier

Name, Title and Telephone Number
of Supervisor          Curtis Duncan, 317-3903

Reason for Leaving
Current

Describe Your Duties in Detail

Prepare financial statements and reports, prepare cost reports that are used for estimating bid prices on pest control services contracts, invoice customers for pest control services rendered, prepare bids for contract pest control services, Compose letters and memoranda. Compute overhead rates, process payments to vendors, process receipts from customers, reconcile bank accounts, represent C&J concerning all accounting, administrative and tax concerns, develop administrative policies and procedures.

---

**6. Employer**
State of Alabama – Fin Dept. - Printing and Publications

Your Official Job Title
Account Clerk II

Address
660 Chisholm Street, Montgomery, AL 36110

Type of Business
Printing Services for the State of Alabama

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| Month 02 | Year 86 | Month 11 | Year 91 | 69 | 40 | $ 605.60 Per b/w | $ 964.90 Per b/w | ( X ) Yes  ( ) No |

Number/Title of Employees You Supervised
On a Continuing Basis          1 -Clerk Typist I

Equipment You Operated
Personal Computer ,typewriter, calculator, fax, copier

Name, Title and Telephone Number
of Supervisor          Hoby Reed, Accountant III, 281-2002

Reason for Leaving
Promotion

:ribe Your Duties in Detail

Supervise and coordinate pricing of printing work orders, bill customers for graphic arts services, calculate firm bids and/or estimates for customers, compose letters and memoranda for division director and/or division controller.  Assist in the book closing and financial statement preparation; train estimating, pricing and auditing personnel.

---

**7. Employer**
State of Alabama – Fin Dept. - Printing and Publications

Your Official Job Title
Account Clerk I

Address
660 Chisholm Street, Montgomery, AL 36110

Type of Business
Printing Services for the State of Alabama

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| Month 05 | Year 82 | Month 02 | Year 86 | 45 | 40 | $ 398.60 Per b/w | $ 576.40 Per b/w | ( X ) Yes  ( ) No |

Number/Title of Employees You Supervised
On a Continuing Basis

Equipment You Operated
typewriter, calculator, fax, copier

Name, Title and Telephone Number
of Supervisor          Hoby Reed, Accountant III, 281-2002

Reason for Leaving
Promotion

Describe Your Duties in Detail

Price printing work orders, bill customers for graphic arts services, calculate firm bids and/or estimates for customers, assisted accounts payable section in the processing of payments to vendors, prepare debit/credit memorandjums.

SOCIAL SECURITY NUMBER :

| 8. Employer | | | | | Your Official Job Title | | |
|---|---|---|---|---|---|---|---|
| State of Alabama -- Fin Dept. - Printing and Publications | | | | | Clerk Typist I | | |
| Address | | | | | Type of Business | | |
| 660 Chisholm Street, Montgomery, AL 36110 | | | | | Printing Services for the State of Alabama | | |

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| Month | Year | Month | Year | | | | | |
| | 81 | 05 | 82 | 6 | 40 | $ 343.50  Per  b/w | $ 397.60  Per  b/w | ( X ) Yes   ( ) No |

| Number/Title of Employees You Supervised On a Continuing Basis | Equipment You Operated |
|---|---|
| | typewriter, calculator, fax, copier, PA System |

| Name, Title and Telephone Number of Supervisor   Hoby Reed, Accountant III, 281-2002 | Reason for Leaving |
|---|---|
| | Reallocation/Promotion |

Describe Your Duties in Detail

Price completed printing job orders, post daily to accounts receivable ledgers, prepare and maintain accounts receivable schedules, statements, records, and reports, prepare credit and/or debit memorandums, bill customers for graphic arts services, calculate firm bids and/or estimates for customers, assisted accounts payable section in the processing of payments to vendors.

| 9. Employer | | | | | Your Official Job Title | | |
|---|---|---|---|---|---|---|---|
| Central Alabama OIC – Comprehensive Youth Offenders Program | | | | | Program Bookkeeper/Secretary | | |
| Address | | | | | Type of Business | | |
| 2035 Mobile Rd., Montgomery, AL 36108 | | | | | Education/Training Services | | |

| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|---|---|
| Month | Year | Month | Year | | | | | |
| 12 | 80 | 11 | 81 | 10 | 40 | $ 3.50  Per  hr. | $ 3.50  Per  hr. | ( X ) Yes   ( ) No |

| Number/Title of Employees You Supervised On a Continuing Basis | Equipment You Operated |
|---|---|
| | typewriter, calculator, fax, copier, telephone |

| Name, Title and Telephone Number of Supervisor   Ethel Davis, Deputy Director - 265-1594 | Reason for Leaving |
|---|---|
| | Job offer with State of Alabama Fin. Dept. |

:ribe Your Duties in Detail

Post to General Ledger, journalize in A/R and A/P journals, process payments to vendors, process receipts from federal government grant monies, compute payroll and Program estimate cash advance for grant, file, type, answer two-line telephone, direct calls.

5. USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.

SOCIAL SECURITY NUMBER:

### COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

If you claim Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim.

1 ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement.

2 ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. V.A. letter must be kept updated until register is established or you lose the extra 5 points.

3 ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.

4 ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran.

5 ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

### COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

1 ( ) Alexander City    3 ( 3 ) Birmingham    5 ( ) Dothan    7 ( ) Linden    9 ( 1 ) Montgomery    12 ( ) Tuscaloosa

2 ( ) Andalusia    4 ( ) Decatur    6 ( ) Jacksonville    8 ( ) Mobile    10 ( 2 ) Selma

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

### Where did you learn of this job? (check all that apply)

1 ( ) State Employment Service    5 ( ) Friend/Relative    9 ( ) Legislative Representative    13 ( ) TV/Radio Commercial

2 (X) Job Announcement Notice    6 ( ) Dept. News Bulletin    10 ( ) State Recruiter/Counselor    14 ( ) Other

3 ( ) Newspaper    7 ( ) Rehabilitation Services    11 ( ) State Personnel Dept. Information Board    15 ( ) State Personnel Dept. Website

4 ( ) College Placement/Career Office    8 ( ) High School Counselor    12 ( ) Outreach Program (i.e. Church)    16 ( ) Other Website

### AVAILABILITY

**81 - Northwest Alabama**
17 Colbert
30 Franklin
39 Lauderdale
40 Lawrence

**84 - Jasper/ Winfield Area**
29 Fayette
38 Lamar
47 Marion
64 Walker
67 Winston

**87 - East Central Alabama**
08 Calhoun
09 Chambers
14 Clay
15 Cleburne
19 Coosa
56 Randolph
61 Talladega
62 Tallapoosa

**82 - Huntsville/ Decatur Area**
36 Jackson
42 Limestone
45 Madison
48 Marshall
52 Morgan

**85 - Tuscaloosa Area**
04 Bibb
22 Greene
33 Hale
54 Pickens
60 Sumter
63 Tuscaloosa

**88 - Southwest Alabama**
12 Choctaw
13 Clarke
46 Marengo
65 Washington

**83 - Northeast Alabama**
10 Cherokee
25 DeKalb
28 Etowah

**86 - Birmingham Area**
05 Blount
22 Cullman
37 Jefferson
58 Shelby
59 St. Clair

**89 - Selma/Clanton Area**
11 Chilton
24 Dallas
53 Perry
66 Wilcox

**90 - Montgomery Area**
01 Autauga
26 Elmore
43 Lowndes
51 Montgomery

**93 - South Central Alabama**
07 Butler
18 Conecuh
20 Covington
21 Crenshaw
27 Escambia
50 Monroe

**91 - Phenix City/ Troy Area**
03 Barbour
06 Bullock
41 Lee
44 Macon
55 Pike
57 Russell

**94 - Dothan Area**
16 Coffee
23 Dale
31 Geneva
34 Henry
35 Houston

**92 - Mobile Area**
02 Baldwin
49 Mobile

**95 - Statewide**
(You will be considered for vacancies throughout the state. Relocation may be necessary)

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment. You will be considered for employment only in the locations you indicate. You may choose a combination of up to three counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 3 counties and/or regions where you are willing to work   _95 - statewide_   _____

If you want to be considered for appointment by only certain state agencies, indicate here_____

Will you accept work involving overnight travel? ( x ) Yes   ( ) No     Will you accept part-time work? ( ) Yes   ( x) No

Will you accept temporary work?   ( ) Yes   ( x ) No

Which shifts are you willing to work?   0. (x ) all shifts   1. ( ) 1st only   2. ( ) 2nd only   3. ( ) 3rd only   4. ( ) 1st and 2nd only   5. ( ) 1st & 3rd only   6. ( ) 2nd & 3rd only

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.)   11   20   02
            Month   Day   Year

NOTE:   Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION



Curtis Duncan, d.b.a. C&J Associates )
Pest Control, )
)
   Plaintiff, )
)
Vs. )     CV. 05-557-WHA-DRB
)
Rayburn Hornsby, etc., et al., )
)
   Defendants. )

## PLAINTIFF REPONSE TO INITIAL DISCLOSURES IN ACCORDANCE WITH RULE 26

    Comes now plaintiff Curtis Duncan, C & J Associates, Pest Control submits to Defendants

the names of Curtis Duncan and Janice Duncan, as the individuals most likely to have discoverable

information relevant to this case. Our business address is P.O. Box 8186 Montgomery, AL. 36110.

Our phone numbers are (334) 201-5203 and 201-2217. The Defendants already has in it

possession all documents, data compilations and tangible things relevant to this case in their files.

                        Respectfully submitted

                        *Curtis Duncan*

                        Curtis Duncan
                        Plaintiff, Pro Se

Respectfully submitted

*Curtis Duncan*

**Curtis Duncan**
**Plaintiff, Pro Se**
**C&J Associates Pest Control**
**P.O. Box 8186**
**Montgomery, Al. 36110**
**Phone 334-201-5203**

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2005, I have served a true and correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, on defendants as follows:

Jeffrey H. Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
334-242-7555 Phone Number
334-242-2433 Fax Number

Harry A. Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
334-242-6350 Phone Number
334-264-4359 Fax Number

*Curtis Duncan*

Curtis Duncan
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Curtis Duncan, d.b.a. C&J Associates )
Pest Control, )
                                          )

  Plaintiff, )
                                          )

Vs. )        CV. 05-557-WHA-DRB
                                          )

Rayburn Hornsby, etc., et al., )

  Defendants. )

## PLAINTIFF'S MOTION TO SUPPLEMENT MOTION QUASH DEPOSITIONS

    Comes now Plaintiff Curtis Duncan, C & J Associates Pest Control requests that this Honorable

Court Supplement Plaintiff's Motion to Quash two depositions issued by the Defendant's

Attorney Larry Lyles to Curtis Duncan and Janice Duncan. This motion is necessary to attach

Exhibit 1 (Copy of Re-Notice of Deposition) which is already referenced in the body of the Motion

to Quash but was mistakenly not filed with the original motion.

    Wherefore, premises considered, the Plaintiff respectfully requests that this Court take the

following action to grant the identified Motion.

                              Respectfully submitted

                              Curtis Duncan
                              Plaintiff, Pro Se
                              C&J Associates Pest Control
                              P.O. Box 8186
                              Montgomery, Al. 36110
                              Phone 334-201-5203

EXHIBIT
8

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2005, I have served a true and correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, or hand delivered on defendants as follows:

Jeffrey H. Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
334-242-7555 Phone Number
334-242-2433 Fax Number

Harry A. Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
334-242-6350 Phone Number
334-264-4359 Fax Number


_Curtis Duncan_
Curtis Duncan
Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

C&J ASSOCIATES PEST CONTROL, et al., )
                                         )

     Plaintiffs,                 )

v.                             )     CASE NO. 2:05-cv-557-WHA-DRB

RAYBURN HORNSBY, JOHNNY HARRIS, )
STAN CARLTON, ISAAC KERVIN, and )
PAT ANTLE,                      )

                                       )

     Defendants.              )

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendants Hornsby, Harris, and Carlton will take the

deposition of **Plaintiff Curtis Duncan** on **Tuesday, December 6, 2005, at 9:30 a.m.**, pursuant

to Rule 30 of the Federal Rules of Civil Procedure, at the offices of the Alabama Department of

Transportation, 1409 Coliseum Boulevard, Montgomery, Alabama 36110, and continuing from

day to day until completed.

Pursuant to the provisions of Rule 30(b)(5) of the Federal Rules of Civil Procedure,

Plaintiff is requested to provide the following documents for the purpose of copying and

inspecting at the time and place of deposition:

     a)     Tax returns for the past five years reflecting the income of C & J

               Associates.

     b)     Any "statement of partnership authority" filed by C & J Associates Pest

               Control.

     c)     Any and all documents filed with the Judge of Probate of Montgomery

               County on behalf of C & J Pest Control.

d)   Any and all documents filed with the office of the Alabama Secretary of State on behalf of C & J Pest Control.

e)   Any and all articles of incorporation filed on behalf of C & J Pest Control.

f)   Any and all articles of organization filed on behalf of C & J Pest Control.

g)   A copy of C & J's current Form W-9, "Request for Taxpayer Identification Number and Certification."

h)   Copies of any and all applications, documents, or forms filed with the State of Alabama state purchasing office.

i)   Copies of documents or applications which resulted in C & J's classification or status as a "woman-owned small minority" partnership.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Harry A. Lyles (HAL001)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

C&J ASSOCIATES PEST CONTROL, et al.,    )
                                         )
        Plaintiffs,                      )
                                         )
v.                                       )    CASE NO. 2:05-cv-557-WHA-DRB
                                         )
RAYBURN HORNSBY, JOHNNY HARRIS,          )
STAN CARLTON, ISAAC KERVIN, and          )
PAT ANTLE,                               )
                                         )
        Defendants.                      )

## CERTIFICATE OF SERVICE

I certify that, on November 15, 2005, I have served the foregoing on the following by

placing copies thereof, addressed to them as indicated below, in United States mail, First Class

Postage prepaid:

C&J Associates
Curtis Duncan
PO Box 8186
Montgomery, AL 36110-8186

Jeffery H. Long, Esq.
Assistant Attorney General
Office of the Attorney General
P.O. Box 300152
Montgomery, Alabama  36130-0152

Harry A. Lyles (HAL001)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)

RECEIVED

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA** 2005 DEC -5 P 4: 44
**NORTHERN DIVISION**

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

DEFENDANT'S
EXHIBIT
10

| | |
|---|---|
| Curtis Duncan, d.b.a. C&J Associates Pest Control, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | )     CV. 05-557-WHA-DRB |
| | ) |
| Rayburn Hornsby, etc., et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO QUASH DEPOSITIONS

Comes now Plaintiff Curtis Duncan, C & J Associates Pest Control requests that this Honorable Court quash two depositions issued by the Defendants Attorney Harry Lyles to Curtis Duncan and Janice Duncan. These two depositions are scheduled to take place on December 6, 2005. In support of this motion, the Plaintiff states the following:

1. Defendants' Attorney Harry Lyles issuing of re-notice of depositions are in violation to the provisions of Rule 30(b)(2). Attorney Lyles failed to state in the notices the method by which the testimony shall be recorded.

2. Defendants' Attorney Harry Lyles request for Plaintiff to provide documents a. thru i. for the purpose of copying and inspecting at the time of deposition. See Exhibit 1 (Copy of Re-Notice of Deposition). This request is in violation of Rule 34.4 and Rule 26(b), which limits party-controlled discovery to information that is "relevant to the claim or defense of any party" rather than to any matter relevant to the subject matter of the action. These depositions was issued in bad faith to invade Plaintiff privacy and highly confidential without showing of a need for this information that is relevant to any of the legal issues in this case.

a. Tax returns for past five years reflecting the income of C&J Associates is not relevant to the issues of this case.

b. Statement of partnership authority is not relevant because Curtis Duncan is sole proprietor of C&J Associates.

c. Sole proprietor is not required to file documents with the Judge of Probate of Montgomery County.

d. Sole proprietor is not required to file documents with office of the Alabama Secretary of State.

e. Sole proprietor is not required to file articles of incorporation.

f. Sole proprietor is not required to file articles of organization.

g. Defendants already have C&J's current Taxpayer Identification Number and Certification.

h. C&J does not possess any applications, documents or forms filed with the State of Alabama State Purchasing Office.

i. C&J does not possess or documents or applications which resulted in C&J's classification or status as "women-owned small minority" partnership.

3. If Defendant's Attorney Harry Lyles did not refuse to discuss the merits and issues of the case during the Court Order Parties' Meeting, these questions would have been answered then.

4. Defendants' Attorney Harry Lyles issuing of depositions is nothing more than a witch-hunt and a fishing expedition designed to harass and intimidate the Plaintiff Curtis Duncan and his wife Janice Duncan.

5. Defendants' Attorney Harry Lyles along with Attorney Jeffery Long has intentionally in bad faith chosen to fraudulently represent their clients merit less defense to the Plaintiff Complaint.

Wherefore, premises considered, the Plaintiff respectfully requests that this Court take the following action to quash the depositions identified in this Motion.

Respectfully submitted

_____
Curtis Duncan
Plaintiff

Respectfully submitted

*Curtis Duncan*

**Curtis Duncan**
**Plaintiff, Pro Se**
**C&J Associates Pest Control**
**P.O. Box 8186**
**Montgomery, Al. 36110**
**Phone 334-201-5203**


## CERTIFICATE OF SERVICE

   I hereby certify that on December 5, 2005, I have served a true and correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, or hand delivered on defendants as follows:

Jeffrey H. Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
334-242-7555 Phone Number
334-242-2433 Fax Number

Harry A. Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
334-242-6350 Phone Number
334-264-4359 Fax Number


*Curtis Duncan*

Curtis Duncan
Plaintiff, Pro Se



| STATE OF ALABAMA<br>DEPARTMENT OF FINANCE<br>DIVISION OF PURCHASING | INVITATION TO BID NO:    03-X-2130153    1 |
|---|---|
| | REQ. AGENCY        : 012002<br>                     ALA DEPT OF TRANSPORTATION<br>AGENCY REQ. NO.   :<br>T-NUMBER          : TA464<br>DATE ISSUED       : 03/13/03<br>VENDOR NO.        : 63108933800<br>VENDOR PHONE NO.  : (334)317-3903<br>SNAP REQ. NO.     : 1268327<br>BUYER NAME        : PAT ANTLE<br>BUYER PHONE NO.   : (334) 242-7250-<br>PURCHASING PHONE NO: (334) 242-7250 |

**INVITATION TO BID**

FOR:  TERMITE TREATMENT AND CONTROL

C & J ASSOCIATES

P O BOX 8186

MONTGOMERY        AL   36110-8186

**BID MUST BE RECEIVED BEFORE:**

DATE:  03/26/03  TIME:  5:00  PM

**BIDS WILL BE PUBLICLY OPENED:**

DATE:  03/27/03  TIME:  10:00 AM

## TO BE COMPLETED BY VENDOR

INFORMATION IN THIS SECTION SHOULD BE PROVIDED, AS APPROPRIATE. BID RESPONSE MUST BE IN INK OR TYPED WITH ORIGINAL SIGNATURE AND NOTARIZATION.

1. DELIVERY: CAN BE MADE _30_ DAYS OR _4_ WEEKS AFTER RECEIPT OF ORDER.

2. TERMS: _____ (DISCOUNTS ARE TAKEN WITHOUT REGARD TO DATE OF PAYMENT.)

3. PRICES VALID FOR ACCEPTANCE WITHIN _90_ DAYS.

   VENDOR'S QUOTATION REFERENCE NUMBER, IF ANY: _____ (THIS NUMBER WILL APPEAR ON THE PURCHASE ORDER.)

   E-MAIL ADDRESS: _cj_ one @ msn.com_  INTERNET WEBSITE: _____

RETURN INVITATION TO BID:



| REGULAR MAIL | COURIER |
|---|---|
| STATE OF ALABAMA<br>DEPARTMENT OF FINANCE<br>DIVISION OF PURCHASING<br>P O BOX 302620<br>MONTGOMERY AL 36130-2620 | STATE OF ALABAMA<br>DIVISION OF PURCHASING<br>RSA UNION BUILDING<br>100 N. UNION ST., SUITE 192<br>MONTGOMERY, AL  36104 |

## SIGNATURE AND NOTARIZATION REQUIRED

I HAVE READ THE ENTIRE BID AND AGREE TO FURNISH EACH ITEM OFFERED AT THE PRICE QUOTED. I HEREBY AFFIRM I HAVE NOT BEEN IN ANY AGREEMENT OR COLLUSION AMONG BIDDERS IN RESTRAINT OF FREEDOM OF COMPETITION BY AGREEMENT TO BID AT A FIXED PRICE OR TO REFRAIN FROM BIDDING.

63-1089338
FEIN OR SSN

C & J Associates
COMPANY NAME

P. O. Box 8186
MAIL ADDRESS

Janice Duncan
AUTHORIZED SIGNATURE (INK)

JANICE DUNCAN
TYPE/PRINT AUTHORIZED NAME

Vice President
TITLE

SWORN TO AND

3SCRIBED BEFORE ME THIS

26  DAY OF March, 2003

Mary Conway
NOTARY PUBLIC

Montgomery, AL 36110
CITY, STATE, ZIP

334-201-5203
PHONE INCLUDING AREA CODE

TOLL FREE NUMBER

334-396-5536
FAX NUMBER

| STANDARD TERMS & CONDITIONS | VENDOR NAME : | C & J ASSOCIATES |
|---|---|---|
| | VENDOR NUMBER: | 631089338-00 |

| INVITATION TO BID | ITB NO. : 03-X-2130153<br>OPEN DATE : 03/27/03  TIME: 10:00 AM<br>T-NUMBER : TA464<br>RETURN DATE: 03/26/03  TIME: 5:00  PM | PAG<br>2 |
|---|---|---|

AUTHORITY:
   THE DEPARTMENT OF FINANCE CODE OF ADMINISTRATIVE PROCEDURE, CHAPTER 355-4-1 EFFECTIVE NOVEMBER 5, 2001 IS INCORPORATED
   BY REFERENCE AND MADE A PART OF THIS DOCUMENT.  TO RECEIVE A COPY CALL (334)242-7250, OR OUR WEBSITE
   WWW.PURCHASING.STATE.AL.US.

INFORMATION AND ASSISTANCE TO MINORITY BUSINESSES IN THE TECHNICAL COMPLETION OF REQUIRED FORMS MAY BE OBTAINED FROM
THE OFFICE OF MINORITY BUSINESS ENTERPRISE, 1-800-447-4191.

                          BID (ITB) RESPONSE INSTRUCTIONS              REV: 09-19-97

1.  TO SUBMIT A RESPONSIVE BID, READ THESE INSTRUCTIONS, ALL TERMS, CONDITIONS AND SPECIFICATIONS.

2.  BID ENVELOPES/PACKAGES/BOXES MUST BE IDENTIFIED ON FRONT, PREFERABLY LOWER LEFT CORNER AND BE VISIBLE WITH THE BID
    NUMBER AND OPENING DATE.  EACH INDIVIDUAL BID MUST BE SUBMITTED IN A SEPERATE ENVELOPE.  MULTIPLE BID RESPONSES
    SUBMITTED IN THE SAME ENVELOPE/COURIER PACKAGE, THAT ARE NOT IN SEPARATE ENVELOPES PROPERLY IDENTIFIED, WILL BE REJECTED.
    THE DIVISION OF PURCHASING DOES NOT ASSUME RESPONSIBILITY FOR LATE BIDS FOR ANY REASON INCLUDING THOSE DUE TO POSTAL, OR
    COURIER SERVICE.  BID RESPONSES MUST BE IN THE DIVISION OF PURCHASING OFFICE PRIOR TO THE "RECEIVE DATE AND TIME"
    INDICATED ON THE BID.

3.  BID RESPONSES (PAGE 1 AND PRICE PAGES) MUST BE IN INK OR TYPED ON THIS DOCUMENT, OR EXACT FORMAT WITH SIGNATURES
    BEING  HANDWRITTEN ORIGINALS IN INK (PERSON SIGNING BID AND NOTARY), OR THE BID WILL BE REJECTED.  UNLESS INDICATED
    IN THE BID, RETURN ALL PRICE PAGES.  IF AN ITEM IS NOT BEING BID, IDENTIFY IT AS NB (NO-BID).  ALL PAGES SHOULD BE
    SECURED.  THE DIVISION OF PURCHASING DOES NOT ASSUME RESPONSIBILITY FOR MISSING PAGES.  FAXED BID RESPONSES WILL
    NOT BE ACCEPTED.

4.  THE UNIT PRICE ALWAYS GOVERNS REGARDLESS OF THE EXTENDED AMOUNT. A UNIT PRICE CHANGE ON A LINE MUST BE INITIALED BY
    THE PERSON SIGNING THE BID, OR THAT LINE WILL BE REJECTED. THIS INCLUDES A CROSS-OUT, STRIKE-OVER, INK-OVER,
    WHITE-OUT, ERASURE, OR ANY OTHER METHOD CHANGING THE PRICE.

5.  A "NO BID" MUST BE RETURNED TO REMAIN ON A CLASS/SUBCLASS.  RETURN PAGE 1 MARKED "NO-BID".  IDENTIFY IT ON THE
    ENVELOPE AS A "NO-BID".  FAILING TO RESPOND TO 3 ITB'S WITHIN THE SAME CLASS/SUBCLASS WILL AUTOMATICALLY PURGE THE
    VENDOR FROM THAT CLASS/SUBCLASS.  RESPONDING WITH 6 "NO-BIDS" WITHIN THE SAME CLASS/SUBCLASS WILL AUTOMATICALLY
    PURGE THE VENDOR FROM THAT CLASS/SUBCLASS.  A "NO-BID" RECEIVED LATE IS CONSIDERED A NO RESPONSE.

6.  THE DIVISION OF PURCHASING IS NOT RESPONSIBLE FOR MISINTERPRETATION OF DATA FAXED FROM THIS OFFICE.

                               DISQUALIFIED/CANCELLED BID

BIDS THAT ARE IMPROPERLY SUBMITTED OR RECEIVED LATE WILL BE A RESPONSE FOR RECORD, BUT WILL NOT BE RETURNED OR A
NOTIFICATION MAILED.

AN IMPROPERLY SUBMITTED BID, LATE BID, OR BID THAT IS CANCELLED ON OR BEFORE THE OPENING DATE WILL BE HELD FOR 15 DAYS AND
THEN DESTROYED. THE BID MUST BE RETRIEVED DURING REGULAR WORK HOURS, MONDAY – FRIDAY, EXCEPT STATE HOLIDAYS. AFTER THE BID
IS DESTROYED, THE DIVISION OF PURCHASING ASSUMES NO RESPONSIBILITY FOR THE DOCUMENT.

THE FOLLOWING IS A PARTIAL LIST WHEREBY A BID WILL BE DISQUALIFIED:

    BID NUMBER NOT ON FACE OF ENVELOPE/COURIER PACKAGE/BOX
    MULTIPLE BIDS IN SAME ENVELOPE NOT PROPERLY IDENTIFIED
    BID RECEIVED LATE
    BID NOT SIGNED/NOT ORIGINAL SIGNATURE
    BID NOT NOTARIZED/NOT ORIGINAL SIGNATURE OF NOTARY
    NOTARIZED OWN SIGNATURE
    REQUIRED INFORMATION NOT SUBMITTED WITH BID

| SPECIAL TERMS & CONDITIONS | VENDOR NAME : C & J ASSOCIATES |  |
|---|---|---|
|  | VENDOR NUMBER: 631089338-00 |  |
| VITATION TO BID | ITB NO. : 03-X-2130153<br>OPEN DATE : 03/27/03 TIME: 10:00 AM<br>T-NUMBER : TA464<br>RETURN DATE: 03/26/03 TIME: 5:00 PM | PAGE<br>3 |

### RECYCLING

WE ENCOURAGE AND SUPPORT THE PURCHASE OF AND USE OF ITEMS CONTAINING
RECYCLED MATERIALS, ENERGY EFFICIENT AND ENVIRONMENTLY SAFE PRODUCTS.

### SALES TAX EXEMPTION

PURSUANT TO THE CODE OF ALABAMA, 1975, TITLE 40-23-4 (A) (11), THE
STATE OF ALABAMA IS EXEMPT FROM PAYING SALES TAX.  AN EXEMPTION LETTER
WILL BE FURNISHED UPON REQUEST.

### INVOICES

INQUIRIES CONCERNING PAYMENT AFTER INVOICES HAVE BEEN SUBMITTED ARE
TO BE DIRECTED TO THE RECEIVING AGENCY, NOT THE DIVISION OF PURCHASING

### BID RESPONSES ON THE INTERNET

INVITATION TO BID RESPONSES (NOT BID RESULTS) ARE AVAILABLE ON OUR
WEBSITE, WWW.PURCHASING.STATE.AL.US.

### BID RESULTS

BID RESULTS WILL BE MADE AVAILABLE FOR REVIEW AT THE DIVISION OF
PURCHASING, BUT ONLY AFTER AWARD, AND IT IS PREFERRED THEY BE
REQUESTED IN WRITING WITH THE COMPLETE BID NUMBER.  FAX YOUR REQUEST
TO THE "BID REVEIW CLERK" 334-242-4419.  IF THE VENDOR IS ATTENDING A
BID OPENING OR IN MONTGOMERY ON BUSINESS, THEY MAY REVIEW A BID IF IT
HAS BEEN AWARDED.

### FOREIGN CORPORATION - CERTIFICATE OF AUTHORITY

ALABAMA LAW PROVIDES THAT A FOREIGN CORPORATION (AN OUT-OF-STATE
COMPANY/FIRM) MAY NOT TRANSACT BUSINESS IN THE STATE OF ALABAMA UNTIL
IT OBTAINS A CERTIFICATE OF AUTHORITY FROM THE SECRETARY OF STATE.
SECTION 10-2B-15.01, CODE OF ALABAMA 1975.  TO OBTAIN FORMS FOR A
CERTIFICATE OF AUTHORITY, CONTACT THE SECRETARY OF STATE, CORPORATIONS
DIVISION, (334) 242-5324.  THE CERTIFICATE OF AUTHORITY DOES NOT KEEP
THE VENDOR FROM SUBMITTING A BID.

### BID IDENTIFICATION

REFERENCE PAGE 2, ITEM 2.  DUE TO THE POSTAL SERVICE PUTTING BAR CODE
LABELS ON ENVELOPES, IT CONCEALS THE BID NUMBER AND DATE IF THE VENDOR
HAS WRITTEN THEM OTHER THAN THE LOWER LEFT CORNER, THEREFORE THE BID
WOULD BE REJECTED FOR NOT BEING PROPERLY IDENTIFIED.

**************************************************************************

| SPECIAL TERMS & CONDITIONS | VENDOR NAME : C & J ASSOCIATES |
| | VENDOR NUMBER: 631089338-00 |

| INVITATION TO BID | ITB NO. : 03-X-2130153 OPEN DATE : 03/27/03 TIME: 10:00 AM T-NUMBER : TA464 RETURN DATE: 03/26/03 TIME: 5:00 PM | PAG 4 |

AWARD:
AWARD WILL BE MADE "ALL OR NONE" TO THE LOWEST RESPONSIBLE BIDDER
MEETING ALL SPECIFICATIONS.
THE AWARD WILL BE BASED ON THE SUM OF THE PRICES BID FOR YEARS ONE,
TWO AND THREE.

ASSIGNMENT OF CONTRACT:
TO ASSIGN, SUBLET OR TRANSFER ANY CONTRACT RESULTING FROM THIS
SOLICITATION, THE VENDOR'S WRITTEN REQUEST MUST BE APPROVED BY THE
STATE PURCHASING DIRECTOR.

CERTIFICATION OF INSPECTION:
THIS STATEMENT CERTIFIES THE VENDOR HAS INSPECTED THE FACILITY/AREA
LISTED HEREIN AND IS AWARE OF ALL REQUIREMENTS, TERMS AND CONDITIONS
OUTLINED.  TO VALIDATE THIS CERTIFICATION, THE VENDOR AND  AGENCY
MANAGEMENT (DIRECTOR, MANAGER, SUPERVISOR ETC) MUST SIGN BELOW.  THIS
SIGNED STATEMENT MUST BE RETURNED WITH THE BID, OR THE BID WILL BE
REJECTED.

NOTE:   VENDORS ARE DIRECTED TO CONTACT THE FOLLOWING PERSON TO SET
        UP A SITE VISIT:

        RAYBURN HORNSBY, 1ST DIVISION OFFICE MANAGER
        PHONE:  256-582-2254

VENDOR'S SIGNATURE: _See attached sheet_____ DATE: _____

AGENCY'S SIGNATURE: _____ DATE: _____

              TITLE: _____

LIABILITY INSURANCE:
VENDOR MUST HAVE A MINIMUM OF $100,000.00 LIABILITY COVERAGE WITH
$50,000.00 FOR EACH OCCURANCE AND MUST BE IN EFFECT FOR THE CONTRACT
PERIOD.  INSURANCE CERTIFICATE, OR LETTER OF INTENT TO PROVIDE THE
AMOUNT OF COVERAGE FROM THE INSURANCE COMPANY MUST BE SUBMITTED WITH
THE BID, OR THE BID WILL BE REJECTED.  VENDOR IS RESPONSIBLE FOR ALL
LOSSES/DAMAGES CAUSED BY ITS EMPLOYEES.  INSURANCE CERTIFICATE, WHEN
ISSUED, MUST SHOW THE STATE OF ALABAMA AS THE CERTIFCATE HOLDER.

CONTRACT PERIOD:
ESTABLISH A 12 MONTH CONTRACT WITH AN OPTION TO EXTEND FOR A SECOND
AND THIRD 12 MONTH PERIOD WITH THE SAME PRICING, TERMS AND CONDITIONS.
THE SECOND OR THIRD 12 MONTH PERIOD, IF AGREED BY BOTH PARTIES,
WOULD BEGIN THE DAY AFTER THE FIRST OR SECOND 12 MONTH PERIOD
EXPIRES.  ANY SUCCESSIVE EXTENSION MUST HAVE WRITTEN APPROVAL OF BOTH
THE STATE AND VENDOR NO LATER THAN 30 DAYS PRIOR TO EXPIRATION OF THE
PREVIOUS 12 MONTH PERIOD.

Received   MAR. 26. 2003  4:12PM                                          NO. 850   P. 2

| SPECIAL TERMS & CONDITIONS | VENDOR NAME : | C & J ASSOCIATES | |
|---|---|---|---|
| | VENDOR NUMBER: | 631089338-00 | |
| INVITATION TO BID | ITB NO.    : 03-X-2130153<br>OPEN DATE  : 03/27/03  TIME: 10:00 AM<br>T-NUMBER   : TA464<br>RETURN DATE: 03/26/03  TIME: 5:00 PM | | PAGE<br>4 |

**AWARD:**
AWARD WILL BE MADE "ALL OR NONE" TO THE LOWEST RESPONSIBLE BIDDER
MEETING ALL SPECIFICATIONS.
THE AWARD WILL BE BASED ON THE SUM OF THE PRICES BID FOR YEARS ONE,
TWO AND THREE.

**ASSIGNMENT OF CONTRACT:**
TO ASSIGN, SUBLET OR TRANSFER ANY CONTRACT RESULTING FROM THIS
SOLICITATION, THE VENDOR'S WRITTEN REQUEST MUST BE APPROVED BY THE
STATE PURCHASING DIRECTOR.

**CERTIFICATION OF INSPECTION:**
THIS STATEMENT CERTIFIES THE VENDOR HAS INSPECTED THE FACILITY/AREA
LISTED HEREIN AND IS AWARE OF ALL REQUIREMENTS, TERMS AND CONDITIONS
OUTLINED.   TO VALIDATE THIS CERTIFICATION, THE VENDOR AND  AGENCY
MANAGEMENT (DIRECTOR, MANAGER, SUPERVISOR ETC) MUST SIGN BELOW.   THIS
SIGNED STATEMENT MUST BE RETURNED WITH THE BID, OR THE BID WILL BE
REJECTED.

**NOTE:**    VENDORS ARE DIRECTED TO CONTACT THE FOLLOWING PERSON TO SET
UP A SITE VISIT:

RAYBURN HORNSBY, 1ST DIVISION OFFICE MANAGER
PHONE:  256-582-2254

VENDOR'S SIGNATURE: _Curtis Durian_                  DATE: 3-26-03

AGENCY'S SIGNATURE: _Rayburn Hornsby_ PS           DATE: 3/26/03
TITLE: _Office Manager_

**LIABILITY INSURANCE:**
VENDOR MUST HAVE A MINIMUM OF $100,000.00 LIABILITY COVERAGE WITH
$50,000.00 FOR EACH OCCURANCE AND MUST BE IN EFFECT FOR THE CONTRACT
PERIOD.   INSURANCE CERTIFICATE, OR LETTER OF INTENT TO PROVIDE THE
AMOUNT OF COVERAGE FROM THE INSURANCE COMPANY MUST BE SUBMITTED WITH
THE BID, OR THE BID WILL BE REJECTED.   VENDOR IS RESPONSIBLE FOR ALL
LOSSES/DAMAGES CAUSED BY ITS EMPLOYEES.   INSURANCE CERTIFICATE, WHEN
ISSUED, MUST SHOW THE STATE OF ALABAMA AS THE CERTIFCATE HOLDER.

**CONTRACT PERIOD:**
ESTABLISH A 12 MONTH CONTRACT WITH AN OPTION TO EXTEND FOR A SECOND
AND THIRD 12 MONTH PERIOD WITH THE SAME PRICING, TERMS AND CONDITIONS.
THE SECOND OR THIRD 12 MONTH PERIOD, IF AGREED BY BOTH PARTIES,
WOULD BEGIN THE DAY AFTER THE FIRST OR SECOND 12 MONTH PERIOD
EXPIRES.   ANY SUCCESSIVE EXTENSION MUST HAVE WRITTEN APPROVAL OF BOTH
THE STATE AND VENDOR NO LATER THAN 30 DAYS PRIOR TO EXPIRATION OF THE
PREVIOUS 12 MONTH PERIOD.

| SPECIAL TERMS & CONDITIONS | VENDOR NAME : C & J ASSOCIATES |
|---|---|
| | VENDOR NUMBER: 631089338-00 |

| INVITATION TO BID | ITB NO. : 03-X-2130153<br>OPEN DATE : 03/27/03  TIME: 10:00 AM<br>T-NUMBER : TA464<br>RETURN DATE: 03/26/03  TIME: 5:00  PM | PAGE<br>5 |
|---|---|---|

THE SERVICE PERIOD WILL BE FOR ONE YEAR FROM THE DATE OF AWARD WITH
AN OPTION TO EXTEND FOR TWO ADDITIONAL ONE-YEAR PERIODS.   EACH
EXTENSION WILL BE UPON MUTUAL AGREEMENT OF BOTH PARTIES.   A COPY OF
THE CURRENT ALABAMA DEPARTMENT OF AGRICULTURE AND INDUSTRIES LICENSE
MUST BE SUBMITTED WITH EACH CONTRACT RENEWAL.

QUALITY OF MATERIALS AND LABOR:
MATERIALS USED THAT ARE NOT OTHERWISE SPECIFIED SHALL BE THE KIND AND
QUALITY CONSISTENT WITH THE TRADE PRACTICE FOR SUCH WORK AND SHALL
COMPLY WITH ALL LOCAL CODES. ALL LABOR SHALL BE WELL EXPERIENCED IN
THIS TYPE WORK AND IT SHALL BE COMPLETED IN A PROFESSIONAL MANNER.

BLANK LINES:
TO EVALUATE THE BID IN AN EFFICIENT MANNER, THE VENDOR SHOULD FILL-IN
ALL BLANK LINES APPLICABLE TO A SPECIFIC COMMODITY DESCRIPTION.

PRICING - UNREALISTICALLY LOW
PRICES SHALL BE ACCURATE AND COMPLETE TO COVER THE PERFORMANCE OF ALL
REQUIRED WORK.   AN UNREALISTICALLY LOW PRICE MAY ELIMINATE A VENDOR
FROM COMPETITION ON THE BASIS OF MISUNDERSTANDING THE REQUIREMENTS OR
VENDOR HAS SUBMITTED AN IMPROVIDENT BID.   PRICE DATA OF REQUIRED WORK
IS NOT REQUIRED WITH THE BID.   UPON NOTIFICATION, THIS INFORMATION IS
TO BE PROVIDED WITHIN 5 DAYS, OR VENDOR WILL NOT BE CONSIDERED ON THE
LOCATION WITH UNREALISTIC PRICES.

| ATTACHMENTS | VENDOR NAME    :    C & J ASSOCIATES |  |
| | VENDOR NUMBER:    631089338-00 | |
| INVITATION TO BID | ITB NO.      :  03-X-2130153<br>OPEN DATE   :  03/27/03  TIME: 10:00 AM<br>T-NUMBER    :  TA464<br>RETURN DATE:  03/26/03  TIME: 5:00  PM | PAG(<br>6 |

THE VENDOR MUST BID RENEWAL PRICING FOR YEARS TWO AND THREE. FAILURE
TO DO SO WILL RESULT IN BID REJECTION.

YEAR TWO (FY 2004):    $___158.33___/MONTH    $ 1899.96
                                               1,900 per year

YEAR THREE (FY 2005):  $___158.33___/MONTH    $ 1,900 per year
                                               1899.96

| PRICE SHEET | | VENDOR NAME : | C & J ASSOCIATES | | | | |
|---|---|---|---|---|---|---|---|
| | | VENDOR NUMBER: | 631089338-00 | | | | |

| INVITATION TO BID | | | ITB NO. : 03-X-2130153<br>OPEN DATE : 03/27/03  TIME: 10:00 AM<br>T-NUMBER : TA464<br>RETURN DATE: 03/26/03  TIME: 5:00  PM | | | PAGE<br>7 | |

| LINE<br>NO. | COMMODITY/SERVICE DESCRIPTION | RECYCLE<br>/ENERGY | QUANTITY | UNIT | UNIT PRICE | EXTENDED<br>AMOUNT |
|---|---|---|---|---|---|---|
| | UNLESS SPECIFIED OTHERWISE BELOW:<br>SHIP TO:        R1    /<br>STATEWIDE | | | | | $9499.92$ |
| 00001 | COMMODITY CODE: 910-59-055766<br>TERMITE TREATMENT AND CONTROL | —— | 1 | MO | 791.66 X12 = | 9,500.00<br>per year |
| | ELIMINATION OF SUBTERRANEAN TERMITE<br>COLONIES INCLUDING INITIAL INSTALLATION<br>OF AND MONITORING OF TERMITE BAIT<br>STATIONS, COMPLETE COLONY ELIMINATION<br>WITH AN INSECT GROWTH REGULATOR, AND<br>SUBSEQUENT MONITORING FOR CONTINUED<br>PROTECTION | | | | | |
| | COLONY ELIMINATION SYSTEM FOR:<br>    BUILDING A - FIRST DIVISION & LAB<br>    BUILDING B - MAINTENANCE CREWS<br>    BUILDING C - WAREHOUSE AND SHOP | | | | | |
| | INSTALLATION AND MONITORING FOR YEAR 1: | | | | | |
| | INSTALLATION:<br>    BAIT STATIONS TO BE PLACED AROUND<br>    EACH BUILDING LISTED ABOVE:<br>        SPACED 6-12 FEET APART<br>        SPACED 2-4 FEET APART<br>        PLACED 12 INCHES DEEP IN GROUND<br>(A DIAMOND BIT WILL BE USED FOR CEMENT<br>OR ASPHALT, TO PROVIDE A SMOOTH CUT.)<br>AFTER INSTALLATION, IF ANY STATIONS ARE<br>DESTROYED OR DAMAGED, VENDOR WILL<br>REPLACE AT NO EXTRA COST TO ALDOT.<br>VENDOR WILL REPAIR ANY NEW DAMAGE CAUSED<br>BY NATIVE SUBTERRANEAN TERMITES.<br>PROTECTION IS COVERED IN THE WARRANTY<br>WITH VENDOR. | | | | $9499.92$<br>$1899.96$<br>$1899.96$<br>$13899.84$ | |
| | ADD HEXAFLUMURON (OR APPROVED EQUAL) TO<br>ALL STATIONS HAVING TERMITE ACTIVITY. | | | | | |
| | MONITORING:<br>ACTIVITY WILL BE MONITORED 30 DAYS<br>AFTER INSTALLATION IS COMPLETED.<br>IF TERMITE ACTIVITY IS FOUND IN ONE<br>OR MORE STATIONS, MONITORING WILL<br>CONTINUED EVERY 30 DAYS OR MORE OFTEN<br>IF NECESSARY.<br>WHEN TERMITES HAVE BEEN ELIMINATED,<br>MONITORING WILL BE EVERY QUARTER.<br>IF NEW TERMITE ACTIVITY IS DISCOVERED,<br>MONITORING WILL REVERT TO EVERY 30 DAYS<br>OR MORE OFTEN IF NECESSARY.  AFTER<br>TERMITES HAVE BEEN ELIMINATED, THEN<br>MONITORING WILL DROP BACK TO EVERY<br>QUARTER.  THIS PROCESS OF MONITORING<br>WILL CONTINUE THROUGH THE CONTRACT<br>PERIOD.<br>ALL STATIONS HAVE BAR CODES THAT ARE<br>NUMBERED SO EACH STATION IS READ INTO<br>THE COMPUTER AS ACTIVE OR NON-ACTIVE.<br>AFTER EACH VISIT THE VENDOR WILL LEAVE<br>A REPORT OF THE FINDINGS. | | | | | |
| | ALL PROCEDURES AND CHEMICALS MUST BE<br>REGISTERED AND APPROVED BY THE ENVIRON-<br>MENTAL PROTECTION AGENCY. | | | | | |
| | PAGE TOTAL | | | | | 9,500.00 |

| PRICE SHEET | VENDOR NAME : C & J ASSOCIATES |
| | VENDOR NUMBER:  631089338-00 |

| INVITATION TO BID | ITB NO.      :  03-X-2130153 | |
| | OPEN DATE  :  03/27/03  TIME: 10:00 AM | PA( |
| | T-NUMBER   :  TA464 | |
| | RETURN DATE:  03/26/03  TIME: 5:00  PM | |

| LINE NO. | COMMODITY/SERVICE DESCRIPTION | RECYCLE /ENERGY | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| | THE VENDOR MUST BE LICENSED BY THE ALABAMA DEPARTMENT OF AGRICULTURE AND INDUSTRIES FOR TREATMENT OF WOOD-DESTROYING INSECTS IN THE STATE OF ALABAMA. <br> ************* N O T E ***************** <br> A COPY OF THE LICENSE SHOULD BE SUBMITTED WITH THE BID.  FAILURE TO DO SO WILL DELAY THE EVALUATION AND AWARD. A COPY OF THE LICENSE MUST BE SUBMITTED BEFORE AN AWARD CAN BE MADE. <br> ************************************** <br><br> RECOMMENDED PRODUCT FOR TERMITE ELIMINA-TION: SENTRICON, CONTAINING HEXAFLUMURON AS THE ACTIVE INGREDIENT. ANY EQUIVALENT PRODUCT MUST BE AIMED AT COLONY ELIMINA-TION, NON-TOXIC, NON-POISONOUS, AND MUST NOT REQUIRE INTRUSION OF OR PENETRATION OF FLOORS,WALLS,OR ORNAMENTAL SURFACES. <br><br> BIDDER SHOULD INDICATE BELOW THE PRODUCT BEING BID AND THE ACTIVE INGREDIENT: <br><br> PRODUCT: _Out Post_ <br><br> ACTIVE INGREDIENT: _Out Post - TBR_ <br><br> IT WILL BE *** MANDATORY *** FOR BIDDER *****  TO SUPPLY RENEWAL PRICES.   ***** PRICES MUST BE PLACED ON PAGE SIX (6) OF ITB <br><br><br> VENDOR:  SEE PAGE FOUR (4) OF ITB FOR INFORMATION CONCERNING SITE INSPECTION AND PROOF OF LIABILITY INSURANCE | | | | | |
| | PAGE TOTAL | | | | | ~ 0 ~ |
| | BID TOTAL | | | | | 13,300.00 |

COMMERCIAL        APPLICATOR
PERMIT NUMBER:    51813        EXPIRES:  06/28/2005

DUNCAN, CURTIS T              HAVING BEEN DETERMINED
COMPETENT IN THE USE AND HANDLING OF PESTICIDES
IS HEREBY DESIGNATED AS A CERTIFIED PESTICIDE
APPLICATOR FOR THE CATEGORIES LISTED BELOW:
   HPC    OTPS    WDC

   IT IS UNDERSTOOD AND AGREED THAT IF I VIOLATE
THE ALABAMA LAW AND REGULATIONS THIS CERTIFICATION
WILL BE CANCELLED.

*Curtis Duncan*

CERTIFIED APPLICATOR

STATE OF ALABAMA
DEPARTMENT OF AGRICULTURE
AND INDUSTRIES

COMMERCIAL APPLICATOR PERMIT
CHARLES BISHOP
Commissioner of
Agriculture and Industries

FOLD HERE

AA    Agricultural Animal Pest Control
AP    Agricultural Plant Pest Control
AIR   Aerial Applicator
AQ    Aquatic Pest Control
BIO   Biocides
D&R   Demonstration and Research
FC    Forest Pest Control/Certified Operator
FB    Fumigation Pest Control/Branch Supervisor
FOR   Forest Pest Control
GPAO  Ground Applicator
GPCO  Ground Pest Control/Certified Operator
HPB   Household Pest Control/Branch Supervisor
HPC   Household Pest Control
IHC   Industrial Institutional, Health and Structural
OTPB  Ornamental and Turf Pest Control/Branch Supervisor
OTPS  Ornamental and Turf Pest Control/Supervisor
PH    Public Health
RG    Regulatory Pest Control
RGW   Right-of-Way Pest Control
ST    Seed Treatment
TBT   Tributyltin
WDC   Wood Destroying Organisms/Certified Operator
WDS   Wood Destroying Organisms/Branch Supervisor
WT    Wood Treatment

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

STATE OF    **ALABAMA**

134251

$200.00

ALABAMA PERMIT FOR PROFESSIONAL SERVICES

PS-M-1791

THIS IS TO CERTIFY THAT

C & J ASSOCIATES PEST CONTROL(M)
3485 OLD SELMA RD
PO BOX 8186
MONTGOMERY AL 36110

IS IN FULL COMPLIANCE WITH ALL APPLICABLE ALABAMA STATUTES
AND IS AUTHORIZED TO ENGAGE IN THE ACTIVITIES AND PRACTICES
PROVIDED FOR THEREIN.

Issued at Montgomery, Alabama **11-18-02**

THIS CERTIFICATE EXPIRES 09-30-03    UNLESS PREVIOUSLY REVOKED

CURTIS DUNCAN, HPC-WDC    (334)317-3903

JOE DEBROW, JR., UNIT MANAGER
PROFESSIONAL SERVICES

CHARLES BISHOP
Commissioner of Agriculture and Industries

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES



STATE OF      ALABAMA

134051

$100.00

ALABAMA PERMIT FOR PROFESSIONAL SERVICES

PSH-1769

THIS IS TO CERTIFY THAT

C & J ASSOCIATES PEST CONTROL(H)
3485 OLD SELMA RD
PO BOX 8186
MONTGOMERY AL 36110

IS IN FULL COMPLIANCE WITH ALL APPLICABLE ALABAMA STATUTES
AND IS AUTHORIZED TO ENGAGE IN THE ACTIVITIES AND PRACTICES
PROVIDED FOR THEREIN.

Issued at Montgomery, Alabama  11-14-02

THIS CERTIFICATE EXPIRES 09-30-03      UNLESS PREVIOUSLY REVOKED

CURTIS DUNCAN, OTPS      (334)317-3903

JOE DEEROW, JR., UNIT MANAGER
PROFESSIONAL SERVICES

CHARLES BISHOP
Commissioner of Agriculture and Industries

DATE ISSUED: 03-24-03

CRSEMENT #1A        **SCHEDULE OF UNDERLYING INSURANCE**

**INSURED:**    DBA C & J PEST ASSOCIATES
EFFECTIVE ON AND AFTER 12:01 A. M. STANDARD TIME: December 28, 2002
THIS SCHEDULE FORMS PART OF POLICY NUMBER:   CSPIE1038

| UNDERLYING INSURER, POLICY NUMBER, POLICY PERIOD | TYPE OF POLICY | LIMITS OF LIABILITY |
|---|---|---|
| COMPANY:<br><br>POLICY NO.:<br><br>EXPIRATION DATE: | Employers Liability | Coverage B - Employers Liability*<br><br>$                  Each Accident<br>$                  Disease Policy Limit<br>$                  Disease Each Employee<br><br>*In any jurisdiction, state, or province where the amount of Employers Liability Insurance provided by the underlying insurers is by law "unlimited", the underlying Employers Liability limits shown here do not apply and no coverage is provided for Employers Liability under this policy. |
| COMPANY:<br>COLONY NATIONAL<br>POLICY NO.:<br>CP3061458<br>EXPIRATION DATE:<br>December 28, 2003 | Commercial General Liability<br>☒   Occurrence<br>☐   Claims Made<br>    Retroactive Date:<br><br>☒   Products-Completed Operations<br><br>☒   Personal & Advertising Injury | $   1,000,000   Each Occurrence<br>$   2,000,000   General Aggregate<br><br>$   1,000,000   Products-Completed Operations Aggregate<br>$   1,000,000   Personal & Advertising Injury |
| COMPANY:<br><br>POLICY NO.:<br><br>EXPIRATION DATE: | Automobile Liability<br><br>☐    Owned Automobiles<br>☐    Non-Owned Automobiles<br>☐    Hired Automobiles | Bodily Injury Liability<br><br>$            Each Person<br>$            Each Occurrence<br><br>Property Damage Liability<br>$            Each Occurrence<br>------------------------OR------------------------<br>Bodily Injury/Property Damage Liability - Combined Single Limit<br>$            Each Occurrence |
| COMPANY:<br>POLICY NO.:<br>EXPIRATION DATE: | | |
| COMPANY:<br>POLICY NO.:<br>EXPIRATION DATE: | | |

An [X] indicates these coverages are provided in the underlying insurance.

SXA-100 (9/99)