Reagan Reporters, LLC  
4137 Carmichael Rd.  
Suite 320  
Montgomery, AL 36106  
(334) 262-7556   Fax  (334) 262-4437

|  |  |  |
|---|---|---|
| 4027 | 12/06/2005 | 01-3369 |
| 12/06/2005 | WILLMI | 2:05-CV-557- |

Harry Lyles  
Dept. of Transportation  
1409 Coliseum Blvd.  
Montgomery, AL 36130

C&J Associates Pest Control v. Rayburn Hornsby, et al.

Due upon receipt

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Certificate of Non-Appearance         19 Pages @    2.90/Page       55.10
         EXHIBITS                         36 Pages @     .40/Page       14.40
         REPORTER ATTENDANCE                                             50.00
                                                                   _____
                                           TOTAL  DUE  >>>>              119.50
```

63-1194680                                                (334) 242.6716   Fax  (334) 263.7586

*Please detach bottom portion and return with payment.*

Harry Lyles  
Dept. of Transportation  
1409 Coliseum Blvd.  
Montgomery, AL 36130

```
Invoice No.: 4027
Date       : 12/06/2005
TOTAL DUE  :      119.50


Job No.    : 01-3369
Case No.   : 2:05-CV-557-WHA-DRB
C&J Associates Pest Control v. Raybu
```

Remit To:   **Reagan Reporters, LLC**  
            **4137 Carmichael Rd.**  
            **Suite 320**  
            **Montgomery, AL 36106**

Exhibit D