RECEIVED
2005 DEC 15 P 4: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Curtis Duncan, d.b.a. C&J Associates )
Pest Control, )
)
Plaintiff, )
)
Vs. ) CV. 05-557-WHA-DRB
)
Rayburn Hornsby, etc., et al., )
)
Defendants. )

## PLAINTIFF'S MOTION TO QUASH DEPOSITIONS

Comes now Plaintiff Curtis Duncan, C & J Associates Pest Control requests that this Honorable Court quash two depositions issued by the Defendants Attorney Harry Lyles to Curtis Duncan and Janice Duncan. These two depositions are scheduled to take place on December 16, 2005. In support of this motion, the Plaintiff states the following:

1. Plaintiff have filed for a Motion of Recusal Pursuant to 28 U. S. C. 455(a) and (b)(1)

Wherefore, premises considered, the Plaintiff respectfully requests that this Court take the following action to quash the depositions identified in this Motion.

Respectfully submitted

_Curtis Duncan_  _Janice Duncan_
Curtis Duncan
Plaintiff

Respectfully submitted

*Curtis Duncan*  *Janice Duncan*
Curtis Duncan
Plaintiff, Pro Se
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Al. 36110
Phone 334-201-5203

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2005, I have served a true and correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, or hand delivered on defendants as follows:

Jeffrey H. Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
334-242-7555 Phone Number
334-242-2433 Fax Number

Harry A. Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
334-242-6350 Phone Number
334-264-4359 Fax Number

*Curtis Duncan*  *Janice Duncan*
Curtis Duncan
Plaintiff, Pro Se