IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:05-CV-0557-A |
| ) | [wo] |
| RAYBURN HORNSBY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ON MOTION

Around 9:00 a.m. on this 16th day of December, 2005, the court first received notice of *Plaintiff's Curtis Duncan Motion to Recuse Pursuant to 28 U.S.C. 455(a) and (b)(1)* (Doc. 46) filed at 4:35 p.m. on December 15, 2005.

Alleging that this court "has an impermissible personal bias and prejudice against Plaintiff because of his Pro Se status" Duncan requests that his motion "be referred to another United States Magistrate Judge for an evidentiary hearing and determination." As required by the relevant statute, this court has examined carefully the motion and discerns no basis in fact for the requested recusal pursuant to 28 U.S.C. 455(a) and (b)(1). This court has no "personal bias or prejudice concerning [the pro se plaintiffs", and no reasonable basis exists for questioning this court's impartiality. The facts and circumstances outlined as support for the motion constitute nothing more than Plaintiff's disagreement with the court's rulings, his unlearned and otherwise irrelevant assessment of the procedural rules and requirements applicable to federal civil litigation, and his impatience with this court's consistent **attempt to enforce his compliance with the same.   Accordingly, it is**

**ORDERED**, for good cause, that *Plaintiff's Curtis Duncan Motion to Recuse Pursuant to*

*28 U.S.C. 455(a) and (b)(1)* (Doc. 46) is **DENIED and his unauthorized and otherwise unwarranted request that another Magistrate Judge determine this Motion is also DENIED.**

Done this 16th day of December, 2005.

/s/ **Delores R. Boyd**

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE