IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC 16 P 2:37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Curtis Duncan, d.b.a. C&J Associates Pest Control, ) ) ) | |
| Plaintiff, ) ) | |
| Vs. ) ) | CV. 05-557-WHA-DRB |
| Rayburn Hornsby, etc., et al., ) ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO SUBMIT EVIDENCE TO VERIFY CURTIS DUNCAN IS SOLE PROPRIETOR OF C & J ASSOCIATES PEST CONROL**

Comes now Plaintiff Curtis Duncan, C & J Associates Pest Control requests that this Honorable Court accept the submission of Schedule C (Form 1040) Profit or Loss From Business (Sole Proprietorship) and Schedule SE (Form 1040) Self-Employment Tax for the years of 2000, 2001, 2002 as irrefutable evidence that Curtis Duncan is sole proprietor of C & J Associates Pest Control.

Wherefore, premises considered, the Plaintiff respectfully requests that this Court accept this evidence as identified in this Motion.

Respectfully submitted

*/s/ Curtis Duncan*
Curtis Duncan
Plaintiff

Respectfully submitted

*Curtis Duncan* (signature)
**Curtis Duncan**
**Plaintiff, Pro Se**
**C&J Associates Pest Control**
**P.O. Box 8186**
**Montgomery, Al. 36110**
**Phone 334-201-5203 or 334-229-8799**

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2005, I have served a true and correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, or hand delivered on defendants as follows:

Jeffrey H. Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
334-242-7555 Phone Number
334-242-2433 Fax Number

Harry A. Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
334-242-6350 Phone Number
334-264-4359 Fax Number

*Curtis Duncan* (signature)
Curtis Duncan
Plaintiff, Pro Se