| SCHEDULE SE<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Self-Employment Tax<br>▶ See Instructions for Schedule SE (Form 1040).<br>▶ Attach to Form 1040. | OMB No. 1545-0074<br>**2000**<br>Attachment<br>Sequence No. 17 |
|---|---|---|
| Name of person with self-employment income (as shown on Form 1040)<br>CURTIS T DUNCAN | | Social security number of person with self-employment income ▶ 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 |

### Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-3.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, do not file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 52.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



### Section A - Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.



1. Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1**
2. Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report . . . . . . . . . . . . . . . . . . . . . . . . . . **2**
3. Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . **3**
4. **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax . . . . . . . . ▶ **4**
5. Self-employment tax. If the amount on line 4 is:
   - $76,200 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 52.
   - More than $76,200, multiply line 4 by 2.9% (.029). Then, add $9,448.80 to the result. Enter the total here and on **Form 1040, line 52.** **5**
6. Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** . . . . . . . . . | **6** |

KBA  For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule SE (Form 1040) 2000

| | | |
|---|---|---|
| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) ▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B. ▶ Attach to Form 1040 or Form 1041.   ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074 **2001** Attachment Sequence No. 09 |
| Department of the Treasury Internal Revenue Service (99) | | |

Name of proprietor: CURTIS T DUNCAN

Social security number (SSN): 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

A  Principal business or profession, including product or service (see page C-1 of the instructions)
PEST CONTROL : SERVICE

B  Enter code from pages C-7 & 8 ▶ 561710

C  Business name. If no separate business name, leave blank.
C AND J ASSOCIATES

D  Employer ID number (EIN), if any
63-1089338

E  Business address (including suite or room no.) ▶ P O BOX 8186
   City, town or post office, state, and ZIP code  MONTGOMERY, AL 36110

F  Accounting method:  (1) [X] Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ _____

G  Did you "materially participate" in the operation of this business during 2001? If "No," see page C-2 for limit on losses . . . [X] Yes  ☐ No

H  If you started or acquired this business during 2001, check here . . . ▶ ☐

### Part I  Income

1  Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here . . . ▶ ☐ | 1 | [redacted]
2  Returns and allowances . . . | 2 | [redacted]
3  Subtract line 2 from line 1 . . . | 3 | [redacted]
4  Cost of goods sold (from line 42 on page 2) . . . | 4 | [redacted]
5  Gross profit. Subtract line 4 from line 3 . . . | 5 | [redacted]
6  Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) . . . | 6 | [redacted]
7  Gross income. Add lines 5 and 6 . . . ▶ | 7 | [redacted]

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | 19 | Pension and profit-sharing plans | 19 |
| 9 | Bad debts from sales or services (see page C-3) | 9 | 20 | Rent or lease (see page C-4): | |
| | | | a | Vehicles, machinery, and equipment | 20a |
| | | | b | Other business property | 20b |
| 10 | Car and truck expenses (see page C-3) | 10 [redacted] | 21 | Repairs and maintenance | 21 |
| 11 | Commissions and fees | 11 | 22 | Supplies (not included in Part III) | 22 |
| 12 | Depletion | 12 | 23 | Taxes and licenses | 23 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 [redacted] | 24 | Travel, meals, and entertainment: | |
| | | | a | Travel | 24a |
| | | | b | Meals and entertainment | [redacted] |
| 14 | Employee benefit programs (other than on line 19) | 14 | c | Enter nondeductible amount included on line 24b (see pg. C-5) | [redacted] |
| 15 | Insurance (other than health) | 15 [redacted] | d | Subtract line 24c from line 24b | 24d [redacted] |
| 16 | Interest: | | 25 | Utilities | 25 |
| a | Mortgage (paid to banks, etc.) | 16a | 26 | Wages (less employment credits) | 26 |
| b | Other | 16b | 27 | Other expenses (from line 48 on page 2) | 27 [redacted] |
| 17 | Legal and professional services | 17 | | | |
| 18 | Office expense | 18 | | | |

28  Total expenses before expenses for business use of home. Add lines 8 through 27 in columns . . . ▶ | 28 | [redacted]
29  Tentative profit (loss). Subtract line 28 from line 7 . . . | 29 | [redacted]
30  Expenses for business use of your home. Attach Form 8829 . . . | 30 | [redacted]
31  Net profit or (loss). Subtract line 30 from line 29.
  • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
  • If a loss, you must go to line 32. | 31 | [redacted]

32  If you have a loss, check the box that describes your investment in this activity (see page C-6).
  • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
  • If you checked 32b, you must attach Form 6198.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

KBA  For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule C (Form 1040) 2001

| SCHEDULE SE (Form 1040) | SELF-EMPLOYMENT TAX | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► See Instructions for Schedule SE (Form 1040). ► Attach to Form 1040. | 2001 Attachment Sequence No. 17 |

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ► |
|---|---|
| CURTIS T DUNCAN | 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 |

### Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more or
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income. See page SE-1.

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-3.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 53.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



**Section A - Short Schedule SE.** Caution. Read above to see if you can use Short Schedule SE.



1 Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a ....
2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report ....
3 Combine lines 1 and 2 ....
4 Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax ....
5 Self-employment tax. If the amount on line 4 is:
 - $80,400 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 53.
 - More than $80,400, multiply line 4 by 2.9% (.029). Then, add $9,969.60 to the result. Enter the total here and on Form 1040, line 53.
6 Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on Form 1040, line 27 ....

KBA  For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule SE (Form 1040) 2001

| SCHEDULE C | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2002** |
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040). | Attachment<br>Sequence No. 09 |

Name of proprietor: **CURTIS T DUNCAN**
Social security number (SSN): **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**

**A** Principal business or profession, including product or service (see page C-1 of the instructions)
   **PEST CONTROL : SERVICE**

**B** Enter code from pages C-7, 8, & 9 ▶ **561710**

**C** Business name. If no separate business name, leave blank.
   **C AND J ASSOCIATES**

**D** Employer ID number (EIN), if any **63-1089338**

**E** Business address (including suite or room no.) ▶ **P O BOX 8186**
   City, town or post office, state, and ZIP code **MONTGOMERY, AL 36110**

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2002? If "No," see page C-3 for limit on losses . . . [X] Yes [ ] No

**H** If you started or acquired this business during 2002, check here . . . ▶ [ ]

### Part I   Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ] | 1 ███ |
| 2 | Returns and allowances | 2 |
| 3 | Subtract line 2 from line 1 | 3 ███ |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 ███ |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 ███ |

### Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | 19 | Pension and profit-sharing plans | 19 |
| 9 | Bad debts from sales or services (see page C-3) | 9 | 20 | Rent or lease (see page C-5): | |
| 10 | Car and truck expenses (see page C-3) | 10 ███ | a | Vehicles, machinery, and equipment | 20a ███ |
| 11 | Commissions and fees | 11 | b | Other business property | 20b |
| 12 | Depletion | 12 | 21 | Repairs and maintenance | 21 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 ███ | 22 | Supplies (not included in Part III) | 22 |
| | | | 23 | Taxes and licenses | 23 |
| | | | 24 | Travel, meals, and entertainment: | |
| 14 | Employee benefit programs (other than on line 19) | 14 ███ | a | Travel | 24a ███ |
| 15 | Insurance (other than health) | 15 ███ | b | Meals and entertainment | |
| 16 | Interest: | | c | Enter nondeductible amount included on line 24b (see pg. C-5) | |
| a | Mortgage (paid to banks, etc.) | 16a | | | |
| b | Other | 16b ███ | d | Subtract line 24c from line 24b | 24d |
| | | | 25 | Utilities | 25 ███ |
| 17 | Legal and professional services | 17 ███ | 26 | Wages (less employment credits) | 26 |
| | | | 27 | Other expenses (from line 48 on page 2) | 27 ███ |
| 18 | Office expense | 18 ███ | | | |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 ███ |
|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 ███ |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | 31 ███ |

  • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
  • If a loss, you must go to line 32.

**32** If you have a loss, check the box that describes your investment in this activity (see page C-6).
  • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
  • If you checked 32b, you must attach Form 6198.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

KBA   For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule C (Form 1040) 2002

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
▶ Attach to Form 1040 or Form 1041.    ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2000**

Attachment Sequence No. **09**

Name of proprietor: **CURTIS T DUNCAN**

Social security number (SSN): **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**

**A** Principal business or profession, including product or service (see page C-1 of the instructions)
**PEST CONTROL : SERVICE**

**B** Enter code from pages C-7 & 8 ▶ **561710**

**C** Business name. If no separate business name, leave blank.
**C AND J ASSOCIATES**

**D** Employer ID number (EIN), if any: **63-1089338**

**E** Business address (including suite or room no.) ▶ **P O BOX 8186**
City, town or post office, state, and ZIP code: **MONTGOMERY, AL 36110**

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 2000? If "No," see page C-2 for limit on losses ...  [X] Yes  [ ] No ▶ [X]

**H** If you started or acquired this business during 2000, check here ...

### Part I  Income

1. Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ▶ [ ]  **1** ▓▓▓
2. Returns and allowances  **2** ▓▓▓
3. Subtract line 2 from line 1  **3** ▓▓▓
4. Cost of goods sold (from line 42 on page 2)  **4** ▓▓▓
5. Gross profit. Subtract line 4 from line 3  **5** ▓▓▓
6. Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-2)  **6** ▓▓▓
7. Gross income. Add lines 5 and 6 ▶ **7** ▓▓▓

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | **8** | 19 | Pension and profit-sharing plans | **19** ▓▓▓ |
| 9 | Bad debts from sales or services (see page C-3) | **9** | 20 | Rent or lease (see page C-4): | |
| | | | a | Vehicles, machinery, and equipment | **20a** |
| | | | b | Other business property | **20b** |
| 10 | Car and truck expenses (see page C-3) | **10** ▓▓▓ | 21 | Repairs and maintenance | **21** ▓▓▓ |
| 11 | Commissions and fees | **11** | 22 | Supplies (not included in Part III) | **22** |
| 12 | Depletion | **12** | 23 | Taxes and licenses | **23** ▓▓▓ |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | **13** ▓▓▓ | 24 | Travel, meals, and entertainment: | **24a** ▓▓▓ |
| | | | a | Travel | |
| 14 | Employee benefit programs (other than on line 19) | **14** ▓▓▓ | b | Meals and entertainment | |
| 15 | Insurance (other than health) | **15** ▓▓▓ | c | Enter nondeductible amount included on line 24b (see pg. C-5) | |
| 16 | Interest: | | d | Subtract line 24c from line 24b | **24d** ▓▓▓ |
| a | Mortgage (paid to banks, etc.) | **16a** ▓▓▓ | 25 | Utilities | **25** |
| b | Other | **16b** | 26 | Wages (less employment credits) | **26** ▓▓▓ |
| 17 | Legal and professional services | **17** ▓▓▓ | 27 | Other expenses (from line 48 on page 2) | **27** ▓▓▓ |
| 18 | Office expense | **18** ▓▓▓ | | | |

28. Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ **28** ▓▓▓
29. Tentative profit (loss). Subtract line 28 from line 7  **29** ▓▓▓
30. Expenses for business use of your home. Attach **Form 8829**  **30**
31. Net profit or (loss). Subtract line 30 from line 29.
    - If a profit, enter on Form **1040, line 12**, and also on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
    - If a loss, you must go to line 32.  **31** ▓▓▓
32. If you have a loss, check the box that describes your investment in this activity (see page C-5).
    - If you checked 32a, enter the loss on Form **1040, line 12**, and also on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
    - If you checked 32b, you must attach Form **6198**.
    
    **32a** [ ] All investment is at risk.
    **32b** [ ] Some investment is not at risk.

KBA  For Paperwork Reduction Act Notice, see Form 1040 instructions.  Schedule C (Form 1040) 2000