| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Curtis Duncan*  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name): Curtis Duncan  C. Date of Delivery: 12-21-05<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Curtis Duncan<br>PO Box 8186<br>Montgomery, AL  36110<br><br>12/16 order<br>05-557 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 0150 4262 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Curtis Duncan*  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name): Curtis Duncan  C. Date of Delivery: 12-21-05<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>C & J Associates Pest Control<br>PO Box 8186<br>Montgomery, AL  36110<br><br>12/16 order<br>05-557 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 0150 4255 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |