IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FOR ALABAMA

| | |
|---|---|
| **C&J ASSOCIATES PEST CONTROL, et al,** ) | |
| ) | |
| **Plaintiffs,** ) | 2:05CV557-WHA-DRB |
| ) | |
| v. ) | |
| ) | |
| **RAYBURN HORNSBY, et al,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR ORDER STRIKING PLAINTIFF'S PLEADINGS AND JUDGMENT AGAINST PLAINTIFF, FOR SHOW CAUSE ORDER AND OTHER RELIEF

COMES NOW the defendants, Pat Antle and Isaac Kervin, by and through their attorney, and respectfully move that this Honorable Court to enter a judgment against said plaintiff and as grounds therefore, respectfully shows the court as follows:

Plaintiff, Curtis Duncan and his wife, Janice Duncan were duly served by Harry Lyles, counsel for the co-defendants, with a notice of the taking of their depositions on oral interrogatories with the appropriate subpoena for Mrs. Duncan, a non-party, to be held on November 10, 2005, December 6, 2005, and by Court Order for December 16, 2005 at 9:30 a.m. and 11:00 a.m. respectively. In fact, this Honorable Court issued an Order (Document 41) on December 6, 2005 directing the plaintiff and his wife, Janice Duncan, to appear for their separate depositions on December 16, 2005 at 9:30 a.m. and 11:00 a.m. respectively.

Each time, the plaintiff, pro-se, on the eve of the scheduled depositions filed motions in the nature of a Motion to Quash Depositions. Prior to the first and second

attempted depositions, Curtis Duncan informed Harry Lyles, counsel for the co-defendants, the he and his wife would not submit to depositions without a court order. The third attempted deposition, which was ordered by this court for, was ignored by the plaintiff and his wife.

The second and third Notices of Deposition also required plaintiff to produce certain documents to the defendants, virtually none of which has been produced.

WHEREFORE, THE PREMISES CONSIDERED, the defendants respectfully move this Honorable Court enter an order striking the complaint filed by the plaintiff in this cause and enter a judgment against C&J Associates and enter an order requiring plaintiff and his wife to appear and show cause, if any they may have, why they should not be held in contempt of this Honorable Court. In support of this motion, these defendants file the transcript of December 16, 2005, non-depositions.

Respectfully Submitted,
Troy King

/s/ Jeffery H. Long
Jeffery H. Long
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that I have on this the 4th day of January, 2006, electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served a copy of the same by the United States Mail, postage prepaid, and properly addressed as follows:

C&J Associates Pest Control
Curtis Duncan
PO Box 8186
Montgomery, AL 36110


The Clerk using the CM/ECF system will send notification of this filing to:

Harry Lyles, Esq.

/s/ Jeffery H. Long
Of Counsel


Address of Counsel:
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax