**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 4, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:    C&J Associates Pest Control et al v. Hornsby et al**

**Case Number:   2:05-cv-00557-A**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached in error by E-filer.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 53   filed on   January 4, 2006.**