IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 2:05-CV-0557-WHA-DRB |
| | ) | |
| RAYBURN HORNSBY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On January 4, 2006, Defendants filed the following-styled motions in response to the plaintiff's most recent failure and refusal to submit for depositions notwithstanding the court's specific instructions and notice of adverse consequences in the event of non-compliance:

• *Motion for Order Striking Plaintiff's Pleadings and Judgment Against Plaintiff, for Show Cause Order and Other Relief,* filed by Defendants Pat Antle and Isaac Kervin, (Doc. 52)

• *Motion for Order to Show Cause, for Order Striking Plaintiffs' Pleadings, for Judgment Against Plaintiffs, for Dismissal of Plaintiffs' Complaint, and for Other Appropriate Relief,* filed by Defendants Rayburn Hornsby, Johnny Harris and Stan Carlton (Doc. 53).

Upon consideration, it is

**ORDERED** that **Plaintiffs respond to each motion not later than January 24, 2006, to show any cause why the motion should not be granted to the extent of the sanctions and other relief requested.** The response shall specify, *inter alia*, any good cause for the refusal of plaintiff Curtis Duncan and his non-party wife, Janice Duncan, to comply with the court's order, filed December 6, instructing each to appear for their separate depositions on December 16, 2005.

Due to the gravity of the sanctions requested by Defendants – a judgment adverse to the plaintiffs – it is further

**ORDERED** that the motions are scheduled for *oral arguments* at **10:30 a.m. on Tuesday, January 31, 2006, in District Courtroom 4A**.

DONE this 9TH day of January, 2006.

                                                    **/s/ Delores R. Boyd**
                                                    DELORES R. BOYD
                                                    UNITED STATES MAGISTRATE JUDGE