IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FOR ALABAMA

| | | |
|---|---|---|
| **C&J ASSOCIATES PEST CONTROL, et al,** | ) ) ) | |
| **Plaintiffs,** | ) ) | 2:05CV557-WHA-DRB |
| v. | ) ) ) | |
| **RAYBURN HORNSBY, et al,** | ) ) ) | |
| **Defendants.** | ) | |

## MOTION TO MODIFY SCHEDULING ORDER

COMES NOW the defendants, Pat Antle and Isaac Kervin, by and through their attorney, and respectfully move this Honorable Court to set aside its Scheduling Order (Doc. 21) and refrain from issuing a scheduling new order until after the hearing scheduled for January 31, 2006, and for grounds states as follows:

1. Even though these defendants have filed a dispositive motion (Doc. 13), they contemplated supplementing their motion if the depositions of the plaintiff and his wife so merited.

2. Plaintiff and his wife have been totally recalcitrant to submit to routine discovery which he claims is a "witch hunt" and a "fishing expedition."

3. Plaintiff and his wife have refused on three separate occasions to submit to depositions, even when ordered by this Honorable Court.

WHEREFORE, these defendants submit that the plaintiff's complaint is due to be dismissed on January 31, 2006, but in the event the Court imposes a lesser sanction, these

defendants respectfully request that the Court issue a new scheduling order taking into consideration the plaintiff's obstinate opposition to routine discovery.

Respectfully Submitted,<br>
Troy King<br><br>
/s/ Jeffery H. Long<br>
Jeffery H. Long<br>
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that I have on this the 11th day of January, 2006, electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served a copy of the same by the United States Mail, postage prepaid, and properly addressed as follows:

C&J Associates Pest Control
Curtis Duncan
PO Box 8186
Montgomery, AL 36110

The Clerk using the CM/ECF system will send notification of this filing to:

Harry Lyles, Esq.

/s/ Jeffery H. Long<br>
Of Counsel

Address of Counsel:
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax