IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 2:05-cv-557-WHA-DRB |
| RAYBURN HORNSBY, JOHNNY HARRIS, STAN CARTON, ISAAC KERVIN, and PAT ANTLE, | ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO MODIFY SCHEDULING ORDER

COME NOW Defendants Hornsby, Harris, and Carlton, and file this motion to modify the Court's Scheduling Order (Doc. No. 21). In filing this motion, these Defendants adopt and incorporate the Motion to Modify Scheduling Order by Defendants Kervin and Antler (Doc. No. 57) as if fully set forth herein.

        RESPECTFULLY SUBMITTED
        TROY KING
        ATTORNEY GENERAL

        s/ Harry A. Lyles
        Jim R. Ippolito, Jr. (IPP001)
        Assistant Attorney General
        Chief Counsel

        Harry A. Lyles (HAL001)
        Assistant Attorney General
        Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, *et al.*, ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-557-WHA-DRB |
| RAYBURN HORNSBY, JOHNNY HARRIS, ) | |
| STAN CARTON, ISAAC KERVIN, and PAT ) | |
| ANTLE,, ) | |
| ) | |
|     **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following: Mr. Jeffery H. Long, Esq., Assistant Attorney General, Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130.

I also certify that, on this same date, I have served the foregoing on the following by placing a copy thereof, addressed as indicated below, in United States mail, First Class postage prepaid: Mr. Curtis Duncan, C&J Associates Pest Control, P.O. Box 8186, Montgomery, Alabama 36110.

                                            s/ Harry A. Lyles
                                            Harry A. Lyles (HAL001)
                                            Assistant Attorney General
                                            Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)