IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>RAYBURN HORNSBY, et al., )<br>)<br>Defendants. ) | 2:05-CV-0557-WHA<br>[WO] |

## ORDER ON MOTIONS

After due consideration of the *Motion to Modify Scheduling Order* (Doc. 57, Jan. 11, 2006) filed by Defendants Pat Antle and Isaac Kervin and a substantially similar *Motion* (Doc. 58, Jan. 11, 2006) filed by Defendants Rayburn Hornsby, Johnny Harris and Stan Carlton, for good cause, it is hereby

**ORDERED** that each *Motion* (Docs. 57 and 58) is **GRANTED** to the extent that the Scheduling Order (Doc. 21, Sept. 9, 2005) is STAYED pending resolution of the matters set for oral arguments on January 31, 2006.

Done this 12th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE