IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

HON. __Delores Boyd__ MAG. JUDGE AT __Montgomery__, ALABAMA

DATE COMMENCED __1/31/2006__ AT __10:31__ (A.M.)/P.M.

DATE COMPLETED __1/31/2006__ AT __12:00__ (P.M.)

C&J ASSOCIATES PEST CONTROL, ET AL. )
  vs. )
RAYBURN HORNSBY, ET AL. )  ~~(Criminal~~    Case No. __2:05cv557-WHA__
   )  (Civil
   )

| PLAINTIFF/~~GOVERNMENT~~ | DEFENDANT |
|---|---|
| Pro Se | Harry Lyles |
|  | Jeff Long |

**COURT OFFICIALS PRESENT**

S. Q. Long, Jr., Clerk
Michele Dearing, Law Clerk

**PROCEEDINGS**

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: __ORAL ARGUMENT ON RULE 37 MOTIONS__

10:31am: Court convenes. Oral Argument held. Plaintiff's exhibit #1 offered and admitted.
12:00pm: Court is recessed.