IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JAN 30  P 4: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Curtis Duncan, d.b.a. C&J Associates Pest Control, ) | |
| Plaintiff, ) | |
| Vs. ) | CV. 05-557-WHA-DRB |
| Rayburn Hornsby, etc., et al., ) | |
| Defendants. ) | |

### PLAINTIFF'S CURTIS DUNCAN MOTION FOR RECONSIDERATION OF MAGISTATES'S ORDER ON RECUSAL PURSUANT TO 28 U.S.C. 455(a) and (b) (1)

Comes now Plaintiff Curtis Duncan, d.b.a. C & J Associates Pest Control respectfully moves the United States Magistrate Judge Delores R. Boyd to reconsider your Order not to recuse yourself from further proceedings in the above-styled action, pursuant to 28 U.S.C. 455 (a) and/or (b)(1). In the alternative, Plaintiff respectfully requests that this motion be referred to another United States Magistrate Judge or the District Judge for an evidentiary hearing and determination. In support of this request, Plaintiff respectfully shows this Court the following:

Because of Your Honor has an impermissible personal bias and prejudice for Plaintiff because of his Pro Se status. Your Honor has arbitrarily chosen to ignore all the material facts and issues I raised in my Motion for Recusal filed on December 15, 2003, because you have an impermissible preference for the Defendants and their Attorneys. You have failed to make rulings and decisions in accordance with Statues, Federal Rules and Procedures, Precedent and Settled Law established by the United States Supreme Court. It is not sufficient for the Your Honor to simply conclude in only general summary form, "This court has no personal bias or prejudice concerning the pro se

Plaintiffs" and no reasonable basis exists for questioning this court's impartiality." "The recusal motion is meritless and irrespective of merit, it does not constitute a sufficient basis for Duncan's refusal to comply with the order directing these depositions." Your Honor has failed to make any fact specific inquiry concerning the material facts and issues that Plaintiff raised in his Motion for Recusal. Your Honor has also failed to cite any case law and authorities supporting your decisions and ruling not to recuse yourself from this case. Plaintiff respectfully submit that unlike Your Honor's conclusion not to recuse herself, Plaintiff submit that any objective, fully informed lay observer would certainly question Your Honor's impartiality.

Plaintiff respectfully submits that should this Court determine that immediate recusal is necessary, and that this motion should be referred to another Judge foe an evidentiary hearing and determination.

Respectfully submitted

*/s/ Curtis Duncan*
Curtis Duncan
Plaintiff, Pro Se
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Al. 36110
221-8799

### CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2006, I have served a true and correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, or hand delivered on defendants as follows:

Jeffrey H. Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
334-242-7555 Phone Number
334-242-2433 Fax Number

Harry A. Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
334-242-6350 Phone Number
334-264-4359 Fax Number

*Curtis Duncan* (signature)
Curtis Duncan
Plaintiff, Pro Se