IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DUNCAN, D.B.A. ) | |
| C&J ASSOCIATES PEST CONTROL, ) | |
| ) CIVIL ACTION NUMBER | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | |
| ) | |
| RAYBURN HORNSBY, ET AL., ) CV 05-0557-A | |
| ) | |
| DEFENDANTS, ) | |

RECEIVED
2006 JAN 31  P 1: 36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PLAINTIFF'S SUPPLEMENTATION OF ADDITIONALLY CASE LAW IN
SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR ORDER TO
SHOW CAUSE, FOR ORDER STRIKING PLAINTIFFS' PLEADINGS, FOR
JUDGMENT AGAINST PLAINTIFF, FOR DISMISSAL OF PLAINTIFFS'
COMPLAINT AND OTHER RELIEF

Come now Plaintiff Curtis Duncan d.b.a. C&J Associates respectfully moves for the Court to deny Defendants Motion in all respects, because this Motion is merit less to the material facts of this case. The sanctions sought by the Defendants is highly usually and is not routinely imposed when the non-complying party Plaintiff in good faith was justified in its objective resistance to certain discovery requests made by Defendants that was not in full compliance with Federal Rule and Procedures.

In the following cases the courts held that the sanction of requiring the party, whose failure to comply completely with discovery requests caused the opposing party to seek an order to compel discovery, to pay the costs and attorney fees related to bringing a motion to compel discovery was not justified under Rule 37(a)(4), where the non-complying party in good faith supplied those documents which it could and was justified

in its resistance to certain discovery requests. Cullins v Heckler (1985, SD NY) 108 FRD 172, 3 FR Serv 3d 886.; Delozier v First Nat'l Bank, (1986, ED Tenn) 109 FRD 161

For the reasons stated above, the Plaintiff respectfully move the Court to deny Defendants Motion to Dismissal of Plaintiff's pleadings, for Judgment Against Plaintiff, for dismissal of Plaintiff's Complaint, and for other Appropriate Relief. Plaintiff respectfully move the Court to reconsider its Order in which the Court denied Plaintiff Motion to Quash Defendant Notice for Deposition, Order Defendant to eliminate irrelevant requests for documents that are not relevant to the issues of this case, and issue a new date for Deposition.

Respectfully,

*/s/ Curtis Duncan*

Curtis Duncan
Plaintiff
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110
Phone 334-221-8799
           334-201-5203
cj_one@msn.com

CERTIFICATE OF SERVICE

    I hereby certify that on January 31, 2006, a copy of the foregoing was mailed first class, postage pre-paid, to:

Jeffery Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
Phone 334-242-7555
Fax 334-242-2433

Henry Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Phone 334-242-6350
Fax 334-264-4359

*/s/ Curtis Duncan*