RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 FEB -3

CURTIS DUNCAN, D.B.A.                          )
C&J ASSOCIATES PEST CONTROL,                   )
                                               ) CIVIL ACTION NUMBER
PLAINTIFF,                                     )
                                               )
VS.                                            )
                                               )
RAYBURN HORNSBY, ET AL.,                       ) CV 05-0557-A
                                               )
DEFENDANTS,                                    )

PLAINTIFF OBJECTIONS TO MAGISTRATE JUDGE'S ERRONEOUS

RECOMMENDATIONS

Come now Plaintiff Curtis Duncan d.b.a. C&J Associates Pest Control respectfully

objects to the Magistrate Judge Delores Boyd Recommendations because they are

erroneous and/or contrary to law.  The Magistrate because of her impermissible personal

bias and prejudice for Plaintiff because of his Pro Se Status, has chosen to make rulings

that are erroneous and/or contrary to law.  The Magistrate also has impermissible

preference for the Defendants and their Attorneys Jeffrey Long and Harry Lyles who

work for the Attorney General Office and the Transportation Department.  The

Magistrate has consistently ruled for the Defendants even when the material facts and

existing law does not support her rulings.

Plaintiff objects to Magistrate Judge Recommendation See (Doc. # 60) on page 4

....line 2 "As remedial relief, Plaintiffs specify only "costs" and "an order to eliminate all

the defendants' bias and discriminatory effects."  In Plaintiff Complaint filed on June 10,

2005 See (Doc. # 1), Plaintiff asked for award of damages suffered by Plaintiff due to

the Defendants' discrimination, five different times in my Complaint. The first time

page 2 of the Complaint ....line1. The second time on page 9 ....Count 1. The third time

on page 10 ....Count 2. The fourth time on page 10 ....Count 3. The fifth time on page

11 ....number 3 of Prayer of Relief.

 Plaintiff objects to Magistrate Judge Recommendation See (Doc. # 60) Plaintiff filed

his lawsuit because Defendants failed to award Plaintiff Invitation To Bid 2130153 for

Transportation and Invitation To Bid 2130174 even though Plaintiff was the lowest

responsible bidder and met all specifications of the bid. The Defendants intentionally

discriminated against Plaintiff because of his race. The Magistrate Judge because her

bias and prejudice for Plaintiff, failed to identify ITB 2130153 and 2130174 in her entire

recommendation. The Magistrate Judge because of preference for the Defendant and

their Attorneys Jeffery Long and Harry Lyles allowed them to turn in several fraudulent

motions, Motion for Summary Judgment that was non-responsive to Plaintiff Complaint

ITB 2130153 and 2130174 See (Doc. # 13) fraudulent Report of Parties, which did not

have Plaintiff signature See (Doc. # 19). The Magistrate Judge because of her bias for

prejudice for Plaintiff, erroneous struck all of Plaintiff Motions in Opposition to

Defendants fraudulent motions. Motion to Strike Report of Parties See (Doc. # 22 # 23)

Order denying Motion to Strike See (Doc. # 27) Motion in Opposition, Strike Summary

Judgment See (Doc. # 29) and Motion for Reconsideration Motion to Strike See (Doc. #

31).

 Plaintiff filed his complaint on June 6, 2005 See (Doc. # 1) Plaintiff identifies himself

in the caption and in the body of his complaint as Curtis Duncan Sole Proprietor d.b.a. as

C&J Associates Pest Control.  The Magistrate because of her pervasive bias and prejudice for Plaintiff has erroneously identified Plaintiff's Company as something other than a Sole Proprietor. In the caption and in body of the Magistrate Recommendations the Magistrate erroneously uses plurals terms such as Plaintiffs, et al., their. See (Doc. # 60) The Magistrate has erroneous accepted the Defendants position that Plaintiff's Company is not a sole proprietorship.  This is contrary to existing law; the Plaintiff Complaint is to be accepted as true until the Defendants prove it untrue.  Even on a motion for summary judgment, the court is to construe the evidence and factual inferences arising from it in the light most favorable to the nonmoving party.  Adickes v. S.H. Kress & Co., 398 U.S. 144, 90 S.Ct. 1598.

In reference to Magistrate Judge Summary of Complaint See (Doc. # 60), line 2 ….unsuccessful bids. Plaintiff objects to this wording by clarifies that Plaintiff was unsuccessful because even though Plaintiff had lowest responsible bidder and met all the specifications of the bid, Defendants intentionally discriminated against Plaintiff by not awarding contract the Plaintiff.

For the reasons stated above, the Plaintiff respectfully move the District Court to correct the Magistrate Judge's erroneous recommendations.

Respectfully,

*Curtis Duncan*
Curtis Duncan
Plaintiff
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110
Phone 221-8799
cj-one@msm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2006, a copy of the foregoing was mailed first class, postage pre-paid, to:

Jeffery Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
Phone 334-242-7555
Fax 334-242-2433

Henry Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Phone 334-242-6350
Fax 334-264-4359

*Curtis Duncan*