IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DUNCAN, D.B.A. <br> C&J ASSOCIATES PEST CONTROL, | ) <br> ) <br> ) CIVIL ACTION NUMBER |
| PLAINTIFF, | ) <br> ) |
| VS. | ) <br> ) |
| RAYBURN HORNSBY, ET AL., | ) CV 05-0557-A <br> ) |
| DEFENDANTS, | ) |

PLAINTIFF REPONSE TO ORAL SHOW CAUSE HEARING

Come now Plaintiff Curtis Duncan d.b.a. C&J Associates Pest Control respectfully submit to the Court documentations and additional case law to support Plaintiff Opposition Motion to deny Defendants Motion in all respects. During the Show Cause Hearing, the Defendant's Attorneys displayed disbelief to Plaintiff justifications for his actions during course of the lawsuit. Your Honor questioned Plaintiff about the timing of my filing of several motions. My justifications for the time I filed my motions were my responsibility of running my pest control business, being Pro Se requires me to diligently perform legal research before filing any motions and because I was involved a motor vehicle accident while performing pest control services in the Auburn/Opelika area during the week of my birth date September 26, 2005. Your Honor questioned the validity of whether Plaintiff really had an accident by stating I see you turned in several motions on September 28, 2005. Plaintiff submit the following documents to verify his accident on September 29, 2005 (See Copy of Accident Report Exhibit 1) and the

medications prescribed for the constant pain Plaintiff suffers from because of the accident. These medications cause Plaintiff to be sleepy and drowsy. (See Copy of Medications Exhibit 2).

Plaintiff had an employee and close friend Mr. Jefferson (Jack) Sullivan who worked and lived in the Mobile area, he passed on September 25, 2005, his funeral was held on October 1, 2005. (See copy of Obituary Exhibit 3). Plaintiff also submit that his brother Mr. Jim Duncan of San Diego, California, he passed on June 29, 2005, his funeral was held on July 7, 2005 after the filing of this lawsuit on June 10, 2005. Plaintiff and his wife had to travel to attend both funerals.

. Your Honor also questioned Plaintiff if he had case law specifically for the 11th Circuit, Plaintiff did not know he was required to have case law from 11th Circuit. Plaintiff now submits case law from the Supreme Court, the 11th Circuit and other circuits to supplement the case law already submitted. In determining whether a party is substantially justified in opposing a motion to compel, the opposing party is held to an objective test of reasonableness. Bowne of New York City, Inc., 161 F.R.D. 258 (1995) Pierce v. Underwood, 487 U.S. 552, 565, 108 S.Ct. 2541, 101 L.Ed.2d 490 (1988) Searock v. Stripling 736 F2d 650 (1984), Waste Conversion, Inc v Rollins Environmental Services 893 F2d 605 (1990), Porter v Martinez 941 F2d 732 (1991), Morris v Snappy Car Rental 153 FRD 17 (1993). Liquid Carbonic Truck Drivers Chemical Poisoning Litigation 580 F2d 819 (1978).

For the reasons stated above, the Plaintiff respectfully move the Court to deny Defendants Motion to Dismissal of Plaintiff's pleadings, for Judgment Against Plaintiff, for dismissal of Plaintiff's Complaint, and for other Appropriate Relief. Plaintiff

respectfully move the Court to reconsider its Order in which the Court denied Plaintiff Motion to Quash Defendant Notice for Deposition, Order Defendant to eliminate irrelevant requests for documents that are not relevant to the issues of this case, and issue a new date for Deposition.

Respectfully,

*Curtis Duncan*
Curtis Duncan
Plaintiff
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110
Phone 334-221-8799
        334-201-5203
cj_one@msn.com

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2006, a copy of the foregoing was mailed first class, postage pre-paid, to:

Jeffery Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
Phone 334-242-7555
Fax 334-242-2433

Harry Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Phone 334-242-6350
Fax 334-264-4359