# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

ST-27
REV. 1/91

Sheet 1 of 2 Sheet(s)    Microfilm No. ___    Local Case No. 05-00    Accident No. ___

Shaded Areas To Be Used By Data Processing Only

| Date | Time | Day of Week | County | City | Rural | Highway Classification | | Local Zone |
|---|---|---|---|---|---|---|---|---|
| 09 29 2005 | 1111 AM PM (MT) | M T W (TH) F S S | 43 | OPELIKA | | M—Municipal, S—Private Prop. | Interstate, State, County | 01 |

**LOCATION AND TIME**

On Street, Road or Highway: PEPPERELL PKWY

At Intersection of or Between (Node 1): EAST THOMASON CIRCLE    And (Node 2): N/A

5580  Or Road Code 239  Node Code 0  Feet From Node 1 or 2 (Circle One)

Intersection Related: 1 - Node 1  2 - Node 2  (X) Not Int Related

Control Access Hwy Loc: 1 - Main Rd  3 - Interchange  5 - Exit Ramp  Prime Contr Circms 21  Prime Contr Unit No  2 - Frontage Rd  4 - Entrance Ramp  6 - Other

First Harmful Event: 20  Event Location: ___  Distance to Fixed Object: N/A FT.

**COLLISION EVENT** codes listed: 01-Overturned, 02-Fire/Explosion, etc.

---

## UNIT NO 1

**DRIVER**

Driver Full Name: JACQUELINE GRUBBS LANIER  695 LEE RD 339 SALEM, AL  Street Address / City and State  ZIP 36874  Telephone No. 749-0715

DOB: 07 03 1940  Race W  Sex F  DL State AL  Driver License No. 2750838  DL Class D/M  DL Status C  List Restrictions Not Complied With  CDL Status  List Endorsements Not Complied With  Residence Less Than 25 Miles

Place of Employment: UNEMPLOYED    Liability Insurance Co: COTTON STATES    Social Security No.

Driver Condition: 1 - No Defect (X)    Sobriety: officer's opinion    Alcohol: No    Drugs: No/Unk    Test Type: No Test    Test Results: N/A

Maneuver: 14    Travel Road Name: PEPPERELL PKWY    Road Code 5580    Travel Direction: 97    Other Contr Circumstance    Prime Harm Event 20    Event Loc    License Tag Number 43C6952    State AL    Year 2006

**VEHICLE / UNIT 1**

Veh Year 2001  Make MITS  Model MONT  Body N/A  V.I.N. JA4LS21N61P0551B

Owner's Name: SAME

Type: 5 - Pick Up    Usage: 1 - Personal    Hazardous Cargo: 1 - None    Attachment: 1 - None    Contributing Defect: 97 - None

Est Speed 45 MPH  10 MPH  Citation Offense Charged: NONE  Damage Severity 2  Vehicle Towed Away: No  Occupants in Unit 1  Total Injuries in Unit  Enter Point of Initial Impact 3  Attachment 11

Vehicle Towed By Whom: N/A    To Where: N/A

---

## UNIT NO 2

**DRIVER**

Driver Full Name: CURTIS DUNCAN  2224 HALCYON BLVD MONTGOMERY, AL  ZIP 36117  Telephone No. 201-5803

DOB: 09 26 1960  Race B  Sex M  DL State AL  Driver License No. 9073410  DL Class D  DL Status C    Residence Less Than 25 Miles

Place of Employment: C & J ASSOCIATES PEST CONTROL    Liability Insurance Co: QUALITY CASUALTY

Driver Condition: No Defect (X)    Sobriety    Alcohol: No    Drugs: No/Unk    Test Type: No Test    Test Results: N/A

Maneuver/Action: 01    Travel Road Name: PEPPERELL PKWY    Road Code 5580    Travel Direction: 97    Prime Harm Event    Event Loc

**VEHICLE OR PEDESTRIAN / UNIT 2**

Veh Year 1995  Make CHEV  Model C/E  Body  V.I.N. 2GCEC19H2R1297270

License Tag Number CJTWO    State AL    Year 2005

Owner's Name: SAME

Type: 4 - Pick Up    Usage: 11 - Other Business    Hazardous Cargo: 8 - Poison    Attachment: 1 - None    Contributing Defect: 97 - None

Est Speed 45 MPH  40 MPH  Citation Offense Charged: NONE  Damage Severity 2  Vehicle Towed Away: Yes  Occupants in Unit 1  Enter Point of Initial Impact 11  Attachment 1

Vehicle Towed By Whom: B & F TOWING    To Where: B & F LOCAL LOT

---

**C O D E S**

Contributing Circumstances, Driver Maneuver, Pedestrian Action, Event Loc (code tables)

Exhibit 1