01/02/06
16:28:14

RITE AID-79௸ VAUGHN RD.
STURBRIDGE VILLAGE
7932 VAUGHN ROAD
MONTGOMERY, AL 36116-6625
(334) 272-3860

CUSTOMER HISTORY REPORT
09/26/05 TO 12/31/05

DUNCAN, CURTIS
2224 HALCYON BLVD
MONTGOMERY, AL 36117-6904
(334) 201-5203

| RX CF | RF | DATE | NDC PH INIT | DESCRIPTION | CLAIM REF NBRS | QTY DISP | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 317006 | | 10/03/05 | 0040603590 CES | HYDROCODONE/APAP 7.5/65 | 05276698265700 | 12.00 | 12 | $9.99 | $4.39 | MCLEMORE, CURTIS E | TAKE 1/2 TO 1 TABL | 07079 |
| 317005 | | 10/03/05 | 0022825991 CES | ETODOLAC 400 MG TABLET | 05276695060300 | 20.00 | 10 | $18.98 | $9.85 | MCLEMORE, CURTIS E | TAKE 1 TABLET BY M | 07079 |
| 551166 | | 10/13/05 | 0045652000 CES | COMBUNOX TABLET | 05286437889700 | 12.00 | 13 | $26.98 | $17.48 | MULLER, CHANDLER | TAKE 1 TABLET EVER | 07080 |
| 551168 | | 10/13/05 | 4988407825 TVG | TIZANIDINE HCL 2 MG TAB | 05286441663000 | 20.00 | 10 | $14.98 | $7.90 | MULLER, CHANDLER | TAKE 1 TABLET AT B | 07080 |
| 553581 | | 10/28/05 | 6846201900 JT4 | NAPROXEN 500 MG TABLET | 05301659460000 | 20.00 | 10 | $13.98 | $5.55 | WAHID, SHAIKH | Take 1 by mouth th | 07080 |
| 553583 | | 10/28/05 | 0040603590 JT4 | HYDROCODONE/APAP 7.5/65 | 05301659646100 | 15.00 | 5 | $9.99 | $4.75 | WAHID, SHAIKH | Take 1 by mouth th | 07080 |
| 553582 | | 10/28/05 | 4988407835 JT4 | TIZANIDINE HCL 4 MG TAB | 05301659110400 | 60.00 | 10 | $84.99 | $10.00 | WAHID, SHAIKH | TAKE 2 BY MOUTH TH | 07080 |
| 325561 | | 12/26/05 | 5011105630 CES | CYCLOBENZAPRINE 10 MG T | 05306681457400 | 90.00 | 30 | $55.99 | $10.00 | NORTICK, ADAM | take 1 tablet by m | 07079 |

$235.88    $69.92

I certify that these medications were dispensed to the above by order of their personal physician

Pharmacists Signature: _____

Date: _____

*********** * PAID ONLINE BY CREDIT CARD AT DRUGSTORE.COM ***********
*********** THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION ***********
*********** THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES ***********

PAGE: 1

Exhibit 2