# Homegoing Celebration



*Sunrise*
*February 22, 1957*

*Sunset*
*September 25, 2005*

*Homegoing*
*Saturday,*
*October 1, 2005*
*11:00 a.m.*





## JEFFERSON (JACK) SULLIVAN

Pine Grove Missionary Baptist Church
1761 Dr. Martin Luther King, Dr.
Mt. Vernon, AL 36560

*Rev. Jack Shaw, Jr. - Pastor*
**Elder Richard Jordan - Officiating**

Exhibit 3