# In Loving Memory of Jim Duncan

January 26, 1943

June 29, 2005



Thursday, July 7, 2005 - 1:00 PM
61st Street Church of Christ
6700 Division Street
San Diego, California
Dr. Taylor A. McKenzie - Officiant

Exhibit 4