**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                             TELEPHONE (334) 954-3600

February 6, 2006

# NOTICE OF CORRECTION

**To:**              **Counsel of Record**

**From:**            **Clerk's Office**

**Case Style**       **C&J Associates Pest Control vs. Rayburn Hornsby, et al.
                     2:05cv557**

**Referenced Pleading:**  **Document #66
                          Response to Oral Show Cause Hearing**

This Notice of Correction is filed in this case to attach corrected exhibits.