IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv557-WHA |
| ) | |
| RAYBURN HORNSBY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #60), entered on January 20, 2006, in which the Magistrate Judge recommended that the court deny without prejudice the Motion for Summary Judgment filed by Defendants Issac Kervin and Pat Antle, together with Plaintiff's Objections thereto (Doc. #65). In view of the objections, the court has conducted an independent and *de novo* review of this matter.

The Magistrate Judge recommends ruling against the two Defendants by denying their Motion for Summary Judgment. The Defendants have filed no objection. Inexplicably, the Plaintiff has himself filed an objection to the ruling in his favor, i.e., a ruling which permits him to proceed on his claim. The Recommendation by the Magistrate Judge was made after construing the Plaintiff's pleadings with the liberality due to *pro se* pleadings. The objection does not identify any error in the Magistrate Judge's conclusion or supporting legal analysis, but argues that the Recommendation reflects the Magistrate Judge's "impermissible personal bias and prejudice for the Plaintiff" [and] impermissible preference for the Defendants and their attorneys. Such an argument in response to a ruling in favor of this *pro se* Plaintiff is curious, at

best, and in no event provides any compelling reason to reject a Recommendation which, on independent review by this court, correctly applies the law on the deficient evidentiary record presented for summary judgment. Therefore, it is hereby ORDERED as follows:

1. Plaintiff's Objections are overruled.

2. The court adopts the Recommendation of the Magistrate Judge entered on January 20, 2006.

3. The Motion for Summary Judgment (Doc. #13), filed on August 31, 2005, by the Defendants Issac Kervin and Pat Antle is DENIED without prejudice.

4. This case is returned to the Magistrate Judge for further proceedings.

DONE this 8th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE