IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., ) | |
|     *Plaintiffs*, ) | |
| ) | |
| vs. ) | 2:05-CV-0557-WHA-DRB |
| ) | [wo] |
| RAYBURN HORNSBY, et al., ) | |
|     *Defendants*. ) | |

## ORDER ON MOTION

A day following scheduled proceedings in this *pro se* action, the court received notice of *Plaintiff Curtis Duncan 's Motion for Reconsideration of Magistrates's Order on Recusal Pursuant to 28 U.S.C. 455(a) and (b)(1)* (Doc. 63) filed at 4:38 p.m. on January 30, 2006.

### I.

Duncan alleges, as he did in previous motions, that this court "has an impermissible personal bias and prejudice against Plaintiff because of his Pro Se status" and, in the alternative, requests that his motion "be referred to another United States Magistrate Judge or the District Judge for an evidentiary hearing and determination." Upon consideration of the *Motion*, it is **ORDERED** that the *Motion* (Doc. 63) is **GRANTED only to the extent that it seeks RECONSIDERATION.**

### II.

This *Motion for Reconsideration* recites verbatim several of the same grounds and requests the same relief as his recusal motion filed on December 15, 2005 (Doc. 46):

> Plaintiff respectfully requests that this motion be referred to another U.S. Magistrate Judge or the District Judge for an evidentiary hearing and determination.
>
> Because of Your Honor has an impermissible personal bias and prejudice for Plaintiff because of his Pro Se status.

You have failed to make rulings and decisions and decisions in accordance with Statues, Federal Rules of Civil Procedure, Precedent and Settled Law established by the United States Supreme Court.

Alleging now that this court "has arbitrarily chosen to ignore all material facts and issues...raised in...[the] Motion for Recusal filed on December 15, 2003", Plaintiff continues to assert that this court has a preference for the Defendants and their counsel. Plaintiff deems "not sufficient" this court's previous statement in the Order denying the December 15th motion for recusal because this court "failed to make any fact specific inquiry concerning the material facts and issues that Plaintiff raised in his Motion for Recusal" and "also failed to cite to any case law and authorities" for not granting the recusal motion.

**Having reconsidered the matter of recusal, albeit on the baseless assertions repeated in this reconsideration motion, it is ORDERED**, for good cause, that:

1. To the extent that the motion asserts the same grounds and requested relief as the recusal motion, for the reasons stated in the Order denying the recusal motion, the *Motion to Reconsider* (Doc. 63) is **DENIED in its request for *recusal* of this court and its alternative request for referral "to another United States Magistrate Judge or the District Judge for an evidentiary hearing and determination."**

2. To the extent that the motion is grounded on any perceived deficiency in this court's previous Order denying the recusal motion, the *Motion to Reconsider* (Doc. 63) is **DENIED**.

Done this 24th day of February, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

2