IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>RAYBURN HORNSBY, et al., )<br>)<br>Defendants. ) | 2:05-cv-0557-WHA |

## AMENDED SCHEDULING ORDER

For good cause, it is ORDERED that the STAY entered on January 12, 2006 (Doc. 59) for the Scheduling Order entered on September 9, 2005 (Doc. 21) is hereby LIFTED. It is further

**ORDERED** that the *Scheduling Order is hereby AMENDED* as follows:

1. The *deadline for completion of discovery* is extended from March 15, 2006, to August 14, 2006.

2. Any *dispositive motions, i.e., motions to dismiss or motions for summary judgment*, shall be filed by July 31 2006.

Done this 28th day of February, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE