IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **C&J ASSOCIATES PEST CONTROL,** *et al.*, | ) |
| | ) |
| **Defendants,** | ) |
| v. | ) |
| | ) |
| **RAYBURN HORNSBY, JOHNNY HARRIS,** | ) **CASE NO. 2:05-cv-557-WHA** |
| **STAN CARLTON, ISAAC KERVIN, and PAT** | ) |
| **ANTLE,,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE REGARDING DEPOSITIONS

Pursuant to this Court's Order of February 28, 2006 (Doc. No. 70), Defendants Hornsby, Harris, and Carlton hereby notify the Court that these Defendants, as well as Defendants Kervin and Antle, have this date received a response from Plaintiff Curtis Duncan in which he advises Defendants that he and his wife, Janice Duncan, will be available for depositions on **Tuesday, April 11, 2006, at 9:00 a.m.** Defendants will issue appropriate deposition notices to Curtis Duncan and Janice Duncan.

Plaintiff Duncan did not offer any alternative date in his letter. However, should an alternative date be needed, these Defendants suggest Wednesday, April 12, 2006, beginning at 9:00 a.m.

The undersigned has consulted with counsel for Defendants Kervin and Antle, and he concurs with Plaintiff's proposed date of April 11 and these Defendants' proposed alternative date of April 12, 2006.

                                                      RESPECTFULLY SUBMITTED
                                                      TROY KING
                                                      ATTORNEY GENERAL

                              s/ Harry A. Lyles
                              Jim R. Ippolito, Jr. (IPP001)
                              Assistant Attorney General
                              Chief Counsel

                              Harry A. Lyles (LYL001)
                              Assistant Attorney General
                              Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, *et al.*, | ) |
| Defendants, | ) |
| v. | ) |
| RAYBURN HORNSBY, JOHNNY HARRIS, STAN CARLTON, ISAAC KERVIN, and PAT ANTLE,, | ) CASE NO. 2:05-cv-557-WHA |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Jeffery H. Long, Esq., Attorney General's Office, 11 South Union Street, Montgomery, Alabama 36130.

I also certify that, on this same date, I have served the foregoing on the following by placing copies thereof, addressed to them as indicated below, in United States mail, First Class Postage prepaid: Mr. Curtis Duncan, C&J Associates Pest Control, P.O. Box 8186, Montgomery, Alabama 36110.

    s/ Harry A. Lyles
    Harry A. Lyles (LYL001)
    Assistant Attorney General
    Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)