IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., )<br>    *Plaintiffs*, )<br>)<br>vs. )<br>)<br>RAYBURN HORNSBY, et al., )<br>    *Defendants*. ) | 2:05-CV-0557-WHA-DRB |

### ORDER SETTING COURT-DIRECTED DEPOSITIONS FOR PLAINTIFFS

After consideration of the parties' *Notice Regarding Depositions* (Doc. 72, filed Mar. 9, 2006), and pursuant to the Order filed February 28, 2006 (Doc. 70), it is

**ORDERED** that DEFENDANTS issue forthwith proper notices for the **depositions of Plaintiff Curtis Duncan, and his wife, Janice Duncan**, to be taken upon oral examination, pursuant to Rule 30, by stenographic recording by a court reporter duly authorized under Rules 28 and 30, commencing at **9:00 a.m. on Tuesday, April 11, 2006**, *in the court's Jury Assembly Room for District Courtroom 4A*. Defendants shall include a request, pursuant to Rule 30(b)(5), that Plaintiff Duncan bring with him to the deposition the records and documents which have been identified – and ordered for production – in Section 2(d) of the February 28 *Order*.

The court instructs defense counsel to coordinate sufficiently to ensure that both depositions are completed not later than 5:30 p.m.

Done this 10th day of March, 2005.

                                                /s/ Delores R. Boyd
                                                DELORES R. BOYD
                                                UNITED STATES MAGISTRATE JUDGE