**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **C&J ASSOCIATES PEST CONTROL,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **CASE NO. 2:05-cv-557-WHA** |
| ) | |
| **RAYBURN HORNSBY,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Rayburn Hornsby, Johnny Harris, and Stan Carlton (hereinafter "the ALDOT Defendants"), only, by and through their undersigned counsel, and move this Court to grant summary judgment as to the ALDOT Defendants, and as grounds, show unto the Court as follows:

1. Plaintiff Curtis Duncan lacks standing to continue the *pro se* representation of C & J Associates in the case at bar.

2. The ALDOT Defendants are entitled to the defense of qualified immunity.

3. With regard to any and all state-law claims in the Complaint, the ALDOT Defendants are entitled to the defense of state agent immunity.

4. The Complaint (Doc. No. 1) fails to state a claim against the ALDOT Defendants pursuant to 42 U.S.C. 1981.

5. The Complaint fails to state a claim against the ALDOT Defendants pursuant to 42 U.S.C. 1983.

6. The Complaint fails to state a claim against the ALDOT Defendants pursuant to 42 U.S.C. 1985.

    7. The Complaint fails to state a claim against the ALDOT Defendants pursuant to 42 U.S.C. 1986.

    *8.* Plaintiffs have failed to state a claim under ALA.CODE § 41-16-50 (1975).

    *9.* Plaintiffs have failed to state a claim under ALA.CODE § 41-16-63 (1975).

For the reasons set forth above, and addressed in Defendants' Memorandum Brief in Support of Summary Judgment, filed contemporaneously herewith, the ALDOT Defendants are entitled to an order granting them summary judgment in the above-styled cause.

                                      RESPECTFULLY SUBMITTED
                                      TROY KING
                                      ATTORNEY GENERAL

                                      s/ Harry A. Lyles
                                      Jim R. Ippolito, Jr. (IPP001)
                                      Assistant Attorney General
                                      Chief Counsel

                                      Harry A. Lyles (LYL001)
                                      Assistant Attorney General
                                      Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **C&J ASSOCIATES PEST CONTROL,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | )  CASE NO. 2:05-cv-557-WHA |
| **RAYBURN HORNSBY,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Jeffery H. Long, Esq.
Attorney General's Office
11 South Union St
Montgomery, Alabama  36130
ATTORNEY FOR DEFENDANTS

I also certify that, on this same date, I have served the foregoing on the following by placing copies thereof, addressed to them as indicated below, in United States mail, First Class Postage prepaid:

Mr. Curtis Duncan
Mrs. Janice Duncan
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama  36110
PLAINTIFFS *PRO SE*

s/ Harry A. Lyles
Harry A. Lyles (LYL001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)