**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **C&J ASSOCIATES PEST CONTROL, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CASE NO. 2:05-cv-557-WHA** |
| | ) | |
| **RAYBURN HORNSBY, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' EVIDENTIARY MATERIALS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants Rayburn Hornsby, Johnny Harris, and Stan Carlton (hereinafter "the ALDOT Defendants"), only, by and through their undersigned counsel, and file the following evidentiary materials in support of their Motion for Summary Judgment, filed contemporaneously herewith:

**ALDOT DEFENDANTS'**
**EXHIBITS**

1. Computer screen reflecting C & J Associates as a woman-owned small minority partnership with two employees;
2. Invitation To Bid number 03-X-2130153;
3. Employment Application, dated November 20, 2002, signed by Janice Duncan;
4. Janice Duncan's Employee Performance Appraisal (Preappraisal) for the period of 11/01/2004 to 11/01/2005;
5. Handbook Receipt and Acknowledgement of ALDOT's *Principles of Business Conduct* signed by Janice Duncan on May 15, 2003;
6. Memo to Alex Jackson from Stan Carlton dated February 15, 2006, with attachments;
7. Invitation To Bid No. 03-x-2132146;
8. Invitation To Bid No. 03-x-2132146 with inscription, "No Bid Protest";
9. Invitation To Bid No. 03-x-2132146 submitted by Terminix International;

10. Invitation To Bid No. 03-x-2130174;
11. Documents from ITB No. 98-x-2060676;
12. Deposition of Curtis Duncan;
13. Deposition of Janice Duncan;
14. Affidavit of Stan Carlton, with attachments.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

s/ Harry A. Lyles
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Harry A. Lyles (LYL001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **C&J ASSOCIATES PEST CONTROL, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CASE NO. 2:05-cv-557-WHA** |
| | ) | |
| **RAYBURN HORNSBY, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Jeffery H. Long, Esq.
Attorney General's Office
11 South Union St
Montgomery, Alabama 36130
ATTORNEY FOR DEFENDANTS

I also certify that, on this same date, I have served the foregoing on the following by placing copies thereof, addressed to them as indicated below, in United States mail, First Class Postage prepaid:

Mr. Curtis Duncan
Ms. Janice Duncan
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110
PLAINTIFFS *PRO SE*

s/ Harry A. Lyles
Harry A. Lyles (LYL001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)