



```
Novation 3270 Emulator - d2nje:23

File  Edit  Settings  Tools  Help

ENTER FUNCTION:                          VEN2         09/08/05    10:29:20 AM

VENDOR HEADER TABLE  #2 : KEY IS VENDOR NUMBER

VENDOR NUMBER......: 631069330 00
VENDOR NAME 1......: C & J ASSOCIATES
VENDOR NAME 2......:
BUSINESS TYPE......: 4     : SERVICE
ORGANIZATION TYPE..: P     : PARTNERSHIP
TYPE OF FEIN.......: 1     : FEIN
BUSINESS OWNERSHIP.: WA    : WOMAN-OWNED SMALL MINORITY
ETHNICITY..........: B     : BLACK
COUNTY CODE........: 51    : MONTGOMERY
    NG CODE........: 0     : NONE

REMITTANCE VENDOR..:          REMITTANCE SUFFIX..:
INCORPORATION STATE:          COMPANY SIZE.......: S       GROSS REVENUE: 2
INCORPORATION DATE.:          NUMBER OF EMPLOYEES: 000002  OUT OF STATE: N
PAYMENT HOLD.......: N        IN ACCT PAYEE FILE.: N
INDEPENDENT OWNED..: N        MINIMUM QUOTATION..:         0.00
OUT OF COUNTRY IND.: N   STKHLDR DISCLOSURE.: N   DATE FILED: 07/06/93
```

