Form 3 - Revised November 2000

**APPLICATION FOR EXAMINATION**

DO NOT WRITE IN THIS SPACE

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

**General Instructions**

A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

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

DEFENDANT'S EXHIBIT ALDOT 3

Examination For Which You Are Applying (one per application): Senior Accountant

Full Name: Janice (First) ___ (Middle) Duncan

Address: 2224 Halcyon Blvd.
House or Apartment Number / Street

City: Montgomery   State: Alabama   County: Montgomery   Zip Code: 36117

Telephone Number: Home ( 334 ) 274-1169    Work ( 334 ) 242-6371

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth: 01 (Month) 20 (Day) 1961 (Year)    Sex (check one) 1. ( ) Male   2. ( X ) Female

Race (check one) 1. ( ) White  2. (X) Black  3. ( ) Hispanic  4. ( ) Asian or Pacific Islander  5. ( ) American Indian or Alaskan Native  6. ( ) Other

EDUCATION:
High School Diploma or GED? ( X ) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.
1  2  3  4  5  6  7  8  9  10  11  (12)   College  1  2  3  (4)

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance From (Month/Year) | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Auburn University at Montgomery | 1-2001 | current | 9 | | | current | | Master of Bus. |
| Troy State University at Montgomery | 1-85 | 12-96 | | 190 | X | | Business 1996 | Accounting |
| Massey Draughon Business | 9-79 | 6-80 | | 35 | X | | Business 1980 | Acctg/Gen Bus. |

PROFESSIONAL LICENSE OR CERTIFICATE

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

| | | | | | |
|---|---|---|---|---|---|
| Principle of Acctg I & II | 08 | Intermediate Acctg I & II | 10 | Inc Tax Acctg I & II | 10 |
| Cost Acctg. I & II | 10 | Auditing I & Gov'l Acctg | 10 | AdvAcctg & Managerial Acctg | 09 |

**CERTIFICATION STATEMENT**

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

Signature: Janice Duncan    Date: 11-20-02

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

(1)

SOCIAL SECURITY NUMBER. 4  1  6 - 9  6 - 9  4  3  3

three reliable persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| James Womack, Printing Supervisor | 2221 Thames Ln. Montgomery, AL 36106 – 244-7019 | State of Alabama Printing and Publications |
| Raymond Bell, Jr. Atty/Ethics Comm. Bd. | 157 N. Conception St., Mobile, AL 36603 – 334-432-9300 | Bell, PC |
| Hobart Reed, Retiree | 3655 Fernway Dr., Montgomery, AL 281-2002 | Supervisor, Retired from State of Alabama |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced or asked to resign from any job?    ( ) Yes   ( X ) No

If you answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

Have you ever been convicted of a misdemeanor or felony crime?    ( ) Yes   ( X ) No

If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

_____
_____
_____
_____

TE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY NVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT AUTOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY
### THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. Each time you changed jobs or your title changed should be listed as a separate period. Describe in detail your duties. (Attach additional sheets if needed.)

| 1. Current or Last Employer<br>State of Alabama Dept. of Transportation | | | | Your Official Job Title<br>Accountant II | | |
|---|---|---|---|---|---|---|
| Address<br>1409 Coliseum Blvd. Montgomery, AL 36130 | | | | Type of Business<br>Road and Bridge Construction | | |
| FROM<br>Month 07  Year 1999 | TO<br>Month current  Year | Total Months<br>18 | Number of Hours Per Week<br>40 | Beginning Salary<br>$ 1,368  Per  b/w | Ending Salary<br>$ 1,873.80  Per b/w | May we contact your employer?<br>(X) Yes  ( ) No |
| Number/Title of Employees You Supervised On a Continuing Basis       10 | | | | Equipment You Operated<br>Personal computer, calculator, fax, copier | | |
| Name, Title and Telephone Number of Supervisor    Carolyn Rhodes, Accountant III 242-6367 | | | | Reason for Leaving<br>Current | | |
| Describe Your Duties in Detail<br>*Serves as Assistant Fiscal Supervisor, audit road and bridge projects for payment to contractors, make payments to banks on behalf of contractors for escrow retainage, research and answer inquiries, audit vouchers before submission to the state comptroller's office, process fiscal forms, perform monthly reconciliation* | | | | | | |

SOCIAL SECURITY NUMBER ___ _4_ _3_ _3_

| 2. Employer | | | | | | Your Official Job Title | |
|---|---|---|---|---|---|---|---|
| State of Alabama – Dept. of Finance | | | | | | Accountant I | |
| Address | | | | | | Type of Business | |
| RSA Union Bldg. Room 234 Montgomery, AL 36130 | | | | | | Accounting services for the Finance Department | |
| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
| Month 06 | Year 97 | Month 07 | Year 99 | | 40 | $ 1,299 Per b/w | $ 1,368 Per b/w | (x) Yes  ( ) No |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | | Equipment You Operated  Personal computer, calculator, fax, copier | |
| Name, Title and Telephone Number of Supervisor    April Richardson, Accountant II 353-3215 | | | | | | Reason for Leaving    Promotion | |

Describe Your Duties in Detail

Prepare financial statements, CAFR preparation, reports, prepare journal vouchers, reconcile expenditures & receipts between LGFS and GFS for all funds of the Finance Department, assist in budget preparation, work on special accounting projects, reconcile fixed assets reports, ensure accuracy of accounting systems/reports.

| 3. Employer | | | | | | Your Official Job Title | |
|---|---|---|---|---|---|---|---|
| State of Alabama – Finance Dept. - Printing and Publications | | | | | | Accountant I | |
| Address | | | | | | Type of Business | |
| 660 Chisholm Street, Montgomery, AL 36110 | | | | | | Printing services for the State of Alabama | |
| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
| Month 6 | Year 96 | Month 6 | Year 97 | 12 | 40 | $ 1,178 Per b/w | $ 1,299 Per b/w | (X) Yes  ( ) No |
| Number/Title of Employees You Supervised On a Continuing Basis    2 -Account Clerks | | | | | | Equipment You Operated  Personal computer, calculator, fax, copier | |
| Name, Title and Telephone Number of Supervisor    Hoby Reed, Accountant III, 281-2002 | | | | | | Reason for Leaving  Prtg & Pub. Acctg was consolidated to Finance Acctg. | |

Describe Your Duties in Detail

Supervise & coordinate pricing of printing and auditing work orders, bill customers for graphic arts services, calculate firm bids and/or estimates for customers, prepare financial statements, cost reports, prepare journal vouchers, reconcile expenditures & receipts, assist in budget preparation, prepare executive budgets, operation plans, quarterly performance reports, prepare reports for budget hearing meetings, compose letters and memoranda for division director and/or division controller, participate in employees performance appraisal evaluation, participate in the hiring process of new accounting personnel, served as assistant Printing & Publications' Systems Administrator of LOGIC, a costing system made for the printing industry, crossed trained in accounts payable/purchasing, train new accounting employees, develop/revise policies and procedures.

| 4. Employer | | | | | | Your Official Job Title | |
|---|---|---|---|---|---|---|---|
| State of Alabama – Fin Dept. - Printing and Publications | | | | | | Accounting Technician I | |
| Address | | | | | | Type of Business | |
| 660 Chisholm Street, Montgomery, AL 36110 | | | | | | Printing Services for the State of Alabama | |
| FROM | | TO | | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
| Month 11 | Year 91 | Month 06 | Year 96 | 55 | 40 | $ 964.90 Per b/w | $ 1,178 Per b/w | (X) Yes  ( ) No |
| Number/Title of Employees You Supervised On a Continuing Basis    2 Account Clerks – 1-Clerk Typist I | | | | | | Equipment You Operated  Personal computer, calculator, fax, copier | |
| Name, Title and Telephone Number of Supervisor    Hoby Reed, Accountant III, 281-2002 | | | | | | Reason for Leaving    Promotion | |

Describe Your Duties in Detail

Supervise & coordinate pricing and auditing of printing work orders, prepare financial statements, reports, prepare journal vouchers, reconcile expenditures & receipts between LGFS and GFS for all funds of the Finance Department, assist in budget preparation, bill customers for graphic arts services, calculate firm bids and/or estimates for customers, prepare executive budgets, operation plans, quarterly performance reports, compose letters and memoranda for division director and/or division controller, participate in employees performance appraisal evaluation, participate in the hiring process of new accounting personnel, served as assistant Printing & Publications' Systems Administrator of LOGIC, a costing system made for the printing industry, crossed trained in accounts payable/purchasing, train new accounting employees, develop/revise policies and procedures.



SOCIAL SECURITY NUMBER                                                         4   3   3

| 5. Employer | | | | | | | |
|---|---|---|---|---|---|---|---|
| C & J Associates | | | | | Your Official Job Title: Chief Accountant | | |
| Address: P. O. Box 8186, Montgomery, AL 36110 | | | | | Type of Business: Pest Control Contractor | | |
| FROM Month 10 | Year 92 | TO Month Year Current-part time | Total Months 99 | Number of Hours Per Week 15 - 20 | Beginning Salary $ 15.00 Per hr. | Ending Salary $ 26.00 Per hr. | May we contact your employer? ( X ) Yes  ( ) No |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | Equipment You Operated: Personal computer, calculator, fax, copier | | |
| Name, Title and Telephone Number of Supervisor: Curtis Duncan, 317-3903 | | | | | Reason for Leaving: Current | | |

Describe Your Duties in Detail

Prepare financial statements and reports, prepare cost reports that are used for estimating bid prices on pest control services contracts, invoice customers for pest control services rendered, prepare bids for contract pest control services, Compose letters and memoranda. Compute overhead rates, process payments to vendors, process receipts from customers, reconcile bank accounts, represent C&J concerning all accounting, administrative and tax concerns, develop administrative policies and procedures.

| 6. Employer | | | | | | | |
|---|---|---|---|---|---|---|---|
| State of Alabama – Fin Dept. - Printing and Publications | | | | | Your Official Job Title: Account Clerk II | | |
| Address: 660 Chisholm Street, Montgomery, AL 36110 | | | | | Type of Business: Printing Services for the State of Alabama | | |
| FROM Month 02 | Year 86 | TO Month 11 Year 91 | Total Months 69 | Number of Hours Per Week 40 | Beginning Salary $ 605.60 Per b/w | Ending Salary $ 964.90 Per b/w | May we contact your employer? ( X ) Yes  ( ) No |
| Number/Title of Employees You Supervised On a Continuing Basis: 1 -Clerk Typist I | | | | | Equipment You Operated: Personal Computer, typewriter, calculator, fax, copier | | |
| Name, Title and Telephone Number of Supervisor: Hoby Reed, Accountant III, 281-2002 | | | | | Reason for Leaving: Promotion | | |

Describe Your Duties in Detail

Supervise and coordinate pricing of printing work orders, bill customers for graphic arts services, calculate firm bids and/or estimates for customers, compose letters and memoranda for division director and/or division controller. Assist in the book closing and financial statement preparation; train estimating, pricing and auditing personnel.

| 7. Employer | | | | | | | |
|---|---|---|---|---|---|---|---|
| State of Alabama – Fin Dept. - Printing and Publications | | | | | Your Official Job Title: Account Clerk I | | |
| Address: 660 Chisholm Street, Montgomery, AL 36110 | | | | | Type of Business: Printing Services for the State of Alabama | | |
| FROM Month 05 | Year 82 | TO Month 02 Year 86 | Total Months 45 | Number of Hours Per Week 40 | Beginning Salary $ 398.60 Per b/w | Ending Salary $ 576.40 Per b/w | May we contact your employer? ( X ) Yes  ( ) No |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | | Equipment You Operated: typewriter, calculator, fax, copier | | |
| Name, Title and Telephone Number of Supervisor: Hoby Reed, Accountant III, 281-2002 | | | | | Reason for Leaving: Promotion | | |

Describe Your Duties in Detail

Price printing work orders, bill customers for graphic arts services, calculate firm bids and/or estimates for customers, assisted accounts payable section in the processing of payments to vendors, prepare debit/credit memorandjums.



| 8. Employer | | | | | | | |
|---|---|---|---|---|---|---|---|
| State of Alabama – Fin Dept. - Printing and Publications | | | | | Your Official Job Title: Clerk Typist I | | |
| Address: 660 Chisholm Street, Montgomery, AL 36110 | | | | | Type of Business: Printing Services for the State of Alabama | | |
| FROM Month/Year | TO Month/Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? | |
| th 81 | 05 82 | 6 | 40 | $ 343.50 Per b/w | $ 397.60 Per b/w | ( X ) Yes ( ) No | |

Number/Title of Employees You Supervised On a Continuing Basis:

Equipment You Operated: typewriter, calculator, fax, copier, PA System

Name, Title and Telephone Number of Supervisor: Hoby Reed, Accountant III, 281-2002

Reason for Leaving: Reallocation/Promotion

Describe Your Duties in Detail:

Price completed printing job orders, post daily to accounts receivable ledgers, prepare and maintain accounts receivable schedules, statements, records, and reports, prepare credit and/or debit memorandums, bill customers for graphic arts services, calculate firm bids and/or estimates for customers, assisted accounts payable section in the processing of payments to vendors.

| 9. Employer | | | | | | | |
|---|---|---|---|---|---|---|---|
| Central Alabama OIC – Comprehensive Youth Offenders Program | | | | | Your Official Job Title: Program Bookkeeper/Secretary | | |
| Address: 2035 Mobile Rd., Montgomery, AL 36108 | | | | | Type of Business: Education/Training Services | | |
| FROM Month/Year | TO Month/Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? | |
| 12 80 | 11 81 | 10 | 40 | $ 3.50 Per hr. | $ 3.50 Per hr. | ( X ) Yes ( ) No | |

Number/Title of Employees You Supervised On a Continuing Basis:

Equipment You Operated: typewriter, calculator, fax, copier, telephone

Name, Title and Telephone Number of Supervisor: Ethel Davis, Deputy Director - 265-1594

Reason for Leaving: Job offer with State of Alabama Fin. Dept.

Describe Your Duties in Detail:

Post to General Ledger, journalize in A/R and A/P journals, process payments to vendors, process receipts from federal government grant monies, compute payroll and Program estimate cash advance for grant, file, type, answer two-line telephone, direct calls.

5. USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.



SOCIAL SECURITY NUMBER: 4       9   6   3   3

### COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

If you claim Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim.
1. ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement.
2. ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. V.A. letter must be kept updated until register is established or you lose the extra 5 points.
3. ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.
4. ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran.
5. ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

### COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

1 ( ) Alexander City   3 (3) Birmingham   5 ( ) Dothan        7 ( ) Linden   9 (1) Montgomery   12 ( ) Tuscaloosa
2 ( ) Andalusia        4 ( ) Decatur      6 ( ) Jacksonville  8 ( ) Mobile   10 (2) Selma

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

### Where did you learn of this job? (check all that apply)

1 ( ) State Employment Service         5 ( ) Friend/Relative           9 ( ) Legislative Representative       13 ( ) TV/Radio Commercial
2 (X) Job Announcement Notice          6 ( ) Dept. News Bulletin       10 ( ) State Recruiter/Counselor        14 ( ) Other
3 ( ) Newspaper                        7 ( ) Rehabilitation Services   11 ( ) State Personnel Dept. Information Board   15 ( ) State Personnel Dept. Website
4 ( ) College Placement/Career Office  8 ( ) High School Counselor     12 ( ) Outreach Program (i.e. Church)   16 ( ) Other Website

### AVAILABILITY

81 - Northwest Alabama
  17 Colbert
  30 Franklin
  39 Lauderdale
  40 Lawrence

84 - Jasper/Winfield Area
  29 Fayette
  38 Lamar
  47 Marion
  64 Walker
  67 Winston

87 - East Central Alabama
  08 Calhoun
  09 Chambers
  14 Clay
  15 Cleburne
  19 Coosa
  56 Randolph
  61 Talladega
  62 Tallapoosa

90 - Montgomery Area
  01 Autauga
  26 Elmore
  43 Lowndes
  51 Montgomery

93 - South Central Alabama
  07 Butler
  18 Conecuh
  20 Covington
  21 Crenshaw
  27 Escambia
  50 Monroe

82 - Huntsville/Decatur Area
  36 Jackson
  42 Limestone
  45 Madison
  48 Marshall
  52 Morgan

85 - Tuscaloosa Area
  04 Bibb
  32 Greene
  33 Hale
  54 Pickens
  60 Sumter
  63 Tuscaloosa

88 - Southwest Alabama
  12 Choctaw
  13 Clarke
  46 Marengo
  65 Washington

91 - Phenix City/Troy Area
  03 Barbour
  06 Bullock
  41 Lee
  44 Macon
  55 Pike
  57 Russell

94 - Dothan Area
  16 Coffee
  23 Dale
  31 Geneva
  34 Henry
  35 Houston

83 - Northeast Alabama
  10 Cherokee
  25 DeKalb
  28 Etowah

86 - Birmingham Area
  05 Blount
  22 Cullman
  37 Jefferson
  58 Shelby
  59 St. Clair

89 - Selma/Clanton Area
  11 Chilton
  24 Dallas
  53 Perry
  66 Wilcox

92 - Mobile Area
  02 Baldwin
  49 Mobile

95 - Statewide (You will be considered for vacancies throughout the state. Relocation may be necessary)

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment. You will be considered for employment only in the locations you indicate. You may choose a combination of up to three counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 3 counties and/or regions where you are willing to work   95 - statewide

If you want to be considered for appointment by only certain state agencies, indicate here

Will you accept work involving overnight travel?   (x) Yes   ( ) No       Will you accept part-time work?   ( ) Yes   (x) No

Will you accept temporary work?   ( ) Yes   (x) No

Which shifts are you willing to work?   0. (x) all shifts   1. ( ) 1st only   2. ( ) 2nd only   3. ( ) 3rd only   4. ( ) 1st and 2nd only   5. ( ) 1st & 3rd only   6. ( ) 2nd & 3rd only

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.)   11   20   02
                                                                                                                                              Month Day Year

NOTE:   Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.

6