Form 13P                    EMPLOYEE PERFORMANCE APPRAISAL
Revised (1/1/1998)                    STATE OF ALABAMA
                                    Personnel Department

### PREAPPRAISAL

Employee Name: JANICE DUNCAN                    Social Security Number: 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

Agency: 012/TRANSPORTATION                    Division: 0300/ACCOUNTS

Classification: SENIOR ACCOUNTANT                    Class Code: 10613

Period Covered From: 11/01/2004    To: 11/01/2005

---

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be
listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of
each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop
responsibilities and results.

### RESPONSIBILITIES/RESULTS

1. Monitor the performance of duties of the Cost Section employees and in the
   absence of employees or when positions are vacant, assign tasks and perform
   duties so that all accounting records are accurately coded, transactions are
   processed in accord with state laws, Finance Department rules and regulations,
   FHWA policies, and department policies, and the accounting system is properly
   updated with no more than two valid complaints regarding timeliness, accuracy, or
   compliance with policies.

2. Reconcile accounts such as non rental equipment asset and depreciation reserve
   accounts; make journal entries to record depreciation, write off salvaged assets,
   and process corrections to accounts; notify the Equipment Bureau of needed
   corrections to Protégé and HDPI; follow up to make sure needed corrections are
   made; and reconcile rental equipment operations, asset, depreciation, and reserve
   accounts in the absence of the Cost, Division Accountant, and Systems Manager so
   that general ledger accounts are properly stated with no more than two advisories
   regarding timeliness or material errors.

3. Evaluate subordinates' performance, establish standards for performance, prepare
   personnel forms such as Preappraisals and Appraisals, administer positive
   discipline when necessary, assign tasks, train employees, interview, and assist in
   the hiring of new employees as necessary so that department and State Personnel
   policies are followed with no more than two advisories regarding timeliness,
   thoroughness, and noncompliance.



DEFENDANT'S
EXHIBIT

ALDOT 4



**WORK HABITS:**  Provide a ⊏k in the appropriate space when the p⎿⎿⎿ les and procedures concerning the following areas have been discussed with the employee.  In particular, the attendance and punctuality policies should be provided to the employee in writing.  For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:

X  Attendance

X  Punctuality

X  Cooperation with Coworkers

X  Compliance with Rules

**PREAPPRAISAL SIGNATURES:** Date of Session: _10/13/2004_

Employee Signature: _Janice Duncan_

Rater Signature: _Sylvia D. Stacy_

Reviewer Signature: _Charle J TX rite_

### MIDAPPRAISAL

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

_Initiative by employee to learn & understand accounting policies and procedures.  Documentation of procedures_

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

_Overall performance exceeds standards, review of employee's reconciliations and spreadsheets for rate calculation need to be performed periodically.  Reconcialation of rental equipment accounts has improved, but still needs to be worked on_

Document the action plan that has been discussed to improve the areas of weakness.

_Will reconcile rental equipment monthly & ask questions about different situations that arise.  Review employee's reconciliations and spreadsheets quarterly._

A midappraisal has been held and performance has been discussed:

Date: _6/24/05_

Employee Signature: _Janice Duncan_       Rater Signature: _Sylvia D. Stacy_

Janice Duncan
Responsibilities/ Results

4.  Monitor work-in-process accounts and review and approve rates such as blue print, test lab, petroleum overhead and lab additive rates and in the absence of the Cost, Systems, and Division Accountant Manager calculate rental, depreciation, and replacement rates for rental equipment so that costs are recovered in compliance with federal, state, and department policies with no more than two complaints concerning accuracy, timeliness, or noncompliance.

5.  Review transactions, documents, account and fund balances, and audit and other reports; make necessary corrections and/or recommendations; and approve accounting distribution to ensure compliance with department, state, and federal policies and to ensure the accuracy of accounting data with no more than two advisories per year concerning timeliness or accuracy.

6.  Update CPMS tables such as AFO, Standard Rate, Organization, Payroll Support, and Equipment Type Maintenance; set end of month cutoff flags; and in the absence of the Cost, Systems, and Division Accountant Manager, update the Basic Code Computer File (BCUP) and the Equipment Type Maintenance Table for new basic code data and the Equipment Master for property file changes, corrections, liability insurance payments, and sales; and troubleshoot accounting system problems so that accounting data is properly edited and processed with no more than two advisories concerning timeliness or accuracy.

7.  Communicate orally and in writing in order to assist department employees and others by providing/obtaining information such as accounting data, accounting procedures and policies, to assist with CPMS and other accounting systems problems and preparation of G9Bs, and to document results of payroll audit reports with no more than two advisories per year concerning timeliness, accuracy or manner of communication.