## Handbook Receipt and Acknowledgement

I have received a copy of the Alabama Department of Transportation's **Principles of Business Conduct** handbook.

The handbook contains policies and regulations that apply to me. I agree to read the **Principles of Business Conduct** handbook.

_Janice Duncan_    5-15-03
ALDOT Employee Signature    Date

JAnice DuncAN
ALDOT Employee Name (Printed)

Please return this sheet to your supervisor. The original will be placed in your ALDOT Bureau/Division personnel file. The Transportation Office Manager for your Bureau/Division will forward a copy to ALDOT's Personnel Bureau, Certification & Transactions Section, to be placed in your ALDOT departmental personnel file.



DEFENDANT'S EXHIBIT
ALDOT 5

Revised 05/09/03
ALDOT's Personnel Bureau
Certification & Transactions Section