

# ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard, Montgomery, Alabama 36110

**Procurement Office**
Bureau of Equipment, Procurement and Services

*Bob Riley*
Governor

*Joe McInnes*
Transportation Director

February 15, 2006

TO:     Mr. Alex Jackson
           Equipment Bureau Service Supervisor

FROM:    Stan Carlton
            Sr. Procurement Officer

RE:      Requisition G09 – 600553 / 1337161
           General Office Pest Control

Mr. Jackson:

I am returning the referenced requisition. We can not legally process this request with the current recommended vendor. C & J Associates a/k/a/ C & J Pest Control is owned by Curtis and Janice Duncan. Mrs. Duncan is an employee of the Alabama Department of Transportation, Finance Bureau. According to records filed with the Department of Transportation and the Department of Finance, Mrs. Duncan, aside from being the wife of the president of the firm, is also a principal of the firm in long standing.

Under current state ethics law, a State employee is precluded from engaging in a business relationship with the agency with which they are employed. Further, they are prohibited from maintaining concurrent employment in the private sector with a firm which is engaged in a business relationship with the associated Department. The ALDOT *Principles of Business Conduct* expressly prohibit employees from engaging in activities "…*where a conflict or perceived conflict* [of interest] *may exist.*" (pp. 8 – 9)

Therefore, it will be necessary for you to review this requisition and the alternate quotes. You should either recommend award to a firm based on the alternate quotes, or solicit additional quotes.

Please reference Code of Alabama(1975), Sections 36-1-11, 36-25-5(a) and 36-25-11. *(Copies attached)*

Thank you for your assistance.

cc:     Ms. Deborah Clark
        Mr. Harry Lyles
        Mr. Isaac Kervin
        Ms. Pat Antle



DEFENDANT'S EXHIBIT ALDOT 6



AGENCY REQUISITION

```
REQUISITION TITLE....: PEST CONTROL
  Q DOCUMENT TYPE....: AN1              REQUISITION NO.......: 1337161
REQ SET-UP DATE......: 02/02/06         AGENCY REQUISITION NO: G09-600553
DATE REQUIRED........: 00/00/00         REQUISITIONING AGENCY: 012170
ORIGINATOR PHONE NO..: 334-242-6057-    FISCAL YEAR..........: 06
ORIGINATOR NAME......: STAN CARLTON
```

STATE DISTRIBUTION

| FUND | ORGANIZATION | APPROPRIATION | ACTIVITY | OBJECT | PERCENT | AMOUNT |
|---|---|---|---|---|---|---|
| 0319 | | 833 | 0866 | 0800 | 100.00 | 1320.00 |

TOTAL ESTIMATED AMOUNT OF REQUISITION:                              $1,320.00

```
SHIP TO:  AL DEPT OF TRANS G O BUILDING SERV
          GO BLDG SERV
          1409 COLISEUM BLVD.
          MONTGOMERY,, AL  36110
          012170-012M01

BILL TO:  SAME AS "SHIP TO"
```

TRANSPORTATION FINANCE DIRECTOR _____

STATE OF ALABAMA, _____ COUNTY
   I HEREBY CERTIFY THAT THE ABOVE ARTICLES ARE NECESSARY; THE AMOUNTS
REQUISITIONED NOT EXCESSIVE; AND THAT NO PART OF SAME WILL BE USED EXCEPT
IN CONDUCTING PUBLIC BUSINESS.

SIGNED: _____

BUREAU CHIEF _____

TRANSPORTATION DIRECTOR _____



AGENCY REQUISITION

```
REQ DOCUMENT TYPE....:  AN1                REQUISITION NO.......:  1337161
   SET-UP DATE.......:  02/02/06           AGENCY REQUISITION NO:  G09-600553
DATE REQUIRED........:  00/00/00           REQUISITIONING AGENCY:  012170
ORIGINATOR PHONE NO..:  334-242-6057-      FISCAL YEAR..........:  06
ORIGINATOR NAME......:  STAN CARLTON
```

DEPT DISTRIBUTION                                                    PERCENT

                          000        8010      0653              100.00

INTER-DEPT DISTRIBUTION

801009100653

(3)



# C & J Pest Control

P.O. Box 8186 • Montgomery, AL • 36110 • 334.201.5203

P R O P O S A L

September 21, 2005

Alabama Department of Transportation
Equipment Bureau
Mike Elmore/James Pierce
1409 Coliseum Blvd.
Montgomery, AL 36130

Dear Sirs:

C & J Associates (FEIN 63-1089338) submits the price of $110.00 per month or $1,320.00 per year to perform pest control services at the ALDOT Central Office Coliseum Blvd. and the Annex Building Gunter Park and adjacent structures.

This proposal includes the control of roaches, ants, mice, rats, pests normally found in and around office buildings. We will provide emergency and routine call back services. C & J will furnish all labor and materials to provide the most efficient pest control as required by Federal, State and City regulations and in accordance with the Integrated Pest Management Plan. We submit with this quote a copy of our licenses. Our Household License certifies us to provide pest control services inside and a few feet outside buildings. Our Turf and Ornamental License certifies us to provide pest control services for the entire grounds. If termite services are needed in the future we are also licensed in Wood Destroying Organisms and can provide a quote at that time.

If you have any questions, please contact me at 334-201-5203. We at C & J Associates appreciate the opportunity to provide a quote for your pest control needs.

Sincerely,
Curtis Duncan
Curtis Duncan

```
REQUISITION NUMBER :  1337161                                           PAGE :    1

LINE         COMMODITY NUMBER                                           EST UNIT
(   )          DESCRIPTION                QUANTITY      U/M             PRICE
-----        -------------------------    --------     -----            --------

00001   910-59-054574                      12.000       MO              110.0000
(M)  C  MONTHLY PEST CONTROL & AUTOMATIC
     C  DISPENSER SERVICE.
     C
     C  SPRAY ANACK AREAS, VENDING AREAS FOR
     C  INSECTS & RODENT CONTROL ON A MONTHLY
     C  BASIS.
     C
     C  ANT CONTROL AROUND SIDEWALKS & PERIMETER
     C  OF BUILDING ON A MONTHLY BASIS.
     C  SERVICE COMPLAINTS WITHIN 24 HRS.
     C
     C  INCLUDES THE CENTRAL OFFICE COMPLEX &
     C  BUILDING L -
     C          1409 COLISEUM BLVD
     C          MONTGOMERY AL 36110
     C
     C  AND GUNTER PARK ANNEX BUILDING -
     C          2720 GUNTER PARK DR
     C          MONTGOMERY AL 36109
     C  NOTE: BILLING ADDRESS FOR BOTH BUILDINGS
     C  IS ALABAMA DEPT OF TRANSPORTATION
     C  EQUIPMENT BUREAU ROOM F101
     C  1409 COLISEUM BLVD
     C  MONTGOMERY AL 36110

REQUISITION LINE TOTAL:    $      1,320.00

REQUISITION TOTAL     :    $      1,320.00

                                                 ****  LAST ITEM  ****


RECOMMENDED VENDOR   63108933800
             C & J ASSOCIATES
             P O BOX 8186
             MONTGOMERY, AL                      36110
```

(5)

FROM : Burton Pest Control
0723 Highland Ave.
Montgomery, AL. 36107

(334) 265-4162

FAX NO. :

Jan. 12 2006 03:04PM P1

# JOB ESTIMATE

PHONE: 265-4162    DATE: 12 Jan 06

JOB NAME/LOCATION: Ala Dept of Transportation
1409 Coliseum Blvd.
2220 Hunty Pk Dr

DESCRIPTION: Pest Control Service

1. Service all areas as previously serviced.

2. Complaints serviced within 24 hr.

P/C Service — $1440.00 /yr   $120.00 /mo.

10% Discount for year in advance = $1296.00

ESTIMATE IS FOR COMPLETING THE JOB AS DESCRIBED ABOVE, BASED ON OUR EVALUATION AND DOES NOT INCLUDE MATERIAL, INCREASES OR ADDITIONAL LABOR AND MATERIALS WHICH BE REQUIRED SHOULD UNFORESEEN PROBLEMS OR ADVERSE THER CONDITIONS ARISE AFTER THE WORK HAS STARTED.

ESTIMATED JOB COST: $1440.00 /yr   $120.00 /mo

ESTIMATED BY: Rusty Burton

(6)



# RED EAGLE PEST CONTROL

## BID: General Pest Control

We will treat inside and outside of building for the following locations

Dept. of Transportation Central office
409 Coliseum Blvd

DOT Annex Gunner Park
2720 Gunner Park

For the amount of $800.00 per month

Thanks,
Thomas A. Criswell

Any questions feel free to call
334-220-5441



⑦

**Concurrent employment in private sector.**

Persons who are regularly employed by the state and whose pay is seventy-five thousand dollars ($75,000) or less exclusive of benefits shall be permitted to also engage in employment in the private sector if the employment is not specifically prohibited by statute, and if there is no conflict with the state job of the state employee. However, no employee shall engage in employment in the private sector during their scheduled working hours. The entity that employed the state employee shall not do business with or be employed by the department that employs the state employee.

*(Act 2003-396, §1.)*

**Use of official position or office for personal gain.**

(a) No public official or public employee shall use or cause to be used his or her official position or office to obtain personal gain for himself or herself, or family member of the public employee or family member of the public official, or any business with which the person is associated unless the use and gain are otherwise specifically authorized by law. Personal gain is achieved when the public official, public employee, or a family member thereof receives, obtains, exerts control over, or otherwise converts to personal use the object constituting such personal gain.

(b) Unless prohibited by the Constitution of Alabama of 1901, nothing herein shall be construed to prohibit a public official from introducing bills, ordinances, resolutions, or other legislative matters, serving on committees, or making statements or taking action in the exercise of his or her duties as a public official. A member of a legislative body may not vote for any legislation in which he or she knows or should have known that he or she has a conflict of interest.

(c) No public official or public employee shall use or cause to be used equipment, facilities, time, materials, human labor, or other public property under his or her discretion or control for the private benefit or business benefit of the public official, public employee, any other person, or principal campaign committee as defined in Section 17-22A-2, which would materially affect his or her financial interest, except as otherwise provided by law or as provided pursuant to a lawful employment agreement regulated by agency policy. Provided, however, nothing in this subsection shall be deemed to limit or otherwise prohibit communication between public officials or public employees and eleemosynary or membership organizations or such organizations communicating with public officials or public employees.

(d) No person shall solicit a public official or public employee to use or cause to be used equipment, facilities, time, materials, human labor, or other public property for such person's private benefit or business benefit, which would materially affect his or her financial interest, except as otherwise provided by law.

(e) No public official or public employee shall, other than in the ordinary course of business, solicit a thing of value from a subordinate or person or business with whom he or she directly inspects, regulates, or supervises in his or her official capacity.

(f) A conflict of interest shall exist when a member of a legislative body, public official, or public employee has a substantial financial interest by reason of ownership of, control of, or the exercise of power over any interest greater than five percent of the value of any corporation, company, association, or firm, partnership, proprietorship, or any other business entity of any kind or character which is uniquely affected by proposed or pending legislation; or who is an officer or director for any such corporation, company, association, or firm, partnership, proprietorship, or any other business entity of any kind or character which is uniquely affected by proposed or pending legislation.

*(Acts 1973, No. 1056, p. 1699, §3; Acts 1975, No. 130, p. 603, §1; Acts 1995, No. 95-194, p. 269, §1; Act 2000-797, p. 1895, §1.)*

**Public officials or employees entering into contracts which are to be paid out of government funds.**

Unless exempt pursuant to Alabama competitive bid laws or otherwise permitted by law, no public official or public employee, or a member of the household of the public employee or the public official, and no business with which the person is associated shall enter into any contract to provide goods or services which is to be paid in whole or in part out of state, county, or municipal funds unless the contract has been awarded through a process of competitive bidding and a copy of the contract is filed with the commission. All such contract awards shall be made as a result of original bid takings, and no awards from negotiations after bidding shall be allowed. A copy of each contract, regardless of the amount, entered into by a public official, public employee, a member of the household of the public employee or the public official, and any business with which the person is associated shall be filed with the commission within 10 days after the contract has been entered into.

(Acts 1973, No. 1056, p. 1699, &sect;9; Acts 1975, No. 130, p. 603, &sect;1; Acts 1995, No. 95-194, p. 269, &sect;1.)