

| STATE OF ALABAMA<br>DEPARTMENT OF FINANCE<br>DIVISION OF PURCHASING<br><br>INVITATION TO BID | INVITATION TO BID NO: 03-X-2132146   1<br>REQ. AGENCY            : 012002<br>                         ALA DEPT OF TRANSPORTATION<br>AGENCY REQ. NO.   :<br>T-NUMBER              : TA464<br>DATE ISSUED         : 05/19/03<br>VENDOR NO.           :<br>VENDOR PHONE NO. :<br>SNAP REQ. NO.      : 1271581<br>BUYER NAME          : PAT ANTLE<br>BUYER PHONE NO.  : (334) 242-7250-<br>PURCHASING PHONE NO: (334) 242-7250 |

**FOR:** TERMITE TREATMENT AND CONTROL
DEPT OF TRANS. 1ST DIVISION

INTERNAL DISTRIBTION COPY

BID MUST BE RECEIVED BEFORE:

DATE: 06/04/03    TIME: 5:00 PM

BIDS WILL BE PUBLICLY OPENED:

DATE: 06/05/03    TIME: 10:00 AM

## TO BE COMPLETED BY VENDOR

INFORMATION IN THIS SECTION SHOULD BE PROVIDED, AS APPROPRIATE. BID RESPONSE MUST BE IN INK OR TYPED WITH ORIGINAL SIGNATURE AND NOTARIZATION.

1. DELIVERY: CAN BE MADE _____ DAYS OR _____ WEEKS AFTER RECEIPT OF ORDER.
2. TERMS: _____(DISCOUNTS ARE TAKEN WITHOUT REGARD TO DATE OF PAYMENT.)
3. PRICES VALID FOR ACCEPTANCE WITHIN _____ DAYS.
4. VENDOR'S QUOTATION REFERENCE NUMBER, IF ANY: _____ (THIS NUMBER WILL APPEAR ON THE PURCHASE ORDER.)

E-MAIL ADDRESS: _____   INTERNET WEBSITE: _____

RETURN INVITATION TO BID:

REGULAR MAIL

STATE OF ALABAMA
DEPARTMENT OF FINANCE
DIVISION OF PURCHASING
P O BOX 302620
MONTGOMERY AL 36130-2620

COURIER

STATE OF ALABAMA
DIVISION OF PURCHASING
RSA UNION BUILDING
100 N. UNION ST., SUITE 192
MONTGOMERY, AL 36104

**DEFENDANT'S EXHIBIT ALDOT 7**

## SIGNATURE AND NOTARIZATION REQUIRED

I HAVE READ THE ENTIRE BID AND AGREE TO FURNISH EACH ITEM OFFERED AT THE PRICE QUOTED. I HEREBY AFFIRM I HAVE NOT BEEN IN ANY AGREEMENT OR COLLUSION AMONG BIDDERS IN RESTRAINT OF FREEDOM OF COMPETITION BY AGREEMENT TO BID AT A FIXED PRICE OR TO REFRAIN FROM BIDDING.

SWORN TO AND
SUBSCRIBED BEFORE ME THIS

_____ DAY OF _____

NOTARY PUBLIC

FEIN OR SSN

COMPANY NAME

MAIL ADDRESS

CITY, STATE, ZIP

PHONE INCLUDING AREA CODE

AUTHORIZED SIGNATURE (INK)

TYPE/PRINT AUTHORIZED NAME

TITLE

TOLL FREE NUMBER

FAX NUMBER

| SPECIFICATIONS | VENDOR NAME : | |
| --- | --- | --- |
| | VENDOR NUMBER: | |
| INVITATION TO BID | ITB NO.     : 03-X-2132146<br>OPEN DATE   : 06/05/03  TIME: 10:00 AM<br>T-NUMBER    : TA464<br>RETURN DATE: 06/04/03  TIME: 5:00 PM | PAGE<br>6 |

********************  SPECIFICATION TERMTE  ************************

ELIMINATION OF SUBTERRANEAN TERMITE COLONIES INCLUDING INITIAL
INSTALLATION OF AND MONITORING OF TERMITE BAIT STATIONS, COMPLETE
COLONY ELIMINATION WITH AN INSECT GROWTH REGULATOR, AND SUBSEQUENT
MONITORING FOR CONTINUED PROTECTION.

INSTALLATION AND MONITORING FOR 1 YEAR:

INSTALLATION:
  BAIT STATIONS TO BE PLACED AROUND EACH BUILDING LISTED ON LINE 0001
  OF ITB:
    BUILDING A-FIRST DIVISION & LAB:    SPACED 6 TO 12 FEET APART
    BUILDING B-MAINTENANCE CREWS:       SPACED 2 TO 4 FEET APART
    BUILDING C-WAREHOUSE & SHOP:        SPACED 12 INCHES DEEP IN GROUND

  (A DIAMOND BIT WILL BE USED FOR CEMENT OR ASPHALT, TO PROVIDE A
  SMOOTH CUT.)
  AFTER INSTALLATION, IF ANY STATIONS ARE DESTROYED OR DAMAGED, VENDOR
  WILL REPLACE AT NO EXTRA COST.  VENDOR WILL REPAIR ANY NEW DAMAGE
  CAUSED BY NATIVE SUBTERRANEAN TERMITES.  A DAMAGE REPLACEMENT
  GUARANTEE, WHICH PROVIDES FOR THE RETREATMENT OF THE STRUCTURE(S) AND
  THE REPAIRS OF DAMAGE CAUSED BY SUBTERRANEAN TERMITES, MUST BE
  SUBMITTED BEFORE AN AWARD CAN BE MADE.

ADD HEXAFLUMURON TO ALL STATIONS HAVING TERMITE ACTIVITY.

MONITORING:
ACTIVITY WILL BE MONITORED 30 DAYS AFTER INSTALLATION IS COMLETED.  IF
TERMITE ACTIVITY IS FOUND IN ONE OR MORE STATIONS, MONITORING WILL
CONTINUE EVERY 30 DAYS OR MORE OFTEN IF NECESSARY.
WHEN TERMITES HAVE BEEN ELIMINATED, MONITORING WILL BE EVERY QUARTER.
IF NEW TERMITE ACTIVITY IS DISCOVERED, MONITORING WILL REVERT TO EVERY
30 DAYS OR MORE OFTEN IF NECESSARY.  AFTER TERMITES HAVE BEEN
ELIMINATED, THEN MONITORING WILL DROP BACK TO EVERY QUARTER.  THIS
PROCESS OF MONITORING WILL CONTINUE THROUGH THE CONTRACT PERIOD.
ALL STATIONS HAVE BAR CODES THAT ARE NUMBERED SO EACH STATION IS READ
INTO THE COMPUTER AS ACTIVE OR NON-ACTIVE.  AFTER EACH VISIT THE
VENDOR WILL LEAVE A REPORT OF THE FINDINGS.

ALL PROCEDURES AND CHEMICALS MUST BE REGISTERED AND APPROVED BY THE
ENVIRONMENTAL PROTECTION AGENCY.

THE VENDOR MUST BE LICENSED BY THE ALABAMA DEPARTMENT OF AGRICULTURE
AND INDUSTRIES FOR TREATMENT OF WOOD-DESTROYING INSECTS IN THE STATE
OF ALABAMA.

*******************************  NOTE  *******************************
A COPY OF THE LICENSE SHOULD BE SUBMITTED WITH THE BID.  FAILURE TO DO



| SPECIFICATIONS | VENDOR NAME : |  |
| --- | --- | --- |
|  | VENDOR NUMBER: |  |
| .ITATION TO BID | ITB NO.     : 03-X-2132146<br>OPEN DATE   : 06/05/03  TIME: 10:00 AM<br>T-NUMBER    : TA464<br>RETURN DATE: 06/04/03  TIME: 5:00 PM | PAGE<br>7 |

SO WILL DELAY THE EVALUATION AND AWARD.  A COPY OF THE LICENSE MUST BE
SUBMITTED BEFORE THE AWARD CAN BE MADE.
*********************************************************************

PRODUCT TO BE USED:
SENTRICON, WITH ACTIVE INGREDIENT HEXAFLUMURON
PRODUCT MUST BE AIMED AT COLONY ELIMINATION, NON-TOXIC, NON-POISONOUS,
AND MUST NOT REQUIRE INSTRUSION OF OR PENETRATION OF FLOORS, WALLS,
OR ORNAMENTAL SURFACES.
NO OTHER PRODUCT WILL BE ACCEPTED.





| STATE OF ALABAMA<br>DEPARTMENT OF FINANCE<br>DIVISION OF PURCHASING<br><br>INVITATION TO BID | INVITATION TO BID NO: 03-X-213214B  1<br>REQ. AGENCY : 012002<br>  ALA DEPT OF TRANSPORTATION<br>AGENCY REQ. NO. :<br>T-NUMBER : TA464<br>DATE ISSUED : 05/19/03<br>VENDOR NO. : 36347883707<br>VENDOR PHONE NO. :<br>SNAP REQ. NO. : 1271581<br>BUYER NAME : PAT ANTLE<br>BUYER PHONE NO. : (334) 242-7250-<br>PURCHASING PHONE NO: (334) 242-7250 |
|---|---|

FOR: TERMITE TREATMENT AND CONTROL
     DEPT OF TRANS. 1ST DIVISION

TERMINIX

3213 SPRINGHILL AVENUE

MOBILE     AL   36670

**BID MUST BE RECEIVED BEFORE:**

DATE:  06/04/03   TIME:  5:00  PM

**BIDS WILL BE PUBLICLY OPENED:**

DATE:  06/05/03   TIME:  10:00 AM

## TO BE COMPLETED BY VENDOR

INFORMATION IN THIS SECTION SHOULD BE PROVIDED, AS APPROPRIATE. BID RESPONSE MUST BE IN INK OR TYPED WITH ORIGINAL SIGNATURE AND NOTARIZATION.

1. DELIVERY: CAN BE MADE __0__ DAYS OR __0__ WEEKS AFTER RECEIPT OF ORDER.
2. TERMS: __NET 30__ (DISCOUNTS ARE TAKEN WITHOUT REGARD TO DATE OF PAYMENT.)
3. PRICES VALID FOR ACCEPTANCE WITHIN __90__ DAYS
4. VENDOR'S QUOTATION REFERENCE NUMBER, IF ANY: __36347883707__ (THIS NUMBER WILL APPEAR ON THE PURCHASE ORDER.)
5. E-MAIL ADDRESS: __tmx2142@terminix.com__  INTERNET WEBSITE: __Terminix.com__

RETURN INVITATION TO BID:

REGULAR MAIL

STATE OF ALABAMA
DEPARTMENT OF FINANCE
DIVISION OF PURCHASING
P O BOX 302620
MONTGOMERY AL 36130-2620

COURIER

STATE OF ALABAMA
DIVISION OF PURCHASING
RSA UNION BUILDING
100 N. UNION ST., SUITE 192
MONTGOMERY, AL 36104

### SIGNATURE AND NOTARIZATION REQUIRED

I HAVE READ THE ENTIRE BID AND AGREE TO FURNISH EACH ITEM OFFERED AT THE PRICE QUOTED. I HEREBY AFFIRM I HAVE NOT BEEN IN ANY AGREEMENT OR COLLUSION AMONG BIDDERS IN RESTRAINT OF FREEDOM OF COMPETITION BY AGREEMENT TO BID AT A FIXED PRICE OR TO REFRAIN FROM BIDDING.

SWORN TO AND SUBSCRIBED BEFORE ME THIS

2ND DAY OF June 2003

_Leigh Beach Karrick_
NOTARY PUBLIC

__36-3478837 - 01G__
FEIN OR SSN

__Terminix International__
COMPANY NAME

__3411 Trade Drive__
MAIL ADDRESS

__Huntsville, AL  35810__
CITY, STATE, ZIP

__256-852-3151__
PHONE INCLUDING AREA CODE

_Dan Dilgard_ (signature)
AUTHORIZED SIGNATURE (INK)

__Dan Dilgard__
TYPE/PRINT AUTHORIZED NAME

__Commercial Accounts Mgr.__
TITLE

__800-874-8513__
TOLL FREE NUMBER

__256-859-9515__
FAX NUMBER





## STATE OF ALABAMA
## DEPARTMENT OF FINANCE
## DIVISION OF PURCHASING

### INVITATION TO BID

INVITATION TO BID NO:   03-X-2132146   1
REQ. AGENCY          : 012002
                       ALA DEPT OF TRANSPORTATION
AGENCY REQ. NO.      :
T-NUMBER             : TA464
DATE ISSUED          : 05/19/03
VENDOR NO.           : 63108933800
VENDOR PHONE NO.     : (334)317-3903
SNAP REQ. NO.        : 1271581
BUYER NAME           : PAT ANTLE
BUYER PHONE NO.      : (334) 242-7250
PURCHASING PHONE NO: (334) 242-7250

FOR: TERMITE TREATMENT AND CONTROL
     DEPT OF TRANS. 1ST DIVISION

C & J ASSOCIATES
P O BOX 8186
MONTGOMERY       AL   36110-8186

BID MUST BE RECEIVED BEFORE:
DATE: 06/04/03   TIME: 5:00 PM

BIDS WILL BE PUBLICLY OPENED:
DATE: 06/05/03   TIME: 10:00 AM

### TO BE COMPLETED BY VENDOR

INFORMATION IN THIS SECTION SHOULD BE PROVIDED, AS APPROPRIATE. BID RESPONSE MUST BE IN INK OR TYPED WITH ORIGINAL SIGNATURE AND NOTARIZATION.

1. DELIVERY: CAN BE MADE _____ DAYS OR _____ WEEKS AFTER RECEIPT OF ORDER.
2. TERMS: _____ (DISCOUNTS ARE TAKEN WITHOUT REGARD TO DATE OF PAYMENT.)
3. PRICES VALID FOR ACCEPTANCE WITHIN _____ DAYS.
4. VENDOR'S QUOTATION REFERENCE NUMBER, IF ANY: _____ (THIS NUMBER WILL APPEAR ON THE PURCHASE ORDER.)
5. E-MAIL ADDRESS: _____   INTERNET WEBSITE: _____

RETURN INVITATION TO BID:

*No Bid*

REGULAR MAIL                          COURIER
STATE OF ALABAMA                      STATE OF ALABAMA
DEPARTMENT OF FINANCE                 DIVISION OF PURCHASING
DIVISION OF PURCHASING                RSA UNION BUILDING
P O BOX 302620                        100 N. UNION ST., SUITE 192
MONTGOMERY AL 36130-2620              MONTGOMERY, AL 36104

*Protest*

### SIGNATURE AND NOTARIZATION REQUIRED

I HAVE READ THE ENTIRE BID AND AGREE TO FURNISH EACH ITEM OFFERED AT THE PRICE QUOTED. I HEREBY AFFIRM I HAVE NOT BEEN IN ANY AGREEMENT OR COLLUSION AMONG BIDDERS IN RESTRAINT OF FREEDOM OF COMPETITION BY AGREEMENT TO BID AT A FIXED PRICE OR TO REFRAIN FROM BIDDING.

FEIN OR SSN: _____
COMPANY NAME: *C & J Associates Pest Control*
MAIL ADDRESS: *P.O. Box 8186*
CITY, STATE, ZIP: *Montgomery, AL.*
PHONE INCLUDING AREA CODE: *(5)*

AUTHORIZED SIGNATURE (INK): *Curtis Duncan*
TYPE/PRINT AUTHORIZED NAME: *Curtis Duncan*
TITLE: *President*
TOLL FREE NUMBER: *334 201-528*
FAX NUMBER: *396 5536*

SWORN TO AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____
NOTARY PUBLIC