| | |
|---|---|
| **STATE OF ALABAMA**<br>**DEPARTMENT OF FINANCE**<br>**DIVISION OF PURCHASING**<br><br>**INVITATION TO BID** | INVITATION TO BID NO:   03-X-2132146   1<br>REQ. AGENCY          : 012002<br>                       ALA DEPT OF TRANSPORTATION<br>AGENCY REQ. NO.      :<br>T-NUMBER             : TA464<br>DATE ISSUED          : 05/19/03<br>VENDOR NO.           : 63108933800<br>VENDOR PHONE NO.     : (334)317-3903<br>SNAP REQ. NO.        : 1271581<br>BUYER NAME           : PAT ANTLE<br>BUYER PHONE NO.      : (334) 242-7250<br>PURCHASING PHONE NO: (334) 242-7250 |

**FOR:** TERMITE TREATMENT AND CONTROL
DEPT OF TRANS. 1ST DIVISION

C & J ASSOCIATES

P O BOX 8186

MONTGOMERY        AL    36110-8186

**BID MUST BE RECEIVED BEFORE:**

DATE: 06/04/03   TIME: 5:00 PM

**BIDS WILL BE PUBLICLY OPENED:**

DATE: 06/05/03   TIME: 10:00 AM

## TO BE COMPLETED BY VENDOR

INFORMATION IN THIS SECTION SHOULD BE PROVIDED, AS APPROPRIATE. BID RESPONSE MUST BE IN INK OR TYPED WITH ORIGINAL SIGNATURE AND NOTARIZATION.

1. DELIVERY: CAN BE MADE _____ DAYS OR _____ WEEKS AFTER RECEIPT OF ORDER.
2. TERMS: _____ (DISCOUNTS ARE TAKEN WITHOUT REGARD TO DATE OF PAYMENT.)
3. PRICES VALID FOR ACCEPTANCE WITHIN _____ DAYS.
4. VENDOR'S QUOTATION REFERENCE NUMBER, IF ANY: _____ (THIS NUMBER WILL APPEAR ON THE PURCHASE ORDER.)

E-MAIL ADDRESS: _____    INTERNET WEBSITE: _____

*[Handwritten across form: "No Bid"]*

RETURN INVITATION TO BID:

**DEFENDANT'S EXHIBIT ALDOT 8**

REGULAR MAIL                                              COURIER

STATE OF ALABAMA                        STATE OF ALABAMA
DEPARTMENT OF FINANCE                   DIVISION OF PURCHASING
DIVISION OF PURCHASING                  RSA UNION BUILDING
P O BOX 302620                          100 N. UNION ST., SUITE 192
MONTGOMERY AL 36130-2620                MONTGOMERY, AL  36104

*[Handwritten: "Protest"]*

### SIGNATURE AND NOTARIZATION REQUIRED

I HAVE READ THE ENTIRE BID AND AGREE TO FURNISH EACH ITEM OFFERED AT THE PRICE QUOTED. I HEREBY AFFIRM I HAVE NOT BEEN IN ANY AGREEMENT OR COLLUSION AMONG BIDDERS IN RESTRAINT OF FREEDOM OF COMPETITION BY AGREEMENT TO BID AT A FIXED PRICE OR TO REFRAIN FROM BIDDING.

*[Signature: Curtis Duncan]*
AUTHORIZED SIGNATURE (INK)

FEIN OR SSN

C & J Associates Pest Control
COMPANY NAME

Curtis Duncan
TYPE/PRINT AUTHORIZED NAME

P.O. Box 8186
MAIL ADDRESS

President
TITLE

Montgomery, AL
CITY, STATE, ZIP

334 201-528
TOLL FREE NUMBER

SWORN TO AND
SUBSCRIBED BEFORE ME THIS

_____ DAY OF _____

NOTARY PUBLIC

PHONE INCLUDING AREA CODE

396 5536
FAX NUMBER