| | STATE OF ALABAMA<br>DEPARTMENT OF FINANCE<br>DIVISION OF PURCHASING<br>INVITATION TO BID | INVITATION TO BID NO: 03-X-2132146     1 |
|---|---|---|
| | | REQ. AGENCY : 012002<br>ALA DEPT OF TRANSPORTATION<br>AGENCY REQ. NO. :<br>T-NUMBER : TA464<br>DATE ISSUED : 05/19/03<br>VENDOR NO. : 36347883707<br>VENDOR PHONE NO. :<br>SNAP REQ. NO. : 1271581<br>BUYER NAME : PAT ANTLE<br>BUYER PHONE NO. : (334) 242-7250-<br>PURCHASING PHONE NO: (334) 242-7250 |

FOR: TERMITE TREATMENT AND CONTROL
DEPT OF TRANS. 1ST DIVISION

TERMINIX

3213 SPRINGHILL AVENUE

MOBILE     AL    36670

BID MUST BE RECEIVED BEFORE:
DATE: 06/04/03    TIME: 5:00 PM

BIDS WILL BE PUBLICLY OPENED:
DATE: 06/05/03    TIME: 10:00 AM

## TO BE COMPLETED BY VENDOR

INFORMATION IN THIS SECTION SHOULD BE PROVIDED, AS APPROPRIATE. BID RESPONSE MUST BE IN INK OR TYPED WITH ORIGINAL SIGNATURE AND NOTARIZATION.

1. DELIVERY: CAN BE MADE __0__ DAYS OR __0__ WEEKS AFTER RECEIPT OF ORDER.
2. TERMS: __NET 30__ (DISCOUNTS ARE TAKEN WITHOUT REGARD TO DATE OF PAYMENT.)
3. PRICES VALID FOR ACCEPTANCE WITHIN __90__ DAYS 36347883707
4. VENDOR'S QUOTATION REFERENCE NUMBER, IF ANY: _____ (THIS NUMBER WILL APPEAR ON THE PURCHASE ORDER.)
5. E-MAIL ADDRESS: __tmx2142@terminix.com__ INTERNET WEBSITE: __Terminix.com__

RETURN INVITATION TO BID:

**REGULAR MAIL**
STATE OF ALABAMA
DEPARTMENT OF FINANCE
DIVISION OF PURCHASING
P O BOX 302620
MONTGOMERY AL 36130-2620

**COURIER**
STATE OF ALABAMA
DIVISION OF PURCHASING
RSA UNION BUILDING
100 N. UNION ST., SUITE 192
MONTGOMERY, AL 36104

**DEFENDANT'S EXHIBIT ALDOT 9**

## SIGNATURE AND NOTARIZATION REQUIRED

I HAVE READ THE ENTIRE BID AND AGREE TO FURNISH EACH ITEM OFFERED AT THE PRICE QUOTED. I HEREBY AFFIRM I HAVE NOT BEEN IN ANY AGREEMENT OR COLLUSION AMONG BIDDERS IN RESTRAINT OF FREEDOM OF COMPETITION BY AGREEMENT TO BID AT A FIXED PRICE OR TO REFRAIN FROM BIDDING.

SWORN TO AND SUBSCRIBED BEFORE ME THIS

2ND DAY OF June 2003

_Leigh Beach Karrick_
NOTARY PUBLIC

__36-3478837 - 06__
FEIN OR SSN

__Terminix International__
COMPANY NAME

__3411 Trade Drive__
MAIL ADDRESS

__Huntsville, AL 35810__
CITY, STATE, ZIP

__256-852-3151__
PHONE INCLUDING AREA CODE

_Dan Dilgard_ (signature)
AUTHORIZED SIGNATURE (INK)

__Dan Dilgard__
TYPE/PRINT AUTHORIZED NAME

__Commercial Accounts Mgr.__
TITLE

__800-874-8513__
TOLL FREE NUMBER

__256-859-9515__
FAX NUMBER

| SPECIAL TERMS & CONDITIONS | VENDOR NAME : TERMINIX | |
|---|---|---|
| | VENDOR NUMBER: 363478837-07 | |
| INVITATION TO BID | ITB NO.      : 03-X-2132146<br>OPEN DATE   : 06/05/03  TIME: 10:00 AM<br>T-NUMBER    : TA464<br>RETURN DATE: 06/04/03  TIME: 5:00 PM | PAGE<br>4 |

00002, AND 00003.

ASSIGNMENT OF CONTRACT:
TO ASSIGN, SUBLET OR TRANSFER ANY CONTRACT RESULTING FROM THIS SOLICITATION, THE VENDOR'S WRITTEN REQUEST MUST BE APPROVED BY THE STATE PURCHASING DIRECTOR.

CERTIFICATION OF INSPECTION:
THIS STATEMENT CERTIFIES THE VENDOR HAS INSPECTED THE FACILITY/AREA LISTED HEREIN AND IS AWARE OF ALL REQUIREMENTS, TERMS AND CONDITIONS OUTLINED. TO VALIDATE THIS CERTIFICATION, THE VENDOR AND AGENCY MANAGEMENT (DIRECTOR, MANAGER, SUPERVISOR ETC) MUST SIGN BELOW. THIS SIGNED STATEMENT MUST BE RETURNED WITH THE BID, OR THE BID WILL BE REJECTED.

NOTE:   VENDORS ARE DIRECTED TO CONTACT THE FOLLOWING PERSON TO SET
        UP A SITE VISIT:

        RAYBURN HORNSBY, 1ST DIVISION OFFICE MANAGER
        PHONE:  256-582-2254

VENDOR'S SIGNATURE: [signature]                 DATE: 5/30/03

AGENCY'S SIGNATURE: [signature]                 DATE: 5/30/03
            TITLE: Office Manager

LIABILITY INSURANCE:
VENDOR MUST HAVE A MINIMUM OF $100,000.00 LIABILITY COVERAGE WITH $50,000.00 FOR EACH OCCURANCE AND MUST BE IN EFFECT FOR THE CONTRACT PERIOD. INSURANCE CERTIFICATE, OR LETTER OF INTENT TO PROVIDE THE AMOUNT OF COVERAGE FROM THE INSURANCE COMPANY MUST BE SUBMITTED WITH THE BID, OR THE BID WILL BE REJECTED. VENDOR IS RESPONSIBLE FOR ALL LOSSES/DAMAGES CAUSED BY ITS EMPLOYEES. INSURANCE CERTIFICATE, WHEN ISSUED, MUST SHOW THE STATE OF ALABAMA AS THE CERTIFCATE HOLDER.

CONTRACT PERIOD:
ESTABLISH A 12 MONTH CONTRACT WITH AN OPTION TO EXTEND FOR A SECOND AND THIRD 12 MONTH PERIOD WITH THE SAME PRICING, TERMS AND CONDITIONS. THE SECOND OR THIRD 12 MONTH PERIOD, IF AGREED BY BOTH PARTIES, WOULD BEGIN THE DAY AFTER THE FIRST OR SECOND 12 MONTH PERIOD EXPIRES. ANY SUCCESSIVE EXTENSION MUST HAVE WRITTEN APPROVAL OF BOTH THE STATE AND VENDOR NO LATER THAN 30 DAYS PRIOR TO EXPIRATION OF THE PREVIOUS 12 MONTH PERIOD.

A COPY OF THE CURRENT ALABAMA DEPARTMENT OF AGRICULTURE AND INDUSTRIES LICENSE MUST BE SUBMITTED WITH EACH CONTRACT RENEWAL.

*****************************NOTE*****************************



| PRICE SHEET | | VENDOR NAME : TERMINIX<br>VENDOR NUMBER: 363478837-07 | | | | |
|---|---|---|---|---|---|---|
| INVITATION TO BID | | ITB NO. : 03-X-2132146<br>OPEN DATE : 06/05/03 TIME: 10:00 AM<br>T-NUMBER : TA464<br>RETURN DATE: 06/04/03 TIME: 5:00 PM | | | | PAGE 8 |
| LINE NO. | COMMODITY/SERVICE DESCRIPTION | RECYCLE/ENERGY | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
| 00001 | UNLESS SPECIFIED OTHERWISE BELOW:<br>SHIP TO:       012002 / 012M01<br>ALA DEPT OF TRANSPORTATION<br>FIRST DIVISION<br>23445 U.S/ HWY 431<br>P.O. BOX 550<br>GUNTERSVILLE    AL    35976<br><br>COMMODITY CODE: 910-59-055766<br>TERMITE TREATMENT AND CONTROL PER<br>SPECIFICATION "TERMTE" (SEE PAGE 6)<br><br>****************NOTICE!!!***************<br>THIS IS A RE-BID OF ITB #03-X-2130153<br>DUE TO ALL BIDS BEING UNACCEPTABLE.<br>*****************************************<br><br>COLONY ELIMINATION SYSTEM FOR:<br>  BUILDING A - FIRST DIVISION & LAB<br>$ 6750.00  PER YEAR<br><br>  BUILDING B - MAINTENANCE CREWS<br>$ 2450.00  PER YEAR<br><br>  BUILDING C - WAREHOUSE AND SHOP<br>$ 5450.00  PER YEAR<br><br>******************************************<br>NOTE: BIDDERS ARE TO PLACE THE SUM OF<br>THE PRICING FOR THE THREE BUILDINGS IN<br>THE "UNIT PRICE" COLUMN TO THE RIGHT.<br>******************************************<br>IT WILL BE *** MANDATORY ** FOR BIDDER<br>TO SUPPLY RENEWAL PRICE.<br><br>VENDOR:  SEE PAGE FOUR (4) OF ITB FOR<br>INFORMATION CONCERNING SITE INSPECTION<br>AND PROOF OF LIABILITY INSURANCE<br><br>BILLING (MONTHLY, QUARTERLY OR YEARLY)<br>WILL BE DETERMINED BY THE AGENCY. | YES | 1 | YR | $14,650.00 | $14,650.00 |
| 00002 | COMMODITY CODE: 910-59-088067<br>TERMITE TREATMENT, MONITORING OF BAIT<br>STATIONS, DEPT. OF TRANSPORTION--1ST<br>DIVISION, GUNTERSVILLE,AL<br>YEAR TWO:<br><br>ELIMINATION OF SUBTERRANEAN TERMITE<br>COLONIES PER SPECIFICATIONS LISTED IN<br>ITB # 03-X-2132146 WITH A MINIMUM OF<br>QUARTERLY COMPUTER MONITORING OF ACTI-<br>VITY. VENDOR TO MAKE COMPUTER PRINTOUTS<br>OF EACH STATION AVAILABLE UPON REQUEST.<br><br>VENDORS MUST PROVIDE PRICING FOR EACH<br>BUILDING BELOW ON A PER YEAR BASIS:<br><br>BUILDING A:  $ 1286.00 /YEAR<br>BUILDING B:  $  424.00 /YEAR<br>BUILDING C:  $  950.00 /YEAR<br><br>THE TOTAL FOR BUILDINGS A, B, AND C<br>MUST BE ENTERED IN THE "UNIT PRICE"<br>COLUMN TO THE RIGHT. | YES | 1 | YR | $2660.00 | $2660.00 |
| | PAGE TOTAL | | | | | $17,310.00 |



| PRICE SHEET | | | VENDOR NAME : TERMINIX | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | VENDOR NUMBER: 363478837-07 | | | |
| INVITATION TO BID | | | ITB NO. : 03-X-2132146<br>OPEN DATE : 06/05/03  TIME: 10:00 AM<br>T-NUMBER : TA464<br>RETURN DATE: 06/04/03  TIME: 5:00 PM | | | PAGE 9 |
| LINE NO. | COMMODITY/SERVICE DESCRIPTION | RECYCLE /ENERGY | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
| 00003 | BILLING (MONTHLY, QUARTERLY, OR YEARLY) WILL BE DETERMINED BY THE AGENCY.<br><br>COMMODITY CODE: 910-59-088068<br>TERMITE TREATMENT, MONITORING OF BAIT STATIONS, DEPT. OF TRANSPORTATION--1ST DIVISION, GUNTERSVILLE, AL<br>YEAR THREE:<br><br>ELIMINATION OF SUBTERRANEAN TERMITE COLONIES PER SPECIFICATIONS LISTED IN ITB # 03-X-2132146 WITH A MINIMUM OF QUARTERLY COMPUTER MONITORING OF ACTIVITY. VENDOR TO MAKE COMPUTER PRINTOUTS OF EACH STATION AVAILABLE UPON REQUEST.<br><br>VENDORS MUST PROVIDE PRICING FOR EACH BUILDING BELOW ON A PER YEAR BASIS:<br><br>BUILDING A: $1286.00 /YEAR<br>BUILDING B: $424.00 /YEAR<br>BUILDING C: $950.00 /YEAR<br><br>THE TOTAL FOR BUILDINGS A, B, AND C MUST BE ENTERED IN THE "UNIT PRICE" COLUMN TO THE RIGHT.<br><br>BILLING (MONTHLY, QUARTERLY, OR YEARLY) WILL BE DETERMINED BY THE AGENCY. | YES | 1 | YR | $2660.00 | $2660.00 |
| | PAGE TOTAL | | | | | $2660.00 |
| | BID TOTAL | | | | | $19,970.00 |



# DEPARTMENT OF AGRICULTURE AND INDUSTRIES



STATE OF      ALABAMA

130500

$250.00

PS-M-1043

ALABAMA PERMIT FOR PROFESSIONAL SERVICES

THIS IS TO CERTIFY THAT

THE TERMINIX INTERNATIONAL COMPANY
3411 TRADE DR
HUNTSVILLE AL 35810

IS IN FULL COMPLIANCE WITH ALL APPLICABLE ALABAMA STATUTES AND IS AUTHORIZED TO ENGAGE IN THE ACTIVITIES AND PRACTICES PROVIDED FOR THEREIN.

Issued at Montgomery, Alabama  10-04-02

THIS CERTIFICATE EXPIRES 09-30-03      UNLESS PREVIOUSLY REVOKED

RICHARD SMITH, HPC-FC-WDC      (256)852-3151

JOE DEBROW, JR., UNIT MANAGER
PROFESSIONAL SERVICES

CHARLES BISHOP
Commissioner of Agriculture and Industries

| | MEMORANDUM OF INSURANCE | | | | DATE 05/28/03 | |
|---|---|---|---|---|---|---|
|  | This Memorandum is issued as a matter of information only to authorized viewers for their internal use only and confers no rights upon any viewer of this Memorandum. This Memorandum does not amend, extend or alter the coverage described below. This Memorandum may only be copied, printed and distributed within an authorized viewer and may only be used and viewed by an authorized viewer for its internal use. Any other use, duplication or distribution of this Memorandum without the consent of Marsh USA Inc. is prohibited. "Authorized viewer" shall mean an entity or person which is authorized by the insured named herein to access this Memorandum via http://www.marsh.com/moi?client=2849. The information contained herein is as of the date referred to above. Marsh USA Inc. shall be under no obligation to update such information. | | | | | |

| PRODUCER | COMPANIES AFFORDING COVERAGE | |
|---|---|---|
| Marsh USA Inc. | Co.A | Zurich American Insurance Company |
| INSURED | Co.B | American-Zurich Insurance Company |
| The Terminix International Company L.P. and Branches listed below | Co.C | Illinois National Insurance Company |
| | Co.D | |

**COVERAGES**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS MEMORANDUM MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY COMMERCIAL GENERAL LIABILITY OCCURRENCE | GLO 8343850-05 | 01/01/03 | 01/01/06 | GENERAL AGGREGATE | $5,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| | | | | | PERSONAL AND ADV INJURY | $1,000,000 |
| | | | | | EACH OCCURRENCE | $1,000,000 |
| | | | | | FIRE DAMAGE (ANY ONE FIRE) | $1,000,000 |
| | | | | | MED EXP (ANY ONE PERSON) | $5,000 |
| A | AUTOMOBILE LIABILITY ANY AUTO ALL OWNED AUTOS | GLO 8343861-05 (AOS) TAP 8343854-05 (TX) BAP 8343859-05 (VA) | 01/01/03 01/01/03 01/01/03 | 01/01/06 01/01/06 01/01/06 | COMBINED SINGLE LIMIT | $1,000,000 |
| | | | | | BODILY INJURY (PER PERSON) | |
| | | | | | BODILY INJURY (PER ACCIDENT) | |
| | | | | | PROPERTY DAMAGE | |
| C | EXCESS LIABILITY UMBRELLA FORM | BE 309-79-07 | 04/01/01 | 04/01/04 | EACH OCCURRENCE | $5,000,000 |
| | | | | | AGGREGATE | $5,000,000 |
| | GARAGE LIABILITY | | | | AUTO ONLY (PER ACCIDENT) | |
| | | | | | OTHER THAN AUTO ONLY: | |
| | | | | | EACH ACCIDENT | |
| | | | | | AGGREGATE | |
| A A | Workers Compensation / Employers Liability THE PROPRIETOR / | WC 8343847-05 (AOS) | 01/01/03 01/01/03 | 01/01/06 01/01/06 | WORKERS COMP LIMITS | Statutory |

(6)

5/28/03

| B | PARTNERS / EXECUTIVE OFFICERS ARE: INCLUDED | WC 8343805-05 (WI) WC 8343833-05 (IL) | 01/01/03 | 01/01/06 | EL EACH ACCIDENT | $1,000,000 |
|---|---|---|---|---|---|---|
| | | | | | EL DISEASE - POLICY LIMIT | $1,000,000 |
| | | | | | EL DISEASE - EACH EMPLOYEE | $1,000,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

The Memorandum of Insurance serves solely to list insurance policies, limits and dates of coverage. Any modifications hereto are not authorized.

| MEMORANDUM OF INSURANCE | DATE 05/28/03 |
|---|---|

This Memorandum is issued as a matter of information only to authorized viewers for their internal use only and confers no rights upon any viewer of this Memorandum. This Memorandum does not amend, extend or alter the coverage described below. This Memorandum may only be copied, printed and distributed within an authorized viewer and may only be used and viewed by an authorized viewer for its internal use. Any other use, duplication or distribution of this Memorandum without the consent of Marsh USA Inc. is prohibited. "Authorized viewer" shall mean an entity or person which is authorized by the insured named herein to access this Memorandum via http://www.marsh.com/moi?client=2849. The information contained herein is as of the date referred to above. Marsh USA Inc. shall be under no obligation to update such information.

| PRODUCER | INSURED |
|---|---|
| Marsh USA Inc. | The Terminix International Company L.P. and Branches listed below |

ADDITIONAL INFORMATION
   Branches Include:

TX
THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP dba DALLAS PEST AND TERMITE SERVICES

The Memorandum of Insurance serves solely to list insurance policies, limits and dates of coverage. Any modifications hereto are not authorized.

Click here for a printer-friendly version of this document.

## SATISFACTION GUARANTEE
# TERMITE BAITING SYSTEM
### OR YOUR MONEY BACK.

We want you to be totally satisfied with the installation of your Terminix Termite Baiting System. If you are not satisfied, let us know (in writing) within 30 days of the installation, and give us an opportunity to resolve the problem. If we fail to solve the problem to your satisfaction within 7 days of receiving your concern, we will refund the price of the installation and any prepaid renewals. We will also remove the Terminix Termite Baiting System from your property at no cost. A refund by Terminix will result in cancellation of the Plan.

**TERMINIX**

necessary repairs or replacement by a contractor of its choice and pay the entire cost of labor and materials as specified herein. New damage is defined as damage done by subterranean termites subsequent to the Repair Effective Date; the definition excludes damage existing on or before the Repair Effective Date, whether or not live termites are present. Unless live termites are found in the damaged area, the damage discovered is old damage and is not covered under this Plan. Repairs for new damage to commercial structures (including but not limited to multi-unit residential apartments, townhouses and condominiums) are limited in the aggregate to $1,500,000 during the life of this Plan.

### 5. PURCHASER UNDERSTANDING OF PERFORMANCE OF THE TERMINIX TERMITE BAITING SYSTEM
Purchaser understands:
- The Terminix Termite Baiting System involves installation, an initial period of monitoring, colony elimination or control with termite bait, and subsequent monitoring for continuous protection from new termite activity.
- Intervals of from two to several months should be expected between:
    a) installation of the Terminix Termite Baiting System and sufficient termite activity to allow the addition of termite bait; and
    b) addition of termite bait and complete elimination or control of the termite colony.
Therefore, total time from initial installation to colony elimination or control is expected to be between 6 to 24 months, depending upon geographical location, weather and/or other factors.
- Additional serviced such as spot applications of conventional termiticides are available for an additional fee to combat termite activity on a localized basis if desired, but are not necessarily needed for termite colony elimination or control.

In some circumstances the Terminix Termite Baiting System may not eliminate or control the termite colony. If after 24 months from commencement of the Terminix Termite Baiting System, termite colony elimination or control has not been achieved, Terminix may in its sole discretion propose treatment using conventional methods at no additional charge. In that case Purchaser may elect to continue with the Terminix Termite Baiting System (on the same terms and conditions) or the conventional treatment. If Purchaser chooses not to continue with the Terminix Termite Baiting System, this Agreement will terminate without further obligation of Terminix. If treatment using conventional methods of treatment is offered by Terminix and elected by Purchaser, then Purchaser must first execute a new written agreement in the form then in use by Terminix. Due to the nature of construction, the extent of existing termite damage, the degree of termite activity, application restrictions and/or Terminix guidelines, such new agreement may not provide any damage repair commitment.

### 6. MISCELLANEOUS
In the event of additions or alterations to the Structures, Purchaser must give prior notice and arrange with Terminix for additional service at expense of Purchaser. Such additions or alterations may also require an adjustment to the annual extension charge. Upon transfer of ownership of the identified property, service may be continued upon request of the new owner and upon payment of the contract transfer fee of $ __N/A__ . In addition, Terminix reserves the right to revise the annual extension charge upon transfer of ownership. In the event the new owner fails to request continuation of this Plan or does not agree to pay the transfer fee of the revised annual extension charge, this Plan will terminate automatically as of the date of the change of ownership.

ANY ADDITIONAL PROVISIONS ATTACHED HERETO INCLUDING THE MANDATORY ARBITRATION AGREEMENT AND THE OTHER TERMS AND CONDITIONS ON THE REVERSE SIDE AND THE INSPECTION GRAPH DATED __5/30/03__ ARE PART OF THIS PLAN.

Terminix has provided the Purchaser with a copy of the manufacturer's specimen label or other state required documents for the termiticide(s) which will be used to treat the above-named property.

initial treatment will occur within 30 days of the date of the contract and will be completed as set forth herein.                    **Purchaser's Initials** _____

In the event you have any questions or complaints, you may contact a Terminix representative by calling 1-800-TELLTMX (1-800-835-5869).

NOTICE: YOU, THE PURCHASER, MAY CANCEL THIS TRANSACTION AT ANYTIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FOR EXPLANATION OF THIS RIGHT.

Purchaser _____    Date _____
Terminix Representative (print name) __Dan Dilgard__   Terminix Representative (signature) _Dan Dilgard_   Date __5/30/03__
Terminix Address  3411 Trade Drive                                                      Telephone 256-852-3151

# TERMINIX

## Termite Baiting System Protection Plan

|  DOWN PAYMENT  |  |
|---|---|
| Amount | Sequence Number |
| RECEIVED AT COMPLETION | |
| Amount | Deposit Number |
| Account Number | |

THIS CONTRACT PROVIDES FOR RETREATMENT OF A STRUCTURE AND THE REPAIR OF DAMAGES CAUSED BY SUBTERRANEAN TERMITES ONLY WITHIN THE LIMITS AND AT THE "REPAIR EFFECTIVE DATE" STATED IN THIS PLAN.

Purchaser: **ALABAMA DEPARTMENT OF TRANSPORTATION FIRST DIVISION**  Telephone: **256-582-2254**
Mailing Address: **P. O. BOX 550**  City: **GUNTERSVILLE**  State: **ALABAMA**  Zip Code: **35976**
Property Address: **23445 U.S. HWY 431**  City: **GUNTERSVILLE**  State: **ALABAMA**  Zip Code: **35976**
Description of Structure(s) Covered: **COMMERCIAL SLABS -- BLDG A, B, C**  E-Mail Address: _____

Commencing with the date of initial installation and for one year thereafter, for the sum of $ **19,970.00**, Terminix will provide the necessary services to the described property (hereinafter, whether one or more, called "Structured") to control or protect against subterranean (ground) termites *(Reticulitermes spp., Heterotermes spp.)* and formosan termites *(Coptotermes spp.)* This plan does not control or protect against aerial (above ground) infestation of any kind, drywood termites *(Kalotermes spp., Incisitermes spp., Cryptotermes spp.)* or other wood destroying organisms such as carpenter ants, powder-post beetles, wood decay fungi, etc.

**COST INCLUDES SERVICE FOR YEARS 2 AND 3**
**TERMITE CONTROL FEATURES THE SENTRICON TERMITE BAITING SYSTEM**

### 1. SERVICE COMMITMENT
During the term of this Agreement, Terminix will:
- Install the Terminix Termite Baiting System
- Monitor the System
- Add termite bait to, and remove it from, the Terminix Termite Baiting System as appropriate.

Colony elimination or control is anticipated to occur within 6 to 24 months from commencement of the program, depending on geographical location, weather and/or other factors. During this period before colony elimination or control is achieved, new damage from subterranean termite infestation may occur.
State regulations may require specific treatment standards be performed for liquid termite treatments. These standards will not be performed due to the fact that the Terminix Termite Baiting System is a conceptually different type of termite treatment. The termite bait used within the Terminix Termite Baiting System is registered for use in this state.

### 2. CONTINUING PROTECTION
Terminix will extend service annually to the Purchaser for so long as Purchaser may own the property for $ **2660.00** per year payable on or before the end of the previous annual period. After the third annual period and each annual period thereafter, Terminix reserves the right to revise the annual extension charge.

### 3. SERVICE COMMITMENT
During the term of this Plan, any further Terminix Termite Baiting System treatment found necessary by Terminix will be performed free of charge provided, however, if a fumigation or spot termiticide treatment is deemed by Terminix to be necessary to control an aerial (above ground) infestation, Purchaser shall first agree to make access to such aerial infestation and to pay the additional charge involved. Terminix will inspect the Structures annually or at any time upon the request of the Purchaser.

### 4. DAMAGE REPAIR COMMITMENT
Plan provides protection against new subterranean termite damage to Structures and contents effective from the date of initial installation, such effective date hereinafter called the "Repair Effective Date." The Repair Effective Date does not denote colony elimination or control. If new damage occurs after the Repair Effective Date, Terminix will, upon notification, inspect and arrange for the necessary repairs or replacement by a contractor of its choice and pay the entire cost of labor and materials as specified herein. New damage is defined as damage done by subterranean termites subsequent to the Repair Effective Date; the definition excludes damage existing on or before the Repair Effective Date, whether or not live termites are present. Unless live termites are found in the damaged area, the damage discovered is old damage and is not covered under this Plan. Repairs for new damage to commercial structures (including but not limited to multi-unit residential apartments, townhouses and condominiums) are limited in the aggregate to $1,500,000 during the life of this Plan.

### 5. PURCHASER UNDERSTANDING OF PERFORMANCE OF THE TERMINIX TERMITE BAITING SYSTEM
Purchaser understands:
- The Terminix Termite Baiting System involves installation, an initial period of monitoring, colony elimination or control with termite bait, and subsequent monitoring for continuous protection from new termite activity.
- Intervals of from two to several months should be expected between:
   a) installation of the Terminix Termite Baiting System and sufficient termite activity to allow the addition of termite bait; and
   b) addition of termite bait and complete elimination or control of the termite colony.
- Therefore, total time from initial installation to colony elimination or control is expected to be between 6 to 24 months, depending upon geographical location, weather and/or other factors.
- Additional services such as spot applications of conventional termiticides are available for an additional fee to combat termite activity on a localized basis if desired, but are not necessarily needed for termite colony elimination or control.

In some circumstances the Terminix Termite Baiting System may not eliminate or control the termite colony. If after 24 months from commencement of the Terminix Termite Baiting System, termite colony elimination or control has not been achieved, Terminix may in its sole discretion propose treatment using conventional methods at no additional charge. In that case Purchaser may elect to continue with the Terminix Termite Baiting System (on the same terms and conditions) or the conventional treatment. If Purchaser chooses not to continue with the Terminix Termite Baiting System, this Agreement will terminate without further obligation of Terminix. If treatment using conventional methods of treatment is offered by Terminix and elected by Purchaser, then Purchaser must first execute a new written agreement in the form then in use by Terminix. Due to the nature of construction, the extent of existing termite damage, the degree of termite activity, application restrictions and/or Terminix guidelines, such new agreement may not provide any damage repair commitment.

### 6. MISCELLANEOUS
In the event of additions or alterations to the Structures, Purchaser must give prior notice and arrange with Terminix for additional service at expense of Purchaser. Such additions or alterations may also require an adjustment to the annual extension charge. Upon transfer of ownership of the identified property, service may be continued upon request of the new owner and upon payment of the contract transfer fee of $ **N/A**. In addition, Terminix reserves the right to revise the annual extension charge upon transfer of ownership. In the event the new owner fails to request continuation of this Plan or does not agree to pay the transfer fee of the revised annual extension charge, this Plan will terminate automatically as of the date of the change of ownership.

ANY ADDITIONAL PROVISIONS ATTACHED HERETO INCLUDING THE MANDATORY ARBITRATION AGREEMENT AND THE OTHER TERMS AND CONDITIONS ON THE REVERSE SIDE AND THE INSPECTION GRAPH DATED **5/30/03**, ARE PART OF THIS PLAN.

Terminix has provided the Purchaser with a copy of the manufacturer's specimen label or other state required documents for the termiticide(s) which will be used to treat the above-named property.

The initial treatment will occur within 30 days of the date of the contract and will be completed as set forth herein.  Purchaser's Initials _____

In the event you have any questions or complaints, you may contact a Terminix representative by calling 1-800-TELLTMX (1-800-835-5869).

NOTICE: YOU, THE PURCHASER, MAY CANCEL THIS TRANSACTION AT ANYTIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. THE ATTACHED NOTICE OF CANCELLATION FOR EXPLANATION OF THIS RIGHT.

Purchaser: _____  Date: _____
Terminix Representative (print name): **Dan Dilgard**  Terminix Representative (signature): *Dan Dilgard*  Date: **5/30/03**
Terminix Address: **3411 Trade Drive**  Telephone: **256-852-3151**
City: **Huntsville**  State: **AL**  Zip Code: **35810**

(9)

www.terminix.com
© 2002 The Terminix International