

| STATE OF ALABAMA<br>DEPARTMENT OF FINANCE<br>DIVISION OF PURCHASING<br><br>INVITATION TO BID | INVITATION TO BID NO: 03-X-2130174  1<br>REQ. AGENCY           : 005000<br>                       DEPARTMENT OF CORRECTIONS<br>AGENCY REQ. NO.      :<br>T-NUMBER             : TA239<br>DATE ISSUED          : 03/13/03<br>VENDOR NO.           : 63108933800<br>VENDOR PHONE NO.     : (334)317-3903<br>SNAP REQ. NO.        : 1268367<br>BUYER NAME           : PAT ANTLE<br>BUYER PHONE NO.      : (334) 242-7250-<br>PURCHASING PHONE NO: (334) 242-7250 |

**FOR:** TERMITE TREATMENT - CORR - LIMESTONE

C & J ASSOCIATES  
P O BOX 8186  
MONTGOMERY          AL   36110-8186

**BID MUST BE RECEIVED BEFORE:**  
DATE: 03/26/03   TIME: 5:00 PM

**BIDS WILL BE PUBLICLY OPENED:**  
DATE: 03/27/03   TIME: 10:00 AM

## TO BE COMPLETED BY VENDOR

INFORMATION IN THIS SECTION SHOULD BE PROVIDED, AS APPROPRIATE. BID RESPONSE MUST BE IN INK OR TYPED WITH ORIGINAL SIGNATURE AND NOTARIZATION.

1. DELIVERY: CAN BE MADE __30__ DAYS OR __4__ WEEKS AFTER RECEIPT OF ORDER.
2. TERMS: _____ (DISCOUNTS ARE TAKEN WITHOUT REGARD TO DATE OF PAYMENT.)
3. PRICES VALID FOR ACCEPTANCE WITHIN __90__ DAYS.
4. VENDOR'S QUOTATION REFERENCE NUMBER, IF ANY: _____ (THIS NUMBER WILL APPEAR ON THE PURCHASE ORDER.)
. E-MAIL ADDRESS: _cj_one@msn.com_   INTERNET WEBSITE: _____

RETURN INVITATION TO BID:

REGULAR MAIL  
STATE OF ALABAMA  
DEPARTMENT OF FINANCE  
DIVISION OF PURCHASING  
P O BOX 302620  
MONTGOMERY AL 36130-2620

COURIER  
STATE OF ALABAMA  
DIVISION OF PURCHASING  
RSA UNION BUILDING  
100 N. UNION ST., SUITE 192  
MONTGOMERY, AL   36104

**DEFENDANT'S EXHIBIT ALDOT 10**

## SIGNATURE AND NOTARIZATION REQUIRED

I HAVE READ THE ENTIRE BID AND AGREE TO FURNISH EACH ITEM OFFERED AT THE PRICE QUOTED. I HEREBY AFFIRM I HAVE NOT BEEN IN ANY AGREEMENT OR COLLUSION AMONG BIDDERS IN RESTRAINT OF FREEDOM OF COMPETITION BY AGREEMENT TO BID AT A FIXED PRICE OR TO REFRAIN FROM BIDDING.

63-1089338  
FEIN OR SSN

C & J Associates  
COMPANY NAME

P.O. Box 8186  
MAIL ADDRESS

Montgomery AL 36110  
CITY, STATE, ZIP

334-201-5203  
PHONE INCLUDING AREA CODE

_Janice Duncan_  
AUTHORIZED SIGNATURE (INK)

Janice Duncan  
TYPE/PRINT AUTHORIZED NAME

Vice-President  
TITLE

_____  
TOLL FREE NUMBER

334-396-5536  
FAX NUMBER

SWORN TO AND SUBSCRIBED BEFORE ME THIS  
_20_ DAY OF _March, 2003_

_Shay Conway_  
NOTARY PUBLIC

| PRICE SHEET | | | VENDOR NAME : | C & J ASSOCIATES | |
|---|---|---|---|---|---|
| | | | VENDOR NUMBER: | 631089338-00 | |
| .VITATION TO BID | | | ITB NO. : 03-X-2130174<br>OPEN DATE : 03/27/03 TIME: 10:00 AM<br>T-NUMBER : TA239<br>RETURN DATE: 03/26/03 TIME: 5:00 PM | | PAGE<br>7 |

| LINE NO. | COMMODITY/SERVICE DESCRIPTION | RECYCLE /ENERGY | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| | UNLESS SPECIFIED OTHERWISE BELOW:<br>SHIP TO:       R1    /<br>STATEWIDE | | | | | |
| 00001 | COMMODITY CODE: 910-59-055766<br>TERMITE TREATMENT AND CONTROL<br><br>ELIMINATION OF SUBTERRANEAN TERMITE COLONIES INCLUDING INITIAL INSTALLATION OF AND MONITORING OF TERMITE BAIT STATIONS, COMPLETE COLONY ELIMINATION WITH AN INSECT GROWTH REGULATOR, AND SUBSEQUENT MONITORING FOR CONTINUED PROTECTION<br><br>COLONY ELIMINATION SYSTEM FOR THE FOLLOWING STRUCTURES LOCATED AT LIMESTONE CORRECTIONAL FACILITY:<br>1 - WARDENS HOUSE, APPROX 2299 SF<br>2 - DEPUTY WARDEN'S HOUSE APPRX 2272 SF<br>3 - DUPLEX A   APPROX 4102 SF<br>4 - DUPLEX B   APPROX 4102 SF<br>5 - DUPLEX C   APPROX 4102 SF<br>6 - BARN, APPROX 1800 SF<br>7 - STORAGE BLD APPROX 1740 SF<br>*****************************************<br>INSTALLATION AND MONITORING FOR YEAR 1:<br><br>INSTALLATION:<br>   BAIT STATIONS TO BE PLACED AROUND<br>   EACH BUILDING LISTED ABOVE:<br>      SPACED 6-12 FEET APART<br>      SPACED 2-4 FEET APART<br>      PLACED 12 INCHES DEEP IN GROUND<br>   (A DIAMOND BIT WILL BE USED FOR CEMENT<br>    OR ASPHALT, TO PROVIDE A SMOOTH CUT.)<br>   AFTER INSTALLATION, IF ANY STATIONS ARE<br>   DESTROYED OR DAMAGED, VENDOR WILL<br>   REPLACE AT NO EXTRA COST TO CORRECTIONS.<br>   VENDOR WILL REPAIR ANY NEW DAMAGE CAUSED<br>   BY NATIVE SUBTERRANEAN TERMITES.<br>   PROTECTION IS COVERED IN THE WARRANTY<br>   WITH VENDOR.<br><br>   ADD HEXAFLUMURON (OR APPROVED EQUAL) TO<br>   ALL STATIONS HAVING TERMITE ACTIVITY.<br><br>MONITORING:<br>ACTIVITY WILL BE MONITORED 30 DAYS<br>AFTER INSTALLATION IS COMPLETED.<br>IF TERMITE ACTIVITY IS FOUND IN ONE<br>OR MORE STATIONS, MONITORING WILL BE<br>CONTINUED EVERY 30 DAYS OR MORE OFTEN<br>IF NECESSARY.<br>WHEN TERMITES HAVE BEEN ELIMINATED,<br>MONITORING WILL BE EVERY QUARTER.<br>IF NEW TERMITE ACTIVITY IS DISCOVERED,<br>MONITORING WILL REVERT TO EVERY 30 DAYS<br>OR MORE OFTEN IF NECESSARY.  AFTER<br>TERMITES HAVE BEEN ELIMINATED, THEN<br>MONITORING WILL DROP BACK TO EVERY<br>QUARTER.  THIS PROCESS OF MONITORING<br>WILL CONTINUE THROUGH THE CONTRACT<br>PERIOD.<br><br>ALL STATIONS HAVE BAR CODES THAT ARE<br>NUMBERED SO EACH STATION IS READ INTO | — | 1 | MO | 575.00<br>~~6,900.00~~<br>jo | 6,900.00<br>per year<br>jo |
| | | | | | ① 6900.00<br>② 1380.00<br>③ 1380.00<br>9660.00 | |
| | PAGE TOTAL | | | | | 6,900.00 |



| PRICE SHEET | | VENDOR NAME : C & J ASSOCIATES | | | |
|---|---|---|---|---|---|
| | | VENDOR NUMBER: 631089338-00 | | | |

| ꞮNVITATION TO BID | | ITB NO. : 03-X-2130174<br>OPEN DATE : 03/27/03 TIME: 10:00 AM<br>T-NUMBER : TA239<br>RETURN DATE: 03/26/03 TIME: 5:00 PM | | | PAGE<br>8 |

| LINE<br>NO. | COMMODITY/SERVICE DESCRIPTION | RECYCLE<br>/ENERGY | QUANTITY | UNIT | UNIT PRICE | EXTENDED<br>AMOUNT |
|---|---|---|---|---|---|---|
| | THE COMPUTER AS ACTIVE OR NON-ACTIVE. AFTER EACH VISIT THE VENDOR WILL LEAVE A REPORT OF THE FINDINGS.<br><br>ALL PROCEDURES AND CHEMICALS MUST BE REGISTERED AND APPROVED BY THE ENVIRON-MENTAL PROTECTION AGENCY.<br><br>THE VENDOR MUST BE LICENSED BY THE ALABAMA DEPARTMENT OF AGRICULTURE AND INDUSTRIES FOR TREATMENT OF WOOD-DESTROYING INSECTS IN THE STATE OF ALABAMA.<br>************ N O T E *****************<br>A COPY OF THE LICENSE SHOULD BE SUBMITTED WITH THE BID.  FAILURE TO DO SO WILL DELAY THE EVALUATION AND AWARD. A COPY OF THE LICENSE MUST BE SUBMITTED BEFORE AN AWARD CAN BE MADE.<br>*****************************************<br><br>RECOMMENDED PRODUCT FOR TERMITE ELIMINA-TION: SENTRICON, CONTAINING HEXAFLUMURON AS THE ACTIVE INGREDIENT. ANY EQUIVALENT PRODUCT MUST BE AIMED AT COLONY ELIMINA-TION, NON-TOXIC, NON-POISONOUS, AND MUST NOT REQUIRE INTRUSION OF OR PENETRATION OF FLOORS, WALLS, OR ORNAMENTAL SURFACES.<br><br>BIDDERS MUST INDICATE BELOW THE PRODUCT BEING BID AND THE ACTIVE INGREDIENT:<br>PRODUCT: _Outpost_<br>ACTIVE INGREDIENT: _Outpost-TBR_<br><br>IT WILL BE *** MANDATORY *** FOR BIDDER ***** TO SUPPLY RENEWAL PRICES.  ***** PRICES MUST BE PLACED ON PAGE SIX (6) OF ITB<br><br>VENDOR: SEE PAGE FOUR (4) OF ITB FOR INFORMATION CONCERNING SITE INSPECTION AND PROOF OF LIABILITY INSURANCE<br><br>SHIP TO: 005000 / 005M19<br>DEPARTMENT OF CORRECTIONS<br>LIMESTONE CORRECTIONAL FACILITY<br>NICK DAVIS ROAD<br>CAPSHAW           AL     35742 | | | | | |
| | PAGE TOTAL<br>BID TOTAL | | | | | 9,660.00 |

(3)



**STATE OF ALABAMA**
**DEPARTMENT OF FINANCE**
**DIVISION OF PURCHASING**

**INVITATION TO BID**

| | |
|---|---|
| INVITATION TO BID NO: | 03-X-2130174    1 |
| REQ. AGENCY | : 005000  DEPARTMENT OF CORRECTIONS |
| AGENCY REQ. NO. | : |
| T-NUMBER | : TA239 |
| DATE ISSUED | : 03/13/03 |
| VENDOR NO. | : 63047671620 |
| VENDOR PHONE NO. | : (334)887-7085 |
| SNAP REQ. NO. | : 1268367 |
| BUYER NAME | : PAT ANTLE |
| BUYER PHONE NO. | : (334) 242-7250- |
| PURCHASING PHONE NO: | (334) 242-7250 |

FOR: TERMITE TREATMENT - CORR - LIMESTONE

COOK'S PEST CONTROL
P O BOX 3307
AUBURN      AL    36831-3307

**BID MUST BE RECEIVED BEFORE:**
DATE: 03/26/03   TIME: 5:00 PM

**BIDS WILL BE PUBLICLY OPENED:**
DATE: 03/27/03   TIME: 10:00 AM

## TO BE COMPLETED BY VENDOR

INFORMATION IN THIS SECTION SHOULD BE PROVIDED, AS APPROPRIATE. BID RESPONSE MUST BE IN INK OR TYPED WITH ORIGINAL SIGNATURE AND NOTARIZATION.

1. DELIVERY: CAN BE MADE __3__ DAYS OR _____ WEEKS AFTER RECEIPT OF ORDER.   IMMEDIATELY
2. TERMS: __NET 30__ (DISCOUNTS ARE TAKEN WITHOUT REGARD TO DATE OF PAYMENT.)
3. PRICES VALID FOR ACCEPTANCE WITHIN __60__ DAYS.
4. VENDOR'S QUOTATION REFERENCE NUMBER, IF ANY: __NA__ (THIS NUMBER WILL APPEAR ON THE PURCHASE ORDER.)
. E-MAIL ADDRESS: madison@cookspest.com   INTERNET WEBSITE: www.cookspest.com

RETURN INVITATION TO BID:

REGULAR MAIL

STATE OF ALABAMA
DEPARTMENT OF FINANCE
DIVISION OF PURCHASING
P O BOX 302620
MONTGOMERY AL 36130-2620

COURIER

STATE OF ALABAMA
DIVISION OF PURCHASING
RSA UNION BUILDING
100 N. UNION ST., SUITE 192
MONTGOMERY, AL  36104

### SIGNATURE AND NOTARIZATION REQUIRED

I HAVE READ THE ENTIRE BID AND AGREE TO FURNISH EACH ITEM OFFERED AT THE PRICE QUOTED. I HEREBY AFFIRM I HAVE NOT BEEN IN ANY AGREEMENT OR COLLUSION AMONG BIDDERS IN RESTRAINT OF FREEDOM OF COMPETITION BY AGREEMENT TO BID AT A FIXED PRICE OR TO REFRAIN FROM BIDDING.

| | |
|---|---|
| 63-0476716 -25  FEIN OR SSN | *Scott Beavers*  AUTHORIZED SIGNATURE (INK) |
| Cook's PEST CONTROL INC.  COMPANY NAME | SCOTT E. BEAVERS  TYPE/PRINT AUTHORIZED NAME |
| P.O. BOX 1127  MAIL ADDRESS | DISTRICT MANAGER  TITLE |
| MADISON, AL 35758  CITY, STATE, ZIP | 1-888-322-2440  TOLL FREE NUMBER |
| 1-256-772-2440  PHONE INCLUDING AREA CODE | 1-256-772-2443  FAX NUMBER |

SWORN TO AND SUBSCRIBED BEFORE ME THIS
__25__ DAY OF __March__ 2003
*Jean M Malone*
NOTARY PUBLIC

(4)

| PRICE SHEET | | VENDOR NAME : COOK'S PEST CONTROL | | | | |
|---|---|---|---|---|---|---|
| | | VENDOR NUMBER: 630476716-20 | | | | |
| INVITATION TO BID | | ITB NO. : 03-X-2130174<br>OPEN DATE : 03/27/03 TIME: 10:00 AM<br>T-NUMBER : TA239<br>RETURN DATE: 03/26/03 TIME: 5:00 PM | | | | PAGE 7 |
| LINE NO. | COMMODITY/SERVICE DESCRIPTION | RECYCLE /ENERGY | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
| 00001 | UNLESS SPECIFIED OTHERWISE BELOW:<br>SHIP TO:      R1     /<br>STATEWIDE<br><br>COMMODITY CODE: 910-59-055766<br>TERMITE TREATMENT AND CONTROL<br><br>ELIMINATION OF SUBTERRANEAN TERMITE<br>COLONIES INCLUDING INITIAL INSTALLATION<br>OF AND MONITORING OF TERMITE BAIT<br>STATIONS, COMPLETE COLONY ELIMINATION<br>WITH AN INSECT GROWTH REGULATOR, AND<br>SUBSEQUENT MONITORING FOR CONTINUED<br>PROTECTION<br><br>COLONY ELIMINATION SYSTEM FOR THE<br>FOLLOWING STRUCTURES LOCATED AT<br>LIMESTONE CORRECTIONAL FACILITY:<br>1 - WARDENS HOUSE, APPROX 2299 SF<br>2 - DEPUTY WARDEN'S HOUSE APPRX 2272 SF<br>3 - DUPLEX A   APPROX 4102 SF<br>4 - DUPLEX B   APPROX 4102 SF<br>5 - DUPLEX C   APPROX 4102 SF<br>6 - BARN, APPROX 1800 SF<br>7 - STORAGE BLD APPROX 1740 SF<br>*******************************<br><br>INSTALLATION AND MONITORING FOR YEAR 1:<br><br>INSTALLATION:<br>  BAIT STATIONS TO BE PLACED AROUND<br>  EACH BUILDING LISTED ABOVE:<br>    SPACED 6-12 FEET APART<br>    SPACED 2-4 FEET APART<br>    PLACED 12 INCHES DEEP IN GROUND<br>(A DIAMOND BIT WILL BE USED FOR CEMENT<br>OR ASPHALT, TO PROVIDE A SMOOTH CUT.)<br>AFTER INSTALLATION, IF ANY STATIONS ARE<br>DESTROYED OR DAMAGED, VENDOR WILL<br>REPLACE AT NO EXTRA COST TO CORRECTIONS.<br>VENDOR WILL REPAIR ANY NEW DAMAGE CAUSED<br>BY NATIVE SUBTERRANEAN TERMITES.<br>PROTECTION IS COVERED IN THE WARRANTY<br>WITH VENDOR.<br><br>ADD HEXAFLUMURON (OR APPROVED EQUAL) TO<br>ALL STATIONS HAVING TERMITE ACTIVITY.<br><br>MONITORING:<br>ACTIVITY WILL BE MONITORED 30 DAYS<br>AFTER INSTALLATION IS COMPLETED.<br>IF TERMITE ACTIVITY IS FOUND IN ONE<br>OR MORE STATIONS, MONITORING WILL BE<br>CONTINUED EVERY 30 DAYS OR MORE OFTEN<br>IF NECESSARY.<br>WHEN TERMITES HAVE BEEN ELIMINATED,<br>MONITORING WILL BE EVERY QUARTER.<br>IF NEW TERMITE ACTIVITY IS DISCOVERED,<br>MONITORING WILL REVERT TO EVERY 30 DAYS<br>OR MORE OFTEN IF NECESSARY.  AFTER<br>TERMITES HAVE BEEN ELIMINATED, THEN<br>MONITORING WILL DROP BACK TO EVERY<br>QUARTER.  THIS PROCESS OF MONITORING<br>WILL CONTINUE THROUGH THE CONTRACT<br>PERIOD.<br><br>ALL STATIONS HAVE BAR CODES THAT ARE<br>NUMBERED SO EACH STATION IS READ INTO | — | 1 | MO | SBeaman<br>$639.33<br><br>Install and<br>Monitor for<br>year 1<br><br>① 7671.96<br>② 2027.30<br>③ 2027.30<br><br>$11,726.56<br>3rd Qtr | 7672.00 |
| | PAGE TOTAL | | | | | $7672.00 |

(5)

| PRICE SHEET | | VENDOR NAME : | COOK'S PEST CONTROL | |
| --- | --- | --- | --- | --- |
| | | VENDOR NUMBER: | 630476716-20 | |
| INVITATION TO BID | | ITB NO. : 03-X-2130174<br>OPEN DATE : 03/27/03  TIME: 10:00 AM<br>T-NUMBER : TA239<br>RETURN DATE: 03/26/03  TIME: 5:00 PM | | PAGE<br>8 |

| LINE NO. | COMMODITY/SERVICE DESCRIPTION | RECYCLE /ENERGY | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| | THE COMPUTER AS ACTIVE OR NON-ACTIVE. AFTER EACH VISIT THE VENDOR WILL LEAVE A REPORT OF THE FINDINGS.<br><br>ALL PROCEDURES AND CHEMICALS MUST BE REGISTERED AND APPROVED BY THE ENVIRONMENTAL PROTECTION AGENCY.<br><br>THE VENDOR MUST BE LICENSED BY THE ALABAMA DEPARTMENT OF AGRICULTURE AND INDUSTRIES FOR TREATMENT OF WOOD-DESTROYING INSECTS IN THE STATE OF ALABAMA.<br>************ N O T E *****************<br>A COPY OF THE LICENSE SHOULD BE SUBMITTED WITH THE BID. FAILURE TO DO SO WILL DELAY THE EVALUATION AND AWARD. A COPY OF THE LICENSE MUST BE SUBMITTED BEFORE AN AWARD CAN BE MADE.<br>***************************************<br><br>RECOMMENDED PRODUCT FOR TERMITE ELIMINATION: SENTRICON, CONTAINING HEXAFLUMURON AS THE ACTIVE INGREDIENT. ANY EQUIVALENT PRODUCT MUST BE AIMED AT COLONY ELIMINATION, NON-TOXIC, NON-POISONOUS, AND MUST NOT REQUIRE INTRUSION OF OR PENETRATION OF FLOORS,WALLS,OR ORNAMENTAL SURFACES.<br><br>BIDDERS MUST INDICATE BELOW THE PRODUCT BEING BID AND THE ACTIVE INGREDIENT:<br>PRODUCT: _"Sentricon" Recruit II Termite Bait_<br>ACTIVE INGREDIENT: _Hexaflumuron_<br><br>IT WILL BE *** MANDATORY *** FOR BIDDER ***** TO SUPPLY RENEWAL PRICES. ***** PRICES MUST BE PLACED ON PAGE SIX (6) OF ITB<br><br>VENDOR: SEE PAGE FOUR (4) OF ITB FOR INFORMATION CONCERNING SITE INSPECTION AND PROOF OF LIABILITY INSURANCE<br><br>SHIP TO: 005000 / 005M19<br>DEPARTMENT OF CORRECTIONS<br>LIMESTONE CORRECTIONAL FACILITY<br>NICK DAVIS ROAD<br>CAPSHAW        AL     35742 | | | | | |
| | PAGE TOTAL | | | | | -0- |
| | BID TOTAL | | | | | $7672.00 |

(6)



| STATE OF ALABAMA DEPARTMENT OF FINANCE DIVISION OF PURCHASING | INVITATION TO BID NO: 03-X-2130174    1 |
|---|---|
| | REQ. AGENCY           : 005000 DEPARTMENT OF CORRECTIONS |
| | AGENCY REQ. NO.    : |
| INVITATION TO BID | T-NUMBER                 : TA239 |
| | DATE ISSUED           : 03/13/03 |
| | VENDOR NO.              : |
| | VENDOR PHONE NO.   : |
| | SNAP REQ. NO.          : 1268367 |
| | BUYER NAME            : PAT ANTLE |
| | BUYER PHONE NO.    : (334) 242-7250- |
| | PURCHASING PHONE NO: (334) 242-7250 |

**FOR:** TERMITE TREATMENT - CORR - LIMESTONE

INTERNAL DISTRIBTION COPY

BID MUST BE RECEIVED BEFORE:

DATE: 03/26/03    TIME: 5:00 PM

BIDS WILL BE PUBLICLY OPENED:

DATE: 03/27/03    TIME: 10:00 AM

## TO BE COMPLETED BY VENDOR

INFORMATION IN THIS SECTION SHOULD BE PROVIDED, AS APPROPRIATE. BID RESPONSE MUST BE IN INK OR TYPED WITH ORIGINAL SIGNATURE AND NOTARIZATION.

1. DELIVERY: CAN BE MADE _____ DAYS OR _____ WEEKS AFTER RECEIPT OF ORDER.
2. TERMS: _____ (DISCOUNTS ARE TAKEN WITHOUT REGARD TO DATE OF PAYMENT.)
3. PRICES VALID FOR ACCEPTANCE WITHIN _____ DAYS.
4. VENDOR'S QUOTATION REFERENCE NUMBER, IF ANY: _____ (THIS NUMBER WILL APPEAR ON THE PURCHASE ORDER.)
   E-MAIL ADDRESS: _____    INTERNET WEBSITE: _____

RETURN INVITATION TO BID:

REGULAR MAIL

STATE OF ALABAMA
DEPARTMENT OF FINANCE
DIVISION OF PURCHASING
P O BOX 302620
MONTGOMERY AL 36130-2620

COURIER

STATE OF ALABAMA
DIVISION OF PURCHASING
RSA UNION BUILDING
100 N. UNION ST., SUITE 192
MONTGOMERY, AL 36104

## SIGNATURE AND NOTARIZATION REQUIRED

I HAVE READ THE ENTIRE BID AND AGREE TO FURNISH EACH ITEM OFFERED AT THE PRICE QUOTED. I HEREBY AFFIRM I HAVE NOT BEEN IN ANY AGREEMENT OR COLLUSION AMONG BIDDERS IN RESTRAINT OF FREEDOM OF COMPETITION BY AGREEMENT TO BID AT A FIXED PRICE OR TO REFRAIN FROM BIDDING.

| | FEIN OR SSN | AUTHORIZED SIGNATURE (INK) |
|---|---|---|
| SWORN TO AND UBSCRIBED BEFORE ME THIS | COMPANY NAME | TYPE/PRINT AUTHORIZED NAME |
| | MAIL ADDRESS | TITLE |
| _____ DAY OF _____ | CITY, STATE, ZIP | TOLL FREE NUMBER |
| NOTARY PUBLIC | PHONE INCLUDING AREA CODE | FAX NUMBER |