# R -

# X -2060676

## REASON CODE: PRICE CHG NOT INITIALED

## DESTROY DATE: 9/11/97

## COMPANY NAME:  C & J ASSOCIATES



DEFENDANT'S EXHIBIT

ALDOT 11





| STATE OF ALABAMA DEPARTMENT OF FINANCE DIVISION OF PURCHASING | INVITATION TO BID NO: 98-X-2060676    1 |
|---|---|

**INVITATION TO BID**

| | REQ. AGENCY           : 010009<br>                       FINANCE/SERVICE DIV<br>AGENCY REQ. NO.    :<br>T-NUMBER           : TA236<br>DATE ISSUED        : 07/25/97<br>VENDOR NO.         : 63108933800<br>VENDOR PHONE NO.   : (334)317-3903<br>SNAP REQ. NO.      : 1130614<br>BUYER NAME         : DONNA WHITLEY<br>BUYER PHONE NO.    : (334) 242-7173-<br>PURCHASING PHONE NO: (334) 242-7250 |

**FOR:** PEST CONTROL CAPITOL COMPLEX

| C & J ASSOCIATES<br><br>P O BOX 8186<br><br>MONTGOMERY        AL    36110-8186 | **BID MUST BE RECEIVED BEFORE:**<br><br>**DATE:**  08/19/97  **TIME:**    5:00   **PM**<br><br>**BIDS WILL BE PUBLICLY OPENED:**<br><br>**DATE:**  08/20/97  **TIME:**   10:00 AM |
|---|---|

## TO BE COMPLETED BY VENDOR

INFORMATION IN THIS SECTION SHOULD BE PROVIDED, AS APPROPRIATE. BID RESPONSE MUST BE IN INK OR TYPED WITH ORIGINAL SIGNATURE AND NOTARIZATION.

1. DELIVERY: CAN BE MADE ____7____ DAYS OR ____1____ WEEKS AFTER RECEIPT OF ORDER.

2. TERMS: _____(DISCOUNTS WILL BE CONSIDERED IN THE BID EVALUATION AND WILL BE TAKEN WITHOUT REGARD TO DATE OF PAYMENT.)

3. PRICES VALID FOR ACCEPTANCE WITHIN ___45___ DAYS.

4. VENDOR'S QUOTATION REFERENCE NUMBER, IF ANY: _____ (THIS NUMBER WILL APPEAR ON THE PURCHASE ORDER.)

5. FEDERAL EMPLOYER ID NO. (IF NO FEIN, ENTER SSN): _63/-08-9338_

RETURN INVITATION TO BID:

| REGULAR MAIL | COURIER |
|---|---|
| STATE OF ALABAMA<br>DEPARTMENT OF FINANCE<br>DIVISION OF PURCHASING<br>P O BOX 302620<br>MONTGOMERY AL 36130-2620 | STATE OF ALABAMA<br>DIVISION OF PURCHASING<br>RSA UNION BUILDING<br>100 N. UNION ST., SUITE 192<br>MONTGOMERY, AL  36104 |

*Rejected*
*price changes*
*not initialed.*
*dtw*

## SIGNATURE AND NOTARIZATION REQUIRED

I HAVE READ THE ENTIRE BID AND AGREE TO FURNISH EACH ITEM OFFERED AT THE PRICE QUOTED. I HEREBY AFFIRM I HAVE NOT BEEN IN ANY AGREEMENT OR COLLUSION AMONG BIDDERS IN RESTRAINT OF FREEDOM OF COMPETITION BY AGREEMENT TO BID AT A FIXED PRICE OR TO REFRAIN FROM BIDDING.

SWORN TO AND

SUBSCRIBED BEFORE ME THIS

_26th_ DAY OF _Aug_, 19_97_

_____
NOTARY PUBLIC

_C & J Associates Pest Control_
COMPANY NAME

_P.O. Box 8189_
MAIL ADDRESS

_Montgomery, AL. 36110_
CITY, STATE, ZIP

_334  317-3903_
PHONE INCLUDING AREA CODE

_Curtis Duncan_
AUTHORIZED SIGNATURE (INK)

_Curtis Duncan_
TYPE/PRINT AUTHORIZED NAME

_President_
TITLE

_____
FAX NUMBER

| STANDARD TERMS & CONDITIONS | VENDOR NAME | C' & J ASSOCIATES |
|---|---|---|
| | VENDOR NUMBER: | 631089338-00 |

| INVITATION TO BID | ITB NO. : 98-X-2060676<br>OPEN DATE : 08/20/97  TIME: 10:00 AM<br>T-NUMBER : TA236<br>RETURN DATE: 08/19/97  TIME: 5:00  PM | PAGE<br>2 |

AUTHORITY:
   THE DEPARTMENT OF FINANCE CODE OF ADMINISTRATIVE PROCEDURE, CHAPTER 355-4-1 EFFECTIVE OCTOBER 1995 IS INCORPORATED BY
   REFERENCE AND MADE A PART OF THIS DOCUMENT.  TO RECEIVE A COPY CALL (334)242-7250.

INFORMATION AND ASSISTANCE TO MINORITY BUSINESSES IN THE TECHNICAL COMPLETION OF REQUIRED FORMS MAY BE OBTAINED FROM
THE OFFICE OF MINORITY BUSINESS ENTERPRISE, 1-800-447-4191.


                      BID (ITB) RESPONSE INSTRUCTIONS                    REV: 05-16-97

1.  TO SUBMIT A RESPONSIVE BID, READ THESE INSTRUCTIONS, ALL TERMS, CONDITIONS AND SPECIFICATIONS.          .

2.  BID ENVELOPES/PACKAGES/BOXES MUST BE IDENTIFIED ON FRONT AND BE VISIBLE WITH THE BID NUMBER AND OPENING DATE. EACH
    INDIVIDUAL BID MUST BE SUBMITTED IN A SEPARATE ENVELOPE. MULTIPLE BID RESPONSES SUBMITTED IN THE SAME ENVELOPE/COURIER
    PACKAGE, THAT ARE NOT IN SEPARATE ENVELOPES PROPERLY IDENTIFIED, WILL BE REJECTED. THE DIVISION OF PURCHASING DOES NOT
    ASSUME RESPONSIBILITY FOR LATE BIDS FOR ANY REASON INCLUDING THOSE DUE TO THE POSTAL, OR COURIER SERVICE. BID RESPONSES
    MUST BE IN THE DIVISION OF PURCHASING OFFICE PRIOR TO THE "RECEIVE DATE AND TIME" INDICATED ON THE BID.

3.  BID RESPONSES(PAGE 1 AND ALL PRICE PAGES) MUST BE SUBMITTED ON THIS FORM IN INK OR TYPED WITH THE SIGNATURE AND
    NOTARIZATION BEING HAND WRITTEN ORIGINALS, OR THE BID WILL BE REJECTED. TO PREVENT ANY MISUNDERSTANDING, RETURN ALL
    PRICE PAGES. IF AN ITEM IS NOT BEING BID, IT SHOULD BE INDICATED AS NB (NO-BID). ALL PAGES SHOULD BE SECURED. THE
    DIVISION OF PURCHASING DOES NOT ASSUME RESPONSIBILITY FOR MISSING PAGES. FAXED BID RESPONSES WILL NOT BE ACCEPTED.
    REDUCED/MUTILATED BID RESPONSES MAY BE REJECTED.

4.  THE UNIT PRICE ALWAYS GOVERNS REGARDLESS OF THE EXTENDED AMOUNT. A UNIT PRICE CHANGE ON A LINE MUST BE INITIALED BY
    THE PERSON SIGNING THE BID, OR THAT LINE WILL BE REJECTED. THIS INCLUDES A CROSS-OUT, STRIKE-OVER, INK-OVER,
    WHITE-OUT, ERASURE, OR ANY OTHER METHOD CHANGING THE PRICE.

5.  WHEN SUBMITTING A NO-BID, RETURN ONLY PAGE 1 MARKED "NO-BID". A NO-BID SHOULD BE IDENTIFIED ON THE ENVELOPE
    AS IF IT WERE A BID AND MARKED "NO-BID".  A NO-BID RECEIVED LATE IS CONSIDERED A NO RESPONSE.

6.  IF A CONFLICT EXISTS BETWEEN THESE INSTRUCTIONS AND THE CODE OF PROCEDURE, THESE INSTRUCTIONS WILL GOVERN.

7.  THE DIVISION OF PURCHASING IS NOT RESPONSIBLE FOR MISINTERPRETATION OF DATA FAXED FROM THIS OFFICE.

                            DISQUALIFIED/CANCELLED BID

BIDS THAT ARE IMPROPERLY SUBMITTED OR RECEIVED LATE WILL BE A RESPONSE FOR RECORD, BUT WILL NOT BE RETURNED OR A
NOTIFICATION MAILED.

AN IMPROPERLY SUBMITTED BID, LATE BID, OR BID THAT IS CANCELLED ON OR BEFORE THE OPENING DATE WILL BE HELD FOR 15 DAYS AND
THEN DESTROYED. THE BID MUST BE RETRIEVED DURING REGULAR WORK HOURS, MONDAY - FRIDAY, EXCEPT STATE HOLIDAYS. AFTER THE BID
IS DESTROYED, THE DIVISION OF PURCHASING ASSUMES NO RESPONSIBILITY FOR THE DOCUMENT.

THE FOLLOWING IS A PARTIAL LIST WHEREBY A BID WILL BE DISQUALIFIED:

    BID NUMBER NOT ON FACE OF ENVELOPE/COURIER PACKAGE/BOX
    MULTIPLE BIDS IN SAME ENVELOPE NOT PROPERLY IDENTIFIED
    BID RECEIVED LATE
    BID NOT SIGNED/NOT ORIGINAL SIGNATURE
    BID NOT NOTARIZED/NOT ORIGINAL SIGNATURE OF NOTARY
    NOTARIZED OWN SIGNATURE
    REQUIRED INFORMATION NOT SUBMITTED WITH BID
    DID NOT ATTEND MANDATORY BID CONFERENCE
    ADDENDUM NOT RETURNED/NOT SIGNED.



| SPECIAL TERMS & CONDITIONS | VENDOR NAME : C & J ASSOCIATES | |
|---|---|---|
| | VENDOR NUMBER: 631089338-00 | |
| INVITATION TO BID | ITB NO. : 98-X-2060676<br>OPEN DATE : 08/20/97 TIME: 10:00 AM<br>T-NUMBER : TA236<br>RETURN DATE: 08/19/97 TIME: 5:00 PM | PAGE<br>3 |

## RECYCLING

WE ENCOURAGE AND SUPPORT THE PURCHASE/USE OF ITEMS CONTAINING RECYCLED MATERIALS, ENERGY EFFICIENT AND ENVIRONMENTLY SAFE PRODUCTS.

IF THE VENDOR'S BID ITEM IS CATEGORIZED WITH ONE/MORE OF THE AFORE-MENTIONED CRITERIA, PLACE A CHECK ON THE PRICE SHEET UNDER THE COLUMN TITLED "RECYCLED ENERGY". THIS WILL ENABLE OUR AGENCY TO MONITOR THE THE TYPES OF PRODUCTS/SERVICES OFFERED AS WELL AS THOSE PURCHASED.

## SALES TAX EXEMPTION

PURSUANT TO THE CODE OF ALABAMA, 1975, TITLE 40-23-4 (A) (11), THE STATE OF ALABAMA IS EXEMPT FROM PAYING SALES TAX. UPON REQUEST, AN EXEMPTION LETTER WILL BE FURNISHED.

## PAYMENT OF INVOICES

INQUIRIES CONCERNING PAYMENT AFTER INVOICES HAVE BEEN SUBMITTED ARE TO BE DIRECTED TO THE RECEIVING AGENCY, NOT THE DIVISION OF PURCHASING.

## BID RESULTS

BID RESULTS ARE NOT AVAILABLE BY TELEPHONE OR IN WRITING. VENDORS INTERESTED IN THE COMPETITION SHOULD ATTEND BID OPENINGS. FOR VENDORS UNABLE TO ATTEND, BID RESULTS ARE ONLY AVAILABLE AFTER AWARD OF THE BID. THE VENDOR OR THEIR DESIGNEE CAN ONLY GET BID RESULTS BY COMING TO THE DIVISION OF PURCHASING AND LOOKING AT THE AWARDED BID. HOWEVER, YOU SHOULD FAX THE COMPLETE BID NUMBER AND THE DATE AND TIME YOU WILL REVIEW THE BID. A WRITTEN REQUEST IS PREFERRED, BUT IF THE VENDOR IS ATTENDING A BID OPENING OR IS IN MONTGOMERY ON BUSINESS, THEY MAY REVIEW A BID IF IT HAS BEEN AWARDED. BEFORE A VENDOR FAXES A REQUEST, CALL (334) 242-4748 OR THE BUYER TO SEE IF IT HAS BEEN AWARDED. FAX NUMBER (334) 242-4419.

## NO-BIDS

IF THE VENDOR IS NOT BIDDING, A "NO-BID" MUST BE RETURNED TO REMAIN ON A CLASS/SUB-CLASS. A VENDOR WHO FAILS TO RESPOND TO THREE (3) ITB'S WITHIN THE SAME CLASS/SUB-CLASS WILL BE PURGED FROM THAT CLASS/SUB-CLASS.

A VENDOR WHO RESPONDS WITH SIX (6) "NO-BIDS" WITHIN THE SAME CLASS/SUB-CLASS WILL BE PURGED FROM THAT CLASS/SUB-CLASS.

REFERENCE PAGE 2 OF THIS ITB, ITEM 5, FOR "NO-BID" INSTRUCTIONS.



| SPECIAL TERMS & CONDITIONS | VENDOR NAME | C & J ASSOCIATES | |
|---|---|---|---|
| | VENDOR NUMBER: | 631089338-00 | |

| INVITATION TO BID | ITB NO.    : 98-X-2060676<br>OPEN DATE  : 08/20/97  TIME: 10:00 AM<br>T-NUMBER   : TA236<br>RETURN DATE: 08/19/97  TIME: 5:00  PM | PAGE<br><br>4 |
|---|---|---|

### FOREIGN CORPORATION - CERTIFICATE OF AUTHORITY

ALABAMA LAW PROVIDES THAT A FOREIGN CORPORATION (AN OUT-OF-STATE
COMPANY/FIRM) MAY NOT TRANSACT BUSINESS IN THE STATE OF ALABAMA UNTIL
IT OBTAINS A CERTIFICATE OF AUTHORITY FROM THE SECRETARY OF STATE.
SECTION 10-2B-15.01, CODE OF ALABAMA 1975.  TO OBTAIN FORMS FOR A
CERTIFICATE OF AUTHORITY, CONTACT THE SECRETARY OF STATE, CORPORATIONS
DIVISION, (334) 242-5324.  THE CERTIFICATE OF AUTHORITY DOES NOT KEEP
THE VENDOR FROM SUBMITTING A BID.



| SPECIAL TERMS & CONDITIONS | VENDOR NAME : C & J ASSOCIATES | |
|---|---|---|
| | VENDOR NUMBER: 631089338-00 | |
| INVITATION TO BID | ITB NO.      : 98-X-2060676<br>OPEN DATE : 08/20/97  TIME: 10:00 AM<br>T-NUMBER  : TA236<br>RETURN DATE: 08/19/97  TIME: 5:00  PM | PAGE<br><br>5 |

AWARD:
AWARD WILL BE MADE "ALL OR NONE" TO THE LOWEST RESPONSIBLE BIDDER
MEETING ALL SPECIFICATIONS.

CONTRACT PERIOD:
ESTABLISH A 12 MONTH CONTRACT WITH AN OPTION TO ISSUE A SECOND AND
THIRD 12 MONTH CONTRACT WITH THE SAME PRICING, TERMS AND CONDITIONS.
THE SECOND OR THIRD CONTRACT, IF AGREED BY BOTH PARTIES, WOULD BEGIN
THE DAY AFTER THE FIRST OR SECOND CONTRACT EXPIRES.  ANY SUCCESSIVE
CONTRACT MUST HAVE WRITTEN APPROVAL OF BOTH THE STATE AND VENDOR NO
LATER THAN 30 DAYS PRIOR TO THE EXPIRATION OF THE PREVIOUS CONTRACT.

| SPECIFICATIONS | VENDOR NAME   C & J ASSOCIATES |  |
|---|---|---|
|  | VENDOR NUMBER:   631089338-00 |  |
| INVITATION TO BID | ITB NO.        : 98-X-2060676<br>OPEN DATE   : 08/20/97  TIME: 10:00 AM<br>T-NUMBER   : TA236<br>RETURN DATE: 08/19/97  TIME: 5:00  PM | PAGE<br><br>6 |

```
******************   PEST CONTROL - CAPITOL COMPLEX   ******************
******************        SPECIFICATIONS #910D87        ******************
```

PURPOSE:
--------

THE PURPOSE OF THIS SOLICITATION IS TO ESTABLISH A CONTRACT FOR
EFFECTIVE AND SATISFACTORY CONTROL OF PESTS FOR EACH STATE FACILITY
LISTED HEREIN.


LENGTH:
-------

ESTABLISH A 12-MONTH CONTRACT (BEGINNING OCTOBER 1 OF THE CURRENT YEAR
AND ENDING SEPTEMBER 30 OF THE FOLLOWING YEAR) WITH AN OPTION TO ISSUE
A SECOND AND THIRD 12-MONTH CONTRACT UNDER THE SAME PRICING, TERMS,
AND CONDITIONS.  THE SECOND OR THIRD CONTRACT, IF REQUESTED BY THE
STATE AND AGREED UPON BY THE VENDOR, WOULD BEGIN THE DAY AFTER THE
FIRST OR SECOND CONTRACT EXPIRES.  ANY SUCCESSIVE CONTRACT MUST HAVE
WRITTEN APPROVAL OF BOTH THE STATE AND THE VENDOR NO LATER THAN 30
DAYS PRIOR TO THE EXPIRATION OF THE PREVIOUS CONTRACT.
ALL CONTRACTS ARE CONTINGENT UPON THE APPROPRIATION OF NECESSARY FUNDS
BY THE LEGISLATURE.

SCOPE:
-----

THIS CONTRACT REQUIRES THE SUCCESSFUL BIDDER TO IMPLEMENT A SUPERVISED
PEST EXTERMINATION PROGRAM THAT WILL RESULT IN AN EFFECTIVE AND SATIS-
FACTORY CONTROL OF PESTS IN EACH FACILITY NAMED HEREIN.   THE
DETERMINATION OF WHETHER PEST CONTROL SERVICE IS EFFECTIVE AND
SATISFACTORY WILL BE THE DECISION OF THE CHIEF, SERVICE DIVISION,
STATE FINANCE DEPARTMENT, OR HIS DESIGNEE.  PESTS TO BE EFFECTIVELY
AND SATISFACTORILY CONTROLLED UNDER THIS CONTRACT INCLUDE BUT ARE NOT
LIMITED TO ROACHES, FLIES, ANTS, FLEAS, WATER BUGS, TICKS, MITES,
MICE, RATS AND ANY OTHER HYMENOPTEROUS PESTS COMMONLY FOUND AROUND AND
WITHIN PUBLIC BUILDINGS.

TERMITE CONTROL IS NOT INCLUDED AS A PART OF THIS CONTRACT.


TERMINATION:
-----------

THE STATE SHALL HAVE THE RIGHT TO IMMEDIATELY TERMINATE THE CONTRACT
BY WRITTEN NOTICE TO THE CONTRACTOR IF THE CONTRACTOR FAILS TO EXECUTE
THE SERVICE REQUIRED BY THIS CONTRACT TO THE STATE'S SATISFACTION OR
FAILS TO PERFORM ANY OBLIGATION IMPOSED BY ANY PROVISION OF THIS
CONTRACT. IN THE EVENT OF TERMINATION BY DEFAULT, THE STATE HAS
AGAINST THE CONTRACTOR ALL REMEDIES PROVIDED BY LAW AND EQUITY.



| SPECIFICATIONS | VENDOR NAME : C & J ASSOCIATES | |
| | VENDOR NUMBER: 631089338-00 | |
| INVITATION TO BID | ITB NO. : 98-X-2060676<br>OPEN DATE : 08/20/97  TIME: 10:00 AM<br>T-NUMBER : TA236<br>RETURN DATE: 08/19/97  TIME: 5:00  PM | PAGE<br><br>7 |

BID REQUIREMENTS:
-----------------

1.  EACH BIDDER MUST HAVE A CURRENT BUSINESS LICENSE AND A CURRENT
    PERMIT ISSUED BY THE STATE OF ALABAMA, DEPARTMENT OF AGRICULTURE,
    DIVISION OF PLANT INDUSTRY/AGRICULTURE CHEMISTRY PERMITTING HIM
    TO DO BUSINESS WITHIN THE STATE OF ALABAMA.
    A COPY OF THE BUSINESS LICENSE AND PEST CONTROL PERMIT MUST BE
    SUBMITTED WITH THE BID, OR THE BID WILL BE REJECTED.

2.  EACH BIDDER MUST BE IN FULL COMPLIANCE WITH ALL RULES AND
    REGULATIONS PERTAINING TO PEST CONTROL ISSUED BY THE FEDERAL
    GOVERNMENT AND THE STATE OF ALABAMA AND WITH ALL CONDITIONS AND
    REGULATIONS SET FORTH BY EPA, OSHA, FDA, AND USDA TO MAKE CERTAIN
    THAT PRODUCTS AND TECHNIQUES ARE SAFE, LEGAL AND PROPERLY USED.

3.  THE SUCCESSFUL BIDDER IS TO CARRY AND KEEP IN FULL FORCE THE
    FOLLOWING INSURANCE:

        A.   WORKER'S COMPENSATION IN THE NAME OF THE CONTRACTOR
             AS REQUIRED UNDER THE LAWS OF THE STATE OF ALABAMA.

        B.   COMMERICAL GENERAL LIABILITY INSURANCE WITH COMBINED
             SINGLE LIMIT OF AT LEAST $300,000 INCLUDING PRODUCT AND
             COMPLETED OPERATIONS COVERAGE.
    INSURANCE CERTIFICATE(S) MUST BE SUBMITTED WITH THE BID, OR THE
    BID WILL BE REJECTED.

4.  SUCCESSFUL BIDDER MUST MAINTAIN A SYSTEM OF TELEPHONE CONTACT FIVE
    (5) DAYS PER WEEK AND IN THE EVENT OF A RECALL MUST RESPOND WITHIN
    12 HOURS.  EMERGENCY CALL BACK SERVICE WILL BE PROVIDED AT NO
    ADDITIONAL COST.

5.  BIDDER, OR THE PRIMARY OWNER OF THE BUSINESS, MUST HAVE BEEN
    ACTIVELY ENGAGED IN PEST CONTROL SERVICE AS THEIR PRIMARY BUSINESS
    FOR A MINIMUM OF FIVE (5) YEARS.  SEE BIDDER QUESTIONNAIRE.

6.  EACH BIDDER MUST COMPLETE THE ATTACHED "BIDDER QUESTIONNAIRE" FORM
    AND THE "BID RESPONSE" FORM IN FULL AND RETURN THE FORMS WITH
    THEIR OFFICIAL BID.  FAILURE TO SUBMIT EITHER OR BOTH FORMS WILL
    RESULT IN REJECTION OF THE BID.


SERVICE REQUIREMENTS:
--------------------
THE CONTRACTOR MUST ASSIGN A SPECIFIC DAY WITHIN EACH MONTH FOR
SERVICING EACH FACILITY HEREIN.  THIS DAY WILL BE THE FACILITY'S
SERVICE DAY FOR THE TERM OF THIS CONTRACT.  WHEN THE SERVICE DAY FALLS
ON AN OFFICIAL STATE HOLIDAY, SERVICE WILL BE PERFORMED THE SAME DAY
OF THE NEXT WEEK.  A COPY OF THE BUILDING SERVICE DAYS MUST BE GIVEN
TO EACH CUSTODIAN.



| SPECIFICATIONS | VENDOR NAME:     C & J ASSOCIATES | |
|---|---|---|
| | VENDOR NUMBER:     631089338-00 | |
| INVITATION TO BID | ITB NO.   : 98-X-2060676<br>OPEN DATE  : 08/20/97  TIME: 10:00 AM<br>T-NUMBER   : TA236<br>RETURN DATE: 08/19/97  TIME: 5:00  PM | PAGE<br><br>8 |

THE VENDOR SHALL BEGIN TREATMENT AT 8:00 A.M. ON EACH ASSIGNED
SERVICE DATE.  HE MUST REPORT TO THE CUSTODIAN AND SIGN IN.  HE MUST
NOT LEAVE THE BUILDING UNTIL COMPLETE PEST CONTROL HAS BEEN RENDERED.
AT THIS TIME, HE IS TO SIGN OUT IN THE PRESENCE OF THE CUSTODIAN.
THE CUSTODIAN IS TO SIGN THE TIME-IN/TIME-OUT SLIP AND GIVE A COPY TO
THE PEST CONTROL VENDOR.  THE MINIMUM TIME SPENT SERVICING EACH
BUILDING WILL NOT BE LESS THAN THE HOURS STATED IN THE "BID RESPONSE".
THE PEST CONTROL VENDOR MUST LEAVE A REPORT, IN WRITING, WITH THE
CUSTODIAN STATING THE CONDITIONS FOUND EXISTING AND THE TYPE OF
TREATMENT RENDERED TO CORRECT THE CONDITIONS.  THE PEST CONTROL VENDOR
WILL BILL ONE MONTH IN ARREARS FOR SERVICES RENDERED.  EACH INVOICE
MUST HAVE ATTACHED A COPY OF THE SIGNED TIME-IN/TIME-OUT SLIP AND THE
WRITTEN REPORT OF CONDITIONS FOUND AND SERVICE TREATMENT RENDERED IN
ORDER FOR THE INVOICE TO BE PAID.


AWARD OF CONTRACT:
-----------------
THE CONTRACT WILL BE AWARDED "ALL OR NONE" TO THE LOWEST RESPONSIBLE
BIDDER MEETING ALL SPECIFICATIONS OF THIS BID.  BIDDERS MUST INDICATE
THEIR MONTHLY COST OF SERVICE ON THE BID RESPONSE FORM AND IN THE UNIT
PRICE COLUMN ON THE PRICE SHEET.  THE EXTENDED AMOUNT ON THE PRICE
SHEET MUST BE THE UNIT PRICE (PER MONTH) TIMES 12 MONTHS.  THE LOWEST
ANNUAL AMOUNT FOR ALL FACILITIES LISTED ON THE BID RESPONSE FORM WILL
CONSTITUTE THE LOW BID.  THE STATE RESERVES THE RIGHT TO REJECT ANY OR
ALL BIDS RECEIVED FROM THIS SOLICITATION.

THE STATE WILL NOT BE LIABLE FOR ANY COSTS IN CONNECTION WITH THE
PRESENTATION AND SUBMISSION OF ANY BID WHETHER RESPONSIVE OR NOT
RESPONSIVE, OR SUBMITTED BY ANY BIDDER WHETHER QUALIFIED OR NOT
QUALIFIED.


BID RESPONSE:



| SPECIFICATIONS | VENDOR NAME : C & J ASSOCIATES |  |
|---|---|---|
|  | VENDOR NUMBER: 631089338-00 |  |

| INVITATION TO BID | ITB NO. : 98-X-2060676<br>OPEN DATE : 08/20/97 TIME: 10:00 AM<br>T-NUMBER : TA236<br>RETURN DATE: 08/19/97 TIME: 5:00 PM | PAGE<br>9 |
|---|---|---|

- - - - - - - - - - - -

EACH BIDDER, BY SUBMITTING A BID, SHALL CERTIFY THAT HE/SHE HAS CARE-
FULLY EXAMINED EACH FACILITY SITE BID UPON AND THAT THE CUSTODIAN OF
EACH FACILITY PERSONALLY ESCORTED HIM/HER THROUGHOUT ALL AREAS OF THE
FACILITY TO THE BEST OF THE BIDDER'S KNOWLEDGE.

I HEREBY SUBMIT THE FOLLOWING BID PRICES FOR PEST CONTROL SERVICE AT
THESE BUILDINGS:

| BUILDING | CONTACT PERSON | BLDG CUST INITIALS | MAN-HOURS REQUIRED TO RENDER PROPER SERVICE | 12 MOS. TOTAL COST OF SERVICE |
|---|---|---|---|---|
| LURLEEN WALLACE BLDG. | ELLIS MOORE | EM | 3.5 | $1,200.00 |
| HEALTH SERVICES BLDG. | ELLIS MOORE | EM | 1.25 | c.o 480.00 |
| PUBLIC SAFETY BLDG. | NELL GOLTHY | GPS | 2.5 | 480.00 |
| ARCHIVES & HISTORY | DICK WELLS |  | 2.5 | 720.00 |
| STATE HOUSE BLDG. | NORM ANDERSON |  | 1.15 | 720.00 |
| FOLSOM ADMIN. BLDG. | ED ROSS |  | 5 | c.o 1,200.00 |
| GORDON PERSONS BLDG. | BUDDY SWEARENGIN |  | 7 | 2,400.00 |
| LITTLE WHITE HOUSE | EVA NEWMAN | E.N. | .5 | 240.00 |
| FINANCE SERVICE BLDG. | DONNA BAGGETT | DB | .15 | 360.00 |
| MOTOR POOL BLDG. | DONNA MCCORD | dm | .75 | 612.00 |
| GOVERNOR'S MANSION | LINDA DONALDSON 834-3025 |  | 1.5 | c.o 684.00 |
|  |  | TOTALS | 21 c.o | $9,096.00 |

COMPANY NAME: C&J Associates Pest Control

BY: Curtis Duncan          DATE OF BID: 8-26-97



| SPECIFICATIONS | VENDOR NAME   C & J ASSOCIATES | |
|---|---|---|
| | VENDOR NUMBER:   631089338-00 | |
| INVITATION TO BID | ITB NO.      : 98-X-2060676<br>OPEN DATE  : 08/20/97  TIME: 10:00 AM<br>T-NUMBER    : TA236<br>RETURN DATE: 08/19/97  TIME: 5:00  PM | PAGE<br><br>10 |

```
****************************************************************
********    B I D D E R ' S    Q U E S T I O N N A I R E    ********
```

1. NAME OF COMPANY: C & J Associates Pest Control

2. ADDRESS: P.O. Box 8189 Montgomery, AL 36110

3. TELEPHONE NUMBER: (334) 317-3983

4. IS YOUR COMPANY A CORPORATION_____, PARTNERSHIP ✓_____,
   OR INDIVIDUALLY OWNED_____?
   IF INCORPORATED, IN WHAT STATE?_____

5. GIVE NAMES AND TITLES OF PERSONS OF AUTHORITY IN YOUR
   ORGANIZATION.  IF PARTNERSHIP, LIST ALL PARTNERS.

   Curtis Duncan - President

   Janice Richardson - Vice-President

6. WHAT TYPES OF SERVICES DO YOU PROVIDE OTHER THAN PEST CONTROL?

   None

7. HOW LONG HAS YOUR ORGANIZATION BEEN IN BUSINESS UNDER YOUR PRESENT
   NAME? 6 years

   FORMER NAME(S), IF ANY: None

   HOW LONG UNDER FORMER NAME(S)? None

   TOTAL PEST CONTROL EXPERIENCE OF OWNER: 17 years

8. AFFILIATED COMPANIES (IF PARENT COMPANY, LIST SUBSIDIARIES AND
   DIVISIONS.  IF SUBSIDIARY OR DIVISION, NAME OF PARENT COMPANY,
   ITS PRINCIPALS AND THEIR ADDRESSES):

   None



| SPECIFICATIONS | VENDOR NAME : C & J ASSOCIATES | |
| | VENDOR NUMBER: 631089338-00 | |
| INVITATION TO BID | ITB NO. : 98-X-2060676<br>OPEN DATE : 08/20/97 TIME: 10:00 AM<br>T-NUMBER : TA236<br>RETURN DATE: 08/19/97 TIME: 5:00 PM | PAGE<br>11 |

9. ARE THERE ANY JUDGEMENTS, SUITS, OR CLAIMS PENDING AGAINST YOUR FIRM? NO_____. IF SO, SUBMIT BRIEF DETAILS ON SEPARATE SHEET AND ATTACH.

10. PLEASE FURNISH THE FOLLOWING ON SEPARATE SHEET AND ATTACH:

   A.   REFERENCES:  LIST AT LEAST THREE (3) ORGANIZATIONS OR FIRMS, IN THE CITY OF MONTGOMERY, ALABAMA, CURRENTLY BEING SERVICED BY YOUR COMPANY.  INCLUDE NAMES OF ORGANIZATIONS, TELEPHONE NUMBERS AND CONTACT NAMES.

   B.   LIST OF ORGANIZATIONS OR FIRMS, THEIR ADDRESSES, CONTACTS, AND TELEPHONE NUMBERS FOR WHOM YOUR SERVICES HAVE BEEN DISCONTINUED FOR ANY REASON WITHIN THE PAST SIX MONTHS.

10. A. Montgomery County

Paul St. John - Director of Support Service For Montgomery County, 832-2525.

Patricia E. Silas - Buyer For Montgomery County, 832-1269.

Public Safety
Carrie Pritchett - 242-2446.

Auburn University of Montgomery
Jacqulyn P. Roberts - Director of Purchasing 244-3716.
Dick Merritt - Housing Director, 244-3824

(13)

14

| PRICE SHEET | VENDOR NAME : **C & J ASSOCIATES** |
| | VENDOR NUMBER: 631089338-00 |

| INVITATION TO BID | ITB NO. : 98-X-2060676<br>OPEN DATE : 08/20/97 TIME: 10:00 AM<br>T-NUMBER : TA236<br>RETURN DATE: 08/19/97 TIME: 5:00 PM | PAGE<br>12 |

| LINE NO. | COMMODITY/SERVICE DESCRIPTION | RECYCLE /ENERGY | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| | UNLESS SPECIFIED OTHERWISE BELOW:<br>SHIP TO:    R1   /<br>STATEWIDE | | | | *Rejected - price changes not initialed dtt* | |
| 00001 | COMMODITY CODE: 910-59-053223<br>PEST CONTROL, MONTHLY, PER SPECIFICATION #910D87.<br><br>SHIP TO: 010009 / 010M98<br>FINANCE/SERVICE DIV<br>SEE ATTACHED<br>.<br>.          AL   36130 | — | 1 | MO | *$200.00* | *$2,400.00* |
| 00002 | COMMODITY CODE: 910-59-053223<br>PEST CONTROL, MONTHLY<br><br>PEST CONTROL FOR GOVERNOR'S MANSION, PERRY STREET.<br><br>SHIP TO: 010009 / 010M03<br>FINANCE/SERVICE DIV<br>GOVERNORS MANISON<br>PERRY STREET<br>MONTGOMERY,          AL   36106 | — | 1 | MO | *$57.00* | *$ 684.00* |
| 00003 | COMMODITY CODE: 910-59-053223<br>PEST CONTROL, MONTHLY<br><br>PEST CONTROL FOR THE SERVICE DIVISION BUILDING, 425 SOUTH UNION STREET.<br><br>SHIP TO: 010009 / 010M01<br>FINANCE/SERVICE DIV<br>DIVISION OF SERVICES<br>425 SO. UNION STREET<br>MONTGOMERY,          AL   36104 | — | 1 | MO | *$30.00* | *$360.00* |
| 00004 | COMMODITY CODE: 910-59-053223<br>PEST CONTROL, MONTHLY<br><br>PEST CONTROL FOR THE SERVICE DIVISION BUILDING, 425 SOUTH UNION STREET.<br><br>SHIP TO: 010009 / 010M01<br>FINANCE/SERVICE DIV<br>DIVISION OF SERVICES<br>425 SO. UNION STREET<br>MONTGOMERY,          AL   36104 | — | 1 | MO | *$51.00* | *$ 612.00* |
| 00005 | COMMODITY CODE: 910-59-053223<br>PEST CONTROL, MONTHLY<br><br>PEST CONTROL FOR THE LITTLE WHITE HOUSE, 644 WASHINGTON.<br><br>SHIP TO: 010009 / 010M04<br>FINANCE/SERVICE DIV<br>THE LITTLE WHITEHOUSE<br>644 WASHINGTON AVE<br>MONTGOMERY,          AL   36130 | — | 1 | MO | *$20.00* | *$240.00* |
| 00006 | COMMODITY CODE: 910-59-053223<br>PEST CONTROL, MONTHLY, ARCHIVES & HISTORY BLDG., 624 WASHINGTON AVE.<br><br>SHIP TO: 538000 / 538M06<br>FINANCE ALA BLDG RENOV FIN AUTHORIT | — | 1 | MO | *$60.00* | *$720.00* |
| | PAGE TOTAL | | | | | |

*(15)*

| PRICE SHEET | | VENDOR NAME  C & J ASSOCIATES | | | | | |
|---|---|---|---|---|---|---|---|
| | | VENDOR NUMBER:   631089338-00 | | | | | |

| INVITATION TO BID | ITB NO.       :  98-X-2060676<br>OPEN DATE  :  08/20/97  TIME: 10:00 AM<br>T-NUMBER   :  TA236<br>RETURN DATE:  08/19/97  TIME:  5:00  PM | PAGE<br><br>13 |
|---|---|---|

| LINE NO. | COMMODITY/SERVICE DESCRIPTION | RECYCLE /ENERGY | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| | ARCHIVES & HISTORY BLDG<br>624 WASHINGTON AVE<br>MONTGOMERY           AL       36130 | | | | | |
| 00007 | COMMODITY CODE: 910-59-053223<br>PEST CONTROL, MONTHLY, PUBLIC SAFETY<br>BUILDING, 500 DEXTER AVENUE. | — | 1 | MO | $40.00 | $480.00 |
| | SHIP TO: 538000 / 538M03<br>FINANCE ALA BLDG RENOV FIN AUTHORIT<br>PUBLIC SAFETY BLDG<br>500 DEXTER AVE<br>MONTGOMERY           AL       36130 | | | | | |
| 00008 | COMMODITY CODE: 910-59-053223<br>PEST CONTROL, MONTHLY | — | 1 | MO | $100.00 | $1,200.00 |
| | SHIP TO: 538000 / 538M05<br>FINANCE ALA BLDG RENOV FIN AUTHORIT<br>STATE OFFICE BUILDING<br>501 DEXTER AVE<br>MONTGOMERY           AL       36130 | | | | | |
| 00009 | COMMODITY CODE: 910-59-053223<br>PEST CONTROL, MONTHLY, PUBLIC HEALTH LAB<br>BUILDING, 434 MONROE STREET. | — | 1 | MO | $40.00 | $480.00 |
| | SHIP TO: 538000 / 538M07<br>FINANCE ALA BLDG RENOV FIN AUTHORIT<br>PUBLIC HEALTH LAB BUILDING<br>434 MONROE<br>MONTGOMERY           AL       36130 | | | | | |
| 00010 | COMMODITY CODE: 910-59-053223<br>PEST CONTROL, MONTHLY, FOLSOM ADMIN.<br>BUILDING, 64 NORTH UNION STREET. | — | 1 | MO | $100.00 | $1,200.00 |
| | SHIP TO: 538000 / 538M01<br>FINANCE ALA BLDG RENOV FIN AUTHORIT<br>FOLSOM ADMINISTRATIVE BLDG<br>64 NORTH UNION ST<br>MONTGOMERY           AL       36130 | | | | | |
| 00011 | COMMODITY CODE: 910-59-053223<br>PEST CONTROL, MONTHLY, STATE HOUSE<br>BUILDING, 11 SOUTH UNION STREET. | — | 1 | MO | $60.00 | $720.00 |
| | SHIP TO: 538000 / 538M02<br>FINANCE ALA BLDG RENOV FIN AUTHORIT<br>STATE HOUSE BUILDING<br>11 SO UNION ST<br>MONTGOMERY           AL       36130 | | | | | |
| | PAGE TOTAL | | | | | |
| | BID TOTAL | | | | | $9096.00 |



| | |
|---|---|
| **STATE OF ALABAMA**<br>**DEPARTMENT OF FINANCE**<br>**DIVISION OF PURCHASING**<br><br>**INVITATION TO BID ADDENDUM** | INVITATION TO BID NO: 2060676   ADDENDUM NO: 01 |

REQ. AGENCY : 010009
AGENCY REQ.NO. : FINANCE/SERVICE DIV
T-NUMBER : TA236
DATE ISSUED : 08/11/97
VENDOR NO. : 83108933800
VENDOR PHONE NO. : (334)317-3903
SNAP REQ. NO. : 1130614
BUYER NAME : DONNA WHITLEY
BUYER PHONE : (334) 242-7173

**FOR:** PEST CONTROL CAPITOL COMPLEX

---

C & J ASSOCIATES

P O BOX 8186

MONTGOMERY        AL   36110-8186

**BID MUST BE RECEIVED BEFORE:**
**08/26/97**
**5:00 PM**

**BIDS WILL BE PUBLICLY OPENED:**
**08/27/97**
**2:00 PM**

---

PLEASE READ ALL INSTRUCTIONS CAREFULLY

THE FOLLOWING CHANGES ARE HEREBY ADDED TO AND MADE A PART OF
(INVITATION TO BID NUMBER 2060676    )

THIS BID IS REVISED AS FOLLOWS:

ON PAGE 12 OF THE INVITATION TO BID, THE ADDRESS OF LINE 00001 SHOULD
BE:   SHIP TO:  010005/010M06
      GORDON PERSONS BUILDING
      50 N. RIPLEY STREET
      MONTGOMERY, AL 36104

THE VENDOR'S PRICE FOR SERVICE OF THE GORDON PERSONS BLDG SHOULD BE
PLACED IN THE UNIT PRICE COLUMN FOR LINE 00001 ON PAGE 12 OF THIS BID,
IF THE VENDOR STILL HAS THE ORIGINAL BID.  IF THE BID HAS ALREADY BEEN
MAILED, THE UNIT PRICE FOR ONE MONTH MUST BE INDICATED BELOW:

$ 200.00

ALSO ON PAGE 12, THE ADDRESS OF LINE 00004 SHOULD BE:
      SHIP TO:  010013/010M01
      MOTOR POOL
      386 SOUTH RIPLEY STREET
      MONTGOMERY, AL 36104

---

**STATEMENT OF UNDERSTANDING**        (CONTINUED)
I UNDERSTAND THE ADDENDUM AND THAT IT MUST BE SIGNED AND RETURNED (UNLESS INDICATED OTHERWISE)
WITH THE BID OR SEPARATELY, PROPERLY IDENTIFIED AND RECEIVED PRIOR TO DATE AND TIME SPECIFIED.

C&J Associates Pest Control
COMPANY NAME

P.O.Box 8189
MAIL ADDRESS

Montgomery, AL. 36110
CITY, STATE, ZIP

(334) 317-3903
PHONE INCLUDING AREA CODE

**NOTARIZATION**
**NOT REQUIRED**

Curtis Duncan
AUTHORIZED SIGNATURE (INK)

Curtis Duncan
TYPE/PRINT AUTHORIZED NAME

17

| ADDENDUM TEXT | VENDOR NAME   : C & J ASSOCIATES |  |
|---|---|---|
|  | VENDOR NUMBER : 63108933800 |  |
| INVITATION TO BID | OPEN DATE  : 08/27/97    TIME:    2:00 PM<br>T-NUMBER   : TA236 | PAGE<br>2 |

THE VENDOR'S PRICE FOR SERVICE OF THE STATE MOTOR POOL BLDG SHOULD BE
PLACED IN THE UNIT PRICE COLUMN FOR LINE 00004 ON PAGE 12 OF THIS BID,
IF THE VENDOR STILL HAS THE ORIGINAL BID.   IF THE BID HAS ALREADY BEEN
MAILED, THE UNIT PRICE FOR ONE MONTH MUST BE INDICATED BELOW:

$ _$51.00_

THE HEALTH SERVICES BUILDING LISTED ON PAGE 9 OF THE BID IS THE SAME
AS THE PUBLIC HEALTH LAB BUILDING ON LINE 00009, PAGE 13.   THE
VENDOR'S PRICE FOR SERVICE OF THIS BUILDING MUST BE PLACED IN THE
UNIT PRICE COLUMN FOR LINE 00009 ON PAGE 13.

IF THE BUILDING CUSTODIAN LISTED IN THIS BID IS NOT AVAILABLE TO
ACCOMPANY THE VENDOR ON THE SITE INSPECTION OF THE BUILDING, AN
AUTHORIZED REPRESENTATIVE OF THE BUILDING CUSTODIAN MAY ACCOMPANY THE
VENDOR AND INITIAL THE INSPECTION FORM FOR THE VENDOR.   MR. DON
DRABLOS OF THE FINANCE DEPARTMENT, SERVICE DIVISION WILL DETERMINE
THE AUTHORIZED REPRESENTATIVE OF EACH BUILDING.   IT IS THE
RESPONSIBILITY OF THE VENDOR TO ENSURE THAT THE STATE EMPLOYEE
ACCOMPANYING HIM/HER ON THE SITE INSPECTION AND INITIALING THE FORM
IS AUTHORIZED BY MR. DRABLOS TO DO SO.   INITIALS OF AN UNAUTHORIZED
EMPLOYEE WILL RESULT IN THE REJECTION OF THE BID.
MR. DRABLOS MAY BE REACHED AT 334-242-2773.

THE BID OPENING DATE IS CHANGED TO WEDNESDAY, 08/27/97 AT 2:00 P.M. TO
ALLOW TIME FOR THIS ADDENDUM TO BE RECEIVED BY THE VENDORS AND
RETURNED TO STATE PURCHASING.

THIS ADDENDUM MUST BE RETURNED WITH THE BID, OR THE BID WILL BE
REJECTED.

DTW
* * * * * * * * * * * * *   END OF ADDENDUM * * * * * * * * * * * * * * *



STATE OF ALABAMA
DEPARTMENT OF AGRICULTURE
AND INDUSTRIES



COMMERCIAL APPLICATOR PERMIT


Commissioner of
Agriculture and Industries

FOLD HERE

A.A — Agricultural Animal Pest Control
A.P — Agricultural Plant Control
AIR — Aerial Applicator
AQ. — Aquatic Pest Control
BIO — Biocides
BS — Branch Supervisor
CO — Certified Operator
D&R — Demonstration & Research Pest Control
F — Fumigation Pest Control
FOR — Forest Pest Control
GRND— Ground Applicator
HH — Household Pest Control
OT — Ornamental & Turf Pest Control
P.H — Public Health
REG — Regulatory Pest Control
ROW — Right-of-Way Pest Control
S.T — Seed Treatment
SUPV— Supervisor
TBY — Tributyltin
WDO — Wood Destroying Organisms
WT — Wood Treatment

```
        COMMERCIAL        APPLICATOR
  PERMIT NUMBER: 51813      EXPIRES:   6/28/99

        DUNCAN, CURTIS T...HAVING BEEN DETERMINED
 COMPETENT IN THE USE..........AND HANDLING OF
 PESTICIDES IS HEREBY...........DESIGNATED AS A
 CERTIFIED PESTICIDE..........APPLICATOR FOR THE
 CATEGORY(IES)..............LISTED BELOW:
 H-CO*W-CO**OT-SUPV************************
  IT IS UNDERSTOOD.........AND AGREED THAT IF I
 VIOLATE THE ALABAMA LAW.....AND REGULATIONS THIS
 CERTIFICATION..............WILL BE CANCELLED.
```

*Curtis Duncan*
CERTIFIED APPLICATOR







# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

150.00

**STATE OF**



**ALABAMA**

PS-R-1246

$

ALABAMA PERMIT FOR PROFESSIONAL SERVICES

**NO.** 43823

THIS IS TO CERTIFY THAT

C & J ASSOCIATES PEST CONTROL
3485 OLD SELMA ROAD
P. O. BOX 8186
MONTGOMERY, AL.  36110

IS IN FULL COMPLIANCE WITH ALL APPLICABLE ALABAMA STATUTES
AND IS AUTHORIZED TO ENGAGE IN THE  ACTIVITIES AND PRACTICES
PROVIDED FOR THEREIN.

Issued at Montgomery, Alabama        NOVEMBER 5, 1996

THIS CERTIFICATE EXPIRES        SEPTEMBER 30, 1997    UNLESS PREVIOUSLY REVOKED

CURTIS DUNCAN,  HP-WDO-CO            334-317-3903

JOHN W. BELCHER, SUPERVISOR
PROFESSIONAL SERVICES SECTION

JACK THOMPSON
Commissioner of Agriculture and Industries



# DEPARTMENT OF AGRICULTURE AND INDUSTRIES



100.00       **STATE OF**       **ALABAMA**       PSN-1347

$

ALABAMA PERMIT FOR PROFESSIONAL SERVICES      NO. 43824



THIS IS TO CERTIFY THAT

C & J ASSOCIATES PEST CONTROL
3485 OLD SELMA ROAD
P. O. BOX 8186
MONTGOMERY, AL. 36110

IS IN FULL COMPLIANCE WITH ALL APPLICABLE ALABAMA STATUTES
AND IS AUTHORIZED TO ENGAGE IN THE ACTIVITIES AND PRACTICES
PROVIDED FOR THEREIN.

Issued at Montgomery, Alabama     NOVEMBER 5, 1996

THIS CERTIFICATE EXPIRES     SEPTEMBER 30, 1997    UNLESS PREVIOUSLY REVOKED

CURTIS DUNCAN, OTP-SUPV      334-317-3903

JOHN W. BELCHER, SUPERVISOR            JACK THOMPSON
PROFESSIONAL SERVICES SECTION        Commissioner of Agriculture and Industries



# RENEWAL CERTIFICATE

51818
Varon Ins

 **SCOTTSDALE INSURANCE COMPANY®**

8877 North Gainey Center Drive, Scottsdale, Arizona 85258
A STOCK COMPANY

CLS313712

**Policy Number**

Item 1. **Named Insured** and Mailing address:

Curtis Duncan
P.O. Box 8186
Montgomery, AL 36110

**NO FLAT
CANCELLATIONS**

Agent Name and Address:

THE GULF AGENCY
P.O. BOX 235008
MONTGOMERY, AL 36123-5008

Agent No: 01005

| Item 2. Policy Period | From: 10/13/96 | To: 10/13/97 |
| --- | --- | --- |

12:01 A.M. Standard Time at the address of the NAMED INSURED as stated herein.

In consideration of the renewal premium stated, the above numbered policy is renewed for the period specified, subject to the terms and conditions thereof, except as otherwise specified herein.

| **PREMIUM** |
| --- |
| $ 630.00 |

$ 37.80    TAX  $ 75.00  FEE   $ 4.50  TAX ON FEE

The Gulf Agency, Inc.

LICENSE # 0454
THIS CONTRACT IS REGISTERED AND DELIVERED AS A SURPLUS LINE COVERAGE UNDER THE ALABAMA UNAUTHORIZED INSURERS ACT, AND IS NOT SUBJECT TO REGULATION BY THE SUPERINTENDENT OF INSURANCE OF ALABAMA.

☐ No Changes from previous term.

☒ Changes on endorsement below are applicable with above inception date.

UTS74gAL(8/95) replaces UTS74AL(7/92)
UTS182s(9/95) replaces IL0017,
CG2135,GLS58s,CG2147,GLS74s,IL0021,GLS30s,UTS74g and UTS131g
Deleting UTS3AL(11/94) and GLS83g(3/92)
CG0001(1/96) replaces CG0001(10/93)

PLEASE NOTE

This policy contains a special provision for cancellation at insured request. Please read carefully.

Countersigned _____ 10/23/96bkb
                          DATE

By _____
   AUTHORIZED REPRESENTATIVE

UTS-1 (4-94)

INSURED COPY

25

SCOTTSDALE INSURANCE COMPANY®

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

These Supplemental Declarations form a part of policy number  CLS313712

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (other than Products/Completed Operations) | $ 100,000 | |
| Products/Completed Operations Aggregate Limit | $ 100,000 | |
| Personal and Advertising Injury Limit | $ 100,000 | |
| Each Occurrence Limit | $ 100,000 | |
| Fire Damage Limit | $ 50,000 | any one fire |
| Medical Expense Limit | $ Excluded | any one person |

### BUSINESS DESCRIPTION AND LOCATION OF PREMISES

Form of business:

❑ Individual    ❑ Joint Venture    ☒ Partnership    ❑ Organization (other than Partnership or Joint Venture)

Business description:    Exterminator

Location of all premises you own, rent or occupy:
3485 Old Selma Rd., Montgomery, AL   36108

### PREMIUM

| Classification | Code No. | *Premium Basis | Rate PR/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| Exterminators | 43470 | s)20,000 | Incl | 26.50 | $ Incl | $ 530.00 |
| Additional Insured | 49950 | Flat | | | | 100.00 |

### FORMS AND ENDORSEMENTS (other than applicable forms and endorsements shown elsewhere in the policy)

Forms and endorsements applying to this Coverage Part and made part of this policy at time of issue:
UTS128g(10/94),UTS182g(2/94),UTS74AL(7/92),UTS3AL(11/94),UTS137g(3/93),IL0021(11/85),
CG0001(10/93),CG2147(10/93),GLS83g(3/92),CG2010(11/85),CG2264(11/85),GLS41s(1/94),GLS84s(
*(a) Area, (c) Total Cost, (m) Admission, (p) Payroll, (s) Gross Sales, (u) Units, (o) Other

THIS SUPPLEMENTAL DECLARATIONS AND THE COMMERCIAL LIABILITY DECLARATIONS, TOGETHER WITH THE COMMON
POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS COMPLETE THE ABOVE NUMBERED POLICY

CLS-SD-1 (2-92)

(27)



# VARON INSURANCE AGENCY
## 900 SOUTH COURT STREET
## MONTGOMERY, ALABAMA
## (334) 269-1659

# *MEMO*

DATE: August 26, 1997

TO:  Dept of Finance

SUBJECT: C&J Associates

POLICY#: CLS 313712

The above policy may be increased to $300,000
 if contract is awarded. Please advise if any further information
is requested.

Thank you,



