IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FOR ALABAMA

C&J ASSOCIATES PEST )
CONTROL, et al., )
)
)
Plaintiff(s), )    2:05CV557-WHA-DRB
v. )
)
RAYBURN HORNSBY, et al., )
)
Defendant(s). )
)

### AFFIDAVIT OF ISAAC KERVIN

State of Alabama )

County of Montgomery )

Before me, the undersigned Notary Public, in and for said State and County, personally appeared Isaac Kervin, who after being duly sworn, deposed and said as follows:

"My name is Isaac Kervin and I am the Purchasing Agent for the State of Alabama as defined by Section 41-4-111. As Purchasing Agent, I am responsible for awarding public contracts pursuant to Chapter 16 of Title 41 of the Code of Alabama.

On January 29, 2003, State Purchasing received Requisition Number 1264823 for termite treatment sought by the Alabama Department of Transportation (DOT). This requisition was assigned to Pat Antle, buyer. On February 24, 2003, Pat Antle drafted an invitation to bid and sent it to DOT for approval prior to sending it to vendors for bidding. The bid number assigned was 03-X-2130153. On March 13, 2003, DOT approved the draft invitation to bid and the final invitation to bid was mailed to vendors on this date. On March 27, 2003, the bids were open publicly and tabulated by data



entry. On March 28, 2003, the bid package for 03-X-2130153 was forwarded to DOT for evaluation and award recommendation. On April 21, 2003, DOT returned the bid package with an evaluation and award recommendation in writing as required. A copy of the agency's recommendation is attached as Exhibit "A". In this recommendation from DOT, Stan Carlton of DOT's procurement bureau rejected the low bid by C&J Associates because the bid did not meet specifications. Stan Carlton rejected the bid by C&J Associates because the Outpost system offered by C&J Associates was not the specified Sentricon system required in the bid, because the primary active ingredient listed in the Outpost system is listed by the EPA for environmental toxicity. The bid was also rejected because C&J Associates failed to provide documentation of the required damage protection warranty. On March 29, 2003, Pat Antle, the buyer, awarded the contract to the recommended vendor, Cook's Pest Control but, before mailing the contract to Cook's, Ms. Antle realized that the pricing had been bid incorrectly by Cook's as well as the remaining bidder, Terminix.

On May 19, 2003, Ms. Antle rebid the contract and changed the pricing structure to match industry standards for pricing of this commodity. At this time, DOT changed the specification to "Sentricon only" and added a specification requiring a "damage replacement guarantee". This bid was assigned the number of 03-X-2132146. On May 22, 2003, C&J Associates by and through Mr. Curtis Duncan sent a letter to Pat Antle of the Finance Department asking State Purchasing to award contracts to his company for bids numbered 03-X-2130153, 03-X-2130174 and 03-X-2130175. This letter is attached as Exhibit "B". On May 30, 2003, I received a letter from Curtis Duncan of C&J Associates, a copy of which is attached as "Exhibit C", asking State Purchasing to accept

other termiticides for DOT respecified bid number 03-X-2132146.    Mr. Duncan requested that the Department of Finance discuss the equivalency of Outpost TBR and Sentricon with two experts at the Department of Agriculture, Dr. Block and Mr. Debreaux.  Pursuant to Mr. Duncan's request, I telephoned Joe Debreaux at (334) 242-7233 of the Department of Agriculture who informed me that Outpost and Sentricon have separate chemical structures.  I also telephoned Dr. John Block at (334) 240-7239 who advised me that in his opinion the Outpost product is better for private home use and Senticon is better for commercial use.

On June 1, 2003, I and Pat Antle had a conference call with Mr. Walt Weinwurm, a representative of Bayer ES, manufacturer of Outpost TBR.  He informed us that he had discussed this bid with Mr. Duncan and he had advised Mr. Duncan to withdraw his bid because Outpost is not an equivalent to Sentricon.  At this point, Ms. Antle and I decided that we would only accept Sentricon as originally bid.

On June 4, 2003, Mr. Duncan sent a protest letter to State Purchasing, a copy of which is attached as Exhibit "D".  Later that day, Ms. Antle and I met with Mr. Lee Miller, Chief Legal Counsel for the Department of Finance to discuss Mr. Duncan's protest.  Mr. Miller advised that the State was adhering to State Purchasing Laws as required in asking for Sentricon as the only acceptable product because the agency had successfully justified the use of Sentricon as the only viable product for their application, and there were multiple vendors who can offer this product, thus meeting the competitive bid laws.

On June 5, 2003, bid number 03-X-2132146 is opened publicly.  C&J Associates submitted a "NO BID", a copy of which is attached as Exhibit "E".  On June 6, 2003, the

bid package was sent to DOT for evaluation and recommendation.  On June 11, 2003, the bid package is returned by DOT with an evaluation and recommendation in writing as required.  It was recommended that the contract be awarded to Terminix of Huntsville, the low bidder.  On June 12, 2003, the contract for DOT, bid number 03-X-2132146, is awarded to Terminix.

On June 13, 2003, I answered the protest of Mr. Curtis Duncan of C&J Associates and a copy of that answer is attached as Exhibit "F".

In no way was race a factor in determining to whom the bid was awarded.  The specifications were set out by DOT and the Alabama Bid Laws were followed

I hereby certify that attachments A, B, C, D, E, F, G, H, I, I-2, J-1, J-2, J-3, K-1, K-2 and L to this affidavit are true and accurate copies of documents kept in the ordinary course of business in the bid files made the basis of the instant lawsuit, and I am the custodian thereof.

The above information is true and correct to the best of my knowledge and belief."


_____
Isaac Kervin


Sworn to and subscribed before me on the _31st_ day of July, 2005.


_____
Notary Public

My Commission Expires: _11/3/2008_



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard, Montgomery, Alabama 36130-3050



Bob Riley
Governor

Joe McInnes
Transportation Director

April 21, 2003

TO:     Pat Antle
        Division of Purchasing

FROM:   Stan Carlton
        Procurement Bureau

RE:     ITB #:  03-X-2130153          *IA464*
        SNAP #: 1268327
        Agency Req. #:  101-310431 / 1264823

        We have evaluated the attached bid file as requested and recommend-
dation is attached. I concur in the Division's review of the bid file and the
conclusions they have reached. Please see product documentation attached.

        The low bid was submitted by **C & J Associates**,  of Montgomery, AL in
the sum calculated price of $13,299.84. An evaluation of the vendor's product
indicates that this bidder does not meet published specifications. The **Outpost
TBR** product bid by this vendor does not offer total colony elimination as does
the specified **Sentricon** system. Furthermore, the primary active ingredient in
**Outpost TBR** is listed by the EPA for environmental toxicity. And, upon request
during the evaluation process, this vendor failed to provide documentation of
the required damage protection warranty. Therefore, this bid is rejected.

        The second low bid was submitted by **Cook's Pest Control, Inc.**, of
Albertville, AL, in the total calculated bid price of $23,515.20. This vendor bid
the specified product, including a warranty for damage repair of future structure
damage. We hereby recommend award as indicated.

        Thank you for your assistance.





APR 2 2 2003



**EXHIBIT**

A

# C & J ASSOCIATES

P.O. Box 8186 • Montgomery, AL • 36110 • 334-317-3903

May 22, 2003

Ms. Pat Antle
Finance Department, Purchasing
RSA Union Building
100 North Union Street
Montgomery, AL  36130



Dear Ms. Antle:

On March 27, 2003, C & J Associates, Pest Control (C & J) was the lowest responsible bidder for the termite and pest control services for the following invitations to bid:

| | | | | |
|---|---|---|---|---|
| Transportation Depart. | Sol. Nbr. | 2130153 | Line 1 | $791.66 |
| Limestone Correctional | Sol. Nbr. | 2130174 | Line 1 | $575.00 |
| Limestone Correctional | Sol. Nbr. | 2130175 | Line 1 | $80.00 — *N/A* |

C & J the only black, small business company to bid on these solicitations was the lowest bidder on three out of four lines.  It was the understanding of all parties that C & J was the lowest responsible bidder and would be awarded the contract in a timely manner.  It is now May 22, 2003 and neither have we received a response from Finance Purchasing stating that C & J has been awarded the contracts for the facilities, nor have we received a response stating the reasons as to why C & J has not been awarded the contracts for these facilities.

The Competitive Bid Law reads as follows "if the award is not made to the lowest responsible bidder, then the reasons must be stated why the award was not made to the lowest responsible bidder, and these records must be open to public inspection."

On March 24, 2003, we sent a written protest to you stating that the termite product type -Sentricon was a restrictive bid specification. We included recommendations for other types of termite treatments that are more cost effective and of better quality.  We did a pre-bid protest to help clear up any issues for you and us as well as for others so that prices would not be unnecessarily exposed.

EXHIBIT

B

We respectfully request that the above listed solicitations to be immediately awarded to C & J Associates otherwise a response as to the reasons why C & J, the lowest responsible bidder is not being awarded the contract.  Please respond immediately, no later than Tuesday, May 27, 2003.

I can be reached by mail at the above address or call 334-201-5203.  My fax number is 334-396-5536.

Sincerely,

Curtis Duncan,
President

Cc:    Mr. Isaac Kervin,
       Director of Purchasing



# C & J ASSOCIATES

P.O. Box 8186 • Montgomery, AL • 36110 • 334-317-3903

03 JUN -3 AM 11: 32

May 30, 2003

COPY

Finance Department, Purchasing
Mr. Isaac Kervin
135 South Union Street
Montgomery, AL  36130

Dear Mr. Kervin:


Per our conversation concerning ITB # 03-x-2130174 and ITB # 03-X-2130153
you assured me that your main goal is to have a fair competitive bid process for
these solicitations and that you would get a third party opinion on this matter.  I left
the name of Dr. Bloch and Mr. Debreaux of the State of Alabama Agriculture
Department, regulatory agency and Dr. Arthur Appel Head of the Entomology
Department of Auburn University as a starting point for reliable independent people
for getting unbiased opinions on the equivalency of Outpost TBR and Sentricon.

Due to the time constraints, one bid for Alabama Corrections has already been
awarded and one bid for the Alabama Transportation Department is in the process of
being re-bidded out on June 4, 2003, we hope that you can ensure that no work is
performed on the Corrections award and the bid for the Transportation is stopped
until this matter is resolved.

Further, I wanted to mention that even though the facilities/agencies are requiring
this specific termite treatment with Sentricon baits, baiting is not the only treatment
for termites and that that non-repellant termiticides such as Termidor, Premise and
Phantom are more cost-efficient and provide faster control.  Specifically, Termidor
guarantees 100% control of subterranean termites within three months, as opposed
to Sentricon's six months and up to two years, because when termites eat or come in
contact with Termidor, the "Transfer Effect" causes them to pass lethal doses to
every termite they touch  There is no guarantee that termites will consume Sentricon
bait.  Baits are effective only when ingested.

EXHIBIT

C

PENGAD Bayonne N.J

When Termidor and similar liquid treatment are initially applied they only require a once a year inspection versus the labor intensive monthly inspections or more often if necessary as required by Sentricon bait and similar bait products. The labor intensiveness increases the cost to the State of Alabama when the benefits are not increased accordingly.  I gave a copy of Temidor Insider Newsletter to Pat Antle which compares Termidor versus baits, which shows that Termidor is superior to baits, specifically, Sentricon bait stations.

I am looking forward to an amicably resolution to this matter.  I can be reached by phone 201-5203.

Sincerely,

Curtis Duncan,
Owner



# TERMIDOR INSIDER®

News for the Pest Management Professional Industry

Volume 1 Number 1       Fall 2002

# Termidor® vs. Baits

*Obvious answers*

**HOMEOWNERS OFTEN ASK** about the differences between baiting systems and liquid termiticides. The answers may seem obvious, but can you effectively communicate them to your customers? Here's the knowledge you need to help homeowners understand why their best choice is Termidor.

### The "Transfer Effect™"

As you know, Termidor termiticide/insecticide is non-repellent, which means that termites can't smell it, see it, or feel it, so they forage freely in a treated area. When termites eat or come into contact with Termidor, the "Transfer Effect" causes them to pass lethal doses to every termite they touch. Because fipronil allows the termite to continue its routine, it remains active long enough to transfer the Termidor to those other termites before dying.

### Immediate Results

Unlike baits, Termidor is not affected by debris, dryness, insects, or fungal decay, and begins working immediately as termites make contact while foraging. Many termite baits work by recruitment, which means that termites need to eat the bait and return to the nest to recruit others to eat the bait. However, bait doesn't even get added to some monitoring systems until activity is observed. Some have even recommended the presence of at least 40 workers before adding bait.

### 100 Percent Control

Termidor provides 100 percent control in three months or less, whereas baits can take six months to two years to begin to provide control. With Termidor, control can also be achieved on multiple colonies, because it is applied around the entire perimeter of a house.

Baits are effective only when ingested. There's no transfer of termiticide from one termite to another. They also require monthly inspections. A Termidor treatment requires only the initial application and an annual inspection.

Eight years of test data show that Termidor provides unparalleled control of termites. In a single day, a PMP can apply Termidor and move onto the next customer. Choose a termiticide with no callbacks. Choose Termidor. Ask your Termidor sales representative for the Termidor vs. baits training program.

# Look Out Ants!

*Termidor Approved for Outdoor Ant Control*

**A NEW LABEL** has been approved for Termidor termiticide/insecticide that extended the product's use to both ants and drywood termites. Termidor is now the most effective, low-dose insecticide for outdoor ant control on the market today.

"Ants are the most difficult insects to control and a major nuisance for homeowners," says Karl Kisner, Hold Separate Manager, Fipronil ES, Bayer Environmental Science. "PMPs and homeowners can now trust Termidor to deliver the same unmatched ant control results they've experienced with termite control."

Just like termite applications, Termidor works as a non-repellent, infecting ants by either contact or ingestion. And because it's a non-repellent, Termidor won't trap ants within structures or prevent them from moving through the treated zone.

Termidor provides up to one year of control of Argentine, Big-headed, Carpenter, Odorous house and Pavement ants with a single application. Like its use for termite control, Termidor uses the same low-dose formula that creates a 0.06 percent finished spray. As little as one gallon of finished product per structure will achieve maximum ant control.

### INSIDE

| | |
|---|---|
| Q&A—Ask the Experts | 2 |
| Termite Awareness | 2 |
| Termidor in the News | 3 |
| Case Study | 4 |
| Educational Outreach | 4 |
| PMP in the Spotlight | 5 |
| NPMA | 6 |

# C & J Associates

P.O. Box 8186 • Montgomery, AL • 36110 • 334-317-3903

June 4, 2003

Mr. Isaac Kervin
Finance Purchasing Director
RSA Union Building
135 South Union Street
Montgomery, AL  36130



Dear Mr. Kervin:

Per our conversation concerning ITB # 03-X-2130174, and ITB # 03-X-2130153, I protest the arbitrary and capricious evaluation decision of state purchasing not to award C & J Associates, Pest control as the lowest responsible bidder for these ITB's.

It is our understanding that our product Outpost TBR was disqualified by using erroneous information obtained from an outdated website. State purchasing rejected our product, Outpost TBR for not being able to eliminate a subterranean termite colony, for not being a stand along product and for C & J not submitting a warranty with the bid. We also protest the re-solicitation of Transportation ITB # 03-X-2130153 for Sentricon only. State purchasing or any of the departments purchasing offices contacted an expert or professional in the field of pest control termite treatments and products before the arbitrary evaluation of the bid was made.

The information that I submitted previously and information that I submitted with this protest supports my position that Outpost TBR does eliminate subterranean termite colonies. It can be used as a stand along product to eliminate termite colonies. In addition, the bid specifications did not require that a warranty be submitted with the bid. No one called from the state purchasing to inquire about my product or a warranty from my company.

Now that you have the facts about the product Outpost TBR, the decision now should be made to award both Limestone and Transportation bids to C & J Associates.

I can be contacted at 334-201-5203.

Sincerely,

Curtis Duncan,
President

Attachments



## Termite Bait Toxicants

### Chitin Inhibitors



**Labyrinth TM**
Diflubenzuron
(Exterra)



**Recruit II TM**
Hexaflumuron
(Sentricon)

**Hexaflumuron (Sentricon ™ )** and **Diflubensuron (Exterra ™ and Outpost ™)** come from a class of chemicals known as Chitin "kite~en" Inhibitors. Chitin Inhibitors work by not allowing the immature worker termites to molt. Immature worker termites make up about 20% of termite colony.

Chitin is a hormone that immature worker termites secrete to allow them to molt or shed their outer body covering (exoskeleton). Chitin inhibitors stop the formation of chitin in the termite. When the termite starts to molt, without the chitin hormone, they die. Chitin Inhibitors also cause the disruption of the termite social behavior. Termites affected by chitin inhibitors turn a chalky white appearance.

An interesting note on Chitin Inhibitors is that **only the immature worker termites are affected.** That's because soldier termites, reproductives and the queens are already mature. Only about 20% of the colony actually consists of immature workers. That means only 20% of the colony is affected by the action of the chitin inhibitors, 80% of the colony is not affected and must die of old age before any long term effects are seen. Worker termites have been known to live relatively long lives, some up to 5 or 6 years. (Bayer)

Worker termites molt an average of 5-7 times during the maturing process. Once mature they can live up to 5 or 6 years. (Bayer) So it could be said the effects by the Chitin Inhibitors on termite colonies could take longer than 5 or 6 years. Some experts are now suggesting 8 or more years if at all. It has also been suggested that the Chitin Inhibitors effects are way too slow and termites in many instances could overcome the effects of the dying workers by simply laying more eggs and making the entire process ineffective.

**Phone**: 1-888-*Exterra* (398-3772)
**Web**: http://www.ensystex.com/

2. *FirstLine®* Termite Defense System™ (FMC Corporation) *FirstLine* also uses an inground monitoring-baiting approach. Stations are installed around the structure, paying particular attention to critical areas where termites may be more likely to be active. When an inground monitor is attacked by termites, it is replaced with the FirstLine® bait station which uses a tube containing a cellulose-based matrix impregnated with sulfluramid, a slow-acting stomach poison that is also used in some ant bait products. An aboveground FirstLine® Termite Bait Station can be used when termites are accessible within the structure. *FirstLine* can be used by itself, although localized ("spot") with liquid termiticides are often used when the stations are installed. For more information:

Phone: 1-800-321-1FMC
Web: http://www.fmc-apgspec.com/hstc.htm

3. ~~Outpost Termite Baiting System~~ (DSI® (Bayer Environmental Science) Outpost is a monitoring-baiting system. Inground stations are installed around the structure. At the time of installation, the stations are pre-baited with wood or another cellulose material. When termites are found in a station, a bait tube (*Outpost TBR*) containing the molt-inhibiting chemical diflubenzuron is installed. Adult termites, including reproductives and soldiers, are not affected directly by this active ingredient. Immature worker termites which do the foraging and food collection are affected when they molt. In addition, the chemical is transfered to other growing members of the colony. Where termites are accessible in wood aboveground, *Premise Gel* (containing imidacloprid) can be injected into infested wood or into nearby ~~galleries. Premise is labeled as a stand-alone product~~ although many companies employ a liquid spot treatment of soil in the vicinity of known termite activity. For ~~information about DSI product~~.
Web: http://www.bayerprocentral.com/pest/products/view/outpost/

4. **Sentricon** Colony Elimination System® (Dow AgroSciences) *Sentricon* is a monitoring-baiting system. Inground stations are installed around a structure at specific intervals (not exceeding 20 feet). At the time of their installation, the stations contain cellulose monitoring devices only. When termites are found in the station, they are transferred to a bait tube which is then inserted into the station in place of the monitoring devices. The bait, *Recruit® II*, contains a cellulose-based matrix that is impregnated with hexaflumuron, which interferes with the insect's ability to molt. *Recruit® II* is slated to be replaced by a newer bait called *Recruit® III* which contains another molt-inhibiting compound, noviflumuron. Adult termites, including reproductives and soldiers, are not affected directly by this type of chemical. An aboveground station, *Recruit® III-AG*, is used in conjunction with the inground stations when termites are directly accessible within the structure. *Sentricon* is labeled for use by itself, although some companies may use a "spot" liquid treatment at sites of known termite activity. For information about this product. **Phone**: 1-800-636-6200
**Web**: http://www.*Sentricon*.com/

5. **Subterfuge Termite Bait® (BASF)** - Unlike the other professional baiting systems which initially use wood or other cellulose monitoring devices, *Subterfuge* stations are installed with the termite bait from the start. The active ingredient in *Subterfuge* is hydramethylnon a stomach poison which is also commonly used in ant and cockroach baits. According to the manufacturer, the active ingredient is incorporated into a "preferred" feeding substrate (i.e., a food material which termites prefer over wood and other cellulose-based materials). As a result, the termites consume more of the active ingredient which is carried back and potentially distributed to other members of the colony. *Subterfuge* can be used as a standalone product although many companies employ a liquid spot treatments of soil in the vicinity of known termite activity. For information about this product:

   **Web:** http://www.spd.basf-corp.com/default.asp?page=pestpro%7Cproducts%7Csubterfuge

## Consumer Bait Products

In March 1998, a "Do-It-Yourself" bait product became available to homeowners: Spectracide's *Terminate®*. The product contains sulfluramid and comes with a 9-month limited warranty which excludes damages resulting from termite activity. Product labeling recommends that users have their homes inspected by a pest control professional, an approach widely seen as important to preventing termite problems. More importantly, according to the product labeling *Terminate* is not intended to be used in place of a liquid treatment when termites are infesting the house. **Termite control, whether it is through the use of liquid or bait products, is best performed by a licensed pest control professional.**

Related Web Pages: Biology and Control of Termites

*Demon TC is a registered trademark of Syngenta Corporation*
*Dursban is a registered trademark of Dow AgroSciences*
*Dragnet and Talstar are registered trademarks of FMC Corporation*
*Phantom and Termidor are registered trademarks of BASF Corporation*
*Premise is a registered trademark of Bayer Environmental Sciences*

Pest information and control recommendations presented here were developed for North Carolina and may not be appropriate for other states or regions. Any recommendations for the use of chemicals are included solely as a convenience to the reader and do not imply that insecticides are necessarily the sole or most appropriate method of control. Any mention of brand names or listing of commercial products or services in the publication does not imply endorsement by North Carolina Cooperative Extension nor discrimination against similar products or services. All recommendations for pesticide use were legal at the time of publication, but the status of pesticide registrations and use patterns are subject to change by actions of state and federal regulatory agencies. Individuals who use chemicals are responsible for using these products according to the regulations of the state and to the guidelines on the product label. Before applying any chemical, always obtain current information about its use and read the product label carefully. For assistance, contact the Cooperative Extension Center in your county.

● Return to Insect Notes





**Residential, Structural and Community Pests**
Department of Entomology

NORTH CAROLINA COOPERATIVE EXTENSION SERVICE

RETURN
Insect Notes

Insect Note - ENT/rsc-20    **TERMITE BAITS**

**NOTE: This discussion applies to the use of these products in North Carolina. If you live in another state, you should contact your county Cooperative Extension Service Center, your state's land-grant university or state regulatory agency for local opinions concerning the availability and use of these products.**

Baits have become an important component of termite prevention and control programs. Conventional termite treatments rely on primarily on soil-applied liquid termiticides. However, there are a number of situations where a baiting system may be preferred, used with a liquid treatment, or may be one of the few alternatives to using liquids termiticides:

1. Liquid treatment is considered too difficult. For example:
   o There is a <u>foundation drain</u>
   o Heating/air conditioning ducts are located under or in a slab floor
   o The treatment requires extensive drilling of a slab covered by a wooden, tiled or carpeted floor, or through other masonry such as a finished basement wall

2. Liquid treatment is illegal, e.g., there is a <u>well or cistern under or near the house</u>

3. Liquid treatment is considered unacceptable for whatever reason.

## Which is the best method of termite control?

Because liquid treatments and bait treatments are used (and work) very differently, it is difficult to compare the two methods in terms of which one works "better". Soil-applied liquid termiticides act as chemical barriers to further termite invasion and kill termites that are actively infesting the structure. Termites encounter these treated barriers during the course of their normal underground foraging ("food hunting") activities. The pyrethroid termiticides (e.g., *Dragnet®*, *Demon TC®*, and *Talstar®*) primarily repel the termites. Other chemicals, such as chlorpyrifos (*Dursban®* and other versions) kill termites when they contact the treated soil. The newer "non-repellent" termiticides (such as *Phantom®*, *Premise®*, and *Termidor®*) kill termites more slowly after they come in contact with the chemical. Studies indicate that "contaminated" termites may pass these chemicals to other members of the colony, increasing the overall impact of the termiticide.

It is important to realize that the current bait delivery systems (the stations) and their contents do **not** "attract" termites, although there is research underway to identify and incorporate

potential attractants into these systems. Just as with baits used for cockroaches, ants, and rodents, the termite bait stations contain materials that the manufacturers have determined to be attractive food resources for the termites. Laboratory studies have shown that some of these materials appear to be "preferred" or more attractive than the surrounding wood. Termites find the stations through their normal foraging activities, just as they might find any other underground food source. The suitability of the "food" in the station results in more termites coming to feed on it. There is no way to predict how soon termites will find and feed in a bait station, so an important strategy is to install the stations completely around the structure and to target known or suspected sites of termite activity (e.g., near tree stumps). For that reason, a thorough inspection of the house and immediate property is important before the stations are installed. Weather may adversely affect termite foraging. As soils dry (for example during drought), termites may move further down in the soil and enter the stations less frequently.

Baiting is a long-term, reduced-risk approach to termite control. Unlike with conventional insecticides, the impact of baits is not immediate. By design, the currently-used baits contain slow-acting chemicals that may take several days or weeks to kill individual termites (depending upon the age of the termite and the type of chemical in the bait). This allows time for the termites to carry the bait back to the colony and feed it to other termites within the nest. As a result, it may take several months before the entire colony is substantially reduced. The time of year will also affect how quickly termite activity is eliminated. For example, if the bait system is installed in the fall against an active infestation, you might still see activity, including swarming (winged) termites in the spring. This is particularly true for the bait products that contain insect growth regulators (the active ingredients in the Exterra, Outpost TDS and Sentricon systems) that do not directly affect the adult swarmers. However, this same situation may occur even with a liquid treatment that is done very late in the year.

The baiting program continues year-round as long as you maintain your contract with the pest control operator. **The key to a successful termite baiting program is proper monitoring and maintenance of the stations**. Make sure you understand the monitoring schedule followed by the pest control company and that you receive regular updates after every inspection.


## Possible Drawbacks to Termite Baiting Systems

This issue does not have a simple answer, but here are a few points to consider:

**Treatment Cost** - the initial cost of the baiting system may be higher than that for a liquid treatment. The size ("footprint") of the house affects both methods in the same way (i.e., the larger the house, the more chemical or the more stations needed to do the job). However, the cost for a liquid treatment will be affected more significantly by factors such as the type of construction. A basement house will cost more to treat than a crawlspace or slab house of the same size, depending on how deep (below grade) the basement extends. Also, the need to drill and treat garage or other concrete slabs and masonry voids will increase both labor and chemical costs.

It is important to remember that in many instances, a house may not "treatable" with a liquid termiticide (e.g., wells under the house) OR a liquid treatment may be difficult or

environmentally questionable. In these situations, the seemingly higher "cost" of a baiting system must be weighed against its benefits in protecting you and the environment.

**Contract Maintenance** - You can probably go anywhere on your property and find termites, but that doesn't mean they are constantly attacking your house. It does mean that there is always a chance that termites may find a way to invade the house. Although we expect liquid termiticides to remain effective in the soil for at least 5 years (usually longer), **this does not guarantee that termites will not invade your house for 5 years**. An annual inspection is the only way to maintain that level of protection on your house. The renewal for a baiting system contract is likely to cost 2x-4x as much as one for a liquid treatment because the baiting stations are typically checked four or more times per year (and often monthly when termites actually attack a station) whereas houses treated with a liquid soil treatment are inspected annually. With a termite baiting system, if you discontinue your contract, then the company usually removes the stations or simply stops servicing them. Depending on when the house was last treated (and with what chemical), there is a good chance that you are left with little, if any, chemical protection against termites. You will likely need to have your house retreated conventionally at some point. The bottom line is that **termite baiting requires a long-term commitment on your part**. Take this point into consideration when making your decision.

## Current Termite Baiting Systems

The information presented here is not intended as an endorsement of one bait product over another or for the use of the baits over liquid termiticides. As with any termite control product, we recommend that you read all available literature and **make sure you understand how the product works and what guarantee(s) the pest control company will provide to protect your home from further termite attack and damage**. All of the currently approved termite bait products are registered for "standalone" use (i.e., as the sole means of controlling the termites). However, a common practice among pest control companies is to perform a liquid soil treatment either to the immediate area of termite activity (i.e., a "spot" treatment) or possibly to the entire exterior of the structure with the baits serving as a monitoring/supplemental-control component.

Before signing a contract for any termite treatment, make sure that you understand what control methods will be used and to what extent each is serving in protecting your home and the additional cost of combined methods (versus the use of either a bait or liquid treatment alone). Currently, there are five baiting/monitoring systems registered in North Carolina for use by pest control professionals. These products (listed alphabetically) are:

1. *Exterra*® **Termite Interception and Baiting System** (Ensystex) - *Exterra* uses inground monitoring-baiting system. When the stations are installed, they contain only cellulose "interceptors". When termites are found feeding on the interceptors in the station, the bait matrix is inserted into the station's central cavity. The bait, *Labyrinth*™, is a cellulose-based material that contains the chemical diflubenzuron, which interferes with the molting process in immature termites. Adult termites, including reproductives and soldiers, are not affected directly by this type of chemical. *Exterra* can be used by itself, although localized ("spot") treatments with liquid termiticides are often used when the stations are installed. *Exterra* also has an aboveground baiting system that can be used where infestations are accessible within the structure. For more information about the product,

# Outpost™ TBR

## Termite Bait Response

For Professional Use Only by Individuals Licensed by the State to Apply Termiticides.

**ACTIVE INGREDIENT:**

Diflubenzuron ............................................... 0.25%

OTHER INGREDIENTS ............................... 99.75%

100.00%

Contains 0.25 grams of diflubenzuron per 100 grams of formulation.

EPA Reg. No. 499-488-3125      Net Wt 7.05 oz (200 g)

### STOP – Read the label before use.

### Keep out of reach of children.

# CAUTION

## PRECAUTIONARY STATEMENTS

### ENVIRONMENTAL HAZARDS

**CAUTION:** This product is highly toxic to aquatic invertebrates. Do not place OUTPOST Termite Bait Response in any area where, because of the movement of water, it could be washed into a body of water containing aquatic life, such as ponds or streams.

**Important:** Before buying or using this product, read the entire label including the Warranty section of this label. If terms are not acceptable, return the unopened product container at once. Use this product only according to label directions.

## WARRANTY

**WARRANTY DISCLAIMER:** BAYER WARRANTS THAT THIS PRODUCT CONFORMS TO THE CHEMICAL DESCRIPTION ON THE LABEL AND IS REASONABLY FIT FOR THE PURPOSE STATED ON THE LABEL WHEN USED IN STRICT ACCORDANCE WITH THE DIRECTIONS, SUBJECT TO THE CONDITIONS FOR SALE SET FORTH BELOW. BAYER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER EXPRESS OR IMPLIED WARRANTY.

**CONDITIONS OF SALE:** THE DIRECTIONS ON THIS LABEL WERE DETERMINED THROUGH RESEARCH TO BE APPROPRIATE FOR THE CORRECT USE OF THIS PRODUCT. THIS PRODUCT HAS BEEN TESTED UNDER DIFFERENT ENVIRONMENTAL CONDITIONS BOTH INDOORS AND OUTDOORS UNDER CONDITIONS SIMILAR TO THOSE THAT ARE ORDINARY AND CUSTOMARY WHERE THE PRODUCT IS TO BE USED. INSUFFICIENT CONTROL OF PESTS MAY RESULT FROM THE OCCURRENCE OF EXTRAORDINARY OR UNUSUAL CONDITIONS, OR FROM FAILURE TO FOLLOW LABEL DIRECTIONS. IN ADDITION, FAILURE TO FOLLOW LABEL DIRECTIONS MAY CAUSE INJURY TO ANIMALS, MAN, AND DAMAGE TO THE ENVIRONMENT. BAYER OFFERS, AND THE BUYER ACCEPTS AND USES, THIS PRODUCT SUBJECT TO THE CONDITIONS THAT EXTRAORDINARY OR UNUSUAL ENVIRONMENTAL CONDITIONS, OR FAILURE TO FOLLOW LABEL DIRECTIONS ARE BEYOND THE CONTROL OF BAYER AND ARE, THEREFORE, THE RESPONSIBILITY OF THE BUYER.

**Outpost  TBR**

# DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

Read the GENERAL INFORMATION and GENERAL USE DIRECTIONS carefully before using OUTPOST Termite Bait Response, a part of a termite baiting system, are intended for use only in OUTPOST Termite Detection System. Use of OUTPOST Termite Bait Response in any other type of station or system not designed for termites is prohibited. Contact the Product Information Center at 1 (800) 842-8020 for assistance in using OUTPOST Termite Bait Response or any other components of the termite baiting system.

## GENERAL INFORMATION

OUTPOST Termite Bait Response is intended for the management or management and control of subterranean termite colonies in the ground around and under any type of building or other objects. Although OUTPOST Termite Bait Response does not exclude termites from a structure, it does suppress or eliminate a termite colony. Sufficient consumption of OUTPOST Termite Bait Response by a subterranean termite colonies that present an existing or potential hazard to the structure may, subject to the limitations stated herein, protect the structure against subterranean termite attack.

The active ingredient in OUTPOST Termite Bait Response, diflubenzuron, is an insect development inhibitor. When consumed by a termite, diflubenzuron impairs the ability of a termite to molt. Molting is the process by which termites, at certain points in their development, shed their existing exoskeleton and form a replacement exoskeleton. Termites that attempt to molt after ingesting an amount of OUTPOST Termite Bait Response sufficient to impair their molting process either die or are incapacitated by their inability to complete the molting process. Insect development inhibitors such as diflubenzuron are characterized as slow acting toxicants, however their action is slow only to the extent that they affect a termite only at the points in its life cycle when it molts. Because all the termites in a colony do not molt at the same time, the effect of diflubenzuron on the colony as a whole is progressive. This progressive effect is one of the key attributes of diflubenzuron as a termite colony toxicant.

Sufficient consumption of OUTPOST Termite Bait Response by a termite colony can cause a decline in the number of members of the colony. Such a decline, if sustained by continued consumption of OUTPOST Termite Bait Response by the colony, can significantly impair the vitality of the colony. Further, continued consumption of OUTPOST Termite Bait Response by remaining colony members may ultimately result in the total elimination of the colony. The extent of the decline of the colony, the speed of its decline and the possibility of its elimination depends upon the extent to which OUTPOST Termite Bait Response is made continuously available to a colony for consumption and the extent to which members of the colony consume it. Close adherence to the General Use Directions can increase the likelihood of colony elimination, however conditions or circumstances beyond the control of the user may prevent or substantially delay colony elimination. Such conditions may include, but are not limited to, alternate non-bait food sources that reduce the extent to which the colony depends on OUTPOST Termite Bait Response as a food source, excess moisture, low or high temperatures or abandonment of feeding on the bait by the colony.

Because termites cannot be attracted, they must instead find the station as they normally forage for food. OUTPOST Termite Bait Response affects termite colonies only if they consume it. Pre-baiting is a process by which termite activity is established at a location prior to the application of OUTPOST Termite Bait Response at that location. However, once they have consumed the pre-bait, termites can normally be induced to consume OUTPOST Termite Bait Response. These termites then guide other colony members back to the bait station where they also consume OUTPOST Termite Bait Response.

If the cycle of pre-baiting and baiting around a structure is interrupted or discontinued, new colonies occupying the territory of eliminated colonies, existing colonies that were suppressed but not eliminated, existing colonies never baited or colonies that were pre-baited may forage at points of possible entry into and infest the structure. For this reason, the cycle of pre-baiting and baiting should continue for as long as it is desirable to eliminate subterranean termites from the structure.

After termite activity has been absent from a baited station for at least 60 days, the baiting process is resumed by replacing the vacated station with a new or sanitized used station at or near the location of the station that is being replaced. In order to affect as many of the termites as possible that currently or could potentially infest a structure, every termite colony that inhabits the ground under and around the structure must be pre-baited and/or baited with OUTPOST Termite Bait Response.

If a conventional termite liquid barrier treatment is performed in conjunction with an installation of OUTPOST Termite Bait Response, care must be taken not to treat in the area of installed stations (preferably not within two feet of stations). Because the use of OUTPOST Termite Bait Response may be a multi-step process, localized treatment(s) of areas of the structure infested with active termites at the time of pre-baiting or baiting, using barrier or contact type termiticides, may provide more immediate control of termites in those parts of the structure than OUTPOST Termite Bait Response. Preventative critical area soil or wood treatments may be performed in conjunction with station installation. Do not treat in areas of installed stations during routine pesticide applications.

**Pre-Baiting:** Pre-baiting is a process by which termite activity is established at a location prior to the application of OUTPOST Termite Bait Response at that location. Wood, cardboard, or other cellulose containing substances which are readily consumed by subterranean termites may be used as pre-bait. The non-toxic food materials provide a pre-baiting food source for termites that, upon being fed on by termites, establishes termite activity with the station. The pre-bait should be installed in a thin lining against the inside of the perforated sidewalls of the station while leaving a vacant center cavity at the center of the station if possible. If there is termite activity at a pre-baiting site, make OUTPOST Termite Bait Response continuously available for colony consumption by placing OUTPOST Termite Bait Response in the vacant center cavity or filling the station with it. See section entitled "Inspecting a Station and Placing OUTPOST Termite Bait Response" for details.

**Direct Baiting:** Placing the OUTPOST Termite Bait Response bait directly into a station is permitted in areas of suspected termite activity. Follow directions for placing station and fill with OUTPOST Termite Bait Response.

2

Outpost™ TBR

## GENERAL USE DIRECTIONS

**Post-construction Use:** OUTPOST Termite Bait Response can be used for remedial treatment of infested existing structures or for preventative treatment (before signs of infestation) of existing structures.

**Station preparation and location selection:** To reduce the potential for tampering with and disturbance of stations, points of station installation should be chosen that, where possible, minimize installed station visibility. Areas where barrier-type termiticides may have been previously applied, such as within two feet of the foundation wall, should be avoided if possible.

Install stations at or near points of known or suspected termite entry into the structure. If a point of accessible ground is not located within ten feet of a point of known termite entry (due to an intervening hardened construction surface such as a concrete slab), it may be advisable to create an access to the ground through that surface close to the point of known entry and install a station at that access point.

Install stations at, or preferably within five feet of points of known, probable or suspected termite foraging, and at other critical areas. Such areas may include areas with concentrations of cellulose-containing debris, such as mulch or wood scraps, in contact with the ground, areas of moderate soil moisture, shaded areas, areas containing plant root systems, bath traps, visible termite foraging tubes, etc.

Install stations around a structure such that, except where sufficient access to the ground is not available, the maximum interval between any two stations does not exceed twenty feet. If the distance between two points of accessible ground around the structure exceeds thirty feet, it may be advisable to form one or more openings in the surface creating the inaccessibility to facilitate baiting between those points.

If the structure has an accessible crawl space, stations can be installed in the crawl space in lieu of or in addition to installing stations around the structure. Stations can be installed within a slab structure at existing or created openings in the slab surface through which ground is accessible and into which the station can be installed in a secure manner.

Once termite activity has occurred at a station and bait consumption has begun, it may be advisable, depending on the rate of bait consumption in that station and nearby stations, to locate one or more supplemental stations in the immediate vicinity of the infested station(s) in order that bait consumption by the colony may be maximized.

If termites have not been present in the station for at least approximately sixty days, remove the station and any unconsumed OUTPOST Termite Bait Response it contains and replace it with a new or sanitized used station at or near the same point and add pre-bait or OUTPOST Termite Bait Response. If termites have abandoned the station possibly due to reductions in termite activity related to low temperatures during the period of predicted limited termite activity (see below), it may be advisable to leave the station and bait in place and recheck the station again after the period of predicted limited termite activity has elapsed before removing and replacing the station. If termites have abandoned the station possibly due to excessive moisture, it may be advisable to remove the saturated bait and re-bait the station with fresh bait at that time or after the excess moisture condition has abated.

If a station, upon repeated inspection, is found to contain excess moisture (water collecting at the bottom of the station or cavity, etc.), it may be advisable to relocate the station, if possible, to a nearby area where the soil is better drained or alternately, modify the station location to prevent water from collecting in the station by, for example, creating a sump area under the installed station or at the bottom of the cavity.

**Station Installation:** To install a station, excavate or form a hole in the ground approximately the same size and dimensions as those of the station. Insert the station into the hole with the top edge of the station flush with or approximately 1/2 inch above the earth's surface, making sure that earth is in complete contact with the bottom and sides of the station. If the station is inserted into an opening created through a hardened construction surface (such as a concrete slab, asphalt, etc.), insert the station with the top edge of the station flush with the top of that surface. Replace the station cover securely.

**Inspecting a Station and Placing OUTPOST Termite Bait Response:** To inspect a station, remove the cover and visually examine the interior for the presence of termites, being careful to minimize disturbance of the termites. If live termites are present in the station, bait with OUTPOST Termite Bait Response or replenish. If termites are not present, further inspect bait or pre-bait for excessive decay or moisture saturation. Replace excessively decayed bait or pre-bait. Replace the station cover securely.

**Scheduling of Inspections:** If termite activity is known to be present in the structure at the time stations are initially installed, inspect all stations three times at approximately 30, 60 and 90 days after the date of completion of initial station installation. If no termite activity is present in the structure at the time stations are initially installed, inspect all stations for the first time within approximately 90 days after the date of completion of initial station installation. Thereafter, inspect any station that does not have termite activity within approximately 90 days after the date of the last inspection of that station. Inspect termite active stations two times at approximately 30 and 60 days after the date of initial termite activity. Thereafter, as long as the station continues to be active, inspect the station within approximately 45 days of the date of the last inspection of the station.

**Adjustments to Inspection Scheduling:** Decreases in elapsed time between inspections of a baited station may be warranted if consumption of all the bait in the station occurs during the interval between any two inspections.

Because subterranean termites are cold-blooded (poikilothermic) animals, low temperatures can substantially reduce or stop their activity close to the earth's surface during a certain period of the year. For this reason, if the temperature falls low enough, termites may cease to feed in stations or the onset of feeding in stations may be delayed until temperatures have recovered above a certain level for a long enough period of time. Reductions in termite activity that are the result of low temperatures may make inspections of stations unnecessary for as long as low temperatures prevail in the area.

The temperature at which termite activity is substantially curtailed may vary significantly between different geographic areas and with different species of termites. However, generally speaking, termite activity will be reduced in the stations during those times of the year during which the average daily mean exterior air temperature is below 50° F.

3

Outpost™ TBR

For this reason, the following rule may be applied when counting the number of elapsed days between inspections unless, in the opinion of the operator, increases in the elapsed time between inspections are unwarranted based on local circumstances.

In counting the number of days between inspections, exclude from the total number of days elapsed since the last inspection any days whose date falls between the first date in the fall/winter that long term climate data predicts that the mean exterior air temperature for that date at that application site will be below 50°F (begin period of predicted limited activity) and the first date in the winter/spring that the climate data predicts that the average mean exterior air temperature for that date at that application site will be above 50°F (end period of predicted limited activity).

However, if the number of days excluded according to this rule exceed 90, then schedule the date of the first inspection after the end of the period of predicted limited activity according to the rule or within 30 days of the date of the end of the period of predicted limited activity, whichever of these two dates occurs first. However, under no circumstances should more than six months elapse between inspections of stations. Climate data used should be for the National Weather Service reporting station closest to the application site.

Allowing extra time between inspections as provided by this rule may not be advisable if stations are located in an area in or under a structure in which the average daily mean air temperature is expected to remain above 50°F and termites are actively consuming bait in the stations.

## STORAGE AND DISPOSAL

Do not contaminate water, food or feed by storage or disposal.

**Storage:** Store in original container in a dry storage area out of reach of children and animals.

**Container Disposal:** Place container in a trash can.

**Pesticide Disposal:** Product not disposed of by use according to label directions should be wrapped in paper and placed in a trash can.

B - 9543   12/15/00

Bayer Corporation
Professional Care
Box 4913
Kansas City, MO 64120-0013
(800) 842-8020
http://bayerprocentral.com
OT 0202 BPC  Printed in U.S.A.

**IMPORTANT**
Before using this product, read and carefully observe the directions, cautionary statements and other information appearing on the product packaging label. This product is sold subject to the Conditions of Sale set forth on the container label.



C & S Associates
P. O. Box 8186
Montgomery, AL 36110

Attn: Mr. Isaac Kervien

BID PROTEST
ITB# 03-X-2130153
ITB# 03-X-2130174

Finance Purchasing
RSA Union Bldg.
135 South Union Street
Montgomery, AL 36130

# June 04, 2003
Wednesday

June 2003
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

July 2003
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

| | TaskPad |
|---|---|
| ☑ | ☑ TaskPad |
| ☑ | ☑ send Fiscal Note to Dave Steward on ... |
| ☑ | ☑ Letter to Medicad Maternity Care Serv... |
| ☑ | ☐ Contact Jimmie Mullis about Trio |
| ☑ | ☐ Develop a protest system of loging in... |

**7 am**

**8 00**

**9 00**

**10 00**

Lee Miller & Pat Antle (Termites & Verizon )

**11 00**

**12 pm**

**1 00**

**2 00**

**3 00**

**4 00**

**5 00**

**6 00**

↻ 6:30pm-8:00pm LBC Mid-Week Service

Notes

| STATE OF ALABAMA DEPARTMENT OF FINANCE DIVISION OF PURCHASING | INVITATION TO BID NO: | 03-X-2132146 | 1 |
|---|---|---|---|

**STATE OF ALABAMA**
**DEPARTMENT OF FINANCE**
**DIVISION OF PURCHASING**

**INVITATION TO BID**

| REQ. AGENCY | : | 012002 ALA DEPT OF TRANSPORTATION |
| AGENCY REQ. NO. | : | |
| T-NUMBER | : | TA464 |
| DATE ISSUED | : | 05/19/03 |
| VENDOR NO. | : | 63108933800 |
| VENDOR PHONE NO. | : | (334)317-3903 |
| SNAP REQ. NO. | : | 1271581 |
| BUYER NAME | : | PAT ANTLE |
| BUYER PHONE NO. | : | (334) 242-7250- |
| PURCHASING PHONE NO: | | (334) 242-7250 |

**FOR:** TERMITE TREATMENT AND CONTROL
DEPT OF TRANS. 1ST DIVISION

C & J ASSOCIATES

P O BOX 8186

MONTGOMERY          AL   36110-8186

| BID MUST BE RECEIVED BEFORE: |
|---|
| **DATE:  06/04/03  TIME:  5:00  PM** |

| BIDS WILL BE PUBLICLY OPENED: |
|---|
| **DATE:  06/05/03  TIME:  10:00  AM** |

### TO BE COMPLETED BY VENDOR

INFORMATION IN THIS SECTION SHOULD BE PROVIDED, AS APPROPRIATE. BID RESPONSE MUST BE IN INK OR TYPED WITH ORIGINAL SIGNATURE AND NOTARIZATION.

1. DELIVERY: CAN BE MADE _____ DAYS OR _____ WEEKS AFTER RECEIPT OF ORDER.

2. TERMS: _____ (DISCOUNTS ARE TAKEN WITHOUT REGARD TO DATE OF PAYMENT.)

3. PRICES VALID FOR ACCEPTANCE WITHIN _____ DAYS.

4. VENDOR'S QUOTATION REFERENCE NUMBER, IF ANY: _____ (THIS NUMBER WILL APPEAR ON THE PURCHASE ORDER.)

5. E-MAIL ADDRESS: _____ INTERNET WEBSITE: _____

RETURN INVITATION TO BID:

*NO Bid*

REGULAR MAIL                                      COURIER

STATE OF ALABAMA                    STATE OF ALABAMA
DEPARTMENT OF FINANCE               DIVISION OF PURCHASING
DIVISION OF PURCHASING              RSA UNION BUILDING
P O BOX 302620                     100 N. UNION ST., SUITE 192
MONTGOMERY AL 36130-2620           MONTGOMERY, AL 36104

**EXHIBIT**
**E**
PENGAD Bayonne, NJ

*Protest*

### SIGNATURE AND NOTARIZATION REQUIRED

I HAVE READ THE ENTIRE BID AND AGREE TO FURNISH EACH ITEM OFFERED AT THE PRICE QUOTED. I HEREBY AFFIRM I HAVE NOT BEEN IN ANY AGREEMENT OR COLLUSION AMONG BIDDERS IN RESTRAINT OF FREEDOM OF COMPETITION BY AGREEMENT TO BID AT A FIXED PRICE OR TO REFRAIN FROM BIDDING.

*Curtis Duncan*
AUTHORIZED SIGNATURE (INK)

FEIN OR SSN
*C & J Associates Pest Control*          *Curtis Duncan*
COMPANY NAME                              TYPE/PRINT AUTHORIZED NAME

SWORN TO AND                              *P.O. Box 8186*          *President*
                                          MAIL ADDRESS              TITLE
SUBSCRIBED BEFORE ME THIS                 *Montgomery, AL.*        *334 201-528*
                                          CITY, STATE, ZIP         TOLL FREE NUMBER
_____ DAY OF _____                                             *396 5536*
                                                                   FAX NUMBER
NOTARY PUBLIC          PHONE INCLUDING AREA CODE



June 13, 2003

Curtis Duncan, President
C & J Associates
P. O. Box 8186
Montgomery, AL 36110

Dear Mr. Duncan:

Your **Letter of Protest** (*copy attached*) to State of Alabama's Invitation-To-Bid (ITB) numbers *03-X-2130174* and *03-X2130153* has been received, reviewed, and evaluated. The findings of State Purchasing, as a result of this issue, are identified and discussed as follows:

1) **ITB Number 03-X-2130174**

   a) *".. Disqualified by using erroneous information obtained from an outdated website.. "*
      State Purchasing must always use the information published by manufactories of products falling under their development and ownership domain.   It is the responsibility of each manufacturer to ensure that factual information is published, that it is properly updated, and that is correctly maintained on all its media forms.  Upon discussion with the manufacturer representative, the state was never made that the information was "erroneous', but rather "inadequate".

   b) *"... Rejected our product, Outpost TBR, for not being able to eliminate a subterranean termite colony,* and *for not being a stand along product... "*
      All information discovered by State Purchasing, supports the published statements that <u>Outpost TBR</u> requires additional/supplemental products to function at its best.  A stand along product was the environmental requirement of the requisitioning agency.

   c) *"... Not submitting a warranty with the bid."*
      The ITB stated a requirement to provide a full warranty on the services provided.  This statement may be located within the ITB on page 7, line number 1.



Mr. Curtis Duncan
June 13, 2003
Page Two

## 2) ITB Number 03-X-2130153

a) *".. also protest the solicitation for... Sentricon only.. "*
Based on the evaluation of information available, it appeared that the product Sentricon was the only product meeting the environmental, single bait – colony elimination requirement of the requisitioning agency.  It was also determined that several different providers offered this product; therefore, Sentricon was determined to be a competitive product based upon multi providers.  Also, The State of Alabama does maintain the right to request a particular product, based upon stated and justified needs and/or requirements.

b) *"... contact an expert or professional in the field of pest control termites treatments and products... "*
Upon your original suggestion and recommendation, to contact specific persons within this community; State Purchasing contacted the following organizations/people:

   i) Alabama Agriculture and Industries *[Oversight]*
   The experts who hold the oversight responsibility and authority for this industry would not confirm that the products were indeed the same in function.

   ii) Bayer Environmental *[Manufacture]*
   The manufacture representative would not confirm that the products were the same in function and even stated that he had suggested to you, that you withdraw your protest.  State Purchasing did agree that we would gladly accept additional information from Bayer Environmental concerning this product and perhaps assist in locating ways to utilize this product in other less restrictive locations.

   iii) Florida State University *[Research]*
   State Purchasing was able to obtain a research summary stating a position on the use of this product as compared to others .  This documentation also supports the position that *Outpost TBR* requires additional products along with its application.

Mr. Curtis Duncan
June 13, 2003
Page Three

Based on the information stated above, it is believed that the State of Alabama has acted correctly in both the referenced ITBs as to the requirements of the competitive bid process in Alabama.

I am respectively grateful to you and your company for your continued efforts to supply the State of Alabama with these type services.   Your company has received considerable business from the State of Alabama in the past and I sincerely hope that you will continue to be interested in offering these services to this State.  I very much hope that there will be additional need for pest control services in which the requirements will not be as environmentally strict.

May I wish you and C & J Associates continue success!

Sincerely,

Isaac Kervin

Enclosure (1)

Cc:    Lee Miller
       Pat Antle



**BOB RILEY**
GOVERNOR

**STATE OF ALABAMA**
**DEPARTMENT OF CORRECTIONS**

**DONAL CAMPBELL**
COMMISSIONER

## PROCUREMENT DIVISION
## POST OFFICE BOX 246
## ELMORE, AL 36020-0246
## (334) 567-1712

April 15, 2003

# M E M O R A N D U M

To:     Pat Antle, Buyer
        State Purchasing

From:   Jimmy Rhodes, Director
        Procurement Division

RE:     **TERMITE TREATMENT        TA239            1268367**

The low bidder, C & J Associates, meets specs and acceptable.

JR/epb



EXHIBIT

G



STATE OF ALABAMA

# DEPARTMENT OF FINANCE

### DIVISION OF PURCHASING

RSA Union Building
100 North Union Street
Suite 192
P. O. Box 302620
Montgomery, Alabama 36130-2620
Telephone (334) 242-7250
Fax (334) 242-4419

BOB RILEY
Governor

DRAYTON NABERS
Director of Finance

## MEMO

**DATE:**      April 25, 2003

**TO:**      **Jimmy Rhodes**
            **Dept. of Corrections**

**FROM:**    **Pat Antle**
            **Buyer**

**SUBJECT: ITB #03/X-2130174**

I am returning the above mentioned bid package to you for re-evaluation of the bids. The low bid submitted by C & J Associates, which your agency recommended for award, does not meet the specifications of the bid for the following reasons:

- Bayer, the maker of Outpost, recommends using Outpost with their other termite control products, which include liquids and gels. This is outside the scope of the bid.
- After conducting extensive research myself, I have been unable to find any data that actually says the Outpost product effectively eliminates colonies. The information supplied by the vendor implies several times that Outpost may eliminate all colonies, and has a warranty disclaimer that states Outpost "is reasonably fit for the purpose stated…when used in strict accordance with the directions…Bayer makes no other express or implied warranty of merchantability or fitness for a particular purpose…"
- Diflubenzuron, the active ingredient in Outpost, is listed by the EPA for environmental toxicity. The bid specifically states that any equal to Sentricon must be non-toxic.

I am including copies of the information concerning both the Outpost and Sentricon products for your review. I have concluded that Outpost TBR is not an equal to Sentricon; therefore, your agency will need to re-evaluate the bid package and determine the lowest, responsible bid.

Thank you.

EXHIBIT

H

PENGAD-Bayonne N J

Case 2:05-cv-00557-WHA-DRB    Document 77-2    Filed 07/31/2006    Page 30 of 65

What is the Sentricon System?                                                    Page 1 of 2





**Termite Colony Elimination**

The Story of the Sentricon System

# What is the Sentricon System?

### The Only Termite Protection Your House Will Ever Need™

The Sentricon® *Termite Colony Elimination System* establishes a new standard for protecting property from subterranean termites. It's an innovative baiting system that acts like a security system, providing continuous defense. After eliminating attacking colonies, the Sentricon System guards structures by monitoring for future invasions. As a long-term solution that's easy on the environment[†], the Sentricon System is the only subterranean termite protection your house will ever need.

Help! I've Got Termites!

Enter ZIP code.

[        ] [Go]

**OVERVIEW SECTION**

The Story of the Sentricon System
What is the Sentricon System?
Why the Sentricon System?
History of the Sentricon System
How Does it Work?
The Green Story
Ask the Experts
About Termites
Famous Sites
Success Stories
TV, Radio and Print Ads
Homeowner Video



### Property Protection: A Three-step Process

The Sentricon System provides property protection through a three-step process: detection of termites, elimination of termite colonies and preventive protection against reinfestation by regular monitoring for new termite activity. A highly trained and specially authorized pest management professional called an Authorized Operator installs inconspicuous Sentricon stations in the soil around the perimeter of your structure. Wood-based monitoring devices are included in the station at the time of installation, and these devices are routinely examined by your Authorized Operator for signs of termite infestation. When the monitoring devices show significant termite activity, they are replaced with a Baitube™ device containing Recruit™ II termite bait.

### The Active Ingredient, Hexaflumuron

Subterranean termites are social insects, so all individuals within the colony depend on one another for survival. The Sentricon System targets a colony by using a unique active ingredient, hexaflumuron, in Recruit II termite bait that is spread throughout the colony's foraging population before termites can notice its effects on their nestmates. The Sentricon System delivers the active ingredient by taking advantage of the foraging and feeding behavior of subterranean termite workers that are responsible for sustaining the colony. Hexaflumuron affects termites by stopping the molting process required by termites to grow. As the worker termites die off, the termite colony declines to the



Case 2:05-cv-00557-WHA-DRB     Document 77-2     Filed 07/31/2006     Page 31 of 65

What is the Sentricon System?                                              Page 2 of 2

point where it can no longer sustain itself, ultimately leading to its collapse and elimination.

**Proven Success**
Extensive field tests have been completed on infested structures by the United States Department of Agriculture – Forest Service (USDA-FS) and by researchers at major universities. More than 30 scientific papers have been published on the Sentricon System and its components. The conclusion of this research is that the Sentricon System has successfully eliminated colonies of all economically important subterranean termite species in the continental United States and Hawaii in a wide variety of environments. With the Sentricon System, you can stop the destruction, or prevent it from ever happening.

To learn more, review additional research demonstrating the effectiveness of the Sentricon System and its components.

**Residential and Commercial Use**
More than six years in the marketplace and hundreds of thousands of properties protected demonstrate its success in the "real world."

**Product Label and Safety Information**
For information about product labels and safety, please visit the Product Label and MSDS section.

The Sentricon System is sold through and serviced by highly trained Authorized Operators. To find an Authorized Operator in your area, visit the locator at the top of this page.

† Awarded the 2000 Presidential Green Chemistry Challenge Award

(1998-2003) © Dow AgroSciences LLC
®®™ Trademark of Dow AgroSciences LLC

Privacy Statement | Internet Disclaimer

Case 2:05-cv-00557-WHA-DRB    Document 77-2    Filed 07/31/2006    Page 32 of 65

Why the Sentricon System?                                          Page 1 of 2





Termite Colony Elimination
The Story of the Sentricon System

# Why the Sentricon System?

## Property Protection Through Colony Elimination

Help! I've Got Termites!
Enter ZIP code.



- One of the main differences between the Sentricon® *Termite Colony Elimination System* and basic termite control that uses a chemical termiticide barrier is colony elimination.

**OVERVIEW SECTION**

The Story of the Sentricon System
What is the Sentricon System?
Why the Sentricon System?
History of the Sentricon System
How Does it Work?
The Green Story
Ask the Experts
About Termites
Famous Sites
Success Stories
TV, Radio and Print Ads
Homeowner Video

- The Sentricon System is the only termite bait that has published, peer-reviewed research documenting colony elimination.

- Dow AgroSciences, the manufacturer of the Sentricon System, in cooperation with researchers from the United States Department of Agriculture-Forest Service (USDA-FS) and 15 state universities, conducted an unprecedented number of termite research field trials nationwide.

- The Sentricon System has been documented to eliminate all economically important subterranean termite species utilizing the biology and behavior of termites to affect their demise

- The Sentricon System has also eliminated subterranean termite colonies in homes like yours nationwide and is protecting hundreds of thousands of residential and commercial properties.

## Non-Intrusive

- Compared to basic liquid termiticide treatments, the Sentricon System is non-intrusive.

- With the Sentricon System, there is no drilling in floors or foundations required, and it results in fewer disturbances to landscaping than the basic liquid termiticide treatments.

- Your pest management professional can install and monitor the Sentricon System without even entering your home.



No drilling with the Sentricon System.

## Environmentally Responsible

- The Sentricon System is environmentally responsible

Case 2:05-cv-00557-WHA-DRB    Document 77-2    Filed 07/31/2006    Page 33 of 65

Why the Sentricon System?                                          Page 2 of 2

because its termite bait is used only when and where termites are present.



- The Sentricon System uses just a few grams of active ingredient to eliminate the colony, and the bait is removed after colony elimination. With basic liquid treatments, hundreds of gallons of diluted chemical may be necessary to treat around and underneath a home.

- Stations are inconspicuous and secured with a locking cap designed to prevent entry by children or pets.

- The Sentricon System was the first product registered under the Environmental Protection Agency's Reduced Risk Initiative.

- The Sentricon System is the first termite treatment that has earned the Presidential Green Chemistry Challenge Award.

Site Navigation:                              | Sentricon Home: The Story of the Sentricon System: Why the Sentricon System?

(1998-2003) © Dow AgroSciences LLC
*®™ Trademark of Dow AgroSciences LLC

Privacy Statement | Internet Disclaimer




## Termite Colony Elimination

The Story of the Sentricon System

# What Makes It Environmentally Responsible?

Dow AgroSciences received one of the U.S. government's top environmental honors, the 2000 Presidential Green Chemistry Challenge Award. The U.S. Environmental Protection Agency (EPA) awarded honors to the Sentricon® *Termite Colony Elimination System,* the technology that eliminates termite colonies using a very small amount of termite bait only when and where termites are present.

This prestigious award, presented by the EPA on behalf of the president, recognizes technical innovation that incorporates the principles of "green" chemistry into chemical design, manufacture and use. The Sentricon System was the first and is the only termite control product to receive the highly-respected award.

Help! I've Got Termites!
Enter ZIP code.
[          ] 

### OVERVIEW SECTION

The Story of the Sentricon System
What is the Sentricon System?
Why the Sentricon System?
History of the Sentricon System
How Does It Work?
The Green Story
Ask the Experts
About Termites
Famous Sites
Success Stories
TV, Radio and Print Ads
Homeowner Video




And here's another first: The Sentricon System was the first product approved under the EPA's Reduced Risk Pesticide Initiative. Today, more than 750,000 structures across the country are protected using this revolutionary technology. It is currently protecting historical structures such as the Statue of Liberty, the White House and Independence Hall. Use of this technology is expanding globally, protecting structures in Australia, France, Spain and Japan. The Sentricon System has successfully eliminated termites from a 10-acre area of Bourges, France, and is protecting the Senate building in Rome, as well as avenues of trees lining the streets of Paris.

"The impact of the Sentricon System on the termite control industry has been significant," says Reid Sprenkel, general manager, Professional Pest Management at Dow AgroSciences LLC. "Receiving the Presidential Green Chemistry Challenge Award further illustrates Dow AgroSciences' commitment to the development of innovative and environmentally responsible pest management technologies."



# Specimen Label

> Recruit II termite bait is to be included with a service and is not for sale.



## Termite Bait

*Trademark of Dow AgroSciences LLC

A termite bait for use in an integrated management system for protection of structures from subterranean termites.

Active Ingredient:
hexaflumuron: N(((3,5-dichloro-
4-(1,1,2,2-tetrafluoroethoxy)phenyl)amino)
carbonyl)-2,6-difluorobenzamide .................................. 0.5%
Inert Ingredients ......................................................... 99.5%
Total Ingredients .......................................................... 100.0%

Contains 0.5 grams of hexaflumuron per 100 grams of formulation.

U.S. Patent No. 4,468,405

EPA Reg. No. 62719-272

## Keep Out of Reach of Children
# CAUTION

### Precautionary Statements
#### Hazards to Humans and Domestic Animals

Do not tamper with bait material.

#### Environmental Hazards

This product is highly toxic to aquatic invertebrates and possibly to fish. Do not use Baitube* devices in depressions, low areas, near ponds, streams, springs, other water sources, or near downspout openings when the bait or its hexaflumuron contents could be washed out of the Baitube into water at or near the surface of the ground.

Notice: Read the entire label. Use only according to label directions. Before using this product, read "Warranty Disclaimer" and "Limitation of Remedies" elsewhere on this label.

In case of emergency endangering health or the environment involving this product, call 1-800-992-5994. If you wish to obtain additional product information, visit our web site at www.dowagro.com.

### Directions for Use

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

Read all Directions for Use carefully before applying.

### Storage and Disposal

Do not contaminate water, food or feed by storage or disposal.
**Storage:** Store in original container in a dry storage area.
**Disposal:** Store used Baitube devices that are damaged or no longer needed until they can be sent to an approved facility as instructed by Dow AgroSciences for disposal or recycling.

**Handling Procedures**

Do not break open or cut into the Baitube. Do not remove protective wrapper from the Baitube until ready for use.

### General Information

Recruit* II termite bait contains an insect growth regulator (IGR), hexaflumuron, that prevents successful molting and development of subterranean termites. This disruption of development ultimately results in the decline of the termite colony to the point where the colony can no longer sustain itself and is eliminated.

Recruit II was developed to be used in the Sentricon* System which represents an integrated pest management approach for the elimination of subterranean termite colonies, including *Coptotermes, Reticulitermes,* and *Heterotermes* spp. and is intended to form the basis of an on-going program providing structural protection from subterranean termites. Use of this management system involves three basic steps: (1) monitoring for the presence of termite activity in and around the target site; (2) delivery of a slow acting insect growth regulator, Recruit II, when the presence of subterranean termites has been detected; and (3) continued inspection and monitoring of the site for the presence of termite activity after elimination of the colony has been achieved. Although the third phase of the management system is an optional service offered to the owner of the structure, it provides an on-going preventive service in order to detect any new termite activity.

When termite activity is detected and feeding of Recruit II termite bait is established, Baitube devices must remain in the station as long as the bait material is being consumed and termites remain active. When evidence of termite activity in the Baitube ceases, resume monitoring to detect the presence of renewed termite activity by substituting a monitoring device for the Baitube if the termite control program is on-going.

Do not re-use Baitube devices or Recruit II termite bait. Subterranean termites excrete colony specific pheromones that become incorporated into the bait while feeding and foraging. The pheromones left in the bait by one colony will cause feeding deterrence or repellency to other colonies, causing it to be ineffective.

It is important for operators to understand the biology and behavior of subterranean termite species, and construction and landscape features conducive to infestation by subterranean termites.

## Use Directions

Target sites for this system can include buildings, fences, utility poles, decking, landscape plantings and trees or other features which could be damaged by termite feeding and foraging activity. Recruit II can be used on the inside or outside of foundation walls of crawl space areas or through concrete and asphalt if adequate soil is not accessible and such action is warranted.

### Monitoring

The purpose of the monitoring phase is to detect the presence of subterranean termites. This procedure does not attract termites from other locations. When present, termites can be collected from monitoring devices placed in the Sentricon stations. Upon collection, these termites can be placed inside the Baitube containing Recruit II to force tunneling through the bait material. This facilitates their return to the colony for "recruiting" other nestmates to feed on Recruit II. This Self-Recruitment* procedure further encourages the subterranean termite population to forage into and feed on Recruit II termite bait.

Identify critical areas suitable for placing Sentricon stations. Critical areas include locations within or adjacent to visible termite activity such as indicated by: foraging tubes, termite infested plants, wood, and other materials; and areas conducive to termite foraging (bath traps, moist soil in shaded areas, near irrigation sprinkler heads, roof down spouts and other moist areas, and near planting beds or other areas with plant root systems). Sentricon stations should be placed within 4 feet of critical areas unless placement is obstructed. Sentricon stations should not be placed in soil within 18 inches of structural foundations previously treated with a liquid termiticide. In addition to select critical areas, install Sentricon stations around the target site at intervals which do not exceed 20 feet where soil access is not restricted.

Inspect monitoring devices monthly for the first three months after installation at a site when termites are known to be active. If no termite activity at a site is documented, then monitoring can be done on a bi-monthly or quarterly basis

When termite activity is observed in a monitoring device, and worker numbers are sufficient for Self-Recruitment (about 40 termites) then Baitube devices containing Recruit II and auxiliary Sentricon station(s) shall be installed per directions in section 2 of this label and monitoring resumed on at least a monthly basis. Continue monitoring for as long as there is evidence of termite activity in any Sentricon station at the site. If more than 75% of the Baitube device contents are consumed in one or more stations, stations should be inspected more frequently than monthly. Once active termites are no longer found in any Baitube, or Recruit II is no longer being consumed for two consecutive monitoring periods, replace the Baitube with a monitoring device and resume monitoring on a bi-monthly or quarterly basis if the control program is continuing. If auxiliary Sentricon stations have been installed they may be removed leaving the original Sentricon station in place.

**Note:** Unfavorable conditions such as excessive moisture or freezing of soil may temporarily disrupt feeding on Recruit II and monitoring devices. Resume monitoring after return of conditions favorable to termite activity.

### Installation of the Baitube containing Recruit II

The monitoring device should be replaced with a Baitube containing Recruit II when termites are present in the monitoring device in numbers sufficient for Self-Recruitment (about 40 or more worker termites). Proper use of the Baitube containing Recruit II termite bait will maximize the "recruitment" of nestmates and expose a larger number of termites from a target colony to the IGR containing material. The Self-Recruitment procedure is accomplished by transferring termites collected from the monitoring device to the Self-Recruitment chamber at the top of the Baitube according to the following procedure:

**Self-Recruitment Procedure:** Remove termites from the monitoring device and introduce them into the Self-Recruitment chamber in the top of the Baitube as follows (refer to Figure 1).

1.  Prepare the Baitube for introduction of termites as follows:
    (1) Remove the cap.
    (2) Add a minimum of 0.7 ounces (approx. 20 ml) of water to the Self-Recruitment chamber. In arid areas and in dry soils, add up to up to 2.7 ounces (approx. 80 ml) of water before introducing termites to the chamber. This moisture is necessary for termites to survive the Self-Recruitment procedure. Allow the water to be completely absorbed by the bait before transferring termites to the chamber.

2.  Transfer termites from the infested monitoring device to the Self-Recruitment chamber of the Baitube as follows:
    (1) Remove monitoring device from the Sentricon station and place in a container suitable for collecting termites and associated debris that will be introduced into the Self-Recruitment chamber. A shallow pan works well for this purpose, or, with experience, users may fashion other devices more suitable for this purpose.
    (2) Carefully remove termites, debris, soil and mud tube material from the surface of the monitoring device. Save this material to add to the Self-Recruitment chamber along with termites.
    (3) Separate the halves of the monitoring device and gently tap them to dislodge as many termites as possible into the collecting pan.
    (4) Introduce the termites and debris collected into the Self-Recruitment chamber of the Baitube. Excess debris and termites may be discarded or used to initiate the Self-Recruitment process in an auxiliary Sentricon station placed adjacent to the primary baited station (see Installation of Auxiliary Stations).
    (5) Replace the cap of the Baitube. Avoid harming termites placed in the chamber when replacing the cap. If the chamber is overfilled, wait for excess termites to move out of the way to avoid injuring them since dead termites may repel nestmates from feeding at the bait station.

3.  Remove the plastic covering of the Baitube at the perforations to expose the termite access holes before inserting into the Sentricon station.

4.  Complete the Self-Recruitment procedure by inserting the capped Baitube into the Sentricon station and replacing the outer cap of the station.

2

Figure 1.  (Refer to Self-Recruitment Procedure section)

**1a.** When termites are present during an inspection of the monitoring device in numbers sufficient for Self-Recruitment (about 40 worker termites), remove the monitoring device and replace it with a Baitube containing Recruit II.



**1b.** Remove termites from the monitoring device into the collecting pan and introduce them into the top of the Baitube.



**2.** **Installation of Auxiliary Stations:** A Sentricon station is considered to be free-standing if it is more than 12 inches from another Sentricon station. When a free-standing station is baited with Recruit II, install one or more auxiliary Sentricon stations containing monitoring devices within 12 inches of the baited station, if suitable ground access exists. Auxiliary Sentricon stations can be baited immediately if adequate numbers of termites can be collected to initiate the Self-Recruitment process. When auxiliary stations are baited at a subsequent inspection, continue to install auxiliary Sentricon stations as necessary. Installation of auxiliary Sentricon stations creates a cluster of two or more Sentricon stations in which each station is located 12 inches or less from adjacent station(s). Assure that one or more Sentricon stations per cluster contain monitoring devices.

**3.** **Inspection of the Baitube:** Baitube devices are inspected by visually examining the device for termites. If termites are active in the Baitube and the material is nearly or totally consumed (or if the material appears to be degraded or moldy), replace it with another Baitube containing Recruit II. If possible, gently tap the termites from the used Baitube device into the replacement device using the Self-Recruitment procedure described above. It is not desirable to have the entire contents of the Baitube consumed before replacing it, as termites may forage elsewhere in search of food. Inspect adjacent monitoring device locations and initiate placement of Baitube devices in Sentricon stations when and where termites are found in monitoring devices.

## Warranty Disclaimer

Dow AgroSciences warrants that this product conforms to the chemical description on the label and is reasonably fit for the purposes stated on the label when used in strict accordance with the directions, subject to the inherent risks set forth below. Dow AgroSciences MAKES NO OTHER EXPRESS OR IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER EXPRESS OR IMPLIED WARRANTY.

## Inherent Risks of Use

It is impossible to eliminate all risks associated with use of this product. Plant injury, lack of performance, or other unintended consequences may result because of such factors as use of the product contrary to label instructions (including conditions noted on the label, such as unfavorable temperature, soil conditions, etc.), abnormal conditions (such as excessive rainfall, drought, tornadoes, hurricanes), presence of other materials, the manner of application, or other factors, all of which are beyond the control of Dow AgroSciences or the seller. All such risks shall be assumed by buyer.

## Limitation of Remedies

The exclusive remedy for losses or damages resulting from this product (including claims based on contract, negligence, strict liability, or other legal theories), shall be limited to, at Dow AgroSciences' election, one of the following:

1. Refund of purchase price paid by buyer or user for product bought, or
2. Replacement of amount of product used

Dow AgroSciences shall not be liable for losses or damages resulting from handling or use of this product unless Dow AgroSciences is promptly notified of such loss or damage in writing. In no case shall Dow AgroSciences be liable for consequential or incidental damages or losses.

The terms of the "Warranty Disclaimer" above and this "Limitation of Remedies" cannot be varied by any written or verbal statements or agreements. No employee or sales agent of Dow AgroSciences or the seller is authorized to vary or exceed the terms of the "Warranty Disclaimer" or this "Limitation of Remedies" in any manner.

*Trademark of Dow AgroSciences LLC
**Dow AgroSciences LLC • Indianapolis, IN 46268 U.S.A.**

Label Code:  D02-026-017
Replaces Label:  D02-026-016

EPA-Accepted  04-07-97

**Revisions:**

1. Add boxed statement to prevent unauthorized sale and use of Recruit bait.
2. Update graphic Figure 1a.

Specimen Label Revised 11-04-99

04/07/2003  15:44    334-268  .53              MAILBOXES ETC _ 53                    PAGE  02

# Outpost™ TBR

## Termite Bait Response

For Professional Use Only by Individuals Licensed by the State to Apply Termiticides.

ACTIVE INGREDIENT:

Diflubenzuron . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .0.25%

OTHER INGREDIENTS . . . . . . . . . . . . . . . . . . . 99.75%

100.00%

Contains 0.25 grams of diflubenzuron per 100 grams of formulation.

EPA Reg. No. 499-488-3125          Net Wt 7.05 oz (200 g)

### STOP – Read the label before use.

### Keep out of reach of children.

## CAUTION

## PRECAUTIONARY STATEMENTS

### ENVIRONMENTAL HAZARDS

**CAUTION:** This product is highly toxic to aquatic invertebrates. Do not place OUTPOST Termite Bait Response in any area where, because of the movement of water, it could be washed into a body of water containing aquatic life, such as ponds or streams.

**Important:** Before buying or using this product, read the entire label including the Warranty section of this label. If terms are not acceptable, return the unopened product container at once. Use this product only according to label directions.

## WARRANTY

**WARRANTY DISCLAIMER:** BAYER WARRANTS THAT THIS PRODUCT CONFORMS TO THE CHEMICAL DESCRIPTION ON THE LABEL AND IS REASONABLY FIT FOR THE PURPOSE STATED ON THE LABEL WHEN USED IN STRICT ACCORDANCE WITH THE DIRECTIONS, SUBJECT TO THE CONDITIONS FOR SALE SET FORTH BELOW. BAYER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER EXPRESS OR IMPLIED WARRANTY.

**CONDITIONS OF SALE:** THE DIRECTIONS ON THIS LABEL WERE DETERMINED THROUGH RESEARCH TO BE APPROPRIATE FOR THE CORRECT USE OF THIS PRODUCT. THIS PRODUCT HAS BEEN TESTED UNDER DIFFERENT ENVIRONMENTAL CONDITIONS BOTH INDOORS AND OUTDOORS UNDER CONDITIONS SIMILAR TO THOSE THAT ARE ORDINARY AND CUSTOMARY WHERE THE PRODUCT IS TO BE USED. INSUFFICIENT CONTROL OF PESTS MAY RESULT FROM THE OCCURRENCE OF EXTRAORDINARY OR UNUSUAL CONDITIONS OR FROM FAILURE TO FOLLOW LABEL DIRECTIONS. IN ADDITION, FAILURE TO FOLLOW LABEL DIRECTIONS MAY CAUSE INJURY TO ANIMALS, MAN AND DAMAGE TO THE ENVIRONMENT. BAYER OFFERS AND THE BUYER ACCEPTS, AND USES, THIS PRODUCT SUBJECT TO THE CONDITIONS THAT EXTRAORDINARY OR UNUSUAL ENVIRONMENTAL CONDITIONS, OR FAILURE TO FOLLOW LABEL DIRECTIONS ARE BEYOND THE CONTROL OF BAYER AND ARE, THEREFORE, THE RESPONSIBILITY OF THE BUYER.

**Outpost™ TBR**

# DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

Read the GENERAL INFORMATION and GENERAL USE DIRECTIONS carefully before using. OUTPOST Termite Bait Response is part of a termite baiting system and is intended for use only in OUTPOST Termite Detection System. Use of OUTPOST Termite Bait Response in any other type of station or system not designed for termites is prohibited. Contact the Product Information Center at 1 (800) 842-8020 for assistance in using OUTPOST Termite Bait Response or any other components of the termite baiting system.

## GENERAL INFORMATION

OUTPOST Termite Bait Response is intended for use in an ongoing program of management and control of subterranean termite colonies in the ground around and under any type of building or other object (structure). OUTPOST Termite Bait Response does not exclude termites from a structure. Instead, it suppresses or eliminates termite colonies. Sufficient consumption of OUTPOST Termite Bait Response by all subterranean termite colonies that present an existing or potential hazard to the structure may, subject to the limitations stated herein, protect the structure against subterranean termite attack.

The active ingredient in OUTPOST Termite Bait Response, diflubenzuron, is an insect development inhibitor. When consumed by a termite, diflubenzuron impairs the ability of a termite to molt. Molting is the process by which termites, at certain points in their development, shed their existing exoskeleton and form a replacement exoskeleton. Termites that attempt to molt after ingesting an amount of OUTPOST Termite Bait Response sufficient to impair their molting process either die or are incapacitated by their inability to complete the molting process. Insect development inhibitors such as diflubenzuron are characterized as slow acting toxicants, however their action is slow only to the extent that they affect a termite only at the points in its life cycle when it molts. Because all the termites in a colony do not molt at the same time, the effect of diflubenzuron on the colony as a whole is progressive. This progressive effect is one of the key attributes of diflubenzuron as a termite colony toxicant.

Sufficient consumption of OUTPOST Termite Bait Response by a termite colony can cause a decline in the number of members of the colony. Such a decline, if sustained by continued consumption of OUTPOST Termite Bait Response by the colony, can significantly impair the vitality of the colony. Further continued consumption of OUTPOST Termite Bait Response by remaining colony members may ultimately result in the total elimination of the colony. The extent of the decline of the colony, the speed of its decline, and the possibility of its elimination depends upon the extent to which OUTPOST Termite Bait Response is made continuously available to a colony for consumption and the extent to which members of the colony consume it. Given adherence to the General Use Directions can increase the likelihood of colony elimination however conditions or circumstances beyond the control of the user may prevent or substantially delay colony elimination. Such conditions may include, but are not limited to, alternate non-baitfood sources, the extent to which the colony depends on OUTPOST Termite Bait Response as a food source, excess moisture, low or high temperatures, or abandonment of feeding on the bait by the colony.

Because termites cannot be attracted, they must instead find the station as they randomly forage for food. OUTPOST Termite Bait Response affects termite colonies only if they consume it. Pre-baiting is a process by which termite activity is established at a location prior to the application of OUTPOST Termite Bait Response at that location. However, once they have consumed the pre-bait, termites can normally be induced to consume OUTPOST Termite Bait Response. These termites then guide other colony members back to the bait station where they also consume OUTPOST Termite Bait Response.

If the cycle of pre-baiting and baiting around a structure is interrupted or discontinued, new colonies occupying the territory of eliminated colonies, existing colonies that were suppressed but not eliminated, existing colonies never baited or colonies that were pre-baited may forage at points of possible entry into and infest the structure. For this reason, the cycle of pre-baiting and baiting should continue for as long as it is desirable to eliminate subterranean termites from the structure.

After termite activity has been absent from a baited station for at least 60 days, the baiting process is resumed by replacing the vacated station with a new or sanitized used station at or near the location of the station that is being replaced. In order to affect as many of the termites as possible that currently or could potentially infest a structure, every termite colony that inhabits the ground under and around the structure must be pre-baited and/or baited with OUTPOST Termite Bait Response.

If a conventional termite liquid barrier treatment is performed in conjunction with an installation of OUTPOST Termite Bait Response, care must be taken not to treat in the area of installed stations (preferably not within two feet of stations.) Because the use of OUTPOST Termite Bait Response may be a multi-step process, localized treatment(s) of areas of the structure infested with active termites at the time of pre-baiting or baiting, using barrier or contact type termiticides, may provide more immediate control of termites in those parts of the structure than OUTPOST Termite Bait Response. Preventative critical area soil or wood treatments may be performed in conjunction with station installation. Do not treat in areas of installed stations during routine pesticide applications.

**Pre-Baiting:** Pre-baiting is a process by which termite activity is established at a location prior to the application of OUTPOST Termite Bait Response at that location. Wood, cardboard, or other cellulose containing substances which are readily consumed by subterranean termites may be used as pre-bait. The non-toxic food materials provide a pre-baiting food source for termites that, upon being fed on by termites, establishes termite activity with the station. The pre-bait should be installed in the station to form a thin lining against the inside of the perforated sidewalls of the station while leaving a vacant center cavity at the center of the station if possible. If there is termite activity at a pre-baiting site, make OUTPOST Termite Bait Response continuously available for colony consumption by placing OUTPOST Termite Bait Response in the vacant center cavity or filling the station with it. See section entitled "Inspecting a Station and Placing OUTPOST Termite Bait Response" for details.

**Direct Baiting:** Placing the OUTPOST Termite Bait Response bait directly into a station is permitted in areas of suspected termite activity. Follow directions for placing station and fill with OUTPOST Termite Bait Response.

04/07/2003  15:44   334-260-..95          MAILBOXES ETC 3159          PAGE  04

Outpost™ TBR

# GENERAL USE DIRECTIONS

**Post-construction Use:** OUTPOST Termite Bait Response can be used for remedial treatment of infested existing structures or for preventative treatment (before signs of infestation) of existing structures.

**Station preparation and location selection:** To reduce the potential for tampering with and disturbance of stations, points of station installation should be chosen that, where possible, minimize installed station visibility. Areas where barrier type termiticides may have been previously applied, such as within two feet of the foundation wall, should be avoided if possible.

Install stations at or near points of known or suspected termite entry into the structure. If a point of accessible ground is not located within ten feet of a point of known termite entry (due to an intervening hardened construction surface such as a concrete slab), it may be advisable to create an access to the ground through that surface close to the point of known entry and install a station at that access.

Install stations at, or preferably within five feet of points of known, probable or suspected termite foraging, and at other critical areas. Such areas may include areas with concentrations of cellulose-containing debris, such as mulch or wood scraps, in contact with the ground, areas of moderate soil moisture, shaded areas, areas containing plant root systems, bath traps, visible termite foraging tubes, etc.

Install stations around a structure such that, except where sufficient access to the ground is not available, the maximum interval between any two stations does not exceed twenty feet. If the distance between two points of accessible ground around the structure exceeds thirty feet, it may be advisable to form one or more openings in the surface creating the inaccessibility to facilitate baiting between those points.

If the structure has an accessible crawl space, stations can be installed in the crawl space in lieu of or in addition to installing stations around the structure. Stations can be installed within a slab structure at existing or created openings in the slab surface through which ground is accessible and into which the station can be installed in a secure manner.

Once termite activity has occurred at a station and bait consumption has begun, it may be advisable, depending on the rate of bait consumption in that station and nearby stations, to locate one or more supplemental stations in the immediate vicinity of the infested station(s) in order that bait consumption by the colony be maximized.

If termites have not been present in the station for at least approximately sixty days, remove the station and any unconsumed OUTPOST Termite Bait Response it contains and replace it with a new or sanitized used station at or near the same point and add pre-bait or OUTPOST Termite Bait Response. If termites have abandoned the station possibly due to reductions in termite activity related to low temperatures during the period of predicted limited termite activity (see below), it may be advisable to leave the station and bait in place and recheck the station again after the period of predicted limited termite activity has elapsed before removing and replacing the station. If termites have abandoned the station possibly due to excessive moisture, it may be advisable to remove the saturated bait and re-bait the station with fresh bait at that time or after the excess moisture condition has abated.

If the station, upon repeated inspection, is found to contain excess moisture (water standing at the bottom of the station or cavity, etc.), it may be advisable to relocate the station, if possible, to a nearby area where the soil is better drained or alternately, modify the station location to prevent water from collecting in the station by, for example, creating a sump area under the installed station or at the bottom of the cavity.

**Station Installation:** To install a station, excavate or form a hole in the ground approximately the same size and dimensions as those of the station. Insert the station into the hole with the top edge of the station flush with to approximately 1/2 inch above the earth's surface, making sure that earth is in complete contact with the bottom and sides of the station. If the station is inserted into an opening created through a hardened construction surface (such as a concrete slab, asphalt, etc.), insert the station with the top edge of the station flush with the top of that surface. Replace the station cover securely.

**Inspecting a Station and Placing OUTPOST Termite Bait Response:** To inspect a station, remove the cover and visually examine the interior for the presence of termites, being careful to minimize disturbance of the termites. If live termites are present in the station, bait with OUTPOST Termite Bait Response or replenish. If termites are not present, further inspect bait or pre-bait for excessive decay or moisture saturation. Replace excessively decayed bait or pre-bait. Replace the station cover securely.

**Scheduling of inspections:** If termite activity is known to be present in the structure at the time stations are initially installed, inspect all stations three times at approximately 30, 60 and 90 days after the date of completion of initial station installation. If no termite activity is present in the structure at the time stations are initially installed, inspect all stations for the first time within approximately 90 days after the date of completion of initial station installation. Thereafter, inspect any station that does not have termite activity within approximately 90 days after the date of the last inspection of that station. Inspect termite active stations two times at approximately 30 and 60 days after the date of initial termite activity. Thereafter, as long as the station continues to be active, inspect the station within approximately 45 days of the date of the last inspection of the station.

**Adjustments to Inspection Scheduling:** Decreases in elapsed time between inspections of a baited station may be warranted if consumption of all the bait in the station occurs during the interval between any two inspections.

Because subterranean termites are cold-blooded (poikilothermic) animals, low temperatures can substantially reduce or stop their activity close to the earth's surface during a certain period of the year. For this reason, if the temperature falls low enough, termites may cease to feed in stations or the onset of feeding in stations may be delayed until temperatures have recovered above a certain level for a long enough period of time. Reductions in termite activity that are the result of low temperatures may make inspections of stations unnecessary for as long as low temperatures prevail in the area.

The temperature at which termite activity is substantially curtailed may vary significantly between different geographic areas and with different species of termites. However, generally speaking, termite activity will be reduced in the stations during those times of the year during which the average daily mean exterior air temperature is below 50° F

3

# FLUORIDE ACTION NETWORK

Return to **FAN's Pesticide Homepage**

---

## Diflubenzuron (CAS No. 35367-38-5)

---

Updated February 2003

Rationale for US EPA to add Diflubenzuron to the Toxic Release Inventory

In a 2-year study in which beagle dogs received diflubenzuron daily in gelatin capsules, the LOAEL for increases in sulfhemoglobin and methemoglobin was 10 mg/kg/day and the NOAEL was 2 mg/kg/day. EPA has derived an oral RfD of 0.02 mg/kg/day for this chemical from this study. Similar effects were noted in two separate 2-year rat feeding studies (the LOAEL was 7.8 to 8 mg/kg/day; the NOAEL was 2 mg/kg/day), and in a lifetime oral study in mice (the LOAEL was 12 mg/kg/day; the NOAEL was 2.4 mg/kg/day). EPA believes that there is sufficient evidence for listing diflubenzuron on EPCRA section 313 pursuant to EPCRA section 313(d)(2)(B) based on the available hematological toxicity data. Measured aquatic acute toxicity data for diflubenzuron include a 48-hour LC 50 of 4.55 ppb for daphnids. EPA believes that there is sufficient evidence for listing diflubenzuron on EPCRA section 313 pursuant to EPCRA section 313(d)(2)(C) based on the environmental toxicity data for this chemical.

Ref: USEPA/OPPT. Support Document for the Health and Ecological Toxicity Review of TRI Expansion Chemicals. U. S. Environmental Protection Agency, Washington, DC (1993).

As cited by US EPA in: Federal Register: January 12, 1994. Part IV. 40 CFR Part 372. Addition of Certain Chemicals; Toxic Chemical Release Reporting; Community Right-to-Know; Proposed Rule.

CAS Name: N-[[(4-chlorophenyl)amino]carbonyl]-2,6-difluorobenzamide

ACTIVITY: Chemosterilant insecticide (chitin synthesis inhibitor)
(Benzoylurea)

STRUCTURE:

04/07/2003   15:44       334-26      35              MAILBOXES ETC    _9              PAGE   05

Outpost™ TBR

For this reason, the following rule may be applied when counting the number of elapsed days between inspections unless, in the opinion of the operator, increases in the elapsed time between inspections are unwarranted based on local circumstances.

In counting the number of days between inspections, exclude from the total number of days elapsed since the last inspection any days whose date falls between the first date in the fall/winter that long term climate data predicts that the mean exterior air temperature for that date at that application site will be below 50°F (begin period of predicted limited activity) and the first date in the winter/spring that the climate data predicts that the average mean exterior air temperature for that date at that application site will be above 50° F (end period of predicted limited activity).

However, if the number of days excluded according to this rule exceed 90, then schedule the date of the first inspection after the end of the period of predicted limited activity according to the rule or within 30 days of the date of the end of the period of predicted limited activity, whichever of these two dates occurs first. However, under no circumstances should more than six months elapse between inspections of stations. Climate data used should be for the National Weather Service reporting station closest to the application site.

Allowing extra time between inspections as provided by this rule may not be advisable if stations are located in an area in or under a structure in which the average daily mean air temperature is expected to remain above 50° F and termites are actively consuming bait in the stations.

## STORAGE AND DISPOSAL

Do not contaminate water, food or feed by storage or disposal.

**Storage:** Store in original container in a dry storage area out of reach of children and animals.

**Container Disposal:** Place container in a trash can.

**Pesticide Disposal:** Product not disposed of by use according to label directions should be wrapped in paper and placed in a trash can

B - 9543  12/15/00

Bayer Corporation
Professional Care
Box 4913
Kansas City, MO 64120-0013
(800) 842-8020
http://bayerprocentral.com
OT 0202 BPC  Printed in U.S.A.

**IMPORTANT**
Before using this product, read and carefully observe the directions, cautionary statements and other information appearing on the product packaging label. This product is sold subject to the Conditions of Sale set forth on the container label.



can trust, Bayer. The same
company that you trust with
your family's health.

## What makes Bayer Home Health Work?

In a word: Prescription! Your home and family's needs require an accurate diagnosis
approach to solve your termite problem and protect your biggest investment. That is e
Health offers a variety of prescriptive solutions that are friendly and less intrusive to y

## A whole system of products.

Like we said earlier, each home should be treated individually. Once the problem is d
management professional can choose from a star line-up including, Premise Liquid, C
(detection and baiting system), Premise Gel and foaming with Premise to treat in and
best prescription will be written to fit your needs.



## Premise Liquid Termiticide:  Protection beginr

Termites travel into your home by building tunnels, or mud
soil to the base of your foundation. This is where Premise
start by placing Premise around the outside foundation of y
as the moat that protects your castle. This creates a protee
home, which not only eliminates termites that come in con
back in the nest, as well. In fact, studies show that after 7 c
termites die because of the transfer of Premise between te
never go wrong choosing America's #1 selling liquid termit

## Outpost TDS & TBR:  Your termite security system

What about termites that haven't made
it to your home? With Outpost Termite
Detection System (TDS) and Termite
Bait Response (TBR), you'll know
when they're coming. Stations are
placed at 10- to 20-foot intervals
around your home's exterior. When
filled with the monitoring device, it's a
detection device. If activity is detected,
the monitoring device is swapped out
for bait with an insect growth regulator.
The IGR restricts the termites' ability to
molt. If they can't molt, they die. But,
not until the IGR is passed on to
others in the nest. The result? Lots of
termites taking dirt naps. And then
colony elimination, which means
elimination of your problems. Even
better, Outpost works well in
combination with the other prescriptive
solutions from Bayer Home Health.





## Premise Gel:  Interior termite elimination

Premise Gel provides instant interior control for termite hol



doorways and hardwood floors. Termites eat wood for foo(
moisture to survive. Premise Gel uses Stabilized Hydrogel
actually attracts termites from its moisture. One bite of Pre
are history. Premise Gel can be applied today to begin the
your termite problem and protect your largest investment.

**Foaming with Premise: Powerful protection in the toughest places**



For termite problems in larger areas, like voids in your walls and dirt-filled porches, foaming with Premise may be best. Premise is applied using a hand or commercial foamer. During foaming, it expands up to 50 times to completely fill the space. And, like other Premise-based products, the active ingredient not only takes care of termites that contact it, but any termites they contact afterward, all the way into the nest.

**So, there they are.**



The products that make up the only prescriptive termite
world, Bayer Home Health. If you think you have a termi
professionals at Clark Pest Remedy, let them make an i
are there - they can put the Bayer Total Termite Control

For additional information and to learn why Bob Vila is re
termite program, go to the Bayer website. http://www.no

## Information Request Form

Select the items that apply, and then let us know how to contact you.

☑ Send service literature
☐ Send company literature
☐ Have a salesperson contact me

Table 1. Subterranean Termite Baiting Systems Now Available

| Product | Company | Active Ingredient | How It Kills Termites | Use | Above-ground Stations | Can Be Used Without Liquid Termiticide |
|---|---|---|---|---|---|---|
| Exterra | Ensystex | Diflubenzuron | Prevents formation of cuticle | Professional | Yes | Yes |
| First Line® | FMC® | Sulfluramid | Stomach Poison | Professional | Yes | Yes |
| Outpost™ | Bayer | Diflubenzuron | Prevents formation of cuticle | Professional | No | Yes* |
| Sentricon® | Dow AgroSciences | Hexaflumuron | Prevents formation of cuticle | Professional | Yes | Yes |
| Subterfuge® | BASF | Hydramethylnon | Stomach Poison | Professional | No | Yes |
| Terminate™ | Spectracide | Sulfluramid | Stomach Poison | Homeowner | No | No |
| * Bayer recommends using Outpost with their other termite control products. | | | | | | |

## Footnotes

1. This document is ENY-2001, one of a series of the Entomology and Nematology Department, Florida Cooperative Extension Service, Institute of Food and Agricultural Sciences, University of Florida. Publication date: July 1998. First revision: February 2002. All graphics by B. Cabrera except Figure 1 by J. Perrier, Ft. Lauderdale-REC. Formosan Subterranean Termite, ENY-216. Please visit the EDIS Web site at http://edis.ifas.ufl.edu. Additional information on these organisms, including many color photographs, is available at the Entomology and Nematology Department Web site located at http://entnemdept.ifas.ufl.edu/

2. B. J. Cabrera, assistant professor, Ft. Lauderdale-REC, N.-Y. Su, professor, Ft. Lauderdale-REC, R. H. Scheffrahn, professor, Ft. Lauderdale-REC, P. G. Koehler, professor/Extension entomologist; Entomology and Nematology Department, Cooperative Extension Service, Institute of Food and Agricultural Sciences, University of Florida, Gainesville, 32611.

The Institute of Food and Agricultural Sciences is an equal opportunity/affirmative action employer authorized to provide research, educational information and other

# DEPARTMENT OF CORRECTIONS
# PROCUREMENT DIVISION
# POST OFFICE BOX 246
# ELMORE, AL  36025-0246
# (334) 567-1712

May 22, 2003

# MEMORANDUM

To:        Pat Antle, Buyer
           State Purchasing

From:      Jimmy Rhodes, Director
           Procurement Division

# RE:      TERMITE TREATMENT              TA239

Please see enclosed memo from Pat Belue, Business Manager at
Limestone Correctional Facility.   The bid from Cook's Pest Control is
acceptable.

Thank you,

JR/epb





STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS
LIMESTONE CORRECTIONAL FACILITY
28779 NICK DAVIS RD
HARVEST, AL 35749

May 16, 2003

MAY 2003
RECEIVED
Procurement
Office

## MEMORANDUM

**From:**    Pat Belue, Business Manager
            Limestone Facility

**To:**      **Procurement Division**

**RE:**      **Termite Treatment – TA239**

On May 16, 2003, Limestone Correctional Facility received and
reviewed the bid submitted by the Procurement Division for
Termite Treatment.  The low bid submitted by Cooks Pest Control
is acceptable.

Attached, find a copy of Cooks Pest Control warranty on new
termite damage.



EXHIBIT

I-2

PENGAD-Bayonne N.J.



## COOK'S PEST CONTROL

### Subterranean Termite Control
### Sentricon Damage Replacement Guarantee

Note: This Guarantee includes the control of all Subterranean Termites with the exception of the Formosan species.

Guarantee issued to: _____

Location of Building treated: Address: _____

City: _____ State: _____ Zip: _____

Account Number: _____ Date: _____

**I. RENEWABLE PROTECTION**

1. This Guarantee is effective for a period of one (1) year following the initial treatment. Thereafter, the Guarantee may be continued on a year-to-year basis subject to the terms listed in this Guarantee. This Guarantee can only be modified in writing, signed by Cook's and Customer. With the exception of the warranty disclaimer below, this Guarantee applies only to the Sentricon Colony Elimination System.

2. The Customer reserves the right to cancel this Guarantee at any time. Cook's reserves the right to adjust the Annual Renewal Fee after the third year of this Guarantee and may cancel this Guarantee for any of the following reasons:
   a. The building is sold or there is a change in ownership (A new Guarantee may be issued by agreement between the new owner and Cook's).
   b. Customer fails to fulfill all obligations as specified in the Agreement and Guarantee.
   c. There occurs a natural disaster or other event, such as a storm, flood, fire, etc., which substantially alters or destroys the effectiveness of the Cook's treatment.
   d. There occurs a change in state or federal law which substantially alters or affects Cook's ability to perform its obligations under the Agreement.
   e. Cook's, for whatever reason, ceases to be an Authorized Operator for the Sentricon System.

3. This Guarantee is specifically limited to only those structures set forth in the Agreement and graph.

**II. DAMAGE REPLACEMENT GUARANTEE**

1. Cook's will perform the following services during the term of this Guarantee:
   a. Install Sentricon termite bait stations in the soil around the structure(s) according to guidelines established by Dow AgroSciences.
   b. Monitor the stations and install Recruit and Recruit AG termite bait in the stations according to guidelines established by Dow AgroSciences.
   c. Make an annual inspection of the structure and provide all required reports.

2. Cook's will repair, under its supervision, any new damage caused by native Subterranean Termites provided:
   a. The damage is established to have occurred more than six (6) months after the initial installation of the Sentricon System. (This 6-month waiting period shall not apply to the following: (1) a Cook's customer who has a current damage replacement guarantee on the structure; or (2) the purchaser of a structure that was protected by a Cook's damage replacement guarantee for at least six (6) months at the time of the closing, provided the purchaser enters into this agreement within 90 days of the closing date)
   b. Cook's finds the damaged area, infested with live native Subterranean Termites (excludes Formosan Termites).
   c. Customer has fulfilled their obligations as specified in the Agreement and Guarantee. *SEE ABOVE RULE*

3. This repair Guarantee applies to the interior and exterior of the building except where:
   a. Wood, foam insulation, stucco construction, siding, Exterior Insulation and Finish System (EIFS) or any other material which will wick moisture and/or support an active colony of native Subterranean Termites, or which may permit hidden access to the structure, is less than six (6) inches above ground level.
   b. A moisture problem exists which permits termites to survive without returning to the soil.

**III. CUSTOMER OBLIGATION**

1. Customer agrees to maintain its treated structure free of any moisture condition that permits termites to survive without returning to the soil. Such conditions include, but are not limited to, roof leaks, improper ventilation, faulty plumbing or improper drainage. In addition, all wood, foam insulation, stucco construction, siding, Exterior Insulation and Finish Systems (EIFS) or any other material which will wick moisture and/or support an active colony of native Subterranean Termites, or which may permit hidden access to the structure, must be kept and maintained at least six (6) inches above ground level. The presence of any of these conditions shall void the Guarantee. It is the Customer's sole responsibility to identify and correct these conditions.

2. It is the sole responsibility of the Customer to notify Cook's in writing if the building is sold, ownership changes, additions are made, or if the Guarantee is to be terminated for any other reason. Additional Sentricon stations and charges will be required for the Guarantee to remain in effect.

3. All initial treatment charges are due at the time the services are provided, unless financed or other written payment arrangements are agreed to by and between Customer and Cook's. All annual renewal fees are due as required by the payment terms and conditions.

4. Customer will cooperate fully with Cook's by making the structure(s), and all areas where there are monitoring stations, available for all inspections and servicing.

**IV. CUSTOMER UNDERSTANDS AND AGREES**

1. The treatment being provided is for native Subterranean Termites and does not include provision for Formosan Termites, Drywood Termites, Boring Beetles or any other wood destroying organisms, Wood Decay Fungus, moisture damage or any other moisture related conditions.

2. The Sentricon System involves station monitoring, eliminating any detected termite colonies, and continued station monitoring to ensure protection from any new termite colonies.

3. All components of the Sentricon System are and shall remain the property of Dow AgroSciences. Customer has no rights to any of these components, other than the right of installation by Cook's on Customer's premises pursuant to this Agreement.

4. If Cook's, for whatever reason, ceases to be an Authorized Operator for the Sentricon System, they shall so notify the customer and offer one of the following:
   a. If the Customer and Cook's agree on the use of an alternative form of termite protection, a new agreement shall be entered into and Customer shall receive credit for any unearned payments; or
   b. If the Customer or Cook's elects to discontinue the Agreement, the Customer shall receive a refund for any unearned payments.

5. Upon the expiration or termination of this Agreement, either Cook's, Dow AgroSciences, or their representatives is authorized by the Customer to retrieve from the premises the Sentricon stations and other components.

6. State regulations may require specific treatment standards for a conventional liquid barrier termite treatment. However, these standards will not be performed as part of this Agreement since the Sentricon System is a conceptually different type of termite treatment which does not involve a liquid barrier treatment. The Sentricon System is registered for use in this state.

7. There is no guarantee, and Cook's does not represent, that termites will not return.

**V. SATISFACTION GUARANTEED**

1. Cook's agrees to refund the initial treatment charge if:
   a. The customer's dissatisfaction is communicated in writing to Cook's within 30 days following the initial treatment, and
   b. After receiving such notice, Cook's fails to reasonably satisfy the Customer within 30 days.

**Note: All warranties for materials or services shall be expressly limited to the manufacturer's warranty, if any, and the warranties specifically set forth herein. Cook's makes no other warranties, express or implied, including merchantability and fitness.**



POSITIVE TERMITE PROTECTION
SINCE 1928

PRESIDENT _____

**Cook's Pest Control, Inc.  •  Corporate Office  •  1741 Fifth Avenue  •  Decatur, Alabama 35601**

TC 75 — 4.02R

© Copyright 1994 by Cook's Pest Control, Inc.

05/16/2003     09:58     COOK , MADISON COMMERCIAL → 2562162246     NO. 874     P02



**Addendum To**
**Subterranean Termite Control Agreement**
Formosan Termite service with the
Sentricon Colony Elimination System

Date_____

Name_____

Service Address _____

City / State _____ Zip _____

This addendum does not change, alter, or affect the terms of your existing Subterranean Termite Control Agreement, except to include service for Formosan Termites. Cook's will not be responsible for the following as it relates to Formosan Termite service:

1.  If your Subterranean Termite Control Agreement is a Sentricon Retreatment Guarantee: Cook's will not be responsible for any damage to the structure caused by Formosan Termites.

2.  If your Subterranean Termite Control Agreement is a Sentricon Damage Replacement Guarantee: Cook's will not be responsible for damage to the structure caused by an aerial colony (a termite colony that inhabits a structure and receives its moisture requirements from a source within the structure, thereby eliminating the need for ground moisture).

3.  If you have either the Sentricon Retreatment Guarantee or the Sentricon Damage Replacement Guarantee:

    a.  Cook's will not be responsible for any cost or expense associated with accessing and restoring concealed areas for the treatment of Formosan Termites within the structure.

    b.  Cook's will not be responsible for fumigation of the structure (if required) for control of Formosan Termites.

Service for Formosan Termites is not available unless the Subterranean Termite Control Agreement is maintained according to the terms and conditions of that Agreement.

_____          _____
Cook's Representative                              Customer or Agent

Original Copy to Cook's • Yellow Copy to Customer

TC-78 — 3.99

ENTER FUNCTION:                          VBID           07/12/05   10:43:32 AM

VENDOR BID HISTORY TABLE #1
KEY IS VENDOR NUMBER AND BID DOCUMENT

VENDOR: 631089338 00 : C & J ASSOCIATES

| BID DOCUMENT | TYPE | MRC | ISSUE DATE | OPEN DATE |
|---|---|---|---|---|
| 2090309 | RFQ | 01 | 09/24/99 | 09/24/99 |
| 2094208 | RFQ | 01 | 12/22/99 | 12/22/99 |
| 2094665 | ITB | 01 | 04/13/00 | 04/26/00 |
| 2097393 | ITB | 01 | 08/22/00 | 09/13/00 |
| 2099551 | RFQ | 01 | 08/03/00 | 08/03/00 |
| 2102573 | RFQ | 01 | 10/19/00 | 10/19/00 |
| 2103705 | RFQ | 01 | 11/13/00 | 11/13/00 |
| 2105345 | ITB | 01 | 01/22/01 | 02/09/01 |
| 2108744 | ITB | 01 | 12/20/01 | 01/17/02 |
| 2112549 | RFQ | 01 | 10/02/01 | 10/02/01 |

**EXHIBIT**

J-1

PENGAD Bayonne,N.J.

Date: 7/12/2005 Time: 10:43:00 AM

ENTER FUNCTION:                          VBID          07/12/05    10:44:07 AM

VENDOR BID HISTORY TABLE #1
KEY IS VENDOR NUMBER AND BID DOCUMENT

VENDOR: 631089338 00 : C & J ASSOCIATES

| BID DOCUMENT | TYPE | MRC | ISSUE DATE | OPEN DATE |
|---|---|---|---|---|
| 2112822 | RFQ | 01 | 10/04/01 | 10/04/01 |
| 2112876 | ITB | 01 | 01/31/02 | 02/12/02 |
| 2116214 | ITB | 03 | 12/17/01 | 01/23/02 |
| 2120816 | ITB | 4X | 06/13/02 | 07/18/02 |
| 2121363 | ITB | 03 | 07/02/02 | 08/01/02 |
| 2126245 | RFQ | 01 | 10/24/02 | 10/24/02 |
| 2130153 | ITB | 01 | 03/13/03 | 03/27/03 |
| 2130174 | ITB | 01 | 03/13/03 | 03/27/03 |
| 2130175 | ITB | 01 | 03/13/03 | 03/27/03 |
| 2131523 | ITB | 03 | 07/24/03 | 08/08/03 |

EXHIBIT

J-2

PENGAD-Bayonne,N.J.

```
ENTER FUNCTION:                        VBID        07/12/05   10:44:45 AM


VENDOR BID HISTORY TABLE #1
KEY IS VENDOR NUMBER AND BID DOCUMENT

VENDOR: 631089338 00 : C & J ASSOCIATES


     BID DOCUMENT         TYPE    MRC     ISSUE DATE    OPEN DATE
     2132146              ITB     61      05/19/03      06/05/03
     2132531              ITB     61      08/20/03      09/25/03
     2133291              ITB     01      08/20/03      09/11/03
     2133321              ITB     61      08/20/03      09/11/03
     2136428              ITB     03      09/22/03      11/03/03
     6000166              ITB     01      08/12/93      09/27/93
     6001922              ITB     01      10/13/93      11/10/93
     6005821              ITB     61      08/01/94      09/29/94
     6011542              ITB     01      08/17/95      09/22/95
     6012228              ITB     03      09/11/95      09/27/95
```

EXHIBIT

J-3

PENGAD Bayonne,N.J

7/12/2005

PGM:POPOE015

S T A T E   O F   A L A B A M A
DEPARTMENT OF FINANCE
DIVISION OF PURCHASING
COMMODITY EXPENDITURE
BY VENDOR
PERIOD:   10/01/01   THRU   07/12/05
FOR VENDOR      631089338   C & J ASSOCIATES

JCL:POPOJO13

PAGE    1

| PO NUMBER | COMMODITY | DESCRIPTION | FY | AWARD DATE | QUANTITY | UNIT OF MEASURE | PO AMOUNT |
|---|---|---|---|---|---|---|---|
| 3234268 | 9105904&849 | PEST CONTROL | 02 | 10/02/01 | 12.000 | | 1,188.00 |
| 3234628 | 9105904&849 | PEST CONTROL | 02 | 10/04/01 | 12.000 | | 600.00 |
| 3243999 | 9105905&223 | PEST CONTROL, MONTHLY | 02 | 03/12/02 | 27.000 | | 1,875.00 |
| 3256697 | 9105905&223 | PEST CONTROL, MONTHLY | 03 | 10/22/02 | 27.000 | | 1,875.00 |
| 3257010 | 9105904&849 | PEST CONTROL | 03 | 10/24/02 | 12.000 | | 600.00 |
| 3276376 | 9105905&223 | PEST CONTROL, MONTHLY | 04 | 11/03/03 | 27.000 | | 925.00 |
| | | | | | 117.000 | | 6,763.00 |



EXHIBIT

PENGAD-Bayonne,N.J.

PAGE  1

7/12/2005

S T A T E   O F   A L A B A M A
CONTRACTS BY VENDOR
FOR VENDOR:    6310893800
FROM: 10/01/01    TO: 07/12/05

| CONTRACT NUMBER | TITLE | AWARD-DATE |
|---|---|---|
| 4006610 | PEST CONTROL - PUBLIC SAFETY | 03/04/02 |
| 4007402 | TERMITE TREATMENT - CORR - LIMESTONE | 04/17/03 |

EXHIBIT

K2

PENGAD-Bayonne N.J.

```
ENTER FUNCTION:                        OVNO        07/12/05   01:36:18 PM

  ORDERS BY VENDOR NUMBER TABLE
  KEY IS VENDOR NUMBER AND ORDER NUMBER

  VENDOR.......: 631089338 00 : C & J ASSOCIATES

            ORDER                          TITLE
            3257010 -FY03    PEST CONTROL/SPD/MTG-306617
            3276376 -FY04    PEST CONTROL - Publi
```

Per Dan Bobbitt, Procurement Officer
C+J   has not billed Public Safety
since March 2003

```
03-*L009 HEADER CHANGE
```

: has a contract to provide pest
control service to the Dept. of
Public Safety — contract # 4006610
contract dates 3/4/02 thru 9/30/05 —
Per Dan Bobbitt, vendor has failed to
service the account for many months,
if not even since 3/2003.

EXHIBIT
L
PENGAD-Bayonne, N.J.

Date: 7/12/2005 Time: 1:35:17 PM

Page: 1 Document Name: unt__led

ENTER FUNCTION:                              KVNO          07/12/05   10:36:55 AM

CONTRACTS BY VENDOR NUMBER TABLE
KEY IS VENDOR NUMBER AND CONTRACT NUMBER

VENDOR.......: 631089338 00 : C & J ASSOCIATES

              CONTRACT                      TITLE
              4002308        PEST CONTROL SERVICE
              4003261        PEST CONTROL CAPITOL COMPLEX
              4003304        PEST CONTROL SERVICE
              4005895        PEST CONTROL/CORRECTIONS/HOLMAN PRISON
              4006610        PEST CONTROL - PUBLIC SAFETY
              4007402        TERMITE TREATMENT - CORR - LIMESTONE

07-*L009 HEADER CHANGE

Date: 7/12/2005 Time: 10:35:56 AM

```
Page: 1 Document Name:    Jitled


ENTER FUNCTION:                          VADR        07/12/05   08:42:1

VENDOR ADDRESS TABLE -- KEY IS VENDOR NUMBER AND ADDRESS TYPE

VENDOR NUMBER......:  631089338 00
ADDRESS TYPE.......:  1 : GENERAL
STATUS CODE........:  1 : ACTIVE
VENDOR NAME 1......:  C & J ASSOCIATES
VENDOR NAME 2......:
ADDRESS LINE 1.....:  P O BOX 8186
ADDRESS LINE 2.....:
CITY...............:  MONTGOMERY      ST: AL : ALABAMA
ZIP CODE...........:  36110 -
E-MAIL ADDRESS.....:                                         a
COUNTRY CODE.......:  US : UNITED STATES OF AMERICA
COUNTY CODE........:  51 : MONTGOMERY
CONTACT PERSON.....:  CURTIS DUNCAN
CONTACT POSITION...:  PRESIDENT
CONTACT PHONE......:  334 - 201 - 5203 -
TOLL FREE NUMBER...:        -        -        -
FAX NUMBER.........:  334 - 274 - 1169
DATE ENTERED.......:  07/12/93    DATE LAST CHANGED...:  03/16/04
```

Date: 7/12/2005 Time: 8:38:55 AM

Page: 1 Document Name:   titled

ENTER FUNCTION:                          CVDR        07/12/05   08:42:2

COMMODITIES BY SUPPLYING VENDOR TABLE
KEY IS VENDOR NUMBER AND COMMODITY CLASS/SUB-CLASS

VENDOR: 631089338 00 : C & J ASSOCIATES

| CLASS | SUB | DESCRIPTION | STATUS | BUYER |
|-------|-----|-------------|--------|-------|
| 910 | 59 | PEST CONTROL | 1 | TM |
| 988 | 72 | PEST CONTROL (OTHER THAN BUILDINGS) | 1 | TM |

03-*L009 HEADER CHANGE

Date: 7/12/2005 Time: 8:39:10 AM

Page: 1 Document Name:   titled

```
 ENTER FUNCTION:                          VEN2         07/12/05   11:01:0

 VENDOR HEADER TABLE  #2 : KEY IS VENDOR NUMBER

 VENDOR NUMBER......: 631089338 00
 VENDOR NAME 1......: C & J ASSOCIATES
 VENDOR NAME 2......:
 BUSINESS TYPE......: 4    : SERVICE
 ORGANIZATION TYPE..: P    : PARTNERSHIP
 TYPE OF FEIN.......: 1    : FEIN
 BUSINESS OWNERSHIP.: WA   : WOMAN-OWNED SMALL MINORITY
 ETHNICITY..........: B    : BLACK
 COUNTY CODE........: 51   : MONTGOMERY
 RATING CODE........: 0    : NONE

 REMITTANCE VENDOR..:             REMITTANCE SUFFIX..:
 INCORPORATION STATE:             COMPANY SIZE.......: S     GROSS REVENU
 INCORPORATION DATE.:             NUMBER OF EMPLOYEES: 000002   OUT OF STAT
 PAYMENT HOLD.......: N           IN ACCT PAYEE FILE.: N
 INDEPENDENT OWNED..: N           MINIMUM QUOTATION..:        0.00
 OUT OF COUNTRY IND.: N    STKHLDR DISCLOSURE.: N   DATE FILED: 07/08/93
```

Date: 7/12/2005 Time: 10:57:50 AM

```
ENTER FUNCTION:                           VADR        07/12/05   08:35:0

VENDOR ADDRESS TABLE -- KEY IS VENDOR NUMBER AND ADDRESS TYPE

VENDOR NUMBER......:  630476716 17
ADDRESS TYPE.......:  1 : GENERAL
STATUS CODE........:  1 : ACTIVE
VENDOR NAME 1......:  COOK'S PEST CONTROL INC
VENDOR NAME 2......:
ADDRESS LINE 1.....:  P O BOX 128
ADDRESS LINE 2.....:
CITY...............:  ALBERTVILLE      ST: AL : ALABAMA
ZIP CODE...........:  35959 -
E-MAIL ADDRESS.....:
COUNTRY CODE.......:  US : UNITED STATES OF AMERICA
COUNTY CODE........:  48 : MARSHALL
CONTACT PERSON.....:  UNKNOWN
CONTACT POSITION...:
CONTACT PHONE......:  256 - 878 - 5541 -
TOLL FREE NUMBER...:        -       -       -
FAX NUMBER.........:  256 - 878 - 0118
DATE ENTERED.......:                 DATE LAST CHANGED...:  02/14/96
```

Date: 7/12/2005 Time: 8:31:47 AM

Page: 1 Document Name:    :itled

ENTER FUNCTION:                          CVDR          07/12/05   08:35:4

  COMMODITIES BY SUPPLYING VENDOR TABLE
  KEY IS VENDOR NUMBER AND COMMODITY CLASS/SUB-CLASS

  VENDOR: 630476716 17 : COOK'S PEST CONTROL INC


CLASS       SUB      DESCRIPTION                            STATUS   BUYER
 910         59      PEST CONTROL                              1       TM




02-*L009 HEADER CHANGE




Date: 7/12/2005 Time: 8:32:26 AM

Page: 1 Document Name:    :itled

ENTER FUNCTION:                          VEN2          07/12/05   11:01:1

VENDOR HEADER TABLE  #2 : KEY IS VENDOR NUMBER

VENDOR NUMBER......: 630476716 17
VENDOR NAME 1......: COOK'S PEST CONTROL INC
VENDOR NAME 2......:
BUSINESS TYPE......: 0    : UNKNOWN
ORGANIZATION TYPE..: U    : UNKNOWN
TYPE OF FEIN.......: 1    : FEIN
BUSINESS OWNERSHIP.: XD   : LARGE NON-MINORITY
ETHNICITY..........: N    : NON-MINORITY
COUNTY CODE........: 48   : MARSHALL
RATING CODE........: 0    : NONE

REMITTANCE VENDOR..:            REMITTANCE SUFFIX..:
INCORPORATION STATE:            COMPANY SIZE.......: U      GROSS REVENU
INCORPORATION DATE.:            NUMBER OF EMPLOYEES: 000000    OUT OF STAT
PAYMENT HOLD.......: N          IN ACCT PAYEE FILE.: N
INDEPENDENT OWNED..: N          MINIMUM QUOTATION..:          0.00
OUT OF COUNTRY IND.: N    STKHLDR DISCLOSURE.: N    DATE FILED:

Date: 7/12/2005 Time: 10:58:06 AM

Page: 1 Document Name:   titled

ENTER FUNCTION:                              VADR        07/12/05   08:38:1

VENDOR ADDRESS TABLE -- KEY IS VENDOR NUMBER AND ADDRESS TYPE

VENDOR NUMBER......: 363478837 06
ADDRESS TYPE.......: 1 : GENERAL
STATUS CODE........: 5 : CASUAL
VENDOR NAME 1......: TERMINIX INTERNATIONAL CO LP
VENDOR NAME 2......:
ADDRESS LINE 1.....: P O BOX 3383
ADDRESS LINE 2.....:
CITY...............: HUNTSVILLE      ST: AL : ALABAMA
ZIP CODE...........: 35810 - 0383
E-MAIL ADDRESS.....:                                        ä
COUNTRY CODE.......: US : UNITED STATES OF AMERICA
COUNTY CODE........: 45 : MADISON
CONTACT PERSON.....: MARCUS MCCOY
CONTACT POSITION...: GENERAL MANAGER
CONTACT PHONE......: 256 - 852 - 3151 -
TOLL FREE NUMBER...: 800 - 874 - 8513 -
FAX NUMBER.........:       -      -
DATE ENTERED.......: 02/20/96    DATE LAST CHANGED...: 07/29/04

Date: 7/12/2005 Time: 8:35:01 AM

Page: 1 Document Name:    :itled

ENTER FUNCTION:                              CVDR        ` 07/12/05   08:40:2

  COMMODITIES BY SUPPLYING VENDOR TABLE
  KEY IS VENDOR NUMBER AND COMMODITY CLASS/SUB-CLASS

  VENDOR: 363478837 06 : TERMINIX INTERNATIONAL CO LP


CLASS        SUB        DESCRIPTION                              STATUS    BUYER
  910         59        PEST CONTROL                                9        TM




02-*L009 HEADER CHANGE




Date: 7/12/2005 Time: 8:37:21 AM

Page: 1 Document Name:      :itled

```
ENTER FUNCTION: CHANGE                   VEN2          07/12/05   11:00:5

VENDOR HEADER TABLE  #2 : KEY IS VENDOR NUMBER

VENDOR NUMBER......: 363478837 06
VENDOR NAME 1......: TERMINIX INTERNATIONAL CO LP
VENDOR NAME 2......:
BUSINESS TYPE......: 0    : UNKNOWN
ORGANIZATION TYPE..: U    : UNKNOWN
TYPE OF FEIN.......: 1    : FEIN
BUSINESS OWNERSHIP.: U    : UNKNOWN
ETHNICITY..........: U    : UNKNOWN
COUNTY CODE........: 45   : MADISON
RATING CODE........: 0    : NONE


REMITTANCE VENDOR..:           REMITTANCE SUFFIX..:
INCORPORATION STATE:           COMPANY SIZE.......: U      GROSS REVENU
INCORPORATION DATE.:           NUMBER OF EMPLOYEES: 000000   OUT OF STAT
PAYMENT HOLD.......: N         IN ACCT PAYEE FILE.: N
INDEPENDENT OWNED..: N         MINIMUM QUOTATION..:          0.00
OUT OF COUNTRY IND.: N    ST'KHLDR DISCLOSURE.: N    DATE FILED:

01-+SC08 PREVIOUS UPDATE SUCCESSFUL    01-*L030 SCREEN PROCESSED
```

Date: 7/12/2005 Time: 10:57:41 AM