IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| VS. | ) CASE NO.: 2:05-CV-557-WHA-DRB ) |
| RAYBURN HORNSBY, et al. | ) ) |
| Defendants. | ) |

### AFFIDAVIT OF PAT ANTLE

| | |
|---|---|
| STATE OF ALABAMA | ) |
| COUNTY OF MONTGOMERY | ) |

Before me, the undersigned Notary Public in and for said State and County, personally appeared Pat Antle, who, after being duly sworn, deposed and said as follows:

"My name is Pat Antle, and I am a Buyer for the State of Alabama. As Buyer, I am a subordinate employee of Isaac Kervin, my supervisor, who, as Purchasing Agent for the State of Alabama, makes all decisions regarding public contracts. As Buyer, I lack the legal capacity to award any contracts publicly bid, as the ultimate decision belongs to Mr. Kervin.

I have personally read Mr. Kervin's affidavit and attest that it is true and accurate to the best of my knowledge and belief.

EXHIBIT 2

The above information is true and correct to the best of my knowledge and belief."

_____
Pat Antle

Sworn to and subscribed before me on this the 31st day of July, 2006.

_____
Notary Public

My Commission Expires: 11/8/2008