## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| C & J ASSOCIATES PEST CONTROL , et al. | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| VS. | ) | CASE NO.: 2:05-CV-557-A |
| | ) | |
| RAYBURN HORNSBY, et al. | ) | |
| | ) | |
| **Defendants.** | ) | |

### SUPPLEMENTAL AFFIDAVIT

STATE OF ALABAMA            )

COUNTY OF MONTGOMERY        )

Before me, the undersigned notary public in and for said state and county, personally appeared **Isaac Kervin**, who after being duly sworn, deposed and said as follows:

"My name is Isaac Kervin, and I am the purchasing agent for the State of Alabama.  I have attached to this affidavit a letter dated April 17, 2003, from Johnny Harris of the Department of Transportation (DOT), to Stan Carlton of DOT, and an April 21, 2003, memo from Stan Carlton to Pat Antle.  Also attached is internet research that was performed to determine whether a single product bid was justified under Alabama law, which we determined it was, particularly since Outpost's manufacturer, Bayer, recommended that Outpost be used with their other termite control products.  These documents are part of the official record of ITB 2130153, and were used for our

**EXHIBIT**
**3**
tabbies

determination as to the appropriateness of the specifications in all of the bids in the above styled lawsuit.

These copies are true and accurate copies that were kept in the ordinary course of business, and I am the custodian thereof.

The above information is true and correct to the best of my knowledge and belief."

_____

ISAAC KERVIN

Sworn to and subscribed before me on this the _3/_ day of July, 2006.

_____

NOTARY PUBLIC

My Commission Expires: _11/3/2008_



# ALABAMA
# DEPARTMENT OF TRANSPORTATION

### FIRST DIVISION
**OFFICE OF DIVISION ENGINEER**

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION DIRECTOR

April 17, 2003

Stan Carlton
Procurement Officer
Alabama Dept. of Transportation
Montgomery, AL

Re:     Req.# TA464
        Snap# 1268327
        ITB# 2130153

Dear Mr. Carlton:

Herewith we are returning the bids submitted for the above requisition.

Please be advised that the low bid submitted by C & J Associates in the total amount of $13,300.00 is not acceptable. After careful review of all information from C & J Associates the product used, Outpost is not equal to Sentricon, due to no guarantee of elimination of Subterranean Termite Colonies. They do not include in their bid a replacement guarantee for any new damage caused by native Subterranean Termites.

Cook's Pest Control submitted a bid on the Termite Treatment and Control Requisition for a bid of $23,515.00. Cook's bid was for the recommended product, Sentricon, which includes a guarantee of elimination of Subterranean Termite Colonies. Cook's has included a replacement guarantee, in their bid, for any new damage caused by native Subterranean Termites and meets all specifications, therefore we recommend the bid to be awarded to Cook's Pest Control, who submitted the next to lowest bid.

Please Note: We currently have termites in Building A and Building D. Anything you can do to expedite this request will be appreciated.

If any further information is necessary, please contact this office.

Sincerely,

Johnny L. Harris
Division Engineer

RH/dm

Attachments
C:      File



# ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard, Montgomery, Alabama 36130-3050



Bob Riley
Governor

Joe McInnes
Transportation Director

April 21, 2003

TO:     Pat Antle
        Division of Purchasing

FROM:   Stan Carlton
        Procurement Bureau

RE:     ITB #:  03-X-2130153                    *TA464*
        SNAP #: 1268327
        Agency Req. #:  101-310431 / 1264823


        We have evaluated the attached bid file as requested and recommend-
dation is attached. I concur in the Division's review of the bid file and the
conclusions they have reached. Please see product documentation attached.

        The low bid was submitted by **C & J Associates**, of Montgomery, AL in
the sum calculated price of $13,299.84. An evaluation of the vendor's product
indicates that this bidder does not meet published specifications. The **Outpost
TBR** product bid by this vendor does not offer total colony elimination as does
the specified **Sentricon** system. Furthermore, the primary active ingredient in
**Outpost TBR** is listed by the EPA for environmental toxicity. And, upon request
during the evaluation process, this vendor failed to provide documentation of
the required damage protection warranty. Therefore, this bid is rejected.

        The second low bid was submitted by **Cook's Pest Control, Inc.**, of
Albertville, AL, in the total calculated bid price of $23,515.20. This vendor bid
the specified product, including a warranty for damage repair of future structure
damage. We hereby recommend award as indicated.

        Thank you for your assistance.



Table 1. Subterranean Termite Baiting Systems Now Available

| Product | Company | Active Ingredient | How It Kills Termites | Use | Above-ground Stations | Can Be Used Without Liquid Termiticide |
|---------|---------|-------------------|-----------------------|-----|----------------------|----------------------------------------|
| Exterra | Ensystex | Diflubenzuron | Prevents formation of cuticle | Professional | Yes | Yes |
| First Line® | FMC® | Sulfluramid | Stomach Poison | Professional | Yes | Yes |
| Outpost™ | Bayer | Diflubenzuron | Prevents formation of cuticle | Professional | No | Yes* |
| Sentricon® | Dow AgroSciences | Hexaflumuron | Prevents formation of cuticle | Professional | Yes | Yes |
| Subterfuge® | BASF | Hydramethylnon | Stomach Poison | Professional | No | Yes |
| Terminate™ | Spectracide | Sulfluramid | Stomach Poison | Homeowner | No | No |
| * Bayer recommends using Outpost with their other termite control products. | | | | | | |

## Footnotes

1. This document is ENY-2001, one of a series of the Entomology and Nematology Department, Florida Cooperative Extension Service, Institute of Food and Agricultural Sciences, University of Florida. Publication date: July 1998. First revision: February 2002. All graphics by B. Cabrera except Figure 1 by J. Perrier, Ft. Lauderdale-REC. Formosan Subterranean Termite, ENY-216. Please visit the EDIS Web site at http://edis.ifas.ufl.edu. Additional information on these organisms, including many color photographs, is available at the Entomology and Nematology Department Web site located at http://entnemdept.ifas.ufl.edu/

2. B. J. Cabrera, assistant professor, Ft. Lauderdale-REC, N.-Y. Su, professor, Ft. Lauderdale-REC, R. H. Scheffrahn, professor, Ft. Lauderdale-REC, P. G. Koehler, professor/Extension entomologist; Entomology and Nematology Department, Cooperative Extension Service, Institute of Food and Agricultural Sciences, University of Florida, Gainesville, 32611.

The Institute of Food and Agricultural Sciences is an equal opportunity/affirmative action employer authorized to provide research, educational information and other



Cooperative Extension Service
Institute of Food and Agricultural Sciences



# Termite Baits[1]

B. J. Cabrera, N.-Y. Su, R. H. Scheffrahn, and P. G. Koehler.[2]

## Introduction

Up until the early 1990s, liquid termiticides were the main treatments for subterranean termite infestations. However, the development of termite baits gave homeowners another option for controlling subterranean termites. Baits are now widely used and offer an alternative for those who may not want liquid treatments applied to the soil around their homes.

## Know the Enemy: Termites

Before we start, some background on termites and termite behavior will help you understand how baits work.

### What Are Termites?

Termites are small insects that eat wood and live in colonies. The colony is headed by a king and queen who mate and produce more termites. Soldier termites defend the colony against invaders and predators. Worker termites search for food and are responsible for feeding and taking care of the king and queen, the young (larvae), and the soldiers. Termites have microscopic organisms (called protozoa) living in their digestive tract that help them to digest wood. Termites are very important in nature because they break down wood and return nutrients to the soil. They become a problem only when they attack our homes and structures.



Figure 1. Some members of a termite colony: Reproductives (king and queen), Soldier, Immature (larva), and Worker. (Drawing adapted from Su & Scheffrahn, 2000. Formosan subterranean termite. *In*: Featured Creatures. http://creatures.ifas.ufl.edu).

## Termite Behavior

Termites are highly social insects. Within the colony hundreds, thousands, and sometimes millions of termites work and live together. They feed and clean each other and exchange liquid chemical signals as part of their communication. They also share droplets of fluid to keep themselves supplied with the tiny organisms needed for digesting wood. You will learn that termites feeding on a bait will share it with their nestmates and end up destroying their own colony.

## Different Kinds of Termites

There are two main termites in Florida that infest structures - subterranean and drywood. Subterranean termites usually live underground where they tunnel in the soil in search of wood. When searching and feeding above ground they build mud shelter tubes. Subterranean termites also cover the wood they infest with mud and use carton - a substance made from their droppings - as nest material.

Drywood termites live completely inside dead wood and never tunnel in the soil. They produce dry, gritty fecal pellets that are often found scattered or in piles near the wood they infest.

Correct identification of the termites infesting a structure is extremely important because baits only work against subterranean termites.

# What is a Termite Bait?

A termite bait is usually a paper-, cardboard-, or sawdust-like material containing the active ingredient (or AI) that kills termites. The bait is kept inside a plastic bait station. As termites feed on the bait, the termite-killing AI gets into their bodies. The AI is spread through the colony as the termites feed each other. As more workers feed on the bait, more AI gets into the colony. Eventually the amount of AI in each termite increases until it kills them and the colony dies or is reduced.

## Bait Stations

There are two types of bait stations: above-ground and in-ground. Above-ground stations are installed directly over shelter tubes or infested wood so that termites can begin to feed immediately on the bait.



Figure 2. Above-ground bait station installed directly on an active termite shelter tube.

In-ground stations are placed in the soil. Most stations are cylindrical tubes with disk tops. The disks makes the stations easier to find and keeps them from sinking into the ground. The tubes have numerous holes or slits through which termites enter to get to the wood and bait inside.



Figure 3. Typical in-ground station. Some bait products do not use pieces of wood for monitoring.

### What Makes a Good Bait?

Obviously, a good bait kills termites. It should also taste good so termites will eat plenty of it. Remember, the more bait that is eaten, the more AI gets into the termites and is shared with the colony. Effective baits should also have these qualities:

- The AI should work slowly. If not, the termites will die before they can feed it to others.

- The AI should not make the termites sick or act abnormally soon after they start eating the bait. Abnormal termites are often avoided or cast out of the colony by their nestmates. This would prevent them from spreading the AI to others.

- They should not easily mold or decay. Termites will not eat spoiled bait.

## How Do Baits Kill Termites?

The active ingredient is what actually kills termites. Currently there are two types of AIs used in termite baits: stomach poisons and insect growth regulators. The two stomach poisons currently used in baits are sulfluramid (sul-flu-ra-mid) and hydramethylnon (hy-

dra-meth-il-non). Insect growth regulators are compounds that act like the natural hormones that control development. They prevent termites from forming normal cuticle (skin) during the growth process known as molting. Hexaflumuron (hex-a-flu-mu-ron) and diflubenzuron (di-flu-ben-zu-ron) are the growth regulators used in some baits.

## How Do Termites Find the Bait?

Termite baits do not lure or attract termites. Instead, termites must find the bait station as they tunnel blindly through the soil in search of food. Thus termite baiting is a "hit or miss" process. However, studies have shown that subterranean termites dig a network of branching tunnels. This allows termites to completely search a given area. Eventually, they find wood and other material to feed on. Termites can begin feeding once they find a bait station. When a station is "hit," bait is added for the termites to eat.

## What Is the Procedure for Baiting?

Baiting for subterranean termites is a relatively simple process. The pest management professional (PMP) installs stations containing small pieces of wood or similar material in the ground around the base of the home. These are spaced from 6 to 20 feet apart. Stations may also be placed in areas where termites are likely to be such as near tree stumps, wood used in landscaping, and in planting beds. Multiple stations are used to increase the chances that termites will find them.



Figure 4. Bait stations in the ground around a home.

Once installed, the PMP comes on regular visits to check the stations for termites. If termites are found, a bait is placed inside for the termites to feed on. The PMP returns periodically to inspect and to add or replace baits as needed. Baiting is stopped when termites are no longer found in the stations. At this point, the colony is considered to be reduced or eliminated. Monitoring continues in case termites return.



Figure 5. General procedure for baiting: A.) holes made for the stations B.) stations are installed C.) stations checked periodically for termites D.) bait added when termites appear and as needed until termites disappear from all stations.

## Advantages/Disadvantages of Baits

Baits have many advantages over liquid termiticides. However, they have some limitations. Here are some points to consider when trying to decide between using baits or termiticides:

### Advantages

- very small amount of AI per treatment (less than an ounce)

- baits are inside bait station, hard for children or pets to get to them

- AI does not get into soil or water

- no odor

- no large holes drilled through walls or floors

- no chemicals left in soil after treatment is finished

- colony is completely eliminated in many cases

### Disadvantages

- several weeks to several months needed to take effect, sometimes more than a year

- works only if termites find and eat the bait

- no chemical residues left after treatment to protect from further infestations

- can be more expensive than liquid termiticides

## What Bait Products Are Available Now?

Currently there are six different subterranean termite bait systems available for commercial use. Several others are in development and should be on the market within the next few years. Below are brief descriptions of the baits now being used:

### Sentricon®

This was the first termite bait available for commercial use. It is marketed by Dow AgroSciences as the Sentricon® Colony Elimination System. Stations containing wood or wood-like monitoring pieces are installed in the ground. When termites appear, the pieces are replaced with Recruit™ bait. For infestations in structures, above-ground

stations baited with Recruit AG<sup>TM</sup> are used. The active ingredient in Sentricon® is hexaflumuron.

Sentricon® is the only bait product labeled for stand-alone pre-treatment of structures. This means it can be used as a preventive (pre-construction) treatment without using a liquid termiticide.

## Outpost<sup>TM</sup>

Bayer features the Outpost<sup>TM</sup> Termite Detection System and Outpost Termite Bait Response. These are part of Bayer's Home Health<sup>TM</sup> program which combines liquid, dust, foam, and gel termiticides with baiting for treating subterranean termite infestations. The bait is a powder (made of alpha-cellulose) containing diflubenzuron as the AI.

## Exterra<sup>TM</sup>

The Exterra Termite Interception and Baiting System is made by Ensystex. The active ingredient in their Labyrinth<sup>TM</sup> bait is diflubenzuron.

One big difference between the design of Exterra's Quarterra bait station and its competitors is the Quarterra station holds wood monitoring pieces and bait at the same time. The wood fits into slots in the inside wall of the station leaving the center of the station empty. When termites appear, the shredded paper-like bait is placed in this open space. The wood is left in place so the termites can continue feeding without interruption. This is a useful feature because sometimes termites will abandon a station if they are disturbed. Because of this design, the Exterra station has a larger diameter (about four inches) than competing brands (two to two-and-a-half inches). Above-ground stations are also available for direct application to termite-infested areas in or on a structure.

Exterra also makes bait bags. These are used in hard to reach areas or places where plastic stations will not fit.

## FirstLine®

Baiting is one part of FMC's FirstLine® Termite Defense System. For infestations in or on a structure, a localized treatment with liquid termiticide or above-ground FirstLine® Termite Bait stations is used. Around the structure, SMARTDISC<sup>TM</sup> Locators and monitoring stations are placed in the ground to detect termites. If they are found, the monitoring station is replaced with a FirstLine® GT Plus Termite Bait station. The bait is corrugated cardboard that contains sulfluramid as the active ingredient. FMC also makes the Defender<sup>TM</sup> unit. This is a large bait station (about six inches in diameter) that can hold any combination of four wood monitor pieces and bait tubes.

## Terminate<sup>TM</sup>

This is a bait product made by Spectracide that homeowners install and monitor themselves. The other five termite bait products can only be applied by licensed pest control operators. The Terminate™ bait stations are smaller than professional brands and lack a disk top. The AI is sulfluramid.

Spectracide does not guarantee termite control when Terminate is used by itself. According to the label, a liquid termiticide must be used with the bait for complete control.

Buying and using do-it-yourself termite bait products generally **IS NOT RECOMMENDED**. Effective termite baiting requires training, experience, and an understanding of termite biology and behavior.

### Subterfuge®

This product is manufactured by BASF Corporation. One difference between the Subterfuge® bait system and the others is no wood or cardboard monitor is used. Baits are added when stations are first placed in the ground. This way, termites can begin feeding on the AI as soon as they find the bait. BASF does not make an in-ground station but any approved commercially-available station that the bait cartridge will fit in can be used. The bait is a dry material that looks like fine, shredded sawdust. The AI is hydramethylnon.

## Is Baiting More or Less Expensive than Using Termiticides?

Generally, termite baiting is more expensive. The price of a bait treatment includes an installation fee, sometimes the cost of the bait and stations, plus the service of having the pest management professional (PMP) perform routine inspection of the bait stations both during and after baiting. A liquid termiticide treatment generally costs less because it usually is done in a single visit.

## So What's Better, Baits or Liquid Termiticides?

This is the most common question asked by homeowners. Unfortunately, there isn't a simple answer. Baiting and liquid termiticides both have certain advantages and disadvantages. One may be more practical than the other in some situations (for example, liquid termiticides are necessary when immediate control is needed for real estate transactions). Two big factors to consider when choosing between the two are cost and time. Baiting can be more expensive and take longer for control, but it is closely watched by the pest management company. Baits also may eliminate the colony. Personal feelings toward insecticides may also be a factor. Baits would be ideal for those who do not want liquid pesticides used around their home (see the last section of EDIS publication ENY-210 "Subterranean Termites" http://edis.ifas.ufl.edu/IG097 for additional information on whether to use baits).

## Tables





Dow Agro Home    Products    Search    Help

# Termite Colony Elimination
### The Story of the Sentricon System

# What is the Sentricon System?

### *The Only Termite Protection Your House Will Ever Need™*

The Sentricon® *Termite Colony Elimination System* establishes a new standard for protecting property from subterranean termites. It's an innovative baiting system that acts like a security system, providing continuous defense. After eliminating attacking colonies, the Sentricon System guards structures by monitoring for future invasions. As a long-term solution that's easy on the environment[†], the Sentricon System is the only subterranean termite protection your house will ever need.



Help! I've Got Termites!

Enter ZIP code.

[            ] [Go]

## OVERVIEW SECTION

The Story of the Sentricon System
What is the Sentricon System?
Why the Sentricon System?
History of the Sentricon System
How Does it Work?
The Green Story
Ask the Experts
About Termites
Famous Sites
Success Stories
TV, Radio and Print Ads
Homeowner Video



### Property Protection: A Three-step Process

The Sentricon System provides property protection through a three-step process: detection of termites, elimination of termite colonies and preventive protection against reinfestation by regular monitoring for new termite activity. A highly trained and specially authorized pest management professional called an Authorized Operator installs inconspicuous Sentricon stations in the soil around the perimeter of your structure. Wood-based monitoring devices are included in the station at the time of installation, and these devices are routinely examined by your Authorized Operator for signs of termite infestation. When the monitoring devices show significant termite activity, they are replaced with a Baitube™ device containing Recruit™ II termite bait.

### The Active Ingredient, Hexaflumuron

Subterranean termites are social insects, so all individuals within the colony depend on one another for survival. The Sentricon System targets a colony by using a unique active ingredient, hexaflumuron, in Recruit II termite bait that is spread throughout the colony's foraging population before termites can notice its effects on their nestmates. The Sentricon System delivers the active ingredient by taking advantage of the foraging and feeding behavior of subterranean termite workers that are responsible for sustaining the colony. Hexaflumuron affects termites by stopping the molting process required by termites to grow. As the worker termites die off, the termite colony declines to the



What is the Sentricon System?                                                                Page 2 of 2

Case 2:05-cv-00587-WHA-DRB    Document 77-4    Filed 07/31/2006    Page 14 of 38

point where it can no longer sustain itself, ultimately leading to its collapse and elimination.

**Proven Success**
Extensive field tests have been completed on infested structures by the United States Department of Agriculture – Forest Service (USDA-FS) and by researchers at major universities. More than 30 scientific papers have been published on the Sentricon System and its components. The conclusion of this research is that the Sentricon System has successfully eliminated colonies of all economically important subterranean termite species in the continental United States and Hawaii in a wide variety of environments. With the Sentricon System, you can stop the destruction, or prevent it from ever happening.

To learn more, review additional research demonstrating the effectiveness of the Sentricon System and its components.

**Residential and Commercial Use**
More than six years in the marketplace and hundreds of thousands of properties protected demonstrate its success in the "real world."

**Product Label and Safety Information**
For information about product labels and safety, please visit the Product Label and MSDS section.

The Sentricon System is sold through and serviced by highly trained Authorized Operators. To find an Authorized Operator in your area, visit the locator at the top of this page.

† Awarded the 2000 Presidential Green Chemistry Challenge Award

Site Navigation:                              | Sentricon Home: The Story of the Sentricon System: What is the Sentricon System?

(1998-2003) © Dow AgroSciences LLC
*®™ Trademark of Dow AgroSciences LLC

Privacy Statement | Internet Disclaimer




# Why the Sentricon System?

## Property Protection Through Colony Elimination

- One of the main differences between the Sentricon® *Termite Colony Elimination System* and basic termite control that uses a chemical termiticide barrier is colony elimination.

- The Sentricon System is the only termite bait that has published, peer-reviewed research documenting colony elimination.

- Dow AgroSciences, the manufacturer of the Sentricon System, in cooperation with researchers from the United States Department of Agriculture-Forest Service (USDA-FS) and 15 state universities, conducted an unprecedented number of termite research field trials nationwide.

- The Sentricon System been documented to eliminate all economically important subterranean termite species utilizing the biology and behavior of termites to affect their demise.

- The Sentricon System has also eliminated subterranean termite colonies in homes like yours nationwide and is protecting hundreds of thousands of residential and commercial properties.

Help! I've Got Termites!
Enter ZIP code.
[            ] Go

## OVERVIEW SECTION

The Story of the Sentricon System
What is the Sentricon System?
Why the Sentricon System?
History of the Sentricon System
How Does it Work?
The Green Story
Ask the Experts
About Termites
Famous Sites
Success Stories
TV, Radio and Print Ads
Homeowner Video

## Non-Intrusive

- Compared to basic liquid termiticide treatments, the Sentricon System is non-intrusive.

- With the Sentricon System, there is no drilling in floors or foundations required, and it results in fewer disturbances to landscaping than the basic liquid termiticide treatments.

- Your pest management professional can install and monitor the Sentricon System without even entering your home.



No drilling with the Sentricon System.

## Environmentally Responsible

- The Sentricon System is environmentally responsible

Why the Sentricon System?                                                    Page 2 of 2

Case 2:05-cv-00587-WHA-DRB    Document 77-4    Filed 07/31/2006    Page 16 of 38

because its termite bait is used only when and where termites are present.



- The Sentricon System uses just a few grams of active ingredient to eliminate the colony, and the bait is removed after colony elimination. With basic liquid treatments, hundreds of gallons of diluted chemical may be necessary to treat around and underneath a home.

- Stations are inconspicuous and secured with a locking cap designed to prevent entry by children or pets.

- The Sentricon System was the first product registered under the Environmental Protection Agency's Reduced Risk Initiative.

- The Sentricon System is the first termite treatment that has earned the Presidential Green Chemistry Challenge Award.

(1998-2003) © Dow AgroSciences LLC
*®™ Trademark of Dow AgroSciences LLC

Privacy Statement | Internet Disclaimer





## Termite Colony Elimination
The Story of the Sentricon System

## What Makes It Environmentally Responsible?

Dow AgroSciences received one of the U.S. government's top environmental honors, the 2000 Presidential Green Chemistry Challenge Award. The U.S. Environmental Protection Agency (EPA) awarded honors to the Sentricon® *Termite Colony Elimination System,* the technology that eliminates termite colonies using a very small amount of termite bait only when and where termites are present.

This prestigious award, presented by the EPA on behalf of the president, recognizes technical innovation that incorporates the principles of "green" chemistry into chemical design, manufacture and use. The Sentricon System was the first and is the only termite control product to receive the highly-respected award.

Help! I've Got Termites!
Enter ZIP code.
[        ] [Go]

**OVERVIEW SECTION**

The Story of the Sentricon System
What is the Sentricon System?
Why the Sentricon System?
History of the Sentricon System
How Does it Work?
The Green Story
Ask the Experts
About Termites
Famous Sites
Success Stories
TV, Radio and Print Ads
Homeowner Video




And here's another first: The Sentricon System was the first product approved under the EPA's Reduced Risk Pesticide Initiative. Today, more than 750,000 structures across the country are protected using this revolutionary technology. It is currently protecting historical structures such as the Statue of Liberty, the White House and Independence Hall. Use of this technology is expanding globally, protecting structures in Australia, France, Spain and Japan. The Sentricon System has successfully eliminated termites from a 10-acre area of Bourges, France, and is protecting the Senate building in Rome, as well as avenues of trees lining the streets of Paris.

"The impact of the Sentricon System on the termite control industry has been significant," says Reid Sprenkel, general manager, Professional Pest Management at Dow AgroSciences LLC. "Receiving the Presidential Green Chemistry Challenge Award further illustrates Dow AgroSciences' commitment to the development of innovative and environmentally responsible pest management technologies."

[Site Navigation:                    ▼] |

Sentricon Home: The Story of the Sentricon System: The "Green

# Specimen Label

> **Recruit II termite bait is to be included**
> **with a service and is not for sale.**


**Dow AgroSciences**

## Recruit* II

## Termite Bait

*Trademark of Dow AgroSciences LLC

**A termite bait for use in an integrated management system for protection of structures from subterranean termites.**

Active Ingredient:
hexaflumuron: N(((3,5-dichloro-
4-(1,1,2,2-tetrafluoroethoxy)phenyl)amino)
carbonyl)-2,6-difluorobenzamide ............................... 0.5%
Inert Ingredients .................................................................... 99.5%
Total Ingredients .................................................................. 100.0%

Contains 0.5 grams of hexaflumuron per 100 grams of formulation.

U.S. Patent No. 4,468,405

EPA Reg. No. 62719-272

**Keep Out of Reach of Children**
## CAUTION

### Precautionary Statements
### Hazards to Humans and Domestic Animals

Do not tamper with bait material.

#### Environmental Hazards
This product is highly toxic to aquatic invertebrates and possibly to fish. Do not use Baitube* devices in depressions, low areas,. near ponds, streams, springs, other water sources, or near downspout openings when the bait or its hexaflumuron contents could be washed out of the Baitube into water at or near the surface of the ground.

**Notice:** Read the entire label. Use only according to label directions. **Before using this product, read "Warranty Disclaimer" and "Limitation of Remedies" elsewhere on this label.**

In case of emergency endangering health or the environment involving this product, call 1-800-992-5994. If you wish to obtain additional product information, visit our web site at www.dowagro.com.

### Directions for Use
It is a violation of Federal law to use this product in a manner inconsistent with its labeling.
Read all Directions for Use carefully before applying.

> ### Storage and Disposal
> Do not contaminate water, food or feed by storage or disposal.
> **Storage:** Store in original container in a dry storage area.
> **Disposal:** Store used Baitube devices that are damaged or no longer needed until they can be sent to an approved facility as instructed by Dow AgroSciences for disposal or recycling.

**Handling Procedures**
Do not break open or cut into the Baitube. Do not remove protective wrapper from the Baitube until ready for use.

### General Information

Recruit* II termite bait contains an insect growth regulator (IGR), hexaflumuron, that prevents successful molting and development of subterranean termites. This disruption of development ultimately results in the decline of the termite colony to the point where the colony can no longer sustain itself and is eliminated.

Recruit II was developed to be used in the Sentricon* System which represents an integrated pest management approach for the elimination of subterranean termite colonies, including *Coptotermes*, *Reticulitermes*, and *Heterotermes spp.* and is intended to form the basis of an on-going program providing structural protection from subterranean termites. Use of this management system involves three basic steps: (1) monitoring for the presence of termite activity in and around the target site; (2) delivery of a slow acting insect growth regulator, Recruit II, when the presence of subterranean termites has been detected; and (3) continued inspection and monitoring of the site for the presence of termite activity after elimination of the colony has been achieved. Although the third phase of the management system is an optional service offered to the owner of the structure, it provides an on-going preventive service in order to detect any new termite activity.

When termite activity is detected and feeding of Recruit II termite bait is established, Baitube devices must remain in the station as long as the bait material is being consumed and termites remain active. When evidence of termite activity in the Baitube ceases, resume monitoring to detect the presence of renewed termite activity by substituting a monitoring device for the Baitube if the termite control program is on-going.

Do not re-use Baitube devices or Recruit II termite bait. Subterranean termites excrete colony specific pheromones that become incorporated into the bait while feeding and foraging. The pheromones left in the bait by one colony will cause feeding deterrence or repellency to other colonies, causing it to be ineffective.

It is important for operators to understand the biology and behavior of subterranean termite species, and construction and landscape features conducive to infestation by subterranean termites.

## Use Directions

Target sites for this system can include buildings, fences, utility poles, decking, landscape plantings and trees or other features which could be damaged by termite feeding and foraging activity. Recruit II can be used on the inside or outside of foundation walls of crawl space areas or through concrete and asphalt if adequate soil is not accessible and such action is warranted.

### Monitoring

The purpose of the monitoring phase is to detect the presence of subterranean termites. This procedure does not attract termites from other locations. When present, termites can be collected from monitoring devices placed in the Sentricon stations. Upon collection, these termites can be placed inside the Baitube containing Recruit II to force tunneling through the bait material. This facilitates their return to the colony for "recruiting" other nestmates to feed on Recruit II. This Self-Recruitment* procedure further encourages the subterranean termite population to forage into and feed on Recruit II termite bait.

Identify critical areas suitable for placing Sentricon stations. Critical areas include locations within or adjacent to visible termite activity such as indicated by: foraging tubes, termite infested plants, wood, and other materials; and areas conducive to termite foraging (bath traps, moist soil in shaded areas, near irrigation sprinkler heads, roof down spouts and other moist areas, and near planting beds or other areas with plant root systems). Sentricon stations should be placed within 4 feet of critical areas unless placement is obstructed. Sentricon stations should not be placed in soil within 18 inches of structural foundations previously treated with a liquid termiticide. In addition to select critical areas, install Sentricon stations around the target site at intervals which do not exceed 20 feet where soil access is not restricted.

Inspect monitoring devices monthly for the first three months after installation at a site when termites are known to be active  If no termite activity at a site is documented, then monitoring can be done on a bi-monthly or quarterly basis

When termite activity is observed in a monitoring device, and worker numbers are sufficient for Self-Recruitment (about 40 termites) then Baitube devices containing Recruit II and auxiliary Sentricon station(s) shall be installed per directions in section 2 of this label and monitoring resumed on at least a monthly basis. Continue monitoring for as long as there is evidence of termite activity in any Sentricon station at the site. If more than 75% of the Baitube device contents are consumed in one or more stations, stations should be inspected more frequently than monthly. Once active termites are no longer found in any Baitube, or Recruit II is no longer being consumed for two consecutive monitoring periods, replace the Baitube with a monitoring device and resume monitoring on a bi-monthly or quarterly basis if the control program is continuing. If auxiliary Sentricon stations have been installed they may be removed leaving the original Sentricon station in place.

**Note:** Unfavorable conditions such as excessive moisture or freezing of soil may temporarily disrupt feeding on Recruit II and monitoring devices. Resume monitoring after return of conditions favorable to termite activity.

### Installation of the Baitube containing Recruit II

The monitoring device should be replaced with a Baitube containing Recruit II when termites are present in the monitoring device in numbers sufficient for Self-Recruitment (about 40 or more worker termites).  Proper use of the Baitube containing Recruit II termite bait will maximize the "recruitment" of nestmates and expose a larger number of termites from a target colony to the IGR containing material. The Self-Recruitment procedure is accomplished by transferring termites collected from the monitoring device to the Self-Recruitment chamber at the top of the Baitube according to the following procedure:

**Self-Recruitment Procedure:** Remove termites from the monitoring device and introduce them into the Self-Recruitment chamber in the top of the Baitube as follows (refer to Figure 1).

1.  Prepare the Baitube for introduction of termites as follows:
    (1)  Remove the cap.
    (2)  Add a minimum of 0.7 ounces (approx. 20 ml) of water to the Self-Recruitment chamber. In arid areas and in dry soils, add up to up to 2.7 ounces (approx. 80 ml) of water before introducing termites to the chamber. This moisture is necessary for termites to survive the Self-Recruitment procedure. Allow the water to be completely absorbed by the bait before transferring termites to the chamber.

2.  Transfer termites from the infested monitoring device to the Self-Recruitment chamber of the Baitube as follows:
    (1)  Remove monitoring device from the Sentricon station and place in a container suitable for collecting termites and associated debris that will be introduced into the Self-Recruitment chamber. A shallow pan works well for this purpose, or, with experience, users may fashion other devices more suitable for this purpose.
    (2)  Carefully remove termites, debris, soil and mud tube material from the surface of the monitoring device. Save this material to add to the Self-Recruitment chamber along with termites.
    (3)  Separate the halves of the monitoring device and gently tap them to dislodge as many termites as possible into the collecting pan.
    (4)  Introduce the termites and debris collected into the Self-Recruitment chamber of the Baitube. Excess debris and termites may be discarded or used to initiate the Self-Recruitment process in an auxiliary Sentricon station placed adjacent to the primary baited station (see Installation of Auxiliary Stations).
    (5)  Replace the cap of the Baitube. Avoid harming termites placed in the chamber when replacing the cap. If the chamber is overfilled, wait for excess termites to move out of the way to avoid injuring them since dead termites may repel nestmates from feeding at the bait station.

3.  Remove the plastic covering of the Baitube at the perforations to expose the termite access holes before inserting into the Sentricon station.

4.  Complete the Self-Recruitment procedure by inserting the capped Baitube into the Sentricon station and replacing the outer cap of the station.

Specimen Label Revised 11-04-99

**Figure 1.** (Refer to Self-Recruitment Procedure section)

**1a.** When termites are present during an inspection of the monitoring device in numbers sufficient for Self-Recruitment (about 40 worker termites), remove the monitoring device and replace it with a Baitube containing Recruit II.



**1b.** Remove termites from the monitoring device into the collecting pan and introduce them into the top of the Baitube.



**2.** **Installation of Auxiliary Stations**: A Sentricon station is considered to be free-standing if it is more than 12 inches from another Sentricon station. When a free-standing station is baited with Recruit II, install one or more auxiliary Sentricon stations containing monitoring devices within 12 inches of the baited station, if suitable ground access exists. Auxiliary Sentricon stations can be baited immediately if adequate numbers of termites can be collected to initiate the Self-Recruitment process. When auxiliary stations are baited at a subsequent inspection, continue to install auxiliary Sentricon stations as necessary. Installation of auxiliary Sentricon stations creates a cluster of two or more Sentricon stations in which each station is located 12 inches or less from adjacent station(s). Assure that one or more Sentricon stations per cluster contain monitoring devices.

**3.** **Inspection of the Baitube**: Baitube devices are inspected by visually examining the device for termites. If termites are active in the Baitube and the material is nearly or totally consumed (or if the material appears to be degraded or moldy), replace it with another Baitube containing Recruit II. If possible, gently tap the termites from the used Baitube device into the replacement device using the Self-Recruitment procedure described above. It is not desirable to have the entire contents of the Baitube consumed before replacing it, as termites may forage elsewhere in search of food. Inspect adjacent monitoring device locations and initiate placement of Baitube devices in Sentricon stations when and where termites are found in monitoring devices.

## Warranty Disclaimer

Dow AgroSciences warrants that this product conforms to the chemical description on the label and is reasonably fit for the purposes stated on the label when used in strict accordance with the directions, subject to the inherent risks set forth below. Dow AgroSciences MAKES NO OTHER EXPRESS OR IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER EXPRESS OR IMPLIED WARRANTY.

## Inherent Risks of Use

It is impossible to eliminate all risks associated with use of this product. Plant injury, lack of performance, or other unintended consequences may result because of such factors as use of the product contrary to label instructions (including conditions noted on the label, such as unfavorable temperature, soil conditions, etc.), abnormal conditions (such as excessive rainfall, drought, tornadoes, hurricanes), presence of other materials, the manner of application, or other factors, all of which are beyond the control of Dow AgroSciences or the seller. All such risks shall be assumed by buyer.

## Limitation of Remedies

The exclusive remedy for losses or damages resulting from this product (including claims based on contract, negligence, strict liability, or other legal theories), shall be limited to, at Dow AgroSciences' election, one of the following:

1. Refund of purchase price paid by buyer or user for product bought, or
2. Replacement of amount of product used

Dow AgroSciences shall not be liable for losses or damages resulting from handling or use of this product unless Dow AgroSciences is promptly notified of such loss or damage in writing. In no case shall Dow AgroSciences be liable for consequential or incidental damages or losses.

The terms of the "Warranty Disclaimer" above and this "Limitation of Remedies" cannot be varied by any written or verbal statements or agreements. No employee or sales agent of Dow AgroSciences or the seller is authorized to vary or exceed the terms of the "Warranty Disclaimer" or this "Limitation of Remedies" in any manner.

*Trademark of Dow AgroSciences LLC
**Dow AgroSciences LLC • Indianapolis, IN 46268 U.S.A.**

Label Code: D02-026-017
Replaces Label: D02-026-016

EPA-Accepted 04-07-97

**Revisions:**

1. Add boxed statement to prevent unauthorized sale and use of Recruit bait.
2. Update graphic Figure 1a.

# Outpost™ TBR

## Termite Bait Response

For Professional Use Only by Individuals Licensed by the State to Apply Termiticides.

ACTIVE INGREDIENT:

Diflubenzuron . . . . . . . . . . . . . . . . . . . . . . . . . .0.25%

OTHER INGREDIENTS . . . . . . . . . . . . . . . . . . 99.75%

100.00%

Contains 0.25 grams of diflubenzuron per 100 grams of formulation.

EPA Reg. No. 499-488-3125          Net Wt 7.05 oz (200 g)

### STOP -- Read the label before use.

### Keep out of reach of children.

## CAUTION

## PRECAUTIONARY STATEMENTS

### ENVIRONMENTAL HAZARDS

**CAUTION:** This product is highly toxic to aquatic invertebrates. Do not place OUTPOST Termite Bait Response in any area where, because of the movement of water, it could be washed into a body of water containing aquatic life, such as ponds or streams.

**Important:** Before buying or using this product, read the entire label including the Warranty section of this label. If terms are not acceptable, return the unopened product container at once. Use this product only according to label directions.

## WARRANTY

**WARRANTY DISCLAIMER:** BAYER WARRANTS THAT THIS PRODUCT CONFORMS TO THE CHEMICAL DESCRIPTION ON THE LABEL AND IS REASONABLY FIT FOR THE PURPOSE STATED ON THE LABEL WHEN USED IN STRICT ACCORDANCE WITH THE DIRECTIONS, SUBJECT TO THE CONDITIONS FOR SALE SET FORTH BELOW. BAYER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER EXPRESS OR IMPLIED WARRANTY.

**CONDITIONS OF SALE:** THE DIRECTIONS ON THIS LABEL WERE DETERMINED THROUGH RESEARCH TO BE APPROPRIATE FOR THE CORRECT USE OF THIS PRODUCT. THIS PRODUCT HAS BEEN TESTED UNDER DIFFERENT ENVIRONMENTAL CONDITIONS BOTH INDOORS AND OUTDOORS UNDER CONDITIONS SIMILAR TO THOSE THAT ARE ORDINARY AND CUSTOMARY WHERE THE PRODUCT IS TO BE USED. INSUFFICIENT CONTROL OF PESTS MAY RESULT FROM THE OCCURRENCE OF EXTRAORDINARY OR UNUSUAL CONDITIONS OR FROM FAILURE TO FOLLOW LABEL DIRECTIONS. IN ADDITION, FAILURE TO FOLLOW LABEL DIRECTIONS MAY CAUSE INJURY TO ANIMALS, MAN, AND DAMAGE TO THE ENVIRONMENT. BAYER OFFERS, AND THE BUYER ACCEPTS AND USES, THIS PRODUCT SUBJECT TO THE CONDITIONS THAT EXTRAORDINARY OR UNUSUAL ENVIRONMENTAL CONDITIONS OR FAILURE TO FOLLOW LABEL DIRECTIONS ARE BEYOND THE CONTROL OF BAYER AND ARE, THEREFORE, THE RESPONSIBILITY OF THE BUYER.

Outpost™ TBR

## DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

Read the GENERAL INFORMATION and GENERAL USE DIRECTIONS carefully before using. OUTPOST Termite Bait Response is part of a termite baiting system and is intended for use only in OUTPOST Termite Detection System. Use of OUTPOST Termite Bait Response in any other type of station or system not designed for termites is prohibited. Contact the Product Information Center at 1 (800) 842-8020 for assistance in using OUTPOST Termite Bait Response or any other components of the termite baiting system.

## GENERAL INFORMATION

OUTPOST Termite Bait Response is intended for use in an ongoing program of management and control of subterranean termite colonies in the ground around and under any type of building or other object (structure). OUTPOST Termite Bait Response does not exclude termites from a structure. Instead, it suppresses or eliminates termite colonies. Sufficient consumption of OUTPOST Termite Bait Response by all subterranean termite colonies that present an existing or potential hazard to the structure may, subject to the limitations stated herein, protect the structure against subterranean termite attack.

The active ingredient in OUTPOST Termite Bait Response, diflubenzuron, is an insect development inhibitor. When consumed by a termite, diflubenzuron impairs the ability of a termite to molt. Molting is the process by which termites, at certain points in their development, shed their existing exoskeleton and form a replacement exoskeleton. Termites that attempt to molt after ingesting an amount of OUTPOST Termite Bait Response sufficient to impair their molting process either die or are incapacitated by their inability to complete the molting process. Insect development inhibitors such as diflubenzuron are characterized as slow acting toxicants, however their action is slow only to the extent that they affect a termite only at the points in its life cycle when it molts. Because all the termites in a colony do not molt at the same time, the effect of diflubenzuron on the colony as a whole is progressive. This progressive effect is one of the key attributes of diflubenzuron as a termite colony toxicant.

Sufficient consumption of OUTPOST Termite Bait Response by a termite colony can cause a decline in the number of members of the colony. Such a decline, if sustained by continued consumption of OUTPOST Termite Bait Response by the colony, can significantly impair the vitality of the colony. Further, continued consumption of OUTPOST Termite Bait Response by remaining colony members may ultimately result in the total elimination of the colony. The extent of the decline of the colony, the speed of its decline, and the possibility of its elimination depends upon the extent to which OUTPOST Termite Bait Response is made continuously available to a colony for consumption and the extent to which members of the colony consume it. Close adherence to the General Use Directions can increase the likelihood of colony elimination, however conditions or circumstances beyond the control of the user may prevent or substantially delay colony elimination. Such conditions may include, but are not limited to, alternate non-bait food sources that reduce the extent to which the colony depends on OUTPOST Termite Bait Response as a food source, excess moisture, low or high temperatures or abandonment of feeding on the bait by the colony.

Because termites cannot be attracted, they must instead find the station as they randomly forage for food. OUTPOST Termite Bait Response affects termite colonies only if they consume it. Pre-baiting is a process by which termite activity is established at a location prior to the application of OUTPOST Termite Bait Response at that location. However, once they have consumed the pre-bait, termites can normally be induced to consume OUTPOST Termite Bait Response. These termites then guide other colony members back to the bait station where they also consume OUTPOST Termite Bait Response.

If the cycle of pre-baiting and baiting around a structure is interrupted or discontinued, new colonies occupying the territory of eliminated colonies, existing colonies that were suppressed but not eliminated, existing colonies never baited or colonies that were pre-baited may forage at points of possible entry into and infest the structure. For this reason, the cycle of pre-baiting and baiting should continue for as long as it is desirable to eliminate subterranean termites from the structure.

After termite activity has been absent from a baited station for at least 60 days, the baiting process is resumed by replacing the vacated station with a new or sanitized used station at or near the location of the station that is being replaced. In order to affect as many of the termites as possible that currently or could potentially infest a structure, every termite colony that inhabits the ground under and around the structure must be pre-baited and/or baited with OUTPOST Termite Bait Response.

If a conventional termite liquid barrier treatment is performed in conjunction with an installation of OUTPOST Termite Bait Response, care must be taken not to treat in the area of installed stations (preferably not within two feet of stations). Because the use of OUTPOST Termite Bait Response may be a multi-step process, localized treatment(s) of areas of the structure infested with active termites at the time of pre-baiting or baiting, using barrier or contact type termiticides, may provide more immediate control of termites in those parts of the structure than OUTPOST Termite Bait Response. Preventative critical area soil or wood treatments may be performed in conjunction with station installation. Do not treat in areas of installed stations during routine pesticide applications.

**Pre-Baiting:** Pre-baiting is a process by which termite activity is established at a location prior to the application of OUTPOST Termite Bait Response at that location. Wood, cardboard, or other cellulose containing substances which are readily consumed by subterranean termites may be used as pre-bait. The non-toxic food materials provide a pre-baiting food source for termites that, upon being fed on by termites, establishes termite activity with the station. The pre-bait should be installed in the station to form a thin lining against the inside of the perforated sidewalk of the station while leaving a vacant center cavity at the center of the station if possible. If there is termite activity at a pre-baiting site, make OUTPOST Termite Bait Response continuously available for colony consumption by placing OUTPOST Termite Bait Response in the vacant center cavity or filling the station with it. See section entitled "Inspecting a Station and Placing OUTPOST Termite Bait Response" for details.

**Direct Baiting:** Placing the OUTPOST Termite Bait Response bait directly into a station is permitted in areas of suspected termite activity. Follow directions for placing station and fill with OUTPOST Termite Bait Response.

22

## Outpost™ TBR

## GENERAL USE DIRECTIONS

**Post-construction Use:** OUTPOST Termite Bait Response can be used for remedial treatment of infested existing structures or for preventative treatment (before signs of infestation) of existing structures.

**Station preparation and location selection:** To reduce the potential for tampering with and disturbance of stations, points of station installation should be chosen that, where possible, minimize installed station visibility. Areas where barrier type termiticides may have been previously applied, such as within two feet of the foundation wall, should be avoided if possible.

Install stations at or near points of known or suspected termite entry into the structure. If a point of accessible ground is not located within ten feet of a point of known termite entry (due to an intervening hardened construction surface such as a concrete slab), it may be advisable to create an access to the ground through that surface close to the point of known entry and install a station at that access.

Install stations at, or preferably within five feet of points of known, probable or suspected termite foraging, and at other critical areas. Such areas may include areas with concentrations of cellulose-containing debris, such as mulch or wood scraps, in contact with the ground, areas of moderate soil moisture, shaded areas, areas containing plant root systems, bath traps, visible termite foraging tubes, etc.

Install stations around a structure such that, except where sufficient access to the ground is not available, the maximum interval between any two stations does not exceed twenty feet. If the distance between two points of accessible ground around the structure exceeds thirty feet, it may be advisable to form one or more openings in the surface creating the inaccessibility to facilitate baiting between those points.

If the structure has an accessible crawl space, stations can be installed in the crawl space in lieu of or in addition to installing stations around the structure. Stations can be installed within a slab structure at existing or created openings in the slab surface through which ground is accessible and into which the station can be installed in a secure manner.

Once termite activity has occurred at a station and bait consumption has begun, it may be advisable, depending on the rate of bait consumption in that station and nearby stations, to locate one or more supplemental stations in the immediate vicinity of the infested station(s) in order that bait consumption by the colony be maximized.

If termites have not been present in the station for at least approximately sixty days, remove the station and any unconsumed OUTPOST Termite Bait Response it contains and replace it with a new or sanitized used station at or near the same point and add pre-bait or OUTPOST Termite Bait Response. If termites have abandoned the station possibly due to reductions in termite activity related to low temperatures during the period of predicted limited termite activity (see below), it may be advisable to leave the station and bait in place and recheck the station again after the period of predicted limited termite activity has elapsed before removing and replacing the station. If termites have abandoned the station possibly due to excessive moisture, it may be advisable to remove the saturated bait and re-bait the station with fresh bait at that time or after the excess moisture condition has abated.

If a station, upon repeated inspection, is found to contain excess moisture (water standing at the bottom of the station or cavity, etc.), it may be advisable to relocate the station, if possible, to a nearby area where the soil is better drained or alternately, modify the station location to prevent water from collecting in the station by, for example, creating a sump area under the installed station or at the bottom of the cavity.

**Station Installation:** To install a station, excavate or form a hole in the ground approximately the same size and dimensions as those of the station. Insert the station into the hole with the top edge of the station flush with to approximately 1/2 inch above the earth's surface, making sure that earth is in complete contact with the bottom and sides of the station. If the station is inserted into an opening created through a hardened construction surface (such as a concrete slab, asphalt, etc.), insert the station with the top edge of the station flush with the top of that surface. Replace the station cover securely.

**Inspecting a Station and Placing OUTPOST Termite Bait Response:** To inspect a station, remove the cover and visually examine the interior for the presence of termites, being careful to minimize disturbance of the termites. If live termites are present in the station, bait with OUTPOST Termite Bait Response or replenish. If termites are not present, further inspect bait or pre-bait for excessive decay or moisture saturation. Replace excessively decayed bait or pre-bait. Replace the station cover securely.

**Scheduling of Inspections:** If termite activity is known to be present in the structure at the time stations are initially installed, inspect all stations three times at approximately 30, 60 and 90 days after the date of completion of initial station installation. If no termite activity is present in the structure at the time stations are initially installed, inspect all stations for the first time within approximately 90 days after the date of completion of initial station installation. Thereafter, inspect any station that does not have termite activity within approximately 90 days after the date of the last inspection of that station. Inspect termite active stations two times at approximately 30 and 60 days after the date of initial termite activity. Thereafter, as long as the station continues to be active, inspect the station within approximately 45 days of the date of the last inspection of the station.

**Adjustments to Inspection Scheduling:** Decreases in elapsed time between inspections of a baited station may be warranted if consumption of all the bait in the station occurs during the interval between any two inspections.

Because subterranean termites are cold-blooded (poikilothermic) animals, low temperatures can substantially reduce or stop their activity close to the earth's surface during a certain period of the year. For this reason, if the temperature falls low enough, termites may cease to feed in stations or the onset of feeding in stations may be delayed until temperatures have recovered above a certain level for a long enough period of time. Reductions in termite activity that are the result of low temperatures may make inspections of stations unnecessary for as long as low temperatures prevail in the area.

The temperature at which termite activity is substantially curtailed may vary significantly between different geographic areas and with different species of termites. However, generally speaking, termite activity will be reduced in the stations during those times of the year during which the average daily mean exterior air temperature is below 50° F

3

## Outpost™ TBR

For this reason, the following rule may be applied when counting the number of elapsed days between inspections unless, in the opinion of the operator, increases in the elapsed time between inspections are unwarranted based on local circumstances.

In counting the number of days between inspections, exclude from the total number of days elapsed since the last inspection any days whose date falls between the first date in the fall/winter that long term climate data predicts that the mean exterior air temperature for that date at that application site will be below 50°F (begin period of predicted limited activity) and the first date in the winter/spring that the climate data predicts that the average mean exterior air temperature for that date at that application site will be above 50°F (end period of predicted limited activity).

However, if the number of days excluded according to this rule exceed 90, then schedule the date of the first inspection after the end of the period of predicted limited activity according to the rule or within 30 days of the date of the end of the period of predicted limited activity; whichever of these two dates occurs first. However, under no circumstances should more than six months elapse between inspections of stations. Climate data used should be for the National Weather Service reporting station closest to the application site.

Allowing extra time between inspections as provided by this rule may not be advisable if stations are located in an area in or under a structure in which the average daily mean air temperature is expected to remain above 50°F and termites are actively consuming bait in the stations.

## STORAGE AND DISPOSAL

Do not contaminate water, food or feed by storage or disposal.

**Storage:** Store in original container in a dry storage area out of reach of children and animals.

**Container Disposal:** Place container in a trash can.

**Pesticide Disposal:** Product not disposed of by use according to label directions should be wrapped in paper and placed in a trash can.

B - 9543  12/15/00

Bayer Corporation
Professional Care
Box 4913
Kansas City, MO 64120-0013
(800) 842-8020
http://bayerprocentral.com
OT 0202 BPC  Printed in U.S.A.

**IMPORTANT**
Before using this product, read and carefully observe the directions, cautionary statements and other information appearing on the product packaging label. This product is sold subject to the Conditions of Sale set forth on the container label.



# FLUORIDE ACTION NETWORK

Return to FAN's Pesticide Homepage

---

## Diflubenzuron (CAS No. 35367-38-5)

---

Updated February 2003

> ### Rationale for US EPA to add Diflubenzuron to the Toxic Release Inventory
>
> In a 2-year study in which beagle dogs received diflubenzuron daily in gelatin capsules, the LOAEL for increases in sulfhemoglobin and methemoglobin was 10 mg/kg/day and the NOAEL was 2 mg/kg/day. EPA has derived an oral RfD of 0.02 mg/kg/day for this chemical from this study. Similar effects were noted in two separate 2-year rat feeding studies (the LOAEL was 7.8 to 8 mg/kg/day; the NOAEL was 2 mg/kg/day), and in a lifetime oral study in mice (the LOAEL was 12 mg/kg/day; the NOAEL was 2.4 mg/kg/day). EPA believes that there is sufficient evidence for listing diflubenzuron on EPCRA section 313 pursuant to EPCRA section 313(d)(2)(B) based on the available hematological toxicity data. Measured aquatic acute toxicity data for diflubenzuron include a 48-hour LC 50 of 4.55 ppb for daphnids. EPA believes that there is sufficient evidence for listing diflubenzuron on EPCRA section 313 pursuant to EPCRA section 313(d)(2)(C) based on the environmental toxicity data for this chemical.
>
> Ref: USEPA/OPPT. Support Document for the Health and Ecological Toxicity Review of TRI Expansion Chemicals. U. S. Environmental Protection Agency, Washington, DC (1993).
>
> As cited by US EPA in: Federal Register: January 12, 1994. Part IV. 40 CFR Part 372. Addition of Certain Chemicals; Toxic Chemical Release Reporting; Community Right-to-Know; Proposed Rule.

CAS Name: N-[[(4-chlorophenyl)amino]carbonyl]-2,6-difluorobenzamide

ACTIVITY: Chemosterilant insecticide (chitin synthesis inhibitor)
(Benzoylurea)

STRUCTURE:

can trust, Bayer. The same
company that you trust with
your family's health.

## What makes Bayer Home Health Work?

In a word:  Prescription!  Your home and family's needs require an accurate diagnosis
approach to solve your termite problem and protect your biggest investment. That is e
Health offers a variety of prescriptive solutions that are friendly and less intrusive to y

## A whole system of products.

Like we said earlier, each home should be treated individually. Once the problem is d
management professional can choose from a star line-up including, Premise Liquid, O
(detection and baiting system), Premise Gel and foaming with Premise to treat in and
best prescription will be written to fit your needs.



### Premise Liquid Termiticide:  Protection begin

Termites travel into your home by building tunnels, or mud
soil to the base of your foundation. This is where Premise
start by placing Premise around the outside foundation of y
as the moat that protects your castle. This creates a prote
home, which not only eliminates termites that come in con
back in the nest, as well. In fact, studies show that after 7
termites die because of the transfer of Premise between te
never go wrong choosing America's #1 selling liquid termit

## Outpost TDS & TBR:  Your
termite security system

What about termites that haven't made
it to your home? With Outpost Termite
Detection System (TDS) and Termite
Bait Response (TBR), you'll know
when they're coming. Stations are
placed at 10- to 20-foot intervals
around your home's exterior. When
filled with the monitoring device, it's a
detection device. If activity is detected,
the monitoring device is swapped out
for bait with an insect growth regulator.
The IGR restricts the termites' ability to
molt. If they can't molt, they die. But,
not until the IGR is passed on to
others in the nest. The result?  Lots of
termites taking dirt naps. And then
colony elimination, which means
elimination of your problems. Even
better, Outpost works well in
combination with the other prescriptive
solutions from Bayer Home Health.





### Premise Gel:  Interior termite elimination

Premise Gel provides instant interior control for termite hol



doorways and hardwood floors. Termites eat wood for food
moisture to survive. Premise Gel uses Stabilized Hydrogel
actually attracts termites from its moisture. One bite of Pre
are history. Premise Gel can be applied today to begin the
your termite problem and protect your largest investment.



### Foaming with Premise: Powerful protection in the toughest places

For termite problems in larger areas, like voids in your walls and dirt-filled porches, foaming with Premise may be best. Premise is applied using a hand or commercial foamer. During foaming, it expands up to 50 times to completely fill the space. And, like other Premise-based products, the active ingredient not only takes care of termites that contact it, but any termites they contact afterward, all the way into the nest.

**So, there they are.**



The products that make up the only prescriptive termite
world, Bayer Home Health. If you think you have a termi
<u>professionals</u> at Clark Pest Remedy, let them make an i
are there - they can put the Bayer Total Termite Control

For additional information and to learn why Bob Vila is re
termite program, go to the Bayer website. <u>http://www.no</u>

---

## Information Request Form

Select the items that apply, and then let us know how to contact you.

- ☑ Send service literature
- ☐ Send company literature
- ☐ Have a salesperson contact me

services only to individuals and institutions that function without regard to race color, sex, age, handicap, or national origin. For information on obtaining other extension publications, contact your county Cooperative Extension Service office.

Florida Cooperative Extension Service / Institute of Food and Agricultural Sciences / University of Florida / Christine Taylor Waddill, Dean

## Copyright Information

This document is copyrighted by the University of Florida, Institute of Food and Agricultural Sciences (UF/IFAS) for the people of the State of Florida. UF/IFAS retains all rights under all conventions, but permits free reproduction by all agents and offices of the Cooperative Extension Service and the people of the State of Florida. Permission is granted to others to use these materials in part or in full for educational purposes, provided that full credit is given to the UF/IFAS, citing the publication, its source, and date of publication.

Table 1. Subterranean Termite Baiting Systems Now Available

| Product | Company | Active Ingredient | How It Kills Termites | Use | Above-ground Stations | Can Be Used Without Liquid Termiticide |
|---|---|---|---|---|---|---|
| Exterra | Ensystex | Diflubenzuron | Prevents formation of cuticle | Professional | Yes | Yes |
| First Line® | FMC® | Sulfluramid | Stomach Poison | Professional | Yes | Yes |
| Outpost™ | Bayer | Diflubenzuron | Prevents formation of cuticle | Professional | No | Yes* |
| Sentricon® | Dow AgroSciences | Hexaflumuron | Prevents formation of cuticle | Professional | Yes | Yes |
| Subterfuge® | BASF | Hydramethylnon | Stomach Poison | Professional | No | Yes |
| Terminate™ | Spectracide | Sulfluramid | Stomach Poison | Homeowner | No | No |
| * Bayer recommends using Outpost with their other termite control products. | | | | | | |

## Footnotes

1. This document is ENY-2001, one of a series of the Entomology and Nematology Department, Florida Cooperative Extension Service, Institute of Food and Agricultural Sciences, University of Florida. Publication date: July 1998. First revision: February 2002. All graphics by B. Cabrera except Figure 1 by J. Perrier, Ft. Lauderdale-REC. Formosan Subterranean Termite, ENY-216. Please visit the EDIS Web site at http://edis.ifas.ufl.edu. Additional information on these organisms, including many color photographs, is available at the Entomology and Nematology Department Web site located at http://entnemdept.ifas.ufl.edu/

2. B. J. Cabrera, assistant professor, Ft. Lauderdale-REC, N.-Y. Su, professor, Ft. Lauderdale-REC, R. H. Scheffrahn, professor, Ft. Lauderdale-REC, P. G. Koehler, professor/Extension entomologist; Entomology and Nematology Department, Cooperative Extension Service, Institute of Food and Agricultural Sciences, University of Florida, Gainesville, 32611.

The Institute of Food and Agricultural Sciences is an equal opportunity/affirmative action employer authorized to provide research, educational information and other



**COOK'S PEST CONTROL**

**Subterranean Termite Control Agreement**
**Sentricon Colony Elimination System**
Corporate Office • 1741 Fifth Avenue, SE • Decatur, AL 35601

## DAMAGE REPLACEMENT GUARANTEE
This Guarantee provides for the retreatment of the structure and the repair of damage caused by wood destroying organisms within the limits stated in this Agreement.

**Important:** Please refer to the back of the customer copy of this Agreement for the definition of "Wood Destroying Organisms" and the terms of the Sentricon Guarantee.

| INVESTMENT: | ISSUE GUARANTEE TO: Offer expires 30 days after : __/__/__ |
|---|---|
| **(If financed, Amount Financed Itemization)** | Name _____ |
| ❑ Sentricon Colony Elimination System  $ _____ | Address _____ |
| ❑ Coring .................................$ _____ | City _____ |
| ❑ Additional Charges ....................$ _____ | Phone _____ |
| ❑ Other ..................................$ _____ | Social Security Number _____ |
| Total Charges ..........$ _____ | Employer _____ |
| Amount Collected This Date ..........$ _____ | Work Phone _____ |
| Balance Owing ..........$ _____ | Service Address _____ |
| ❑ Cook's Finance  ❑ Other _____ | _____ |
| ❑ Balance to be paid when work is completed. | _____ |

### PAYMENT TERMS AND CONDITIONS
Subject to the terms of the Sample Guarantee which is contained on the reverse side of the Customer's copy of this Agreement, charges for all services are due at the time the services are provided, unless the charges are financed or unless other payment arrangements are agreed to in writing by Customer and Cook's. In the event the Sentricon Agreement is renewed and continued for additional yearly periods, Customer will pay an annual renewal fee of $_____ which may be paid in quarterly installments. These installments are due on the first day of each quarter.
If the Customer's account becomes more than 90 days past due, the Agreement, Guarantee, and protection will be cancelled, all amounts due will become payable as liquidated damages, and any payments received after cancellation shall be applied to the liquidated damages due. Payment of liquidated damages shall not reinstate the Agreement, Guarantee or protection. In the event of cancellation, Customer agrees to pay all costs of collection including a reasonable attorney's fee, subject to any limitations imposed by law.

### FINANCE CHARGE
The **FINANCE CHARGE** on the above is computed on any **UNPAID BALANCE** at the rate of **1 1/2% PER MONTH** or **18% ANNUAL PERCENTAGE RATE.** If the balance owing is paid in full within 30 days of the Agreement or date charged, no finance charge will be added. The finance charge and total amount of payments have been computed on the assumption that **ALL** payments will be received in the month charged. In the event that timely payments are not made, the final payment will be increased due to the finance charge being computed on an unpaid balance that includes an unpaid finance charge.

### ALTERNATIVE DISPUTE RESOLUTION CLAUSE
As an inducement to Cook's Pest Control, Inc., [COOK'S] to enter into this Agreement and Guarantee with the Customer, the parties hereto agree as follows:
(1) ANY DISPUTE, CONTROVERSY OR CLAIM, CONTRACT, TORT, OR OTHERWISE, ARISING OUT OF OR RELATING TO THE AGREEMENT AND GUARANTEE, OR TO THE IDENTIFIED PROPERTY IN ANY WAY, OR ARISING OUT OF ANY PRESENT, PRIOR OR FUTURE DEALINGS BETWEEN COOK'S AND CUSTOMER, SHALL BE SETTLED BY ARBITRATION IN THE STATE OF CUSTOMER'S RESIDENCE IN ACCORDANCE WITH THE ARBITRATION RULES OF THE AMERICAN ARBITRATION ASSOCIATION, AND JUDGMENT UPON THE AWARD RENDERED BY THE ARBITRATOR(S) MAY BE ENTERED IN ANY COURT HAVING JURISDICTION THEREOF. If the transaction is a consumer transaction, the Customer initially shall pay no more than $150.00 in arbitration costs. Cook's shall pay the remaining costs of arbitration. If the transaction is a commercial transaction, the customer and Cook's shall each pay one-half of the cost of arbitration. However, in both consumer and commercial transactions, the arbitrator(s), as part of his final decree, may reapportion the arbitration costs payable by each party. Each party shall pay its own attorney's fees and costs.

(2) The parties anticipate that the resources of COOK'S used by COOK'S to perform this Agreement and Guarantee will come from interstate sources. Therefore, COOK'S and CUSTOMER acknowledge and agree that the Agreement and Guarantee involves "commerce" as defined in the United States Arbitration Act, Title 9, United States Code, "Arbitration."

(3) EXCEPT AS LIMITED HEREINABOVE, COOK'S AND CUSTOMER UNDERSTAND AND AGREE (I) THAT EACH OF THEM IS WAIVING RIGHTS TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO A JURY TRIAL; (II) THAT PRE-ARBITRATION DISCOVERY IN ARBITRATION PROCEEDINGS IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS; (III) THE AWARD OF THE ARBITRATOR(S) IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING; AND (IV) EITHER PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATOR(S) IS STRICTLY LIMITED. THE VENUE FOR ARBITRATION OR MEDIATION SHALL BE IN THE COUNTY OF THE CUSTOMER'S RESIDENCE.

### FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| (A.) ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate: | (B.) FINANCE CHARGE The dollar amount the credit will cost you: (D) - (C) | (C.) AMOUNT FINANCED The amount of credit provided to you or on your behalf (Balance Owing): | (D.) TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled: (B) + (C) | (E.) TOTAL SALE PRICE Total cost of your purchase on credit, including your down payment (D) + Down payment: |
|---|---|---|---|---|
| **18 %** | $ | $ | $ | $ |

You have the right to receive an itemization of the Amount Financed at this time.
☑ I want an itemization.    ❑ I do not want an itemization.    ❑ LATE CHARGE: None

# FLUORIDE ACTION NETWORK

Return to FAN's Pesticide Homepage

---

## Diflubenzuron (CAS No. 35367-38-5)

Updated February 2003

---

> **Rationale for US EPA to add Diflubenzuron to the Toxic Release Inventory**
>
> In a 2-year study in which beagle dogs received diflubenzuron daily in gelatin capsules, the LOAEL for increases in sulfhemoglobin and methemoglobin was 10 mg/kg/day and the NOAEL was 2 mg/kg/day. EPA has derived an oral RfD of 0.02 mg/kg/day for this chemical from this study. Similar effects were noted in two separate 2-year rat feeding studies (the LOAEL was 7.8 to 8 mg/kg/day; the NOAEL was 2 mg/kg/day), and in a lifetime oral study in mice (the LOAEL was 12 mg/kg/day; the NOAEL was 2.4 mg/kg/day). EPA believes that there is sufficient evidence for listing diflubenzuron on EPCRA section 313 pursuant to EPCRA section 313(d)(2)(B) based on the available hematological toxicity data. Measured aquatic acute toxicity data for diflubenzuron include a 48-hour LC 50 of 4.55 ppb for daphnids. EPA believes that there is sufficient evidence for listing diflubenzuron on EPCRA section 313 pursuant to EPCRA section 313(d)(2)(C) based on the environmental toxicity data for this chemical.
>
> Ref: USEPA/OPPT. Support Document for the Health and Ecological Toxicity Review of TRI Expansion Chemicals. U. S. Environmental Protection Agency, Washington, DC (1993).
>
> As cited by US EPA in: Federal Register: January 12, 1994. Part IV. 40 CFR Part 372. Addition of Certain Chemicals; Toxic Chemical Release Reporting; Community Right-to-Know; Proposed Rule.

CAS Name: N-[[(4-chlorophenyl)amino]carbonyl]-2,6-difluorobenzamide

ACTIVITY: Chemosterilant insecticide (chitin synthesis inhibitor) (Benzoylurea)

STRUCTURE:



**You are the ⬛⬛⬛⬛ th visitor to our site**

---

### So, you have termites?

Relax. They will be dealt with. Contact a pest management professional (PMP) qualified to bring you the Bayer Home Health total termite control system. What does that mean? For starters, it's the most revolutionary method for total termite control on the planet. Unlike the one-size-fits-all methods, Bayer Home Health is a prescriptive system, made up of many products that can be mixed and matched to make the perfect treatment for your home.

And, it come from a name you



By offering a variety of prescriptive solutions, your PMP can pro less intrusive but precise treatments for your home.

**PREMISE TERMITICIDE**
*Long-lasting protection beginning today!*

**OUTPOST DETECTION SYSTEM**
*Your termite security system to detect and eliminate termite colonies.*

# Outpost™ TBR

## Termite Bait Response

For Professional Use Only by Individuals Licensed by the State to Apply Termiticides.

ACTIVE INGREDIENT:

Diflubenzuron . . . . . . . . . . . . . . . . . . . . . . .0.25%

OTHER INGREDIENTS . . . . . . . . . . . . . . . . . 99.75%

100.00%

Contains 0.25 grams of diflubenzuron per 100 grams of formulation.

EPA Reg. No. 498-488-3125        Net Wt 7.05 oz (200 g)

### STOP – Read the label before use.

### Keep out of reach of children.

## CAUTION

## PRECAUTIONARY STATEMENTS

### ENVIRONMENTAL HAZARDS

**CAUTION:** This product is highly toxic to aquatic invertebrates. Do not place OUTPOST Termite Bait Response in any area where, because of the movement of water, it could be washed into a body of water containing aquatic life, such as ponds or streams.

**Important:** Before buying or using this product, read the entire label including the Warranty section of this label. If terms are not acceptable, return the unopened product container at once. Use this product only according to label directions.

## WARRANTY

**WARRANTY DISCLAIMER:** BAYER WARRANTS THAT THIS PRODUCT CONFORMS TO THE CHEMICAL DESCRIPTION ON THE LABEL AND IS REASONABLY FIT FOR THE PURPOSE STATED ON THE LABEL WHEN USED IN STRICT ACCORDANCE WITH THE DIRECTIONS, SUBJECT TO THE CONDITIONS FOR SALE SET FORTH BELOW. BAYER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER EXPRESS OR IMPLIED WARRANTY.

**CONDITIONS OF SALE:** THE DIRECTIONS ON THIS LABEL WERE DETERMINED THROUGH RESEARCH TO BE APPROPRIATE FOR THE CORRECT USE OF THIS PRODUCT. THIS PRODUCT HAS BEEN TESTED UNDER DIFFERENT ENVIRONMENTAL CONDITIONS BOTH INDOORS AND OUTDOORS UNDER CONDITIONS SIMILAR TO THOSE THAT ARE ORDINARY AND CUSTOMARY WHERE THE PRODUCT IS TO BE USED. INSUFFICIENT CONTROL OF PESTS MAY RESULT FROM THE OCCURRENCE OF EXTRAORDINARY OR UNUSUAL CONDITIONS, OR FROM FAILURE TO FOLLOW LABEL DIRECTIONS. IN ADDITION, FAILURE TO FOLLOW LABEL DIRECTIONS MAY CAUSE INJURY TO ANIMALS, MAN, AND DAMAGE TO THE ENVIRONMENT. BAYER OFFERS, AND THE BUYER ACCEPTS AND USES, THIS PRODUCT SUBJECT TO THE CONDITIONS THAT EXTRAORDINARY OR UNUSUAL ENVIRONMENTAL CONDITIONS, OR FAILURE TO FOLLOW LABEL DIRECTIONS, ARE BEYOND THE CONTROL OF BAYER AND ARE, THEREFORE, THE RESPONSIBILITY OF THE BUYER.

# DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

Read the GENERAL INFORMATION and GENERAL USE DIRECTIONS carefully before using. OUTPOST Termite Bait Response is part of a termite baiting system and is intended for use only in OUTPOST Termite Detection System. Use of OUTPOST Termite Bait Response in any other type of station or system not designed for termites is prohibited. Contact the Product Information Center at 1 (800) 842-8020 for assistance in using OUTPOST Termite Bait Response or any other components of the termite baiting system

# GENERAL INFORMATION

OUTPOST Termite Bait Response is intended for use in an ongoing program of management and control of subterranean termite colonies in the ground around and under any type of building or other object (structure). OUTPOST Termite Bait Response does not exclude termites from a structure. Instead, it may suppress and/or eliminate a termite colony. Sufficient consumption of OUTPOST Termite Bait Response by all subterranean termite colonies that present an existing potential hazard to the structure may subject to the limitations stated herein, protect the structure against a subterranean termite attack.

The active ingredient in OUTPOST Termite Bait Response, diflubenzuron, is an insect development inhibitor. When consumed by a termite, diflubenzuron impairs the ability of a termite to molt. Molting is the process by which termites, at certain points in their development, shed their existing exoskeleton and form a replacement exoskeleton. Termites that attempt to molt after ingesting an amount of OUTPOST Termite Bait Response sufficient to impair their molting process either die or are incapacitated by their inability to complete the molting process. Insect development inhibitors such as diflubenzuron are characterized as slow acting toxicants, however their action is slow only to the extent that they affect a termite only at the points in its life cycle when it molts. Because all the termites in a colony do not molt at the same time, the effect of diflubenzuron on the colony as a whole is progressive. This progressive effect is one of the key attributes of diflubenzuron as a termite colony toxicant.

Sufficient consumption of OUTPOST Termite Bait Response by a termite colony can cause a decline in the number of members of the colony. Such a decline, if sustained by continued consumption of OUTPOST Termite Bait Response by the colony, can significantly impair the vitality of the colony. Furthermore, continued consumption of OUTPOST Termite Bait Response by remaining colony members may ultimately result in the total elimination of the colony. The extent of the decline in the colony, the speed of the decline, and the possibility of its elimination depends upon the extent to which OUTPOST Termite Bait Response is made continuously available to a colony for consumption and the extent to which members of the colony consume it. Since adherence to the General Use Directions will increase the likelihood of colony elimination, and where applicable, the user of OUTPOST Termite Bait Response should follow these directions. However, circumstances beyond the control of the user may prevent or substantially delay colony elimination. Such conditions may induce termites declining to alternate non-bait food sources, the decisions by the termite colony to cease feeding on OUTPOST Termite Bait Response. Whether a termite colony declines or is eliminated by consumption of OUTPOST Termite Bait Response may also be dependent on circumstances, including, but not limited to, the abandonment of feeding on the bait by the colony.

Because termites cannot be attracted, they must instead find the station as they randomly forage for food. OUTPOST Termite Bait Response affects termite colonies only if they consume it. Pre-baiting is a process by which termite activity is established at a location prior to the application of OUTPOST Termite Bait Response at that location. However, once they have consumed the pre-bait, termites can normally be induced to consume OUTPOST Termite Bait Response. These termites then guide other colony members back to the bait station where they also consume OUTPOST Termite Bait Response.

If the cycle of pre-baiting and baiting around a structure is interrupted or discontinued, new colonies occupying the territory of eliminated colonies, existing colonies that were suppressed but not eliminated, existing colonies never baited or colonies that were pre-baited may forage at points of possible entry into and infest the structure. For this reason, the cycle of pre-baiting and baiting should continue for as long as it is desirable to eliminate subterranean termites from the structure.

After termite activity has been absent from a baited station for at least 60 days, the baiting process is resumed by replacing the vacated station with a new or sanitized used station at or near the location of the station that is being replaced. In order to affect as many of the termites as possible that currently or could potentially infest a structure, every termite colony that inhabits the ground under and around the structure must be pre-baited and/or baited with OUTPOST Termite Bait Response.

If a conventional termite liquid barrier treatment is performed in conjunction with an installation of OUTPOST Termite Bait Response, care must be taken not to treat in the area of installed stations (preferably not within two feet of stations) Because the use of OUTPOST Termite Bait Response may be a multi-step process, localized treatment(s) of areas of the structure infested with active termites at the time of pre-baiting or baiting, using barrier or contact type termiticides, may provide more immediate control of termites in those parts of the structure than OUTPOST Termite Bait Response. Preventative critical area soil or wood treatments may be performed in conjunction with station installation. Do not treat in areas of installed stations during routine pesticide applications.

**Pre-Baiting:** Pre-baiting is a process by which termite activity is established at a location prior to the application of OUTPOST Termite Bait Response at that location. Wood, cardboard, or other cellulose containing substances which are readily consumed by subterranean termites may be used as pre-bait. The non-toxic food materials provide a pre-baiting food source for termites that, upon being fed on by termites, establishes termite activity with the station. The pre-bait should be installed in the station to form a thin lining against the inside of the perforated sidewalls of the station while leaving a vacant center cavity at the center of the station if possible. If there is termite activity at a pre-baiting site, make OUTPOST Termite Bait Response continuously available for colony consumption by placing OUTPOST Termite Bait Response in the vacant center cavity or filling the station with it. See section entitled "Inspecting a Station and Placing OUTPOST Termite Bait Response" for details.

**Direct Baiting:** Placing the OUTPOST Termite Bait Response bait directly into a station is permitted in areas of suspected termite activity. Follow directions for placing station and fill with OUTPOST Termite Bait Response.

2

Outpost™ TBR

# GENERAL USE DIRECTIONS

**Post-construction Use:** OUTPOST Termite Bait Response can be used for remedial treatment of infested existing structures or for preventative treatment (before signs of infestation) of existing structures.

**Station preparation and location selection:** To reduce the potential for tampering with and disturbance of stations, points of station installation should be chosen that, where possible, minimize installed station visibility. Areas where barrier type termiticides may have been previously applied, such as within two feet of the foundation wall, should be avoided if possible.

Install stations at or near points of known or suspected termite entry into the structure. If a point of accessible ground is not located within ten feet of a point of known termite entry (due to an intervening hardened construction surface such as a concrete slab), it may be advisable to create an access to the ground through that surface close to the point of known entry and install a station at that access.

Install stations at, or preferably within five feet of points of known, probable or suspected termite foraging, and at other critical areas. Such areas may include areas with concentrations of cellulose-containing debris, such as mulch or wood scraps, in contact with the ground, areas of moderate soil moisture, shaded areas, areas containing plant root systems, bath traps, visible termite foraging tubes, etc.

Install stations around a structure such that, except where sufficient access to the ground is not available, the maximum interval between any two stations does not exceed twenty feet. If the distance between two points of accessible ground around the structure exceeds thirty feet, it may be advisable to form one or more openings in the surface creating the inaccessibility to facilitate baiting between those points.

If the structure has an accessible crawl space, stations can be installed in the crawl space in lieu of or in addition to installing stations around the structure. Stations can be installed within a slab structure at existing or created openings in the slab surface through which ground is accessible and into which the station can be installed in a secure manner.

Once termite activity has occurred at a station and bait consumption has begun, it may be advisable, depending on the rate of bait consumption in that station and nearby stations, to locate one or more supplemental stations in the immediate vicinity of the infested station(s) in order that bait consumption by the colony be maximized.

If termites have not been present in the station for at least approximately sixty days, remove the station and any unconsumed OUTPOST Termite Bait Response it contains and replace it with a new or sanitized used station at or near the same point and add pre-bait or OUTPOST Termite Bait Response. If termites have abandoned the station possibly due to reductions in termite activity related to low temperatures during the period of predicted limited termite activity (see below), it may be advisable to leave the station and bait in place and recheck the station again after the period of predicted limited termite activity has elapsed before removing and replacing the station. If termites have abandoned the station possibly due to excessive moisture, it may be advisable to remove the saturated bait and re-bait the station with fresh bait at that time or after the excess moisture condition has abated.

If a station, upon repeated inspection, is found to contain excess moisture (water standing at the bottom of the station or cavity, etc.), it may be advisable to relocate the station, if possible, to a nearby area where the soil is better drained or alternately, modify the station location to prevent water from collecting in the station by, for example, creating a sump area under the installed station or at the bottom of the cavity.

**Station installation:** To install a station, excavate or form a hole in the ground approximately the same size and dimensions as those of the station. Insert the station into the hole with the top edge of the station flush with to approximately 1/2 inch above the earth's surface, making sure that earth is in complete contact with the bottom and sides of the station. If the station is inserted into an opening created through a hardened construction surface (such as a concrete slab, asphalt, etc.), insert the station with the top edge of the station flush with the top of that surface. Replace the station cover securely.

**Inspecting a Station and Placing OUTPOST Termite Bait Response:** To inspect a station, remove the cover and visually examine the interior for the presence of termites, being careful to minimize disturbance of the termites. If live termites are present in the station, bait with OUTPOST Termite Bait Response or replenish. If termites are not present, further inspect bait or pre-bait for excessive decay or moisture saturation. Replace excessively decayed bait or pre-bait. Replace the station cover securely.

**Scheduling of inspections:** If termite activity is known to be present in the structure at the time stations are initially installed, inspect all stations three times at approximately 30, 60 and 90 days after the date of completion of initial station installation. If no termite activity is present in the structure at the time stations are initially installed, inspect all stations for the first time within approximately 90 days after the date of completion of initial station installation. Thereafter, inspect any station that does not have termite activity within approximately 90 days after the date of the last inspection of that station. Inspect termite active stations two times at approximately 30 and 60 days after the date of initial termite activity. Thereafter, as long as the station continues to be active, inspect the station within approximately 45 days of the date of the last inspection of the station.

**Adjustments to Inspection Scheduling:** Decreases in elapsed time between inspections of a baited station may be warranted if consumption of all the bait in the station occurs during the interval between any two inspections.

Because subterranean termites are cold-blooded (poikilothermic) animals, low temperatures can substantially reduce or stop their activity close to the earth's surface during a certain period of the year. For this reason, if the temperature falls low enough, termites may cease to feed in stations or the onset of feeding in stations may be delayed until temperatures have recovered above a certain level for a long enough period of time. Reductions in termite activity that are the result of low temperatures may make inspections of stations unnecessary for as long as low temperatures prevail in the area.

The temperature at which termite activity is substantially curtailed may vary significantly between different geographic areas and with different species of termites. However, generally speaking, termite activity will be reduced in the stations during those times of the year during which the average daily mean exterior air temperature is below 50° F.

3

For this reason, the following rule may be applied when counting the number of elapsed days between inspections unless, in the opinion of the operator, increases in the elapsed time between inspections are unwarranted based on local circumstances.

In counting the number of days between inspections, exclude from the total number of days elapsed since the last inspection any days whose date falls between the first date in the fall/winter that long term climate data predicts that the mean exterior air temperature for that date at that application site will be below 50°F (begin period of predicted limited activity) and the first date in the winter/spring that the climate data predicts that the average mean exterior air temperature for that date at that application site will be above 50° F (end period of predicted limited activity).

However, if the number of days excluded according to this rule exceed 90, then schedule the date of the first inspection after the end of the period of predicted limited activity according to the rule or within 30 days of the date of the end of the period of predicted limited activity, whichever of these two dates occurs first. However, under no circumstances should more than six months elapse between inspections of stations. Climate data used should be for the National Weather Service reporting station closest to the application site.

Allowing extra time between inspections as provided by this rule may not be advisable if stations are located in an area in or under a structure in which the average daily mean air temperature is expected to remain above 50° F and termites are actively consuming bait in the stations.

## STORAGE AND DISPOSAL

Do not contaminate water, food or feed by storage or disposal.

**Storage:** Store in original container in a dry storage area out of reach of children and animals.

**Container Disposal:** Place container in a trash can.

**Pesticide Disposal:** Product not disposed of by use according to label directions should be wrapped in paper and placed in a trash can

B - 9543  12/15/00

Bayer Corporation
Professional Care
Box 4913
Kansas City, MO 64120-0013
(800) 842-8020
http://bayerprocontrol.com
OT 0202 BPC  Printed in U.S.A.

**IMPORTANT**
Before using this product, read and carefully observe the directions, cautionary statements and other information appearing on the product packaging label. This product is sold subject to the Conditions of Sale set forth on the container label.



can trust, Bayer. The same
company that you trust with
your family's health.

## What makes Bayer Home Health Work?

In a word: Prescription! Your home and family's needs require an accurate diagnosis
approach to solve your termite problem and protect your biggest investment. That is e
Health offers a variety of prescriptive solutions that are friendly and less intrusive to y

## A whole system of products.

Like we said earlier, each home should be treated individually. Once the problem is d
management professional can choose from a star line-up including, Premise Liquid, C
(detection and baiting system), Premise Gel and foaming with Premise to treat in and
best prescription will be written to fit your needs.



### Premise Liquid Termiticide:  Protection beginn

Termites travel into your home by building tunnels, or mud
soil to the base of your foundation. This is where Premise
start by placing Premise around the outside foundation of y
as the moat that protects your castle. This creates a protec
home, which not only eliminates termites that come in cont
back in the nest, as well. In fact, studies show that after 7
termites die because of the transfer of Premise between te
never go wrong choosing America's #1 selling liquid termit

## Outpost TDS & TBR:  Your termite security system

What about termites that haven't made
it to your home? With Outpost Termite
Detection System (TDS) and Termite
Bait Response (TBR), you'll know
when they're coming. Stations are
placed at 10- to 20-foot intervals
around your home's exterior. When
filled with the monitoring device, it's a
detection device. If activity is detected,
the monitoring device is swapped out
for bait with an insect growth regulator.
The IGR restricts the termites' ability to
molt. If they can't molt, they die. But,
not until the IGR is passed on to
others in the nest. The result?  Lots of
termites taking dirt naps. And then
colony elimination, which means
elimination of your problems. Even
better, Outpost works well in
combination with the other prescriptive
solutions from Bayer Home Health.





### Premise Gel:  Interior termite elimination

Premise Gel provides instant interior control for termite hol



doorways and hardwood floors. Termites eat wood for foo[...]
moisture to survive. Premise Gel uses Stabilized Hydrogel
actually attracts termites from its moisture. One bite of Pre[...]
are history. Premise Gel can be applied today to begin the[...]
your termite problem and protect your largest investment.

**Foaming with Premise:  Powerful protection in the toughest places**



For termite problems in larger areas, like voids in your walls and dirt-filled porches, foaming with Premise may be best. Premise is applied using a hand or commercial foamer. During foaming, it expands up to 50 times to completely fill the space. And, like other Premise-based products, the active ingredient not only takes care of termites that contact it, but any termites they contact afterward, all the way into the nest.

**So, there they are.**



The products that make up the only prescriptive termite[...]
world, Bayer Home Health. If you think you have a termi[...]
professionals at Clark Pest Remedy, let them make an i[...]
are there - they can put the Bayer Total Termite Control[...]

For additional information and to learn why Bob Vila is r[...]
termite program, go to the Bayer website. http://www.no[...]

## Information Request Form

Select the items that apply, and then let us know how to contact you.

☑ Send service literature
☐ Send company literature
☐ Have a salesperson contact me