**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FOR ALABAMA**

| | |
|---|---|
| **C&J ASSOCIATES PEST CONTROL, ET AL,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| | )  **2:05CV557-WHA-DRB** |
| **v.** | ) |
| | ) |
| **RAYBURN HORNSBY, et al,** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANTS' SUPPLEMENT TO MOTION FOR
SUMMARY JUDGMENT**

COME NOW Defendants Isaac Kervin and Pat Antle, by and through the

Honorable Troy King, Attorney General for the State of Alabama, and adopt by reference

and incorporate as if herein fully set out the Motion for Summary Judgment (Doc. 74),

Memorandum Brief (Doc. 75) and Defendants' Evidentiary Materials in Support of

Motion for Summary Judgment (Doc. 76) and its attachments filed by co-defendants

Hornsby, Harris and Carlton.

Respectfully Submitted,

Troy King, Attorney General

/s/ Jeffery H. Long
Jeffery H. Long
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that I have on this the 31st day of July, 2006, electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served a copy of the same by the United States Mail, postage prepaid, and properly addressed as follows:

C&J Associates Pest Control
Curtis Duncan
PO Box 8186
Montgomery, AL 36110


The Clerk using the CM/ECF system will send notification of this filing to:

Harry Lyles, Esq.

/s/ Jeffery H. Long


Counsel Address of Counsel:
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
jlong@ago.state.al.us