IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **C&J ASSOCIATES PEST CONTROL,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) CASE NO. 2:05-cv-557-WHA |
| **RAYBURN HORNSBY,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

### SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Hornsby, Harris, and Carlton and file this supplement to their previously filed Motion for Summary Judgment (Doc. No. 74).

1.   These Defendants adopt and incorporate, as if fully set forth herein, the contentions, arguments, and supporting authority set forth in the Motion for Summary Judgment, Evidentiary Attachments, and Memorandum of Law (Doc. No. 77) filed by Defendants Kervin and Antle.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

s/ Harry A. Lyles
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Harry A. Lyles (LYL001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:05-cv-557-WHA |
| ) | |
| RAYBURN HORNSBY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that, on August 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Jeffery H. Long, Esq.
Attorney General's Office
11 South Union Street
Montgomery, Alabama 36130
ATTORNEY FOR DEFENDANTS
KERVIN & ANTLE

I also certify that, on this same date, I have served the foregoing on the following by placing copies thereof, addressed to them as indicated below, in United States mail, First Class Postage prepaid:

Mr. Curtis Duncan
Mrs. Janice Duncan
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110
PLAINTIFFS *PRO SE*

s/ Harry A. Lyles
Harry A. Lyles (LYL001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)