IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:05-CV-0557-WHA |
| ) | |
| RAYBURN HORNSBY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**Defendants Rayburn Hornsby, Johnny Harris and Stan Carlton** filed on August 1, 2006 their *Supplement to Motion for Summary Judgment* (Doc. 79), which serves only to "adopt and incorporate...the contentions, arguments, and supporting authority set forth in the summary judgment motion filed by Defendants Kervin and Antle." (Doc. 77). By Orders entered August 1 (Doc. 81) the court set submission deadlines for the summary judgment motions filed on July 31 by Defendants Hornsby, Harris, and Carlton (Doc. 74) and by Defendants Kervin and Antle. (Doc. 77). It is, therefore,

**ORDERED** as follows:

1. The Clerk is INSTRUCTED to correct Docket entry no.78 *from* Supplemental Motion to *Supplement To Motion*, consistent with the caption, *Defendants' Supplement to Motion for Summary Judgment*. Similarly, the Clerk shall correct Docket entry no.79 *from* Supplemental Motion to *Supplement To Motion*, consistent with the caption, *Supplement to Motion for Summary Judgment*. <u>Neither Supplement shall be docketed or construed as another Motion; the only dispositive motions pending are dockted no. 74 and 77.</u>

1

2. Plaintiff is not required to make duplicate responses to arguments; any response to the contentions and arguments of Defendants Kervin and Antle in their summary judgment motion may be deemed Plaintiff's response as well to those same contentions and arguments as adopted by Defendants Hornsby, Harris, and Carlton, unless Plaintiff requests otherwise.

Done this 2nd day of August, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE