IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 17  P 4: 02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| CURTIS DUNCAN, D.B.A. | ) |
| C&J ASSOCIATES PEST CONTROL, | ) |
|  | ) CIVIL ACTION NUMBER |
| PLAINTIFF, | ) |
|  | ) |
| VS. | ) 2:05cv557-WHA |
|  | ) ~~CV-05-0557-A~~ |
| RAYBURN HORNSBY, ET AL., | ) |
|  | ) |
| DEFENDANTS, | ) |

PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Come now Plaintiff Curtis Duncan, C&J Associates respectfully moves for the Court to extend Plaintiff response time to the Defendants' Motion for Summary from August 22, 2006 to September 5, 2006. Plaintiff did not receive Defendants' Motion until August 4, 2006. See Exhibit 1 and Exhibit 2 which is five days after it was filed on July 31, 2006 in your Court. Also due to the complex issues raised in this motion, Plaintiff who is representing himself Pro Se will need these few additional days in order to respond responsibly.

Respectfully,

*Curtis Duncan* (signature)

Curtis Duncan
Plaintiff
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110
Phone 334-467-6432
Fax-334-395-8167

cj-one@msm.com

CERTIFICATE OF SERVICE

    I hereby certify that on August 17, 2006, a copy of the foregoing was mailed first class, postage pre-paid, to:

Jeffery Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
Phone 334-242-7555
Fax 334-242-2433

Henry Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Phone 334-242-6350
Fax 334-264-4359

*/s/ Curtis Duncan*
8-17-06