ALABAMA
DEPARTMENT OF TRANSPORTATION
1409 COLISEUM BOULEVARD
MONTGOMERY, ALABAMA 36110

**LEGAL**

RETURN SERVICE REQUESTED

MR CURTIS DUNCAN
MRS JANICE DUNCAN
C&J ASSOCIATES PEST CONTROL
PO BOX 8186
MONTGOMERY AL 36110

*Deluxe 3*

*Exhibit 1*

ALABAMA
DEPARTMENT OF TRANSPORTATION
1409 COLISEUM BOULEVARD
MONTGOMERY, ALABAMA 36110-3050

**LEGAL**

RETURN SERVICE REQUESTED

MR CURTIS DUNCAN
MRS JANICE DUNCAN
C&J ASSOCIATES PEST CONTROL
PO BOX 8186
MONTGOMERY AL 36110

Exhibit 1