

Delivered

C&J Associates Pest Control
Curtis Duncan
PO Box 8186
Montgomery, AL 36110

Exhibit 2

HASLER