IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:05-CV-0557-WHA-DRB |
| ) | |
| RAYBURN HORNSBY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

For good cause shown, it is

**ORDERED** that *Plaintiffs' Motion for Extension of Time* (Doc. 83, August 17, 2006) is **GRANTED** to the extent of their request for an extension from August 22, 2006, to September 5, 2006, to respond to Defendants' summary judgment motion.

Done this 18th day of August, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE