```
 1   phone -- as a matter of fact, I faxed
 2   her a copy of what they -- they asked
 3   me for, a label and some supporting
 4   documentation of the product.  Nobody
 5   asked me anything about a warranty.
 6        MR. LONG:  I want to bring up
 7             something.  We will, at
 8             some point, be filing
 9             more motions for summary
10             judgment, and I want to
11             ask you, are you aware
12             that you're supposed to
13             split your affidavit out
14             apart from the advocacy
15             portion of your response
16             to it?
17        MR. DUNCAN:  The Court hasn't
18             brought that to my
19             attention, no.
20        MR. LONG:  I want to bring it
21             to your attention now,
22             that when you oppose the
23             next motion for summary,
```

```
 1                  you've got to have an
 2                  affidavit that tells what
 3                  you state the facts are,
 4                  under oath.
 5         MR. DUNCAN:  Okay.
 6         MR. LONG:  Then attached to
 7                  it, a brief where you
 8                  advocate under the law.
 9                       Because if you file
10                  another response like you
11                  did that last one, that
12                  intermixes the two, and
13                  notarizes the whole
14                  thing, I want to put you
15                  on notice that I'm going
16                  to move to strike because
17                  it doesn't comply with
18                  the Federal Rules of
19                  Civil Procedure.
20         MR. DUNCAN:  Okay.
21         MR. LONG:  The reason I'm
22                  putting this on the
23                  record here is, I believe
```

```
 1                   Judge Boyd will
 2                   appreciate me putting you
 3                   on warning that you've
 4                   got to separate your
 5                   affidavit from your
 6                   advocacy, it's called.
 7                   Your affidavit and your
 8                   brief where you're
 9                   opposing our motion for
10                   summary judgment.
11              MR. DUNCAN:  You're going to
12                   put that in writing,
13                   right?
14              MR. LONG:  No.  I just put it
15                   up on record.
16              MR. DUNCAN:  Okay.  Well, I'll
17                   make a motion to the
18                   judge to, you know, put
19                   that in writing what you
20                   just said.
21              MR. LONG:  By all means.
22         Q.   Now, when we get to trial --
23              MR. DUNCAN:  By the way, the
```