IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 14 A 8: 42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CURTIS DUNCAN, D.B.A. ) | |
| C&J ASSOCIATES PEST CONTROL, ) | |
| ) CIVIL ACTION NUMBER | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | |
| ) | |
| RAYBURN HORNSBY, ET AL., ) CV 05-0557-A | |
| ) | |
| DEFENDANTS, ) | |

PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Come now Plaintiff Curtis Duncan, C&J Associates respectfully moves for the Court to extend Plaintiff response time to your Honor's Recommendations issued December 6, 2006. Plaintiff received your Recommendations on December 8, 2006. This would give Plaintiff only eleven days to respond to your Recommendations due December 19 2006. Due to the complex issues raised in your Recommendations, Plaintiff who is representing himself Pro Se will need will need an extension of time to respond responsibly. Also due to a family emergency and the Christmas and New Years Holidays Plaintiff will need until January 22, 2007 to respond responsibly.

Respectfully,

*Curtis Duncan* (signature)

Curtis Duncan
Plaintiff
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama
Phone 334-467-6432
cj-one@msm.com

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2006, 2006, a copy of the foregoing was mailed first class, postage pre-paid, to:

Jeffery Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
Phone 334-242-7555
Fax 334-242-2433

Henry Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Phone 334-242-6350
Fax 334-264-4359

*Curtis Duncan* 12-14-06