IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:05-cv-0557-WHA-DRB |
| ) | [WO] |
| RAYBURN HORNSBY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of *Plaintiffs' Motion for Extension of Time* (Doc. 89, filed December 14, 2006), it is, for good cause

**ORDERED** that the motion is **GRANTED** *only to the extent that* the deadline for filing an objection to the *Report and Recommendation* (Doc. 88), is extended to and including **Friday, December 22, 2006.**

Done this 15th day of December, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE