IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 DEC 21  A 8: 24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CURTIS DUNCAN, D.B.A. C&J ASSOCIATES PEST CONTROL, | ) ) ) CIVIL ACTION NUMBER |
| PLAINTIFF, | ) ) |
| VS. | ) ) |
| RAYBURN HORNSBY, ET AL., | ) CV 05-0557-A ) |
| DEFENDANTS, | ) |

PLAINTIFFS' MOTION TO APPEAL MAGISTRATE JUDGE
DESCISION NOT TO EXTEND TIME TO JANUARY 22, 2007 TO THE DISTRICT
JUDGE

Come now Plaintiff Curtis Duncan, C&J Associates respectfully moves for the District Judge to stay or strike the Magistrate Judge decision not to extend Plaintiff's response time to January 22, 2007 to file objections to her Recommendations issued December 6, 2006. Plaintiff received the Magistrate Judge Recommendations on December 8, 2006. This gave Plaintiff only eleven days to object to her Recommendations due on December 19, 2006. Because of Plaintiff Pro Se Status this short period of time is not reasonable or sufficient for me to respond responsibly. Plaintiff also stated that he had a family emergency and the fact that the Christmas and New Years Holidays are next week; Plaintiff would need until January 22, 2007. The Magistrate Judge issued an Order on December 15, 2006 received by Plaintiff on December 19, 2006, that extended my response time by only three days December 22, 2007.

Plaintiff reasons for asking for an extension of time was because his close friend Darryl Cobb of twenty six years died on October 24, 2006 funeral held on October 30, 2006. Mr. Cobb was also my brother-in-law and my wife sister husband. Also my nephew who is from Atlanta, Georgia and is attending college in Montgomery was a victim of an attempted carjacking on campus December 5, 2006. He was shot three times by a suspect who is still at large and has not been arrested. The police authorities have stated that when the suspect is arrested he will be charged with attempted murder and attempted robbery. His mother lives in Atlanta and I serve as his guardian while he is in Montgomery. Also Plaintiff has another court case 06-884-MEF in which Magistrate Judge Capel issued an Order on November 29, 2006 for Plaintiff to respond to a Motion to Dismiss by January 5, 2007 preceding Magistrate Boyd Order of Recommendations of December 6, 2006.

It has been publicly known for several months that the Magistrate Judge will retire on December 31, 2006. It is a matter of record that the Plaintiff asked the Magistrate Judge to recuse herself on December 16, 2005 because of her bias against Plaintiff because of his Pro Se status. The Magistrate Judge received the last motion concerning this Motion for Summary Judgment on September 11, 2006; it took three months for the Magistrate to make a decision on this motion on December 6, 2006. The Magistrate Judge has clearly made a bias decision based on the convenience of her retirement on December 31, 2006, versus the merits of facts and issues why the Plaintiff Pro Se is asking for an extension of time to respond by January 22, 2007. The Magistrate Judge has consistently held Plaintiff who is litigating his case Pro Se to a higher standard than what 28 U.S.C. 1654 Self Representation in Federal Courts requires. In accordance with

Rule 6(b) an extension of time in which to file objections to Recommendations should be fairly and freely granted on the behalf of a Pro Se Plaintiff. The right of self-representation "is a high standing, not simply a practice to be honored by a Court depending on its assessment of the desiderata of a particular case". Implicit in the right to self-representation is an obligation on part of the Court to make reasonable allowances to protect Pro Se litigants from inadvertent and forfeiture of important rights because of their lack of legal training. While the right "does not exempt a party from compliance with the relevant rules and procedures and substance law," it should not be impaired by harsh application of technical rules.

Because of the aforementioned reasons and for good cause, Plaintiff respectfully asks for an extension of time to January 22, 2007 to object to the Magistrate Judge Recommendations. Also Plaintiff respectfully request that a decision is made by December 22, 2007 due to the fact that Magistrate Judge has set December 22, 2006 the due date to object to her Recommendations.

Respectfully,

*/s/ Curtis Duncan*
Curtis Duncan
Plaintiff
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama
Phone 334-467-6432

CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, 2006, a copy of the foregoing was mailed first class, postage pre-paid, to:

Jeffery Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
Phone 334-242-7555
Fax 334-242-2433

Henry Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Phone 334-242-6350
Fax 334-264-4359

*Curtis Duncan    12-21-06*