IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DUNCAN, D.B.A. ) <br> C&J ASSOCIATES PEST CONTROL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAYBURN HORNSBY, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 2:05cv557-WHA-DRB |

## **ORDER**

Upon consideration fo the Plaintiff's Motion to Appeal Magistrate Judge Decision Not to Extend Time to January 22, 2007 to the District Judge (Doc. #91), the court finds that the Magistrate Judge's Order (Doc. #90) is neither clearly erroneous nor contrary to law (*see* Rule 72(a), Fed. R. Civ. Pro.).  Therefore, it is hereby

ORDERED that the Motion is DENIED and the objection is OVERRULED.

Done this 22nd day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE