IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv557-WHA |
| ) | |
| RAYBURN HORNSBY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge together with Plaintiffs' objections. Upon an independent evaluation and *de novo* review of this matter, and after considering the objections of the Plaintiffs, the court finds the objections to be without merit, and they are hereby overruled. The court adopts the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. The Motion to Strike filed by Defendants Kervin and Antle (Doc. #86), and the Motion to Strike filed by Defendants Harris, Hornsby and Carlton (Doc. #87) each are DENIED.

2. The Motion for Summary Judgment filed by Defendants Harris, Hornsby and Carlton (Doc. #74, as supplement by Doc. #79) is GRANTED.

3. The Motion for Summary Judgment filed by Defendants Kervin and Antle (Doc. #77, as supplemented by Doc. #78) is GRANTED.

4. The Cross Motion to Strike Defendants' Motion for Summary Judgment, filed by Plaintiffs in Doc. #85), is DENIED.

     5.  The Cross Motion for Summary Judgment, filed by the Plaintiffs in Doc. #85, is DENIED.

     6.  Final Judgment will be entered in favor of the Defendants and against the Plaintiffs, and this case will be dismissed with prejudice.

     DONE this 28th day of December, 2006.

                                   /s/ W. Harold Albritton
                                   W. HAROLD ALBRITTON
                                   SENIOR UNITED STATES DISTRICT JUDGE