IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) CIVIL ACTION NO. 2:05cv557-WHA<br>) |
| RAYBURN HORNSBY, et al., | )<br>) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants, Rayburn Hornsby, Johnny Harris, Stan Carlton, Issac Kervin and Pat Antle, and against the Plaintiffs, C& J Associates Pest Control and Curtis Duncan, and this case is DISMISSED with prejudice.

DONE this 28th day of December, 2006.


    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE