IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 DEC 29  P 1:56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CURTIS DUNCAN, D.B.A. <br> C&J ASSOCIATES PEST CONTROL, <br><br> PLAINTIFF, <br><br> VS. <br><br> RAYBURN HORNSBY, ET AL., <br><br> DEFENDANTS, | ) <br> ) <br> ) CIVIL ACTION NUMBER <br> ) <br> ) <br> ) <br> ) <br> ) CV 05-0557-A <br> ) <br> ) |

## PLAINTIFFS' MOTION TO DISTRICT JUDGE TO RECONSIDER

Come now Plaintiff Curtis Duncan, C&J Associates Pest Control respectfully moves for the District Judge to reconsider your decision not to stay or strike the Magistrate Judge decision not to extend Plaintiff response time to file objections to her Recommendations. Your honor ruled that the Magistrate Judge's Order is neither clearly erroneous nor contrary to law on December 22, 2006.

Plaintiff submits that the Magistrate Judge decision is and contrary to Federal Rule 6(b) and case law Eldridge v. Block, 832 F.2d 1132 (9th Cir.1987). Federal Statue 28 U.S.C. 1654 and case law Traguth v. Zuck, Cite as 710 F.2d 90 (1983). In accordance with Rule 6(b) an extension of time in which to file objections to Recommendations should be fairly and freely granted on the behalf of a Pro Se Plaintiff. The right of self representation "is a high standing, not simply a practice to be honored by a Court depending on its assessment of the desiderata of a particular case". Implicit in the right to self-representation is an obligation on part of the Court to make reasonable allowances to protect Pro Se litigants from inadvertent and forfeiture of important rights because of their lack of legal training. While the right "does not exempt a party from compliance

with the relevant rules and procedures and substance law," it should not be impaired by harsh application of technical rules.

Plaintiff filed his Objections to the Magistrate Judge Recommendations on December 22, 2006 but did not have the proper amount of time for a Pro Se Plaintiff to file a more through and detail Objections. Because of the aforementioned reasons and for good cause; Plaintiff respectfully asks that the District Judge grants Plaintiff an extension of time to January 22, 2007 to amend his Objections to the Magistrate Judge Recommendations in accordance with Rule 6(b) and U.S.C.1654.

Respectfully,

*Curtis Duncan*

Curtis Duncan
Plaintiff
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama
Phone 334-467-6432

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2006, a copy of the foregoing was mailed first class, postage pre-paid, to:

Jeffery Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
Phone 334-242-7555
Fax 334-242-2433

Henry Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Phone 334-242-6350
Fax 334-264-4359

*Curtis Duncan  12-29-06*