IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 DEC 29 P 1:56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CURTIS DUNCAN, D.B.A. C&J ASSOCIATES PEST CONTROL, | ) ) ) CIVIL ACTION NUMBER |
| PLAINTIFF, | ) ) |
| VS. | ) ) |
| RAYBURN HORNSBY, ET AL., | ) CV 05-0557-A ) |
| DEFENDANTS, | ) |

PLAINTIFFS' MOTION TO DISTRICT JUDGE TO RECONSIDER

Come now Plaintiff Curtis Duncan, C&J Associates Pest Control respectfully moves for the District Judge to reconsider your decision not to stay or strike the Magistrate Judge decision not to extend Plaintiff response time to file objections to her Recommendations. Your honor ruled that the Magistrate Judge's Order is neither clearly erroneous nor contrary to law on December 22, 2006.

Plaintiff submits that the Magistrate Judge decision is and contrary to Federal Rule 6(b) and case law Eldridge v. Block, 832 F.2d 1132 (9th Cir. 1987). Federal Statue 28 U.S.C. 1654 and case law Traguth v. Zuck, Cite as 710 F.2d 90 (1983). In accordance with Rule 6(b) an extension of time in which to file objections to Recommendations should be fairly and freely granted on the behalf of a Pro Se Plaintiff. The right of self representation "is a high standing, not simply a practice to be honored by a Court depending on its assessment of the desiderata of a particular case". Implicit in the right to self-representation is an obligation on part of the Court to make reasonable allowances to protect Pro Se litigants from inadvertent and forfeiture of important rights because of their lack of legal training. While the right "does not exempt a party from compliance

**MOTION DENIED**

THIS _____ DAY OF _____, 20 __

_____
UNITED STATES DISTRICT JUDGE