Reagan Reporters, LLC
4137 Carmichael Rd.
Suite 320
Montgomery, AL 36106
(334) 262-7556   Fax (334) 262-4437

GL-0503-E
RMW

| 4241 | 05/08/2006 | 01-3537 |

| 04/11/2006 | WILLMI | 2:05-CV-557- |

Jeffery H. Long
Office of the Attorney General
11 South Union St.
Montgomery, AL 36130

C&J Associates Pest Control v. Rayburn Hornsby, et al.

Due upon receipt

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Janice Duncan                        147 Pages @      1.95/Page        286.65
         EXHIBITS                         86 Pages @       .40/Page         34.40
         ASCII                                                              15.00
         Condensed                                                          30.00

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Curtis Duncan                        246 Pages @      1.95/Page        479.70
         EXHIBITS                         86 Pages @       .40/Page         34.40
         Condensed                                                          30.00
                                                                          -------
                                         TOTAL  DUE  >>>>                  910.15
```

RECEIVED MAY 23 2006
ADMINISTRATIVE DIVISION CHIEF'S OFFICE

63-1194680                                                    (334)

*Please detach bottom portion and return with payment.*

*Jeffery H. Long*
*Office of the Attorney General*
*11 South Union St.*
*Montgomery, AL 36130*

Invoice No. : 4241
Date        : 05/08/2006
TOTAL DUE   :    910.15

Job No.   : 01-3537
Case No.  : 2:05-CV-557-WHA-DRB
C&J Associates Pest Control v. Raybu

*Remit To:*   Reagan Reporters, LLC
              4137 Carmichael Rd.
              Suite 320
              Montgomery, AL 36106

FORM FRMS-9 REV 06/90

WARRANT #: 6015635

VOUCHER #: 6053X000211

BATCH #: 146451

AGENCY #: 053

DATE: 6/3/06    PAGE: 1

ACCT PRD:    BUDGET FY: 06

# State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL  36130

6311946B000

REAGAN REPORTERS, L L C
4137 CARMICHAEL RD
SUITE 320
MONTGOMERY    AL 36105

## DEPARTMENT COPY

| REFERENCED DOCUMENT | | | | ACCOUNTING DISTRIBUTION | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | I/D | AMOUNT |
| | 4241 | 0100 | 0006 | 635 | 0311 | 0800 | 47 | | | | I | 910.15 |

C4    VOUCHER TOTAL    910.15

PRINTED: 05/26/06

05/30/06

Vaughn