AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

Middle DISTRICT OF Alabama

RECEIVED
2007 JAN -8  P 2: 26

C&J Associates Pest Control, et al.

v.

Rayburn Hornsby, et al.

**BILL OF COSTS**

Case Number: 2:05cv-557-A

Judgment having been entered in the above entitled action on __12/28/2006__ against __Plaintiffs__
                                                                    Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ............................................................................. $ | |
| Fees for service of summons and subpoena ....................................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ........ | |
| Fees and disbursements for printing ............................................................ | |
| Fees for witnesses (itemize on reverse side) .................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case .................. | |
| Docket fees under 28 U.S.C. 1923 ............................................................. | |
| Costs as shown on Mandate of Court of Appeals ................................................. | |
| Compensation of court-appointed experts ....................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ........... | |
| Other costs (please itemize) .................................................................. | 1,541.60 |
| TOTAL $ | 1,541.60 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Mr. Curtis Duncan, C&J Associates Pest Control, P.O. Box 8186, Montgomery, AL  36110

Signature of Attorney: _[signature]_

Name of Attorney: Harry A. Lyles, Assistant Attorney General, Alabama Department of Transportation

For: Defendants Rayburn Hornsby, Stan Carlton, and Johnny Harris      Date: January 8, 2007
    Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

By: _____

Clerk of Court          Deputy Clerk          Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||| |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

# NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
   "Except where express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs."

 

**ALABAMA DEPARTMENT OF TRANSPORTATION**
Legal Bureau
1409 Coliseum Boulevard
Montgomery, Alabama 36110

Telephone (334) 242-6350 – Fax (334) 264-4359

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

# INVOICE

January 8, 2007

**TO:**

Mr. Curtis Duncan
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110

Invoice No. 4027 from Reagan Reporters, LLC, for original and one certified copy of certificate of non-appearance on 12/6/2005 .................$119.50

Invoice No. 4045 from Reagan Reporters, LLC, for original and one certified copy of certificate of non-appearance on 12/16/2005 .................$113.60

Invoice No. 4233 from Reagan Reporters, LLC, for original and one certified copy each of the transcripts of the depositions of Curtis Duncan and Janice Duncan .................$1,308.50

**TOTAL: $1,541.60**

Copies of the above-listed invoices are attached.

_____
Harry A. Lyles
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359

Reagan Reporters, LLC
4137 Carmichael Rd.
Suite 320
Montgomery, AL 36106
(334) 262-7556   Fax (334) 262-4437

| 4027 | 12/06/2005 | 01-3369 |
| --- | --- | --- |
| 12/06/2005 | WILLMI | 2:05-CV-557- |

Harry Lyles
Dept. of Transportation
1409 Coliseum Blvd.
Montgomery, AL 36130

C&J Associates Pest Control v. Rayburn Hornsby, et al.

Due upon receipt

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Certificate of Non-Appearance          19 Pages @    2.90/Page         55.10
        EXHIBITS                        36 Pages @     .40/Page         14.40
        REPORTER ATTENDANCE                                             50.00
                                                                                                                 ————
                              TOTAL   DUE   >>>>                                 119.50

63-1194680                                             (334) 242.6716   Fax (334) 263.7586

*Please detach bottom portion and return with payment.*

[Stamp: 2005 DEC -8 P 2:43]

Harry Lyles
Dept. of Transportation
1409 Coliseum Blvd.
Montgomery, AL 36130

Invoice No.:  4027
Date       :  12/06/2005
**TOTAL DUE** :   119.50

Job No.    :  01-3369
Case No.   :  2:05-CV-557-WHA-DRB
C&J Associates Pest Control v. Raybu

Remit To:   **Reagan Reporters, LLC**
            **4137 Carmichael Rd.**
            **Suite 320**
            **Montgomery, AL 36106**

Reagan Reporters, LLC
4137 Carmichael Rd.
Suite 320
Montgomery, AL 36106
(334) 262-7556   Fax (334) 262-4437

| | | |
|---|---|---|
| 4045 | 12/16/2005 | 01-3409 |
| 12/16/2005 | GOODDA | 2:05-CV-557- |

Harry Lyles
Dept. of Transportation
1409 Coliseum Blvd.
Montgomery, AL 36130

C&J Associates Pest Control v. Rayburn Hornsby, et al.

Due upon receipt

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Curtis Duncan and Janice Duncan, No Show     10 Pages @       2.90/Page        29.00
        Overnight Turn Around                                                      29.00
        EXHIBITS                                 14 Pages @        .40/Page         5.60
        REPORTER ATTENDANCE                                                        50.00
                                                                                 -------
                                                 TOTAL   DUE  >>>>                113.60
```

63-1194680                                                      (334) 242.6716  Fax (334) 263.7586

*Please detach bottom portion and return with payment.*

*Harry Lyles*
*Dept. of Transportation*
*1409 Coliseum Blvd.*
*Montgomery, AL 36130*

```
Invoice No.:  4045
Date       :  12/16/2005
TOTAL DUE  :     113.60


Job No.    :  01-3409
Case No.   :  2:05-CV-557-WHA-DRB
              C&J Associates Pest Control v. Raybu
```

*Remit To:*   **Reagan Reporters, LLC**
              **4137 Carmichael Rd.**
              **Suite 320**
              **Montgomery, AL 36106**

```
Reagan Reporters, LLC
4137 Carmichael Rd.
Suite 320
Montgomery, AL 36106
(334) 262-7556   Fax (334) 262-4437              4233          05/08/2006         01-3537

                                              04/11/2006        WILLMI          2:05-CV-557-W


Harry Lyles
Dept. of Transportation                  C&J Associates Pest Control v. Rayburn Hornsby, et al.
1409 Coliseum Blvd.
Montgomery, AL 36130
                                              Due upon receipt


ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Janice Duncan                       147 Pages @      2.90/Page           426.30
           EXHIBITS                      86 Pages @       .40/Page            34.40
           REPORTER ATTENDANCE                                               100.00
           ASCII                                                               n/c
           Condensed                                                           n/c
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Curtis Duncan                       246 Pages @      2.90/Page           713.40
           EXHIBITS                      86 Pages @       .40/Page            34.40
           Condensed                                                           n/c
                                                                         ----------
                                           TOTAL  DUE  >>>>               1,308.50
```

2006 MAY 12 A 10: 49

63-1194680                                    (334) 242.6716    Fax (334) 263.7586

*Please detach bottom portion and return with payment.*

Harry Lyles
Dept. of Transportation
1409 Coliseum Blvd.
Montgomery, AL 36130

```
Invoice No.:  4233
Date       :  05/08/2006
TOTAL DUE  :  1,308.50


Job No.    :  01-3537
Case No.   :  2:05-CV-557-WHA-DRB
C&J Associates Pest Control v. Raybu
```

Remit To:   **Reagan Reporters, LLC**
            **4137 Carmichael Rd.**
            **Suite 320**
            **Montgomery, AL 36106**