IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DUNCAN, D.B.A.<br>C&J ASSOCIATES PEST CONTROL, | )<br>)<br>) CIVIL ACTION NUMBER |
| PLAINTIFF, | )<br>) |
| VS. | )<br>) |
| RAYBURN HORNSBY, ET AL., | ) CV 05-0557-A<br>) |
| DEFENDANTS, | ) |

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
APPEAL TO THE 11TH CIRCUIT

Come now Plaintiff Curtis Duncan, C&J Associates respectfully moves for the Court to extend Plaintiff response time to appeal your Honor's Final Judgment issued December 28, 2006, not received by mail by Plaintiff. Plaintiff became aware Your Honor's Final Judgment after receiving a Bill of Cost by mail from the Defendants Attorneys on January 12, 2007. Plaintiff filed a motion on December 29, 2006 for your Honor to reconsider your decision to accept the Magistrate Judge Recommendations. Plaintiff had no knowledge that Your Honor had made a final decision on December 28, 2006 when I filed my motion on December 29, 2006.

Also Plaintiff who is representing himself Pro Se have been researching the Federal Rules and Procedures on how to submit a proper appeal will need an extension of time to respond responsibly. This entire process is new to Plaintiff. It appears that based on the Your Honor's Final Judgment issued on December 28, 2006 that the appeal due date

would be January 29, 2007. Because of the aforementioned reasons Plaintiff respectfully ask your Honor to extend Plaintiff response time to appeal to February 22, 2007.

Respectfully,

*Curtis Duncan*

Curtis Duncan
Plaintiff
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama
Phone 334-467-6432
cj-one@msm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2007, a copy of the foregoing was mailed first class, postage pre-paid, to:

Jeffery Long
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
Phone 334-242-7555
Fax 334-242-2433

Henry Lyles
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Phone 334-242-6350
Fax 334-264-4359

*Curtis Duncan 1-25-07*