IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DUNCAN, D.B.A. C&J ASSOCIATES PEST CONTROL, | ) ) ) |
| PLAINTIFF, | ) CIVIL ACTION NUMBER ) ) |
| VS. | ) ) |
| RAYBURN HORNSBY, ET AL., | ) CV 05-0557-A ) |
| DEFENDANTS, | ) |

*2007 JAN 25 A 8: 35*
*DEBRA P. HACKETT, CLERK*
*U.S. DISTRICT COURT*
*MIDDLE DISTRICT ALA*

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
APPEAL TO THE 11TH CIRCUIT

Come now Plaintiff Curtis Duncan, C&J Associates respectfully moves for the Court to extend Plaintiff response time to appeal your Honor's Final Judgment issued December 28, 2006, not received by mail by Plaintiff. Plaintiff became aware Your Honor's Final Judgment after receiving a Bill of Cost by mail from the Defendants Attorneys on January 12, 2007. Plaintiff filed a motion on December 29, 2006 for your Honor to reconsider your decision to accept the Magistrate Judge Recommendations. Plaintiff had no knowledge that Your Honor had made a final decision on December 28, 2006 when I filed my motion on December 29, 2006.

Also Plaintiff who is representing himself Pro Se have been researching the Federal Rules and Procedures on how to submit a proper appeal will need an extension of time to respond responsibly. This entire process is new to Plaintiff. It appears that based on the Your Honor's Final Judgment issued on December 28, 2006 that the appeal due date

**MOTION GRANTED**

SO ORDERED
THIS 29th DAY OF January, 2007

_____
UNITED STATES DISTRICT JUDGE