M/D-9

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Curtis Duncan, D.B.A.
C+J Associates Pest Control

Plaintiff,

vs.

Rayburn Hornsby, ET. AL

Defendant.

RECEIVED
2007 FEB 22 P 3:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 05-0557-A

## NOTICE OF APPEAL

Notice is hereby given that Curtis Duncan DBA C+J Associates Pest Control above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgement entered in this action on the 31th day of December, 2006.

_Curtis Duncan_
Signature

2-22-07
Date of Signature

2224 Halcyon Blvd.
Montgomery, AL. 36117
Address