IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-10888-GG

C&J ASSOCIATES PEST CONTROL,
CURTIS DUNCAN,

           Plaintiffs-Appellants,

versus

RAYBURN HORNSBY,
JOHNNY HARRIS,
STAN CARLTON,
ISSAC KERVIN,
PAT ANTLE,

           Defendants-Appellees.

Appeal from the United States District Court for the

Middle District of Alabama

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the appellant's brief and record excerpts within the time fixed by the rules, effective this 11th day of July, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By:  Andrea Ware
      Deputy Clerk
      FOR THE COURT - BY DIRECTION

A True Copy
Attested:
Clerk, U.S. Court of Appeals, Eleventh Circuit
By: /s/
    Deputy Clerk Atlanta, Ga

ORD-40